IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1146 (MN) |
| | ) |
| QUALCOMM INC., QUALCOMM | ) |
| TECHNOLOGIES, INC. and NUVIA, INC., | ) |
| | ) |
| Defendants. | ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF KAREN L. DUNN, WILLIAM A. ISAACSON, MELISSA F. ZAPPALA AND ERIN J. MORGAN**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admissions *pro hac vice* of Karen L. Dunn, William A. Isaacson, Melissa F. Zappala and Erin J. Morgan of PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP to represent defendants Qualcomm Inc., Qualcomm Technologies, Inc., and Nuvia, Inc. in the above-captioned matter.

> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>
> */s/ Jack B. Blumenfeld*
> _____
> Jack B. Blumenfeld (#1014)
> Jennifer Ying (#5550)
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> (302) 658-9200
> jblumenfeld@morrisnichols.com
> jying@morrisnichols.com
>
> *Attorneys for Defendants*

September 30, 2022

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED on this _____ day of _____, 2022, that counsel's motion for admission *pro hac vice* of Karen L. Dunn, William A. Isaacson, Melissa F. Zappala and Erin J. Morgan to represent defendants Qualcomm Inc., Qualcomm Technologies, Inc., and Nuvia, Inc. is GRANTED.

_____
UNITED STATES DISTRICT JUDGE

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with *Revised Standing Order for District Court Fund* effective September 1, 2016, I further certify that the annual fee of $25.00 will be paid to the Clerk's office upon the filing of this motion.

Date: September 30, 2022    /s/ *Karen L. Dunn*
Karen L. Dunn
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
kdunn@paulweiss.com

3

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with *Revised Standing Order for District Court Fund* effective September 1, 2016, I further certify that the annual fee of $25.00 will be paid to the Clerk's office upon the filing of this motion.

Date: September 30, 2022

/s/ *William A. Isaacson*
William A. Isaacson
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC  20006-1047
(202) 223-7300
wisaacson@paulweiss.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with *Revised Standing Order for District Court Fund* effective September 1, 2016, I further certify that the annual fee of $25.00 will be paid to the Clerk's office upon the filing of this motion.

Date: September 30, 2022                    */s/ Melissa F. Zappala*
                                            Melissa F. Zappala
                                            PAUL, WEISS, RIFKIND,
                                              WHARTON & GARRISON LLP
                                            2001 K Street, NW
                                            Washington, DC  20006-1047
                                            (202) 223-7300
                                            mzappala@paulweiss.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with *Revised Standing Order for District Court Fund* effective September 1, 2016, I further certify that the annual fee of $25.00 will be paid to the Clerk's office upon the filing of this motion.

Date: September 30, 2022    /s/ *Erin J. Morgan*
　　　　　　　　　　　　　　Erin J. Morgan
　　　　　　　　　　　　　　PAUL, WEISS, RIFKIND,
　　　　　　　　　　　　　　　WHARTON & GARRISON LLP
　　　　　　　　　　　　　　1285 Avenue of the Americas
　　　　　　　　　　　　　　New York, NY  10019-6064
　　　　　　　　　　　　　　(212) 373-3000
　　　　　　　　　　　　　　ejmorgan@paulweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 30, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Michael A. Jacobs, Esquire<br>Joyce Liou, Esquire<br>Diek Van Nort, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Erik J. Olson, Esquire<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO  80202-5638<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)