IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1146 (MN) |
| | ) |
| QUALCOMM INC., QUALCOMM TECHNOLOGIES, INC. and NUVIA, INC., | ) ) ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER**

It is hereby stipulated by the parties, subject to the approval of the Court, that the time for Plaintiff to answer, move or otherwise respond to Defendants' Amended Counterclaim (D.I. 18) or to amend the Complaint (D.I. 1) pursuant to Fed. R. Civ. P. 15(a)(1) is extended through and including November 21, 2022.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Robert M. Vrana*

Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Samantha G. Wilson (#5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6727
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff*

November 8, 2022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Defendants*

SO ORDERED this _____ day of November, 2022.

_____
United States District Judge