## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., a U.K. corporation, | |
| Plaintiff, | C.A. No. 22-1146-MN |
| v. | **JURY TRIAL DEMANDED** |
| QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, and NUVIA, INC., a Delaware corporation, | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING
## PLAINTIFF ARM LTD.'S MOTION FOR LEAVE TO FILE UNDER SEAL

AND NOW, this _____ day of _____, 2022, the Court having considered Plaintiff

Arm Ltd.'s Motion for Leave to File Under Seal,

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS HEREBY FURTHER ORDERED that Arm Ltd. shall file under seal a copy of

Plaintiff Arm Ltd.'s Answer and Affirmative Defenses to Defendants Qualcomm Inc.,

Qualcomm Technologies, Inc., and Nuvia, Inc.'s Amended Counterclaim (D.I. 21) without

redactions.

_____
United States District Judge