

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

December 16, 2022

**VIA CM/ECF AND HAND DELIVERY**
The Honorable Maryellen Noreika
United States District Court
    for the District of Delaware
844 North King Street
Wilmington, DE 19801

   Re: *Arm Ltd. v. Qualcomm Inc., et al.*, C.A. No. 22-1146-MN

Dear Judge Noreika:

  In accordance with the Court's November 16, 2022 Oral Order (D.I. 24), the parties to the above-captioned case respectfully submit the enclosed proposed scheduling order. There are no disputed provisions in the proposed order.

          Respectfully,

          */s/ Anne Shea Gaza*

          Anne Shea Gaza (No. 4093)

cc: All Counsel of Record (via CM/ECF and E-mail)
   Clerk of Court (via CM/ECF)

Enclosure