IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., a U.K. corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, and NUVIA, INC., a Delaware corporation,<br><br>Defendants. | C.A. No. 22-1146-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 13, 2023, a copy of the following was served on the persons listed below in the manner indicated:

1) Plaintiff Arm Ltd.'s Rule 26(a)(1) Initial Disclosures

2) Arm Ltd.'s First Set of Interrogatories to Defendants Qualcomm Inc., Qualcomm Technologies, Inc., and Nuvia, Inc. (Nos. 1-13)

3) Arm Ltd.'s First Set of Requests for Production to Defendants Qualcomm Inc., Qualcomm Technologies, Inc., and Nuvia, Inc. (Nos. 1-51)

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld | Karen L. Dunn |
| Jennifer Ying | William A. Isaacson |
| MORRIS, NICHOLS, ARSHT | Melissa F. Zappala |
| & TUNNELL LLP | Erin J. Morgan |
| 1201 North Market Street | PAUL, WEISS, RIFKIND, |
| P.O. Box 1347 | WHARTON & GARRISON LLP |
| Wilmington, DE 19899 | 2001 K Street, NW |
| jblumenfeld@morrisnichols.com | Washington, DC 20006 |
| jying@morrisnichols.com | kdunn@paulweiss.com |
| | wisaacson@paulweiss.com |
| | mzappala@paulweiss.com |
| | ejmorgan@paulweiss.com |

PLEASE TAKE FURTHER NOTICE that on January 13, 2023, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on the persons listed above.

| | |
|---|---|
| Dated: January 13, 2023 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | /s/ Robert M. Vrana |
| Michael A. Jacobs<br>Joyce Liou<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>(415) 268-7000<br>mjacobs@mofo.com<br>jliou@mofo.com | Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>swilson@ycst.com |
| Erik J. Olson<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>(415) 268-7000<br>ejolson@mofo.com | *Attorneys for Plaintiff Arm Ltd.* |
| Scott F. Llewellyn<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO  80202<br>(303) 592-2204<br>sllewellyn@mofo.com | |