IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., a U.K. corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, and NUVIA, INC., a Delaware corporation,<br><br>Defendants. | C.A. No. 22-1146-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 27, 2023, a copy of the following was served on the counsel for Defendants listed below in the manner indicated:

1) Plaintiff Arm Ltd.'s Initial Disclosures Pursuant to Paragraph 3 of the Default Standard for Discovery

**BY EMAIL**

Jack B. Blumenfeld
Jennifer Ying
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
kdunn@paulweiss.com
wisaacson@paulweiss.com
mzappala@paulweiss.com
ejmorgan@paulweiss.com

PLEASE TAKE FURTHER NOTICE that on January 27, 2023, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on counsel listed above.

| | |
|---|---|
| Dated: January 27, 2023 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | |
| | */s/ Robert M. Vrana* |
| Michael A. Jacobs | Anne Shea Gaza (No. 4093) |
| Joyce Liou | Robert M. Vrana (No. 5666) |
| MORRISON & FOERSTER LLP | Samantha G. Wilson (No. 5816) |
| 425 Market Street | Rodney Square |
| San Francisco, CA 94105 | 1000 North King Street |
| (415) 268-7000 | Wilmington, DE 19801 |
| mjacobs@mofo.com | (302) 571-6600 |
| jliou@mofo.com | agaza@ycst.com |
| | rvrana@ycst.com |
| Erik J. Olson | swilson@ycst.com |
| MORRISON & FOERSTER LLP | |
| 755 Page Mill Road | *Attorneys for Plaintiff Arm Ltd.* |
| Palo Alto, CA 94304 | |
| (415) 268-7000 | |
| ejolson@mofo.com | |
| | |
| Scott F. Llewellyn | |
| MORRISON & FOERSTER LLP | |
| 4200 Republic Plaza | |
| 370 Seventeenth Street | |
| Denver, CO 80202 | |
| (303) 592-2204 | |
| sllewellyn@mofo.com | |

2