IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1146 (MN) |
| | ) |
| QUALCOMM INC., QUALCOMM | ) |
| TECHNOLOGIES, INC. and NUVIA, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the time for the parties to submit a proposed protective order and ESI order pursuant to Paragraphs 1 and 3 of the Scheduling Order (D.I. 26) is hereby extended to February 22, 2023.

YOUNG CONAWAY STARGATT & TAYLOR, LLP         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Robert M. Vrana*                                                  */s/ Jennifer Ying*

Anne Shea Gaza (#4093)                                       Jack B. Blumenfeld (#1014)
Robert M. Vrana (#5666)                                       Jennifer Ying (#5550)
Samantha G. Wilson (#5816)                                 1201 North Market Street
Rodney Square                                                       P.O. Box 1347
1000 North King Street                                           Wilmington, DE 19899
Wilmington, DE 19801                                           (302) 658-9200
(302) 571-6727                                                       jblumenfeld@morrisnichols.com
agaza@ycst.com                                                     jying@morrisnichols.com
rvrana@ycst.com
swilson@ycst.com                                                  *Attorneys for Defendants*

*Attorneys for Plaintiff*

February 17, 2023

SO ORDERED this _____ day of February, 2023.

_____
J.