IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-1146 (MN) |
| ) | |
| QUALCOMM INC., QUALCOMM ) | |
| TECHNOLOGIES, INC. and NUVIA, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Defendants' Responses and Objections to Plaintiff's First Set of Interrogatories (Nos. 1-13)*; (2) *Defendants' Responses and Objections to Plaintiff's First Set of Requests for Production (Nos. 1-51)*; and (3) *Defendants' First Supplemental Initial Disclosures Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure* were caused to be served on February 27, 2023, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                                                                         VIA ELECTRONIC MAIL
Robert M. Vrana, Esquire
Samantha G. Wilson, Esquire
YOUNG, CONAWAY, STARGATT & TAYLOR LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Plaintiff*

Michael A. Jacobs, Esquire                                                                       VIA ELECTRONIC MAIL
Joyce Liou, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
*Attorneys for Plaintiff*

Erik J. Olson, Esquire                                 *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304
*Attorneys for Plaintiff*

Scott F. Llewellyn, Esquire                         *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202-5638
*Attorneys for Plaintiff*

                                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                                */s/ Jennifer Ying*
                                                                 _____

OF COUNSEL:                                    Jack B. Blumenfeld (#1014)
                                                                  Jennifer Ying (#5550)
Karen L. Dunn                                     1201 North Market Street
William A. Isaacson                              P.O. Box 1347
Melissa F. Zappala                               Wilmington, DE  19899
PAUL, WEISS, RIFKIND, WHARTON           (302) 658-9200
   & GARRISON LLP                             jblumenfeld@morrisnichols.com
2001 K Street, NW                               jying@morrisnichols.com
Washington, DC  20006-1047
(202) 223-7300                                     *Attorneys for Defendants*

Erin J. Morgan
PAUL, WEISS, RIFKIND, WHARTON
   & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
(212) 373-3000

February 27, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 27, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Michael A. Jacobs, Esquire<br>Joyce Liou, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Erik J. Olson, Esquire<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO  80202-5638<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)