IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., a U.K. corporation,<br><br>       Plaintiff,<br><br>       v.<br><br>QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, and NUVIA, INC., a Delaware corporation,<br><br>       Defendants. | C.A. No. 22-1146-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 27, 2023, the following was served on the counsel listed below in the manner indicated:

1) Arm Ltd.'s Objections and Response to Qualcomm's First Set of Interrogatories (Nos. 1-11).

**BY EMAIL**

| | |
|---|---|
| Jack B. Blumenfeld<br>Jennifer Ying<br>MORRIS, NICHOLS, ARSHT<br>& TUNNELL LLP<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com | Karen L. Dunn<br>William A. Isaacson<br>Melissa F. Zappala<br>Erin J. Morgan<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006<br>kdunn@paulweiss.com<br>wisaacson@paulweiss.com<br>mzappala@paulweiss.com<br>ejmorgan@paulweiss.com |

PLEASE TAKE FURTHER NOTICE that on February 28, 2023, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on counsel listed above.

| | |
|---|---|
| Dated: February 28, 2023<br><br>OF COUNSEL:<br><br>Michael A. Jacobs<br>Joyce Liou<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7000<br>mjacobs@mofo.com<br>jliou@mofo.com<br><br>Erik J. Olson<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br>(415) 268-7000<br>ejolson@mofo.com<br><br>Scott F. Llewellyn<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO 80202<br>(303) 592-2204<br>sllewellyn@mofo.com | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Robert M. Vrana*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Plaintiff Arm Ltd.* |