IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-1146 (MN) |
| ) | |
| QUALCOMM INC., QUALCOMM ) | |
| TECHNOLOGIES, INC. and NUVIA, INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND ORDER TO AMEND CASE SCHEDULING ORDER**

WHEREAS, the current fact discovery deadline is October 20, 2023 (D.I. 26, ¶ 7(a));

WHEREAS, the parties have conferred and believe that an extension of the fact discovery period is necessary to, *inter alia,* schedule and complete depositions;

WHEREAS, the parties further request extensions of the other deadlines shown in the table below consistent with the extension of fact discovery, none of which impact any dates on the Court's calendar;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and subject to the approval of the Court, that the following deadlines contained in the Scheduling Order (D.I. 26) are amended as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Fact Discovery Close | October 20, 2023 | November 17, 2023 |
| Opening Expert Reports | November 17, 2023 | December 20, 2023 |
| Rebuttal Expert Reports | January 25, 2024 | February 27, 2024 |

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Reply Expert Reports | February 27, 2024 | March 25, 2024 |
| Expert Discovery Closes | March 22, 2024 | April 15, 2024 |
| SJ/Daubert Motions and Opening Briefs | April 22, 2024 | April 22, 2024 (no change) |

No dates on the Court's calendar are affected by this stipulation.

The undersigned counsel hereby certify that they provided a copy of this stipulation to their clients in compliance with D. Del. L.R. 16.4(b).

YOUNG, CONAWAY, STARGATT & TAYLOR LLP

/s/ Robert M. Vrana

Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Samantha G. Wilson (#5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6727
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff*

September 20, 2023

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jennifer Ying

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

*Attorneys for Defendants*

SO ORDERED this 21st day of September, 2023.

_____
The Honorable Maryellen Noreika
United States District Judge