# EXHIBIT 12

# Ying, Jennifer

| | |
|---|---|
| **From:** | Visitacion, Daisy Belle <DVisitacion@mofo.com> |
| **Sent:** | Thursday, September 21, 2023 10:47 AM |
| **To:** | mzappala@paulweiss.com; jbraly@paulweiss.com; Ying, Jennifer |
| **Cc:** | Llewellyn, Scott F.; Fung, Nicholas Rylan; Tan, Nate; Davenport, Lydia; Brickey, Sarah E. |
| **Subject:** | [EXT] ARM Ltd. v. Qualcomm Inc., et al., C.A. No. 22-1146-MN |
| **Attachments:** | 2023.09.21 Arm Ltd. Production Ltr.pdf |

Counsel,

Please see attached. The referenced production is of documents from custodian Antonio Viana. Arm anticipates completing the production of Mr. Viana's documents by Monday, Sept. 25.

Best Regards,
**DAISY BELLE VISITACION**
Senior Paralegal | Morrison & Foerster LLP
755 Page Mill Road | Palo Alto, CA 94304-1018
**P:** +1 (650) 813-5693

**MORRISON FOERSTER**

mofo.com | LinkedIn | Twitter

========================================================================

This message may be confidential and privileged. Use or disclosure by anyone other than an intended addressee is prohibited. If you received this message in error, please delete it and advise the sender by reply email. Learn about Morrison & Foerster LLP's Privacy Policy.
.

1