

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

September 29, 2023

**Nitika Gupta Fiorella**
Principal
fiorella@fr.com
+1 302 778 8461  direct

The Honorable Laura D. Hatcher
United States District Court
844 King Street
Wilmington, DE 19801

Re:  *Arm Ltd. v. Qualcomm Inc.,* C.A. No. 22-1146 (MN (LDH))

Dear Magistrate Judge Hatcher:

I entered an appearance today on behalf of non-party Apple Inc. prior to filing Apple's Motion
for a Protective Order to Maintain Redactions of Competitively Sensitive Commercial
Information, D.I. 101.  Similar to counsel for non-party Ampere Computing LLC, I too
respectfully request permission to attend today's 1:00 p.m. ET teleconference regarding D.I. 80.
I also request that Hannah Cannom of Walker Stevens Cannom LLP be permitted to join the
teleconference as well and be heard on Apple's Motion.

Respectfully,

*/s/ Nitika Gupta Fiorella*

Nitika Gupta Fiorella

cc:  All Counsel of Record (via ECF)