# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM, LTD. | ) |
| | ) **PUBLIC VERSION** |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1146 (MN) (LDH) |
| | ) |
| QUALCOMM INC., QUALCOMM | ) |
| TECHNOLOGIES, INC., and NUVIA, INC. | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

NOW THEREFORE, having reviewed Non-Party Apple Inc.'s Motion for Protective Order or, In the Alternative, Motion for Reconsideration ("Apple's Motion"),

IT IS HEREBY ORDERED that Apple's Motion is GRANTED.

_____
The Honorable Laura D. Hatcher
Magistrate Judge