IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1146 (MN) (LDH) |
| | ) |
| QUALCOMM INC., QUALCOMM | ) **REDACTED - PUBLIC VERSION** |
| TECHNOLOGIES, INC. and NUVIA, INC., | ) **Original Filing Date: December 29, 2023** |
| | ) **Redacted Filing Date: January 8, 2024** |
| Defendants. | ) |

**DECLARATION OF ANNA R. GRESSEL IN SUPPORT OF DEFENDANTS'
LETTER TO THE HONORABLE LAURA D. HATCHER
REGARDING JANUARY 12, 2024 DISCOVERY DISPUTE HEARING**

I, Anna R. Gressel, declare under penalty of perjury that the following is true and correct:

1. I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for Qualcomm Inc., Qualcomm Technologies, Inc. and Nuvia, Inc. (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the State Bar of New York and was admitted to practice before this Court *pro hac vice* on September 18, 2023. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

2. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the December 12, 2023 deposition of Rene Haas.

3. Attached hereto as Exhibit 2 is a true and correct copy of Defendants' First Supplemental Responses and Objections to Plaintiff's First Set of Interrogatories.

4. Attached hereto as Exhibit 3 is a true and correct copy of Defendants' Notice of Deposition of Masayoshi Son, served on August 30, 2023 and filed at D.I. 73.

5. Attached hereto as Exhibit 4 is a true and correct copy of the letter, dated September 15, 2023, from Scott Llewellyn to Melissa Felder Zappala.

6. Attached hereto as Exhibit 5 is a true and correct copy of the email, dated September 21, 2023, from Anna Gressel to Jack Li, et al.

7. Attached hereto as Exhibit 6 is a true and correct copy of the email, dated September 22, 2023, from Jack Li to Anna Gressel, et al.

8. Attached hereto as Exhibit 7 is a true and correct copy of the email chain, dated September 28, 2023, between Jack Li, Madalyn Vaughn, Anna Gressel, et al.

9. Attached hereto as Exhibit 8 is a true and correct copy of the email, dated October 3, 2023, from Anna Gressel to Jack Li, et al.

10. Attached hereto as Exhibit 9 is a true and correct copy of the email, dated October 4, 2023, from Jack Li to Anna Gressel, et al.

11. Attached hereto as Exhibit 10 is a true and correct copy of the letter, dated October 5, 2023, from Anna Gressel to Jack Li.

12. Attached hereto as Exhibit 11 is a true and correct copy of the letter, dated October 11, 2023, from Kyle Mooney to Anna Gressel.

13. Attached hereto as Exhibit 12 is a true and correct copy of the letter, dated October 24, 2023, from Anna Gressel to Kyle Mooney.

14. Attached hereto as Exhibit 13 is a true and correct copy of the letter, dated October 30, 2023, from Kyle Mooney to Anna Gressel.

15. Attached hereto as Exhibit 14 is a true and correct copy of the letter, dated November 17, 2023, from Anna Gressel to Kyle Mooney.

16. Attached hereto as Exhibit 15 is a true and correct copy of the letter, dated November 28, 2023, from Kyle Mooney to Anna Gressel.

17. Attached hereto as Exhibit 16 is a true and correct copy of the letter, dated December 7, 2023, from Anna Gressel to Kyle Mooney.

18. Attached hereto as Exhibit 17 is a true and correct copy of the transcript, dated November 11, 2022, of the SoftBank Group Corp.'s Q2 2023 Earnings Call.

19. Attached hereto as Exhibit 18 is a true and correct copy of the transcript of the November 15, 2023 deposition of Cristiano Amon.

20. Attached hereto as Exhibit 19 is a true and correct copy of Exhibit 40 to the November 15, 2023 Deposition of Cristiano Amon, Bates numbered QCARM_3972003.

21. Attached hereto as Exhibit 20 is a true and correct copy of Exhibit 42 to the November 15, 2023 Deposition of Cristiano Amon, Bates numbered QCARM_7484460.

22. Attached hereto as Exhibit 21 is a true and correct copy of Exhibit 43 to the November 15, 2023 Deposition of Cristiano Amon, Bates numbered QCARM_7484462.

23. Attached hereto as Exhibit 22 is a true and correct copy of the transcript of the November 16, 2023 deposition of Simon Segars.

24. Attached hereto as Exhibit 23 is a true and correct copy of the transcript of the November 9, 2023 deposition of Paul Williamson.

25. Attached hereto as Exhibit 24 is a true and correct copy of the Defendants' letter to the Court, dated September 21, 2023, and filed under seal.

26. Attached hereto as Exhibit 25 is a true and correct copy of Plaintiff's First Supplemental Objections and Responses to Qualcomm's Second Set of Interrogatories.

27. Attached hereto as Exhibit 26 is a true and correct copy of the letter, dated December 7, 2023, from Melissa Felder Zappala to Kyle Mooney.

28. Attached hereto as Exhibit 27 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

29. Attached hereto as Exhibit 28 is a true and correct copy of the Expert Report of Guhan Subramanian ("Subramanian Report"), dated December 20, 2023.

30. Attached hereto as Exhibit 29 is a true and correct copy of the Expert Report of W. Todd Schoettelkotte ("Schoettelkotte Report"), dated December 20, 2023.

31. Attached hereto as Exhibit 30 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

32. Attached hereto as Exhibit 31 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

33. Attached hereto as Exhibit 32 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

34. Attached hereto as Exhibit 33 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

35. Attached hereto as Exhibit 34 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

36. Attached hereto as Exhibit 35 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

37. Attached hereto as Exhibit 36 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

38. Attached hereto as Exhibit 37 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

39. Attached hereto as Exhibit 38 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

40. Attached hereto as Exhibit 39 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

41. Attached hereto as Exhibit 40 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

42. Attached hereto as Exhibit 41 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

43. Attached hereto as Exhibit 42 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

44. Attached hereto as Exhibit 43 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

45. Attached hereto as Exhibit 44 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

46. Attached hereto as Exhibit 45 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

47. Attached hereto as Exhibit 46 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

48. Attached hereto as Exhibit 47 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

49.  Attached hereto as Exhibit 48 is a true and correct copy of ▮▮▮▮▮▮

50.  Attached hereto as Exhibit 49 is a true and correct copy of ▮▮▮▮▮▮

51.  Attached hereto as Exhibit 50 is a true and correct copy of ▮▮▮▮▮▮

52.  Attached hereto as Exhibit 51 is a true and correct copy of ▮▮▮▮▮▮

53.  Attached hereto as Exhibit 52 is a true and correct copy of ▮▮▮▮▮▮

54.  Attached hereto as Exhibit 53 is a true and correct copy of ▮▮▮▮▮▮

55.  Attached hereto as Exhibit 54 is a true and correct copy of ▮▮▮▮▮▮

56.  Attached hereto as Exhibit 55 is a true and correct copy of ▮▮▮▮▮▮

57.  Attached hereto as Exhibit 56 is a true and correct copy of ▮▮▮▮▮▮

58.  Attached hereto as Exhibit 57 is a true and correct copy of ▮▮▮▮▮▮

59.  Attached hereto as Exhibit 58 is a true and correct copy of ▮▮▮▮▮▮

60. Attached hereto as Exhibit 59 is a true and correct copy of ███████████████████████████
███████████████████████████████████████████████████

61. Attached hereto as Exhibit 60 is a true and correct copy of ███████████████████████████
███████████████████████████████████████████████████

62. Attached hereto as Exhibit 61 is a true and correct copy of ███████████████████████████
███ ██████ ██ ████████ ██ ██████████ ██ ███
████████

63. Attached hereto as Exhibit 62 is a true and correct copy of ███████████████████████████
███████████████████████████████████████████████████

64. Attached hereto as Exhibit 63 is a true and correct copy of ███████████████████████████
███████████████████████████████████████████████████

65. Attached hereto as Exhibit 64 is a true and correct copy of ███████████████████████████
███████████████████████████████████████████████████

66. Attached hereto as Exhibit 65 is a true and correct copy of ███████████████████████████
███████████████████████████████████████████████████

67. Attached hereto as Exhibit 66 is a true and correct copy of ███████████████████████████
███████████████████████████████████████████████████

68. Exhibit 67 has been intentionally left blank.

69. Exhibit 68 has been intentionally left blank.

70. Attached hereto as Exhibit 69 is a true and correct copy of ███████████████████████████
███████████████████████████████████████████████████

71. Attached hereto as Exhibit 70 is a true and correct copy of ███████████████████████████
███████████████████████████████████████████████████

72. Attached hereto as Exhibit 71 is a true and correct copy of ▮▮▮▮▮

73. Attached hereto as Exhibit 72 is a true and correct copy of ▮▮▮▮▮

74. Exhibit 73 has been intentionally left blank.

75. Attached hereto as Exhibit 74 is a true and correct copy of ▮▮▮▮▮

76. Attached hereto as Exhibit 75 is a true and correct copy of ▮▮▮▮▮

77. Attached hereto as Exhibit 76 is a true and correct copy of ▮▮▮▮▮

78. Attached hereto as Exhibit 77 is a true and correct copy of ▮▮▮▮▮

79. Attached hereto as Exhibit 78 is a true and correct copy of ▮▮▮▮▮

80. Attached hereto as Exhibit 79 is a true and correct copy of ▮▮▮▮▮

81. Attached hereto as Exhibit 80 is a true and correct copy of ▮▮▮▮▮

82. Attached hereto as Exhibit 81 is a true and correct copy of ▮▮▮▮▮

83. Attached hereto as Exhibit 82 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

84. Attached hereto as Exhibit 83 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

85. Attached hereto as Exhibit 84 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

86. Attached hereto as Exhibit 85 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

87. Attached hereto as Exhibit 86 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

88. Attached hereto as Exhibit 87 is a true and correct copy of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

89. Attached hereto as Exhibit 88 is a true and correct copy of the transcript of the November 15, 2023 deposition of Richard Grisenthwaite.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 29th day of December, 2023, in New York, New York.

                                                   /s/ Anna R. Gressel

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 29, 2023, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Michael A. Jacobs, Esquire<br>Joyce Liou, Esquire<br>Lydia Davenport, Esquire<br>Daralyn J. Durie, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Erik J. Olson, Esquire<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>Sarah E. Brickey, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO  80202-5638<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Ruohan (Jack) Li, Esquire<br>Daniel P. Muino, Esquire<br>Fahd Hussein Patel, Esquire<br>Reebehl G. El-Hage, Esquire<br>David Nathaniel Tan, Esquire<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, D.C.  20037<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Nicholas Rylan Fung, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA  90017<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Kyle W.K. Mooney, Esquire<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY  10019<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Michael J. DeStefano, Esquire<br>MORRISON & FOERSTER LLP<br>600 Brickell Avenue, Suite 1560<br>Miami, FL  33131<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Jennifer Ying*

Jennifer Ying (#5550)