IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1146 (MN) (LDH) |
| | ) |
| QUALCOMM INC., QUALCOMM | ) |
| TECHNOLOGIES, INC. and NUVIA, INC., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

WHEREAS, the Court having considered Defendants' Motion for Leave to Amend Answer and Counterclaim, and any opposition thereto;

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED. Defendants are directed to file their amended answer and counterclaims on or before March 7, 2024.

**SO ORDERED**, this ____ day of _____, 2024.

_____
                                                                                                    J.