IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1146 (MN) |
| | ) |
| QUALCOMM INC., QUALCOMM | ) |
| TECHNOLOGIES, INC. and NUVIA, INC., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER REGARDING
REVISED CASE SCHEDULE**

WHEREAS, the Court has set a trial date for December 16, 2024 and ordered the parties to submit a revised proposed scheduling order (D.I. 302);

WHEREAS, the parties have met and conferred and have agreed on an amended case schedule and limits on expert discovery and fact discovery in connection with Defendants' Second Amended Counterclaims;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that the remaining deadlines contained in the Scheduling Order (D.I. 26) and Amended Scheduling Order (D.I. 87) are amended as set forth in the amended case schedule attached hereto as Exhibit A.

The parties also agree to the following limits for expert discovery and fact discovery in connection with Defendants' Second Amended Counterclaims:

1. Each expert witness may be deposed once for a total of seven hours;

2. Should a party submit an expert report in connection with Defendants' Second Amended Counterclaims from an expert witness who was already deposed for seven hours, the responding party will be permitted an additional three-hour deposition of the expert witness;

3. Each side will be permitted to serve thirty requests for production, four interrogatories, and eight requests for admission relating to Defendants' Second Amended Counterclaims.

4. Each side will have fourteen days to respond to any request for production served under Paragraph 3, and twenty-one days to respond to any interrogatory or request for admission served under Paragraph 3.

| | |
|---|---|
| YOUNG, CONAWAY, STARGATT & TAYLOR LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Anne Shea Gaza* | */s/ Jennifer Ying* |
| Anne Shea Gaza (#4093) | Jack B. Blumenfeld (#1014) |
| Robert M. Vrana (#5666) | Jennifer Ying (#5550) |
| Samantha G. Wilson (#5816) | Travis Murray (#6882) |
| Rodney Square | 1201 North Market Street |
| 1000 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6727 | (302) 658-9200 |
| agaza@ycst.com | jblumenfeld@morrisnichols.com |
| rvrana@ycst.com | jying@morrisnichols.com |
| swilson@ycst.com | tmurray@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

March 25, 2024

SO ORDERED this 8th day of April 2024.

_____
The Honorable Maryellen Noreika
United States District Judge

2

# EXHIBIT A

| Event | Current Schedule | Amended Schedule |
|---|---|---|
| Reply Expert Reports (for original claims and Amended Counterclaims) | March 25, 2024 | March 25, 2024 |
| Answer to Second Amended Counterclaims | N/A | April 4, 2024 |
| Substantial Completion of Document Production (for Second Amended Counterclaims) | N/A | May 1, 2024 |
| Expert Discovery Close (for experts expected only to be submitting an expert report on original claims and Amended Counterclaims) | April 15, 2024 | May 3, 2024 |
| Supplemental Fact Discovery Close (for Second Amended Counterclaims) | N/A | May 10, 2024 |
| Opening Expert Reports (for Second Amended Counterclaims) | N/A | May 20, 2024 |
| Rebuttal Expert Reports (for Second Amended Counterclaims) | N/A | June 10, 2024 |
| Reply Expert Reports (for Second Amended Counterclaims) | N/A | June 24, 2024 |
| Expert Discovery Close (for experts submitting an expert report on Second Amended Counterclaims) | N/A | July 2, 2024 |
| Case Dispositive Motions and *Daubert* Motions | April 22, 2024 | July 10, 2024 |
| Opposition to Case Dispositive Motions and *Daubert* Motions | May 22, 2024 | August 7, 2024 |
| Reply to Case Dispositive Motions and *Daubert* Motions | June 12, 2024 | August 21, 2024 |
| Jury Instructions, Voir Dire, and Special Verdict Forms | September 2, 2024 | November 6, 2024 |
| Pretrial Conference | September 9, 2024 | November 20, 2024 |
| Trial (5 days) | September 23, 2024 | December 16, 2024 |