# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., a U.K. corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, and NUVIA, INC., a Delaware corporation,<br><br>Defendants. | C.A. No. 22-1146-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 3, 2024, the following was served on the counsel listed below in the manner indicated:

1) Arm Ltd.'s Responses and Objections to Counterclaim-Plaintiffs' Notice of Rule 30(b)(6) Deposition; and

2) Arm Ltd.'s Responses and Objections to Qualcomm's Seventh Set of Requests for Production (Nos. 148-154).

**BY EMAIL**

Jack B. Blumenfeld
Jennifer Ying
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

Isaac B. Zaur
Nora Niedzielski-Eichner
CLARICK GUERON REISBAUM LLP
220 Fifth Avenue, 14th Floor
New York, NY 10001
izaur@cgr-law.com
nniedzie@cgr-law.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Brian Shiue
Anna P. Lipin
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
kdunn@paulweiss.com
wisaacson@paulweiss.com
mzappala@paulweiss.com
ejmorgan@paulweiss.com
bshiue@paulweiss.com
alipin@paulweiss.com

| | |
|---|---|
| Andrea L. D'Ambra<br>Susana Medeiros<br>Kira Latham<br>NORTON ROSE FULBRIGHT US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>andrea.dambra@nortonrosefulbright.com<br>susana.medeiros@nortonrosefulbright.com<br>kira.latham@nortonrosefulbright.com | Catherine Nyarady<br>Anna R. Gressel<br>Madalyn G. Vaughn<br>Jacob A. Braly<br>Alexander M. Butwin<br>Samantha Mehring<br>PAUL, WEISS, RIFKIND,<br>WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>cnyarady@paulweiss.com<br>agressel@paulweiss.com<br>mvaughn@paulweiss.com<br>jbraly@paulweiss.com<br>abutwin@paulweiss.com<br>smehring@paulweiss.com<br><br>grp-qc@paulweiss.com |

PLEASE TAKE FURTHER NOTICE that on May 6, 2024, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on counsel listed above.

| | |
|---|---|
| Dated: May 6, 2024<br><br>OF COUNSEL:<br><br>Daralyn J. Durie<br>Joyce Liou<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7000<br>ddurie@mofo.com<br>jliou@mofo.com<br><br>Erik J. Olson<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br>(415) 268-7000<br>ejolson@mofo.com | YOUNG CONAWAY STARGATT &<br>   TAYLOR, LLP<br><br>*/s/ Robert M. Vrana*<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Plaintiff Arm Ltd.* |

Kyle W.K. Mooney
Kyle D. Friedland
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
(212) 336-4092
kmooney@mofo.com
kfriedland@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

Nicholas Rylan Fung
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5348
nfung@mofo.com