IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., a U.K. corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, and NUVIA, INC., a Delaware corporation,<br><br>    Defendants. | C.A. No. 22-1146-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 3, 2024, the following was served on the counsel listed below in the manner indicated:

1) Plaintiff Arm Ltd.'s Responses and Objections to Amended First Set of Requests for Admissions to Nos. 8, 9, 10, and 13 of Qualcomm's First Requests for Admissions to Plaintiff; and

2) Arm Ltd.'s Objections and Responses to Qualcomm's Eighth Set of Interrogatories (Nos. 30-32).

**BY EMAIL**

Jack B. Blumenfeld
Jennifer Ying
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

Isaac B. Zaur
Nora Niedzielski-Eichner
CLARICK GUERON REISBAUM LLP
220 Fifth Avenue, 14th Floor
New York, NY 10001
izaur@cgr-law.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Brian Shiue
Anna P. Lipin
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
kdunn@paulweiss.com
wisaacson@paulweiss.com
mzappala@paulweiss.com
ejmorgan@paulweiss.com
bshiue@paulweiss.com
alipin@paulweiss.com

nniedzie@cgr-law.com

| | |
|---|---|
| Andrea L. D'Ambra | Catherine Nyarady |
| Susana Medeiros | Anna R. Gressel |
| Kira Latham | Madalyn G. Vaughn |
| NORTON ROSE FULBRIGHT US LLP | Jacob A. Braly |
| 1301 Avenue of the Americas | Alexander M. Butwin |
| New York, NY 10019 | Samantha Mehring |
| andrea.dambra@nortonrosefulbright.com | PAUL, WEISS, RIFKIND, |
| susana.medeiros@nortonrosefulbright.com | WHARTON & GARRISON LLP |
| kira.latham@nortonrosefulbright.com | 1285 Avenue of the Americas |
| | New York, NY 10019 |
| | cnyarady@paulweiss.com |
| | agressel@paulweiss.com |
| | mvaughn@paulweiss.com |
| | jbraly@paulweiss.com |
| | abutwin@paulweiss.com |
| | smehring@paulweiss.com |
| | |
| | grp-qc@paulweiss.com |

PLEASE TAKE FURTHER NOTICE that on June 3, 2024, a copy of this Notice of Service was electronically filed with the Clerk of the Court using CM/ECF and will be served by email on counsel listed above.

| | |
|---|---|
| Dated: June 3, 2024 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | |
| | */s/ Robert M. Vrana* |
| Daralyn J. Durie | Anne Shea Gaza (No. 4093) |
| Joyce Liou | Robert M. Vrana (No. 5666) |
| MORRISON & FOERSTER LLP | Samantha G. Wilson (No. 5816) |
| 425 Market Street | Rodney Square |
| San Francisco, CA 94105 | 1000 North King Street |
| (415) 268-7000 | Wilmington, DE 19801 |
| ddurie@mofo.com | (302) 571-6600 |
| jliou@mofo.com | agaza@ycst.com |
| | rvrana@ycst.com |
| | swilson@ycst.com |
| Erik J. Olson | |
| MORRISON & FOERSTER LLP | *Attorneys for Plaintiff Arm Ltd.* |
| 755 Page Mill Road | |
| Palo Alto, CA 94304 | |
| (415) 268-7000 | |
| ejolson@mofo.com | |

2

Kyle W.K. Mooney
Kyle D. Friedland
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
(212) 336-4092
kmooney@mofo.com
kfriedland@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202
(303) 592-2204
sllewellyn@mofo.com

Nicholas Rylan Fung
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5348
nfung@mofo.com