IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., a U.K. corporation,<br><br>        Plaintiff,<br><br>     v.<br><br>QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, and NUVIA, INC., a Delaware corporation,<br><br>        Defendants. | C.A. No. 22-1146-MN |

### PLAINTIFF ARM LTD.'S NOTICE OF DEPOSITION OF PATRICK KENNEDY

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure and District of Delaware Local Rule 30.1, on July 2, 2024 at 9:00 a.m. PST or another date mutually agreed upon by the parties, Plaintiff Arm Ltd. ("Arm"), by and through its attorneys, will take the deposition by oral examination of Patrick Kennedy. The deposition will be conducted at the law offices of Morrison & Foerster LLP, 12531 High Bluff Drive, Suite 100, San Diego, CA  92130, or at another mutually agreeable location.

The deposition will take place before a court reporter or other person authorized to administer oaths and will be conducted in accordance with the Federal Rules of Civil Procedure. The testimony at the deposition will be recorded by videographic, audio, audiovisual, video conferencing, stenographic, and/or real-time computer means from a remote location separate from the deponent. The deposition shall continue day to day until completed. The deposition will be taken for the purposes of discovery, for use at trial or any other hearing in this matter, and for any other purposes permitted under the Federal Rules of Civil Procedure.

| | |
|---|---|
| Dated:  June 7, 2024 | YOUNG CONAWAY STARGATT & <br>  TAYLOR, LLP |
| OF COUNSEL: | |
| Daralyn J. Durie <br> Joyce Liou <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, CA  94105 <br> (415) 268-7000 <br> ddurie@mofo.com <br> jliou@mofo.com | /s/ Robert M. Vrana <br> Anne Shea Gaza (No. 4093) <br> Robert M. Vrana (No. 5666) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE  19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> rvrana@ycst.com <br> swilson@ycst.com |
| Erik J. Olson <br> MORRISON & FOERSTER LLP <br> 755 Page Mill Road <br> Palo Alto, CA  94304 <br> (650) 813-5600 <br> ejolson@mofo.com | *Attorneys for Plaintiff Arm Ltd.* |
| Kyle W.K. Mooney <br> Kyle D. Friedland <br> MORRISON & FOERSTER LLP <br> 250 West 55th Street <br> New York, NY  10019 <br> (212) 336-4092 <br> kmooney@mofo.com <br> kfriedland@mofo.com | |
| Scott F. Llewellyn <br> MORRISON & FOERSTER LLP <br> 4200 Republic Plaza <br> 370 Seventeenth Street <br> Denver, CO  80202 <br> (303) 592-2204 <br> sllewellyn@mofo.com | |
| Nicholas Rylan Fung <br> MORRISON & FOERSTER LLP <br> 707 Wilshire Boulevard <br> Los Angeles, CA  90017 <br> (213) 892-5348 <br> nfung@mofo.com | |

31725600

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 7, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Jennifer Ying
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

Isaac B. Zaur
Nora Niedzielski-Eichner
CLARICK GUERON REISBAUM LLP
220 Fifth Avenue, 14th Floor
New York, NY 10001
izaur@cgr-law.com
nniedzie@cgr-law.com

Catherine Nyarady
Anna R. Gressel
Madalyn G. Vaughn
Jacob A. Braly
Alexander M. Butwin
Samantha Mehring
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
agressel@paulweiss.com
mvaughn@paulweiss.com
jbraly@paulweiss.com
abutwin@paulweiss.com
smehring@paulweiss.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Brian Shiue
Anna P. Lipin
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
kdunn@paulweiss.com
wisaacson@paulweiss.com
mzappala@paulweiss.com
ejmorgan@paulweiss.com
bshiue@paulweiss.com
alipin@paulweiss.com

Andrea L. D'Ambra
Susana Medeiros
Kira Latham
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
andrea.dambra@nortonrosefulbright.com
susana.medeiros@nortonrosefulbright.com
kira.latham@nortonrosefulbright.com

2

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        */s/ Robert M. Vrana*
        Anne Shea Gaza (No. 4093)
        Robert M. Vrana (No. 5666)
        Samantha G. Wilson (No. 5816)
        Rodney Square
        1000 North King Street
        Wilmington, DE 19801
        (302) 571-6600
        agaza@ycst.com
        rvrana@ycst.com
        swilson@ycst.com

        *Attorneys for Plaintiff Arm Ltd.*