# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., a U.K. corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, and NUVIA, INC., a Delaware corporation,<br><br>　　　　　Defendants. | C.A. No. 22-1146-MN<br><br>**PUBLIC REDACTED VERSION**<br>(Filed July 22, 2024) |

## DECLARATION OF NICHOLAS FUNG IN SUPPORT OF ARM LTD.'S MOTIONS TO EXCLUDE AND STRIKE CERTAIN EXPERT OPINIONS OF MURALI ANNAVARAM, PATRICK KENNEDY, JOHN COATES, AND JOEL STECKELARM

## VOLUME 3 OF 4 (EXHIBIT 6 – PART 2 OF 2)

OF COUNSEL:

Daralyn J. Durie
Joyce Liou
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105
(415) 268-7000
ddurie@mofo.com
jliou@mofo.com

Erik J. Olson
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA  94304
(650) 813-5600
ejolson@mofo.com

Kyle W.K. Mooney
Kyle D. Friedland
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY  10019
(212) 336-4092

YOUNG CONAWAY STARGATT &
　TAYLOR, LLP

Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff Arm Ltd.*

kmooney@mofo.com
kfriedland@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO  80202
(303) 592-2204
sllewellyn@mofo.com

Nicholas Rylan Fung
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017
(213) 892-5348
nfung@mofo.com

Daniel P. Muino
MORRISON & FOERSTER LLP
2100 L Street, NW
Suite 900, Washington, D.C. 20037
(202) 887-1501
dmuino@mofo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., a U.K. corporation,<br><br>      Plaintiff,<br><br>      v.<br><br>QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, and NUVIA, INC., a Delaware corporation,<br><br>      Defendants. | C.A. No. 22-1146-MN<br><br>**HIGHLY CONFIDENTIAL – ATTORENYS' EYES ONLY – FILED UNDER SEAL** |

### DECLARATION OF NICHOLAS FUNG IN SUPPORT OF ARM LTD.'S MOTIONS TO EXCLUDE AND STRIKE CERTAIN EXPERT OPINIONS OF MURALI ANNAVARAM, PATRICK KENNEDY, JOHN COATES, AND JOEL STECKEL

I, Nicholas Fung, declare as follows:

1. I am an attorney with the law firm of Morrison & Foerster LLP ("Morrison & Foerster"), counsel for Plaintiff Arm Ltd. ("Arm") in the above-referenced action.

2. I submit this declaration in support of Arm's Motions to Exclude the Expert Opinions of Murali Annavaram, Patrick Kennedy, John Coates, and Joel Steckel.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Opening Expert Report of Dr. Robert Colwell, dated December 20, 2023.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Opening Expert Report of Dr. Mike Chen, dated December 20, 2023.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Opening Expert Report of Mr. Todd Schoettelkotte, dated December 20, 2023.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Opening Expert Report of Mr. Guhan Subramanian, dated December 20, 2023.

1

7. Attached hereto as **Exhibit 5** is a true and correct copy of the Opening Expert Report of Dr. Ravi Dhar, dated December 20, 2023.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Opening Expert Report of Dr. Murali Annavaram, dated December 20, 2023.

9. Attached hereto as **Exhibit 7** is a true and correct copy of the Rebuttal Expert Report of Dr. Murali Annavaram, dated February 27, 2024.

10. Attached hereto as **Exhibit 8** is a true and correct copy of the Rebuttal Expert Report of Dr. Patrick Kennedy, dated February 27, 2024.

11. Attached hereto as **Exhibit 9** is an excerpt of a true and correct copy of the deposition transcript of John Coates, taken on April 19, 2024.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the Expert Rebuttal Report of Mr. John Coates, dated February 27, 2024.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the Expert Rebuttal Report of Dr. Joel Steckel, dated February 27, 2024.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the Reply Expert Report of Dr. Murali Annavaram, dated March 25, 2024.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the Opening Expert Report of Dr. Patrick Kennedy, dated May 20, 2024.

16. Attached hereto as **Exhibit 14** is an excerpt of a true and correct copy of the deposition transcript of Dr. Murali Annavaram, taken on June 27, 2024.

17. Attached hereto as **Exhibit 15** is an excerpt of a true and correct copy of the deposition transcript of Dr. Robert Colwell, taken on June 28, 2024.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the Reply Expert Report of Mr. Todd Schoettelkotte, dated June 10, 2024.

19. Attached hereto as **Exhibit 17** is a true and correct copy of the Reply Expert Report of Mr. Guhan Subramanian, dated March 25, 2024.

20. Attached hereto as **Exhibit 18** is a true and correct copy of an email exchange from June 2021 and November 2022, with the subject line "███████████," produced by Defendants with Bates number QCARM_7434227.

21. Attached hereto as **Exhibit 19** is a true and correct copy of an email exchange from May 2021, with the subject line "███████████," produced by Defendants with Bates number QCARM_3535535.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the Expert Reply Report of Dr. Patrick Kennedy, dated June 24, 2024.

23. Attached hereto as **Exhibit 21** is a true and correct copy of an email exchange from July 2021, with the subject line "Follow up," produced by Arm with Bates numbers ARM_01305785 to - ARM_01305789.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of July, 2024 at Los Angeles, California.

*/s/ Nicholas Fung*
Nicholas Fung

3

# Exhibit 6 (Part 2 of 2)

# REDACTED IN ITS ENTIRETY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 10, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL/FTP**

Jack B. Blumenfeld
Jennifer Ying
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

Isaac B. Zaur
Nora Niedzielski-Eichner
CLARICK GUERON REISBAUM LLP
220 Fifth Avenue, 14th Floor
New York, NY 10001
izaur@cgr-law.com
nniedzie@cgr-law.com

Catherine Nyarady
Anna R. Gressel
Madalyn G. Vaughn
Jacob A. Braly
Alexander M. Butwin
Samantha Mehring
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
agressel@paulweiss.com
mvaughn@paulweiss.com
jbraly@paulweiss.com
abutwin@paulweiss.com
smehring@paulweiss.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Brian Shiue
Anna P. Lipin
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
kdunn@paulweiss.com
wisaacson@paulweiss.com
mzappala@paulweiss.com
ejmorgan@paulweiss.com
bshiue@paulweiss.com
alipin@paulweiss.com

Andrea L. D'Ambra
Susana Medeiros
Kira Latham
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
andrea.dambra@nortonrosefulbright.com
susana.medeiros@nortonrosefulbright.com
kira.latham@nortonrosefulbright.com

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff Arm Ltd.*