IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., ) | |
| ) | |
| Plaintiff, ) | C.A. No. 22-1146 (MN) |
| ) | |
| v. ) | **REDACTED – PUBLIC VERSION** |
| ) | Original Filing Date: July 10, 2024 |
| QUALCOMM INC., QUALCOMM ) | Redacted Filing Date: July 22, 2024 |
| TECHNOLOGIES, INC. and NUVIA, INC., ) | |
| ) | |
| Defendants. ) | |

**DECLARATION OF CATHERINE NYARADY IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Catherine Nyarady, declare under penalty of perjury that the following is true and correct: I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for Qualcomm Inc., Qualcomm Technologies, Inc. and Nuvia, Inc. (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the State Bar of New York and was admitted to practice before this Court *pro hac vice* on April 6, 2023. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the Qualcomm ALA dated May 30, 2013, Bates numbered ARM_00044650.

2. Attached hereto as **Exhibit 2** is a true and correct copy of Annex 1 to the Qualcomm ALA dated May 30, 2013, Bates numbered QCARM_0343120.

3. Attached hereto as **Exhibit 3** is a true and correct copy of Annex 1 to the Qualcomm ALA dated June 23, 2020, Bates numbered QCARM_0343954.

4. Attached hereto as **Exhibit 4** is a true and correct copy of the Expert Report of Robert P. Colwell dated December 20, 2023.

1

5. Attached hereto as **Exhibit 5** is a true and correct copy of the Nuvia ALA dated September 27, 2019, Bates numbered ARM_00059183.

6. Attached hereto as **Exhibit 6** is a true and correct copy of Annex 1 to the Nuvia ALA dated September 27, 2019, Bates numbered QCARM_3839896.

7. Attached hereto as **Exhibit 7** is a true and correct copy of Annex 1 to the Nuvia ALA dated March 27, 2020, Bates numbered ARM_00057230.

8. Attached hereto as **Exhibit 8** is a true and correct copy of the transcript of the November 8, 2023 Deposition of Ziad Asghar.

9. Attached hereto as **Exhibit 9** is a true and correct copy of the transcript of the November 29, 2023 Deposition of Lynn Bos.

10. Attached hereto as **Exhibit 10** is a true and correct copy of the Expert Report of Murali Annavaram dated December 20, 2023.

11. Attached hereto as **Exhibit 11** is a true and correct copy of Qualcomm's letter dated January 27, 2021, Bates numbered ARM_00063625.

12. Attached hereto as **Exhibit 12** is a true and correct copy of Arm's letter dated February 1, 2022, Bates numbered ARM_00037427.

13. Attached hereto as **Exhibit 13** is a true and correct copy of the transcript of the December 12, 2023 Deposition of Rene Haas.

14. Attached hereto as **Exhibit 14** is a true and correct copy of the transcript of the October 27, 2023 Deposition of Will Abbey.

15. Attached hereto as **Exhibit 15** is a true and correct copy of the transcript of the November 9, 2023 Deposition of Paul Williamson.

16. Attached hereto as **Exhibit 16** is a true and correct copy of the Expert Report of W. Todd Schoettelkotte dated March 25, 2024.

17. Attached hereto as **Exhibit 17** is a true and correct copy of the transcript of the July 2, 2024 Deposition of W. Todd Schoettelkotte.

18. Attached hereto as **Exhibit 18** is a true and correct copy of the Expert Report of W. Todd Schoettelkotte dated December 20, 2023.

19. Attached hereto as **Exhibit 19** is a true and correct copy of the Merger Agreement dated January 12, 2021, Bates numbered QCARM_0356478.

20. Attached hereto as **Exhibit 20** is a true and correct copy of the transcript of the November 15, 2023 Deposition of Cristiano Amon.

21. **Exhibit 21** is intentionally omitted.

22. Attached hereto as **Exhibit 22** is a true and correct copy of Defendants' Supplemental Responses and Objection to Plaintiff's First Set of Interrogatories.

23. Attached hereto as **Exhibit 23** is a true and correct copy of the Expert Report of Shuo-Wei (Mike) Chen dated December 20, 2023.

24. Attached hereto as **Exhibit 24** is a true and correct copy of the Compliance Waiver dated April 12, 2022, Bates numbered QCARM_3067780.

25. Attached hereto as **Exhibit 25** is a true and correct copy of the transcript of the November 15, 2023 Deposition of Richard Grisenthwaite.

26. Attached hereto as **Exhibit 26** is a true and correct copy of an excerpt from the Arm Architecture Reference Manual, Bates numbered ARM_01324149.

27. Attached hereto as **Exhibit 27** is a true and correct copy of the transcript of the October 27, 2023 Deposition of Nitin Sharma.

28. Attached hereto as **Exhibit 28** is a true and correct copy of the transcript of the November 3, 2023 Deposition of Gerard Williams.

29. Attached hereto as **Exhibit 29** is a true and correct copy of the transcript of the December 14, 2023 Deposition of Vivek Agrawal.

30. Attached hereto as **Exhibit 30** is a true and correct copy of the transcript of the May 10, 2024 Deposition of Guy Larri.

31. Attached hereto as **Exhibit 31** is a true and correct copy of the Expert Report of Murali Annavaram dated February 27, 2024.

32. Attached hereto as **Exhibit 32** is a true and correct copy of the Expert Report of Ravi Dhar dated December 20, 2023.

33. Attached hereto as **Exhibit 33** is a true and correct copy of the Expert Report of Ravi Dhar dated March 25, 2024.

34. Attached hereto as **Exhibit 34** is a true and correct copy of the transcript of the December 8, 2023 Deposition of Jonathan Armstrong.

35. Attached hereto as **Exhibit 35** is a true and correct copy of the transcript of the May 3, 2024 Deposition of Ravi Dhar.

36. Attached hereto as **Exhibit 36** is a true and correct copy of the transcript of the November 28, 2023 Deposition of Mike Roberts.

37. Attached hereto as **Exhibit 37** is a true and correct copy of Arm's Trademark Use Guidelines, Bates numbered QCARM_7517739.

38. Attached hereto as **Exhibit 38** is a true and correct copy of a Qualcomm presentation dated November 10, 2023, Bates numbered QCARM_7490586.

39. Attached hereto as **Exhibit 39** is a true and correct copy of a Qualcomm press release titled "Qualcomm Unleashes Snapdragon X Elite: The AI Super-Charged Platform to Revolutionize the PC" dated October 24, 2023, Bates numbered ARM_01434901.

40. Attached hereto as **Exhibit 40** is a true and correct copy of an article titled "It's Copilot + PC and Snapdragon X Launch Day: Here's How It Looks at Best Buy" dated June 18, 2024.

41. Attached hereto as **Exhibit 41** is a true and correct copy of an article titled "Copilot+ PC launch live blog: Testing the new Snapdragon Laptops" dated June 19, 2024.

42. Attached hereto as **Exhibit 42** is a true and correct copy of Arm's Corrected R&Os to Defendants' First Set of Interrogatories, dated March 1, 2024.

43. Attached hereto as **Exhibit 43** is a true and correct copy of the March 7, 2024 hearing transcript.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 10th day of July, 2024, in New York, New York.

*/s/ Catherine Nyarady*
Catherine Nyarady

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 10, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG, CONAWAY, STARGATT & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Joyce Liou, Esquire<br>Lydia Davenport, Esquire<br>Daralyn J. Durie, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Erik J. Olson, Esquire<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>Sarah E. Brickey, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO  80202-5638<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

Daniel P. Muino, Esquire  *VIA ELECTRONIC MAIL*
Reebehl G. El-Hage, Esquire
David Nathaniel Tan, Esquire
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C.  20037
*Attorneys for Plaintiff*

Nicholas Rylan Fung, Esquire  *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA  90017
*Attorneys for Plaintiff*

Kyle W.K. Mooney, Esquire  *VIA ELECTRONIC MAIL*
Kyle D. Friedland, Esquire
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY  10019
*Attorneys for Plaintiff*

Michael J. DeStefano, Esquire  *VIA ELECTRONIC MAIL*
MORRISON & FOERSTER LLP
600 Brickell Avenue, Suite 1560
Miami, FL  33131
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　*/s/ Jennifer Ying*

　　　　　　　　　　　　　　　　　　　　　　Jennifer Ying (#5550)