IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1146 (MN) |
| | ) |
| QUALCOMM INC., QUALCOMM | ) |
| TECHNOLOGIES, INC. and NUVIA, INC., | ) |
| | ) |
| Defendants. | ) |

**<u>NOTICE OF WITHDRAWAL OF COUNSEL</u>**

PLEASE TAKE NOTICE that the appearance of Madalyn G. Vaughn, formerly of PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, as counsel for Defendants Qualcomm Inc., Qualcomm Technologies, Inc., and Nuvia, Inc. (collectively, "Defendants") is hereby withdrawn. The firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP, and NORTON ROSE FULBRIGHT US LLP will continue to represent Defendants in this matter.

| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| | */s/ Jennifer Ying* |
| OF COUNSEL: | _____ |
| | Jack B. Blumenfeld (#1014) |
| Karen L. Dunn | Jennifer Ying (#5550) |
| William A. Isaacson | Travis Murray (#6882) |
| Melissa F. Zappala | 1201 North Market Street |
| Anna P. Lipin | P.O. Box 1347 |
| PAUL, WEISS, RIFKIND, WHARTON | Wilmington, DE 19899 |
| & GARRISON LLP | (302) 658-9200 |
| 2001 K Street, NW | jblumenfeld@morrisnichols.com |
| Washington, DC 20006-1047 | jying@morrisnichols.com |
| (202) 223-7300 | tmurray@morrisnichols.com |

*Attorneys for Defendants Qualcomm Inc., Qualcomm Technologies, Inc., and Nuvia, Inc.*

Catherine Nyarady
Erin J. Morgan
Anna R. Gressel
Jacob A. Braly
Alexander M. Butwin
Samantha Mehring
PAUL, WEISS, RIFKIND, WHARTON
 & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000

Andrea L. D'Ambra
Susana Medeiros
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
(212) 318-3000

Kira Latham
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201
(214) 855-8000

August 7, 2024

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 7, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Joyce Liou, Esquire<br>Lydia Davenport, Esquire<br>Daralyn J. Durie, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Erik J. Olson, Esquire<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>Sarah E. Brickey, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO 80202-5638<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Daniel P. Muino, Esquire<br>Reebehl G. El-Hage, Esquire<br>David Nathaniel Tan, Esquire<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, D.C. 20037<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Nicholas Rylan Fung, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Kyle W.K. Mooney, Esquire<br>Kyle D. Friedland, Esquire<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Michael J. DeStefano, Esquire<br>MORRISON & FOERSTER LLP<br>600 Brickell Avenue, Suite 1560<br>Miami, FL 33131<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)