HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 62

1 █ ████████████████████████████████

2 Q   Okay.  ████████████████████

3 A   ████████████████████████████

█ █████████████████████  ███████████████  █████

█ ██████████████████████████████████

6 Q   Okay.  And you've testified that ███████████

█ ████████████████████████████████████████

█ ██████████████████

█      █████████████████████████████

█ █████████████████████  ████████████████████████

█ ████████████

█ █   ██████████████████████████████████

█ ██████████████████████████████████████████████

█ ████████████████████████████████████████████

15 Q   Okay.  ███████████████████████████

█ █████████████; correct?

17 A   Yes,  ████████████████

18 Q   And ████████████████████████████

█ ██████████████████████; correct?

20 A   ████████████████████████  ██████████████

█ █████████████████████████████████

█ ████████████████████████████████  ███

█ █████████████████████████████████████████████

█ ████████████████████████████████████████████

█ ████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 63

1      Q    Okay.  And were -- ████████████████████
████████████████████████████████████
████████████

4           MR. LLEWELLYN:  Objection; form.

5           THE WITNESS:  So in our -- I'm going to get

6      the term wrong here -- but we have -- we had ████████
████████████████████████
████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████
███████████████  ███████████████
████████████████████████████████████████
████████████

14          MS. DUNN:  Okay.

15     Q    And what matters were those?

16     A    I don't remember the details of it, but it's

17     defined in that document --

18     Q    What document?

19     A    -- somewhere.

20          The -- the -- there is ████████████████
████████████████████████  ████████████
████████████████████████  I'm not sure.

23          MS. DUNN:  Okay.  If that's not been

24     produced, we'll request that ████████████████
███████████  be produced.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 64

1    Q    ██████████████████████████████████

2    A    Well, during my time as CEO -- well, what do

3    you mean by ████████████████████████

4    Q    However you would define that.

5    A    ███████████████████████████████

     ████████████████████████████████

     ████████████████████████████████

     ████████████████████████████████

     ████████████████████████

          █████████████████████████████████

     ██████████████████████████████████████████

     ██████████████████████████████████

13   Q    Okay.  ███████████████████████████

     ████████████████████████████

15        MR. LLEWELLYN:  Objection; form.

16        THE WITNESS:  Again, during my time as CEO,

17   we didn't do that.  But in the event we had,████████

     ███████████████████████████████

19        MS. DUNN:  Okay.

20   Q    And is there some document that makes clear

21   that those -- that ███████████████████████████████

     ████████████████████████████████

23   A    Again, I believe that is defined or was

24   defined in ████████████████████████

25   Q    Okay.  And did you -- can you recall ever

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 65

1  ██████████████████████████████████████████

2  ████████████

3      A   I -- I don't remember.

4      Q   When you say you don't remember, does that

5  mean you may have ████████████████████████████

6  ██████████████████████ but you can't remember if you did?

7          MR. LLEWELLYN:  Objection; form.

8          THE WITNESS:  Could you say that again.

9          MS. DUNN:  Q.  So I had asked you whether you

10 could recall ever ████████████████████████████████

11 ████████████████████████

12          And you said, "I don't remember."

13          So I'm trying to figure out what you mean by

14 "I don't remember."

15          Do you mean that you may have, but you can't

16 recall?

17     A   ████████████████████████████████████████████

18 ██████████████████████████████████████

19 █████████████  ████████████████████████████████████

20 ████████████████████████████████████████████████

21 ██████████████

22     Q   Okay.  And when you say that you ████████████

23 ████████████████████████████████████████████████

24 ████████████████████████████████████████

25 ████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 66

```
 1     A    I don't recall specific conversations around
 2   that. ██████████████████████████████████████████
     ████████████████████████████████████████████
     ███████████████████████████████████████████████████
     ████████████████████████████
 6     Q    Okay.  So you say you don't recall specific
 7   conversations.
 8          Do you recall generally ██████████████████
     ████████████████████████████████████████████████
10          MR. LLEWELLYN:  Objection; form.
11          THE WITNESS:  No, I don't.
12          MS. DUNN:  Okay.
13     Q    And you said that you recall ██████████████
     ████████████████████████████████████████████
     █████████████████████████████████████████
     ███████████████████████████████████████████████
     █████████████
18     A    No, I don't.
19     Q    Okay.  Earlier, you testified that ████████
     ██████████████████████████████████████████████████
     ████████████
22          Do you recall that?
23     A    I'll take your word for it.
24     Q    Okay.  Well, did it?
25          I mean, do you recall that ████████████████
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 67

6     Q   Okay.  And what's the time frame that that

7   would have been in?

8     A   Somewhere between ███████████████

██████████████████████████████████

███████████████████████████████

████████

12        MS. DUNN:  Okay.  We're going to show you

13   what we'll mark as Exhibit, I guess, 102, yeah.

14        (Document marked Exhibit 102

15         for identification.)

16        MS. DUNN:  All right.

17     Q   I'm not going to ask you about this entire

18   document.  I just want to ask you about one paragraph

19   in it.

20        Okay.  So this is -- if you'd turn to -- do

21   you know what a Bates number is?

22        It's the little number at the bottom right.

23     A   Uh-huh.

24     Q   So if you'd turn to Bates No. '5023.  Okay.

25   These are ███████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 68

1      ███████

2          Do you see that?

3      A   Yes.

4      Q   Okay.  And you see the ███████████████████

5   ████████████████████████████████████   ████████████

6          Do you see that?

7      A   Yes.

8      Q   And then your -- your name is there?

9      A   Yes.

10     Q   Okay.  Now, much of this document has been

11  redacted.  But I'll ask you to turn to Bates

12  No. '5027.  At the top of the page, it says:

13              ███████████████████████████████

14          Do you see that?

15     A   Yes.

16     Q   Okay.  And then there is a paragraph that

17  begins ███████████████████████████████

18          Do you see that?

19     A   Yes.

20     Q   Okay.  And do you see that it says:

21              ███████████████████████████████

██  ████████████████████████████████████████████

██  ████████████████████████████████████   ████

██  ██████████████████████████████████████████████

██  ████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 69



```
1    ███████████████

2         Do you see that?

3    A    I see that.

4    Q    Okay.  And when it says ███████████████
     ███████████████████████████████████

6    A    Yes.

7    Q    Okay.  And when it says ███████████████
     ███████████████████████████████████
     ███████████████████████████████
     ███████████████  what does that mean?

11   A    Well, this appears to be ███████████████
     ███████████████████████████████████████
     ███████████████████████

14   Q    Okay.  And when you're saying that ████████
     ███████████████████████████████████
     ███████████████████████████
     █ ███████████████████████████████
     ███████████████████████████████
     ███████████████████████

20   Q    Right.

21        So here, ███████████████████████████
     ███████████████████████████████████

23   right?

24   A    Well, ███████████████████████████
     ███████████████████████████████████
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 70

1  ███████████████████████  ██████████████████████

2  ██  ███████████████████████

3      Q    What do you see here that suggests to you

4  that ████████████████████████████████████

5  ██  █████████████████████████████████████████

6  ██  ████████████

7      ██  ████████████████████████

8      Q    What does that mean?

9      A    Well, ███████████████  ██████████████████████

10  ██  ████████████████████████████████████████████

11  ██  ████████████████████████████████████████████

12  ██  ███████████

13      Q    Okay.  So your testimony is that ███████████

14  ██  ████████████████████████████████████████

15  ██  █████████████████████████████████████████████

16  ██  ████████████████████

17          MR. LLEWELLYN:  Objection --

18          MS. DUNN:  Q.  -- ████████████████████████;

19  right?

20          MR. LLEWELLYN:  Objection; form.

21          MS. DUNN:  Q.  That's your testimony?

22      A    Based on reading that sentence now, ████████

23  ██  ████████████████████████████████████████████

24  that is how I interpret that sentence.

25      Q    Okay.  ██████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 71

1  ███████████████████████████████████████

   ██  ██████████████████████ correct?

3  A   I think the --

4      MR. LLEWELLYN:  Object -- objection; form.

5      THE WITNESS:  -- ███████████████████

   ██ ███████████████████████████████████ ██

   ██ ████████████████████████████████████

   ██ ██████████

9      MS. DUNN:  Right.

10 Q   But this paragraph actually says:

11     ███████████████████████████████████

12     Do you see that?

13 A   Yes.

14 Q   Right.

15     And what I'm asking you is whether that

16 ████████████████████████████████████████

17 A   Well, that is referring to ███████████

   ██ █████████████████████████████████████

   ██ ███████████████████████████████████

   ██ ██████████████████████████████████████

   ██ ████████████████

22 Q   Okay.

23 A   So it actually has ███████████████████

   ██ ██████████████ ██████████████████████

25 Q   Okay.  But it has to do with ███████ --

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 72

1    ███████████████████████████████████ correct?

2    A   Yes, ████████████████████████████

▮    ████████████████████████████████████████

▮    ██████████████████████████████████████

▮    ████████████████████████

6    Q   Okay.  In -- as you -- do you recall whether

7    ████████████████████████████████████████

▮    █████████████████████████████████

9        MR. LLEWELLYN:  Objection; mischaracterizes

10   the document.

11       THE WITNESS:  Well, as I understand it, the

12   ████████████████████████████████████████

▮    ██████████████████████████    █████████████████

▮    █████████████████████████████

15       MS. DUNN:  That's not the question I asked.

16   Q   I asked whether you recall whether the

17   ████████████████████████████████████

▮    █████████████████████████████████

19       MR. LLEWELLYN:  Objection; mischaracterizes

20   the document.

21       THE WITNESS:  Well, following -- well, what's

22   the date of this?  Is this September or -- no.

23   ██████████████████████████████████

▮    ████████████████████████████████████████

▮    ██████████████████████    █████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 73



```
1    ████████████████████████████████████████
2    ████████████████████████████
3        MS. DUNN:  Q.  In your role as CEO, ████
4    ██████████████████████████████████
5    A   How frequently?
6        As I described earlier, ██████████████
     ████████████     ██████████████████████████
     ████████████████████████████████████████
     ████████████████████████████████████  █
     ████████████████   ██████████████████████
     ████████████
12   Q   Okay.  ██████████████████   ██████████████
     ████████████████████████████
14   A   Sometimes.
15   Q   Okay.  How often?
16   A   I -- I can't remember exactly how often.
17   I -- ████████████████████████████████████████
     ████████████████████   ████████████████████
     ██████████████████
20   Q   Okay.  I'm just trying to get a sense of ██
     ██████████████████████████████
     █   ██████████████████████████████
23   Q   Okay.  ██████████████████████████████
24       MR. LLEWELLYN:  Objection; form.
25       THE WITNESS:  I'm sure.  Well, actually, I
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 74



```
 1    ████████████████████████████████████████

 2    ████████████    ████████████████████████

 3    ████████████████████████████

 4         MS. DUNN:  Okay.

 5     Q   But you -- ████████████████████████

 6         ██    ████████████████████

 7         ██    ████████████████████████████

 8    ████████████

 9         MR. LLEWELLYN:  Objection; form.

10         THE WITNESS:  I don't remember specific

11    examples of ████████████████

12    ████████████████████████████████████

13    ████████████████████████████████████████

14    ████████████████████████████████████████

15    ████████████████████████

16         MS. DUNN:  I'm not asking if you remember

17    specific examples.

18     Q   I'm asking you if you ever ████████████

19    ████████████████████

20     A   And my answer is, probably, but I don't

21    remember exactly.

22     Q   Okay.  All right.

23         And during the time that you were CEO, who

24    else at Arm ████████████████████████████

25     A   I don't know.
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 75

1      Q    Okay.  And during your time as CEO, ███████

██    ████████████████████████████████████████

3      A    Well, it depends what you mean by

4    "communicate," but yes.

5      Q    Okay.  ████████████████████████████████

██    █████████████████████████████████████████

██    ███████████████

██    ██    ██████████████████████████████████

██    █████████████████████    ███████████████

██    ████████████████████    ██████████████████████████████████

██    ████████████████████████

12          Those are examples I can think of.

13     Q    Okay.  Are you aware of whether ████████

██    ██████████████████████████████████████████████

██    ███████████████████████

██    █████████████████████████████████████████

██    ████████████████████████

18          MR. LLEWELLYN:  Objection; form.

19          THE WITNESS:  Yes.

20          MS. DUNN:  Okay.

21     Q    What are you aware of?

22     A    ████████████████████████████████    ██████████

██    ██████████████████    ██████████████████████████████████

██    ████████████████████████████████████████

25     Q    Okay.  Can you think of any other ██████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 76

1   ███████████████████████

    █   ████████████████████████████

3   Q   And how often would this happen that ████

    ████████████████████████████████

    ██████████

6   A   I -- I don't know.

7   Q   Okay.  ████████████████████████

    ████████████████████████

9       MR. LLEWELLYN:  Objection; form.

10      THE WITNESS:  ██████████████████

    ████████████████████████████████████

    ████████████████████████████████████

    ████████████████████████████████████

    ████████████████

15      MS. DUNN:  Okay.  All right.

16  Q   So if you'll look at 101, which should still

17  be in front of you.  This is the e-mail between --

18  ████████████████████████████████

    ████████████████████  ████████████████████

    ████████████████████████████

    ██████████

22      Do you see that?

23  A   Yes.

24  Q   What support had you provided?

25  A   I think what ████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 77

1    ████████████████████████████████

2       Q    What makes you think that's what he's

3    referring to?

4       A    Because really, beyond that, I can't think of

5    anything ███████████████████

6       Q    Okay.  All right.

7            Let's show you what we'll mark as

8    Exhibit 103.

9            (Document marked Exhibit 103

10            for identification.)

11           MS. DUNN:  Thanks.  Thank you.

12           THE WITNESS:  Thank you.

13           MS. DUNN:  Okay.

14      Q    This is an e-mail chain between you and

15   ████████████████████████████████

██   ██████████████   The subject of the e-mail is:

17           "Congratulations."

18           Do you see that?

19      A    Yes.

20      Q    Okay.  And if you look at the bottom of

21   page 1, you are writing to █████████████████████

██   ████████████   You say:

23           ███████████████████████████████

██   ████████████████████████████████

██   ████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 78

1

2

3          Do you see that?

4     A    I do.

5     Q    Why did you believe -- why did you always

6  believe

7

8

9

10

11

12

13

14

15

16     Q    Okay.  And you really never expected

17

18

19

20

21

22     A    Yeah, I don't remember.

23     Q    Okay.  Did you think that

24

25          MR. LLEWELLYN:  Objection; form.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 79

1          THE WITNESS:  To me, it was surprising that

2

4          MS. DUNN:  Right.

5      Q   And you say

19     Q   Right.

20     A   --

21     Q   Right.

22         So --

           correct?

24     A   Yes.

25     Q   Right.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 80

1    And generally speaking, for a customer that

2    █████████████████████████████████████████████

█    ████████████████████████████████████

4    MR. LLEWELLYN:  Objection; form.

5    THE WITNESS:  As I said, █████████████

█    ████████████████████████████████████

█    ███████████████  ███████████████████████

█    █████████████  ██████████████████  ██

█    ████████████████████████████████████

██   ███████████████████████████████

11   MS. DUNN:  Right.

12  Q   And those █████████████████████████

█    █████████████████████████████████████

█    █████████████████████████████████████

█    ███████████████████████████████; right?

16  A   Yeah.

17  Q   Yeah.  All right.

18   You say in this e-mail that ███████████████

█    ███████████████████████  ██████████████

█    █████████████████

█    █  █████████████████████████████████████

█    █████████████████████████████████████████

█    █████████████████████████████████████████

█    ███████████████████████████

25  Q   Yeah.  Okay.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 81

1        You also say:

2        ███████████████████████████

███████████████████████████████████

███████████████████████████

5        Do you see that?

6     A    I do.

7     Q    Okay.  When you say ██████████████

██████████████████████████████████

███   right?

10    A    Yes.

11    Q    And why did you think ████████████

██████████████████████████████████████

██    ██████████████████████████████

████████████████████████████████████████

██████████████████████████

16    Q    And at this time, ████████████████

███████████████████████████████

███████████████████████████████████████

██████████████  right?

20        MR. LLEWELLYN:  Objection; form.

21        THE WITNESS:  I think my expectation at that

22   point was that ██████████████████████   ████████

█████████████████████████████████████

█████████████████████████████████

25        MS. DUNN:  Okay.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 82

1      Q    The next sentence says:

2           ████████████████████████████████

       ████████████████████████████████████████

       ██████████████████████████████████

5           And so your assumption was that ████████

       ███████████████████; right?

7      A    Yes.

8      Q    And you understood that at this time, as you

9   said, ██████████████████████████████; right?

10     A    Yes.

11     Q    Right.

12          And then at the end of the e-mail, you say:

13          ████████████████████████████████

       ████████████████████████████████████████

       ███████████████████████████████

16          What ████████████████████ did you think was

17   required as a result of ████████████████████

       ████████

19     A    ████████████████████████████████

       ████████████████████████████████████████

       █████████████████████████████

22     Q    Anything else?

23     A    Just indicating ████████████████████

       ██████████████████

25     Q    Okay.  But is there anything else you can

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 83

1    think of that you were referring to when you said

2    ████████████████████████████

3        A    I don't think so.

4        Q    Okay.  And at this point, it was your

5    intention to ████████████████████████████████████

█    █████████████████████████; correct?

7            MR. LLEWELLYN:  Objection; form.

8            MS. DUNN:  Q.  I'm referring to the part

9    where you say ████████████████████████████

10           Do you see that?

11       A    Yes.

12       Q    Okay.

13       A    So yeah, ████████████████████████

█    █████  ███████████████████  ████████████████

█    ███████████████████████████████████████████

█    ██████████████████████████████████

█    ███████████████████████████████████████████

█    █████████████████████████████████

█    █████████████████████████████  ████████████████

█    ███████████████████████████████████.

21       Q    Okay.  And at this point, had you discussed

22   ████████████████████████████████████

23       A    I -- I don't know.

24       Q    Okay.  Are you aware of whether ████████████

█    ████████████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 84

1      ████████████ ?

2      A    I don't know.

3      Q    Okay.  And are you aware of whether ████████

       ██████████████████████████████████████████████████

       ██████

6           MR. LLEWELLYN:  Objection; form.

7           THE WITNESS:  I don't know.  But the

8      ████████████████████████████████████████████████

       ████████████████████████████████

10          MS. DUNN:  Q.  But you're not sure whether he

11     agreed with you that -- strike that.

12          But you're not sure whether he was also

13     committed to ████████████████████████████████████

14          MR. LLEWELLYN:  Objection; form.

15          THE WITNESS:  You'd have to ask him.

16          MS. DUNN:  Okay.  All right.

17          Let's show the witness what we'll mark as

18     104.  I think we're up to 104.

19          (Document marked Exhibit 104

20           for identification.)

21          MS. DUNN:  Thanks.

22          THE WITNESS:  Thank you.

23          MS. DUNN:  All right.

24     Q    Mr. Segars, this is an e-mail dated the next

25     day, January 18th, 2021.  It's from you to Rene Haas

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 85

1   and Inder Singh.   The subject of this e-mail is:

2           "NuVia."

3           Do you see that?

4     A    Sorry.   What I've just been shown is an

5   e-mail from me to Gerard Williams.

6           MS. DUNN:   Oh.   All right.

7           Can you put that aside.   We'll get there.

8   We're not up to that yet.   All right.

9           Let's mark this 105.

10          (Document marked Exhibit 105

11           for identification.)

12          MS. DUNN:   All right.

13    Q    Mr. Segars, now I'm showing you an e-mail

14   dated the next day, January 18th, 2021.   This is an

15   e-mail from you to Mr. Haas and Mr. Singh.

16          Do you see that?

17    A    Yes, I do.

18    Q    Okay.   And the subject line of this e-mail

19   says:

20          "NuVia."

21          You write at -- at the bottom of the page:

22   ████████████████████████████████████

██ ██████████████████████████████████████████

██ ████████████████

25          And then Mr. Haas responds:

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 86

1    ██████████████████████████████████████

2    ████████████████

3         And then you say:

4         ████████████████████████████████

5    █████████████████████████████████

6         And I presume that ███████████████

7    ██████████████████████████████████████

8    ██████████████████████████; correct?

9    A    Yeah, the -- ████████████████████,

10   yes.

11   Q    All right.

12        Now, if you can look at the Exhibit 104.   And

13   this is an e-mail from you to Mr. Williams dated

14   January 17th.

15        Do you see that?

16   A    I do.

17   Q    And the subject of this e-mail is also:

18        "Congratulations."

19        And in the body of the e-mail, you write:

20        "Hi Gerard.   ███████████████████

21   █████████████████████████████████████

22   ███████████████████████  █████████████

23   ████████████████████████████████████

24   ███████████.   Best regards, Simon."

25        Do you see that?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 87

1       A   I see that.

2       Q   All right.

3           And Mr. Williams was your primary contact at

4    NuVia; right?

5       A   Mr. Williams was the only person at NuVia

6    that I had any contact with.  I -- I can't remember a

7    time when I actually had a conversation with NuVia

8    after the -- what we described earlier -- discussed

9    earlier about the -- the first meetings and this

10   event.

11      Q   Okay.  And are you aware it was Mr. Williams

12   who had negotiated the Arm-NuVia contract?

13      A   No, but that doesn't surprise me.

14      Q   Okay.  And your e-mail to Mr. Williams

15   doesn't mention Qualcomm; right?

16      A   It does mention Qualcomm.

17      Q   Oh, that's true.

18          It doesn't mention that █████████████

     ████████████████████████████████████████████████████

     ████████

21      A   It does not.

22      Q   Okay.  ████████████████████████████████

     ███████████; right?

24      A   It does not.

25      Q   It doesn't say that ████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 88

1   ████████████████████████████████████

2   ███ ██████████████████████████ ; right?

3       MR. LLEWELLYN:  Objection; form.

4       THE WITNESS:  It does not say that.

5       MS. DUNN:  Right.

6   Q   It just says ████████████████████

7   █████ ; right?

8   A   It says ████████████████████████

9   ███████████   yes.

10  Q   Okay.  All right.

11      So we just saw -- you can put that aside.

12      We just saw a document where you, in your

13  capacity as CEO of Arm, said that ████████████

14  ██████████████████████████████████. And

15  that was on January 16th.

16      Do you remember that?

17  A   That was one of these.  Yes.

18  Q   Okay.  And do you recall that ████████

19  ████████████████████████████████████? Do

20  you recall that?

21  A   I don't recall that.

22      MS. DUNN:  Okay.  Let's mark this

23  Exhibit 106.

24      (Document marked Exhibit 106

25       for identification.)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 89

1          THE WITNESS:  Thank you.

2          MS. DUNN:  Okay.  All right.

3      Q    This is a letter from Ziad Asghar, VP of

4  product management of Qualcomm, to Paul Williamson, VP

5  and GM of client business at Arm, dated January 27th,

6  2021.

7          If you would look at the bottom of the second

8  paragraph.  Do you see where Mr. Asghar from Qualcomm

9  is writing:

10  ███████████████████████████████████

██  ███████████████████████████████████████

██  █████████████████████████████████████████

██  ██████████████████████████████████████

██  ██████████████████████████████████████

██  ████

16          Do you see that?

17      A    I see that.

18      Q    Okay.  And then if you look at the third

19  paragraph, Mr. Asghar of Qualcomm says:

20  █████████████████████████████████████

██  ███████████████████████████████████████████

██  █████████████████████████████████████

██  ███████████████████

24          Do you see that?

25      A    I see that.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 90

```
 1     Q    All right.
 2          So Qualcomm is asking for a response by
 3    February 3rd.  And that would be before the expected
 4    closing at the end of February; right?
 5     A    Yes.
 6          MS. DUNN:  Okay.  All right.
 7          Let's mark Exhibit 107.
 8          (Document marked Exhibit 107
 9           for identification.)
10          MS. DUNN:  All right.
11     Q    This is Paul Williamson's response letter to
12    Mr. Asghar.  It's -- Asghar.  It's dated February 2nd,
13    2021.  If you look at -- midway through the second
14    paragraph, Mr. Williamson writes:
15          ███████████████████████████
      ████████████████████████████  ████████
      ███████████████████████████████████████
      █████████████████████████████████
      ████████████████████████████████████
      █████████████████  ██████████████████████
      █████████████████████████████████████████
      █████████████████████████████████████████
      █████████████████  ██████████████████████████
      ████████████████████████████████████
      ██████████████████████████████████
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 91

1 ██████████████████████████████████

2 ████████████

3          Do you see that?

4     A   I see that.

5     Q   Okay.  Do you know what ████████████████

6     ████████   Mr. Williamson is referring to here?

7     A   No.

8     Q   Okay.  Arm says that:

9          ██████████████████████████████████████

10 ████████████████████████████████████████████

11 ████████████████████████████████████

12          ████████████████████████████████

13          MR. LLEWELLYN:  Objection; foundation.

14          THE WITNESS:  My expectation with that would

15 be that █████████████████████████████████████

16 ████████████████████████████

17          MS. DUNN:  Okay.

18     Q   Do you know what ████████████████████?

19     A   No, I don't.

20     Q   Okay.  And are you sure that ████████████

21 ████████████████████████████████████████████████

22 ████████████████████████████████████████

23 ████████████████████████████████

24          MR. LLEWELLYN:  Objection; form.

25          THE WITNESS:  It would be my expectation that

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 92

1   ████████████████████████████████████████

    ███████

3           MS. DUNN:  Okay.

4       Q   And the letter says that ████████████

    ████████████████████████████████████

    █████████████████████████████████████████

    █████████████████████████████████████████

    ████████████████████████████████████████

        ████████████████████████████████████████

    █████████████████████████████████████████

    █████████████████████████████████████████████

    ██████████

        ████████████████████████████████████

    █████████████████████████████████████████████

    ██████████████████

16          MR. LLEWELLYN:  Objection; foundation.

17          THE WITNESS:  I'm sorry.  I didn't quite

18   understand your question there.

19          MS. DUNN:  Q.  My question is:  Is it

20   accurate to say that ████████████████████████████

    ████████████████████████ -- strike that.

22          My question is:  When Mr. Williamson is

23   saying in this letter that ██████████████████████████

    ████████████████████████████████████████

    ████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 93

1 ████████████████████████████████

  ████████████████████████████████

  ████████████

4      A    Those statements are certainly consistent

5 with my understanding of how that works in the

6 details.

7      Q    Okay.  But you only were able to cite one

8 example of ████████████████████████

  ████████████████████████████

  ████████████████████████████████

  ████████████████████

12          MR. LLEWELLYN:  Objection; form.

13          THE WITNESS:  Over the years of Arm's

14 history, there have been many examples of ████████

  ████████████████  ████████████████████

  ████████████████████████████████████

  ████████████████████████████

  ████████████████

  ████████████████████████████████

  ████████  ████████████████████

  ████████████

22          MS. DUNN:  Q.  Well, you gave me one example;

23 right?

24      A    I think I gave you two, actually.

25      Q    Okay.  So in those two -- in those two

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 94

1    examples, which were the only ones that you could

2    remember, did -- ██████████████████████████████

█    ████████████████████████████████████████████████

█    ████████████████████████████

5        A    I would expect so, but I don't know.

6        Q    Okay.  Can you think of any other examples

7    when ██████████████████████████████████████████

█    ████████████████████

9        A    I can think of an example where ██████████

█    ████████████████████████████████████████████████

█    ████████████████████████████████████████████

█    ████████████████████████████████████████████████

█    ████████████████████████████████████████████████

█    ████████████████████████████████████████████████

█    ████████████████████████████████████████████

16            MS. DUNN:  Okay.  So we'll ask for those

17   agreements.

18       Q    And your testimony is that what we're going

19   to see is that ██████████████████████████████████

█    ████████████████████████████████████████████████

█    ████████████████████████████████████████████████

█    ████████████████████████████████

23            MR. LLEWELLYN:  Objection; form.

24            MS. DUNN:  Q.  Right?

25       A    I would think that -- yeah, without perfect

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 95

1    knowledge of those agreements right now, I would think

2    you would see something like that.

3        Q    Okay.  All right.

4             Can you think of any other examples where ███

█    ████████████████████████████████

6        A    As I sit here now, no.

7        Q    Okay.  And you didn't mention ████████████

█    ████████████████████████████████████████████

█    ████████████████████████; right?

10            MR. LLEWELLYN:  Objection; form.

11            THE WITNESS:  Well, no.  You read the

12   e-mails.

13            MS. DUNN:  Right.

14       Q    You didn't say, Hey, by the way, ████████████

█    █████████████████████  ███████████████████  ██████

█    ████████████████████████████████████████████

█    ████████████

18            You didn't say any of that?

19            MR. LLEWELLYN:  Objection; form.

20            THE WITNESS:  Again, it's not there in the

21   e-mails.  So no.

22            MS. DUNN:  No.

23       Q    Instead, you had said -- on January 16th, you

24   said, ████████████████████████████████████████████████

█    ████████; right?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 96

1       A    I said that ███████████████████████████
█       ██████████████████████████████.

3       Q    Okay.  If you'll look at the last
4    paragraph -- or -- I'm sorry -- the third paragraph.
5    In the last sentence of that paragraph, Mr. Williamson
6    writes:

7                ████████████████████████████████
█    █████████████████████████████████████████████████████
█    ████████████████████████████████████████████████
█    ████████████████████████████████████
█    ████████████████████████████████; right?

12      A    Yes.
13      Q    Right.
14           So after middle of January where you said,
15   you know, █████████████████████████████████████████
█    ████████████████████████████████████████████
█    █████████████████████████████████████████████████████
█    █████████████████████████████████████████████████████
█    █████████████   █████████████████████████████████
█    ████████████████████████████████ right?
21      A    Well, it says we ████████████████████████
█    ██████████████████████
23      Q    Right.
24           And then it says, ████████████████████████
█    ████████████████████████████████ correct?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 97

```
 1      A    Correct.
 2           MS. DUNN:  Okay.  Let's show you what we'll
 3  mark as 107.
 4           STENOGRAPHIC REPORTER:  108.
 5           MS. DUNN:  I'm sorry.  108.
 6           MR. LLEWELLYN:  I do that five times a day,
 7  actually.
 8           MS. DUNN:  That makes me feel better.  That's
 9  the hardest part.  I can't keep the numbers straight.
10           (Document marked Exhibit 108
11            for identification.)
12           MS. DUNN:  All right.
13      Q    So Mr. Segars, this is a letter from Paul
14  Williamson at Arm to Ziad Asghar at Qualcomm dated
15  February 16, 2021.  It's the next in the series of
16  letters that we've been looking at.
17           Do you see that?
18      A    Yes.
19      Q    Okay.  So this letter dated February 16th,
20  which is less than two weeks before the planned
21  closing of the Qualcomm-NuVia acquisition, starts out
22  by saying:
23  ████████████████████████████████████████████████
   ████████████████████████████████████████████████
   ███████████████
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 98

1        Do you see that?

2     A   I do.

3     Q   Okay.  And then the second paragraph goes on

4   to ███████████████████████

        ████████████████████████████████

        ███████████████████

        ████████████████████████████████████

        ████████████████████████████████

        ████████████████

        ██████████████████

        ████████████████████████████████

        ██████████████████████████████████████

        ███████████████████████

14        Generally speaking, that's what that second

15   paragraph says; right?

16        And we'll -- we'll go over it in more detail,

17   but just at a high level.

18        MR. LLEWELLYN:  Objection; form.

19        THE WITNESS:  Okay.  That's what it appears

20   to say, yes.

21        MS. DUNN:  Okay.

22     Q   And if you can direct your attention to the

23   beginning of the first paragraph.  It starts out by

24   saying:

25        ████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 99

1       ██████████████████████████████

2           Do you see that?

3           MR. LLEWELLYN:  Second paragraph.

4           MS. DUNN:  Strike that.

5           MR. LLEWELLYN:  Sorry.

6           MS. DUNN:  Q.  If you'll direct your

7       attention to the beginning of the second paragraph.

8       A   Right.

9       Q   It talks about ███████████████████████

██      ███████████████████████████

11          Do you see that?

12      A   Yes.

13      Q   ████████████████████████████████████████

██      ████████████████████████

15          MR. LLEWELLYN:  Objection; form.

16          THE WITNESS:  I don't know exactly.

17          MS. DUNN:  Q.  Do you know at all?

18      A   I would assume it meant the ███████████

██      █████████████████████████████████████████████████

██      ███████████████████████████████  That's my

21      assumption.

22      Q   Okay.  And what is the basis for Arm's belief

23      that █████████████████████████████████████████████

██      ███████████████████████████████████?

25          MR. LLEWELLYN:  Objection; form.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 100

```
 1        THE WITNESS: ███████████████████████████
 ██  ███████████████████████████████████████████████
 ██  ██████████████████████████████████████████
 ██  ████████████████████████
 ██         ████████████████████████████████████
 ██  █████████████████████████████████████████████
 ██  ██████████████████████████████████████████
 ██  ████████████████████████████████████████████████ .
 9        MS. DUNN:  Q.  When you say ███████████████
 ██  ███████████████████████  what do you mean?
11     A ██████████████████████████████████████████
 ██  █████████████████████████████████████████████████
 ██  ████████████████████████████████  ███████████
 ██  ███████████████████████████████
15     Q   Okay.  And -- and we -- I want to be precise
16  about what you mean by ███████████████
17        When you say ███████████  what do you mean?
18     A ██████████████████████████████████████████
 ██  ██████████  ████████████████████████████████████
 ██  ███████████████████████████████████████
 ██  ████████████████████████████████████████
 ██  ██████████████████████████████████████████████
 ██  ██████████████████████████████
 ██         █████████████████████████████████████
 ██  ████████████████  ██████████████████████  ██████████
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 101



1  ████████████████████████████████ ██

   ████████████████  ████████████████

   ███████████████████████████████

   ██████████████

5      Q    But what -- you're saying that ██████

   ████████████████████████████████

   ███████████████████

   ██████████████████████████████████

   ███████████████

10         MR. LLEWELLYN:  Objection; form.

11         THE WITNESS:  So the -- we -- we were talking

12  earlier about ████████████████████████████████

   ██████████████████████████████

   ████████████████████████████

   ████████████████████████████████

   ██████  ████████████████████████

   ██████████████████████████████████████

   ████████████████  ████████████████████

   █████████████████████████████

   ███████████████████████████████

   ████████████████████████████

   ██████████████████████████████████

   ██████████████████

   ███████████████████████████

   ██████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

                                                     Page 102

1   ████████████████████████████████████████████████

2   ██████████████████████

3            MS. DUNN:  Right.

4        Q   But what is ███████████████████████████

5   ██████████████████████

6            I'm just trying to understand.  Be very

7   specific about what you're talking about when you say

8   ████████████

9            MR. LLEWELLYN:  Objection; form.

10           THE WITNESS: ████████████████████████

11  █████████████████████████████████████████████

12  ████████████████████████████████████████████

13           MS. DUNN:  Okay.

14       Q   So your testimony is that ████████████████████

15  ██████████████████████████████████████████████████████

16  ██████████████████████████████████████████████████████

17  ██████████████████

18      ██  ████████████████████████████████████████

19  ██████████████████████  ██████████████████████████

20  ██████████████████████

21       Q   Right.

22           And just to be clear, you're talking about

23  the ██████████████████████████████████████████████

24  ███████████; correct?

25       A   ███████████████████████████.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 103

1    Q    Right.  ██████████████████████████

2         ████████████████████████████████████

██   ████████████████████████████████████

██   █████████████  ; correct?

5         MR. LLEWELLYN:  Objection; form.

6         THE WITNESS:  So using the -- the -- the

7    ████████████████████████████████████

██   ██████████████████████████████████████

██   ████████████████████████

██   ██████████████████████████████████

██   ██████████████████████████████████

██   ████████████████████████████████████

██   ██████████████████████████████████████

██   ██████████████████

15   ██████████████████████████████████

██   ██████████████████████████████████

██   ██████████████████████████████████████

██   ████████████████████████████████████████

19        MS. DUNN:  Okay.

20        MR. LLEWELLYN:  So I -- I think we've been

21   going significantly more than an hour.  Do you want to

22   just take a very quick break?

23        MS. DUNN:  So I am almost done with this

24   section.  And if I can finish it out, we could even

25   have lunch.  I don't know what your --

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 104

1          MR. LLEWELLYN:  Okay.  It's up to you.

2          THE WITNESS:  Okay.  Let's go.

3          MS. DUNN:  Do you have the next --

4          MS. MORGAN:  Yes.

5          MS. DUNN:  Okay.

6          MS. MORGAN:  Is this what you want?

7          MS. DUNN:  Yeah.

8      Q   When -- when they mark -- while -- while we

9  mark 109, let me ask you one other question, which is:

10  ███████████████████████████████████████████

    ████████████████████████████████████████████

    ███████████████████████████████████████

    █████████████████████████████████

14         MR. LLEWELLYN:  Objection; form.

15         THE WITNESS:  █████████████████████████

    ██████████████████████████████████████████████

    ██████████████████████████████████████████████

    ████████████████████████████████████████████

    ████

    ████████████████████████████████████████

    ███████████████  ████████████████████████

    ██████████████████████████████████████████████

    █████████████████████  ████████████████████

    ████████████████████████████████

25         MS. DUNN:  Okay.  All right.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 105

1          So this is -- Exhibit 109 is the NuVia ALA.

2     Q    And if you could, will you identify for me

3   where in the NuVia ALA it says that ████████████

█   ████████████████████████████████████

5          STENOGRAPHIC REPORTER:  Counsel --

6          MS. DUNN:  Yeah.

7          STENOGRAPHIC REPORTER:  -- this is 49.  Would

8   you want it marked 109 as well?

9          MS. DUNN:  49 is -- either way.

10         MS. MORGAN:  Yeah, it's already --

11         MS. DUNN:  That's fine.

12         MS. MORGAN:  You can just call it 49.  That's

13  fine.  Thank you.

14         (Document previously marked Exhibit 49

15          for identification.)

16         MR. LLEWELLYN:  Objection; form.

17         THE WITNESS:  (Reading document.)

18         So on the basis of a -- however long that

19  took me -- two-minute read through this contract,

20  ████████████████████████

█   ███████████████████████████████████

█   ████████████████████████████████████

█   ██████████████████████████████████████████

█   ████████████████████████████████

25         And then there is some more lawyer speak

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

                                                    Page 106

 1    after that.

 2              MS. DUNN:  Okay.  All right.

 3         Q    So this is --

 4         A    Now, I don't -- now, that was based on a

 5    ████████████████████████████████████████████████

      ██ ███████████████████████████   ██████████████

      ██ ██████████████████████████████████████████

 8         Q    Okay.

 9         A    --   ████████████████████████   █████████████

      ██ ██████████████████████

11         Q    Okay.  But your testimony, then, is that the

12    language here that ██████████████████████████████████

      ██ █████████████████████████████████████████████████

14              MR. LLEWELLYN:  Objection; form.

15              THE WITNESS:  ██████████████████████  But to

16    answer that definitively, I'd want to look through the

17    rest of the terms.

18              But I'd also note that I'm not a lawyer.  And

19    so I would actually refer this -- if I was still the

20    CEO of Arm being asked this question, I'd refer it to

21    my general counsel.

22              MS. DUNN:  Okay.  Do you want to take a

23    break?

24              MR. LLEWELLYN:  Yeah.

25              THE VIDEOGRAPHER:  We are going off the

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 107

1    record.   The time is 11:55 a.m.

2              (Lunch break taken at 11:55 a.m.)

3                     ---oOo---

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 108

1               AFTERNOON SESSION

2                  12:49 P.M.

3                  ---oOo---

4

5          THE VIDEOGRAPHER:  We are back on the record.

6     The time is 12:49 p.m.

7          MS. DUNN:  Thank you.

8          So before we start, I want to put on the

9     record that at the beginning of this deposition,

10    around 9:30 this morning, we asked the -- the witness

11    whether he had a separation agreement with Arm.  He

12    said he did.

13         We then asked him questions about the

14    agreement.  There were certain questions, including

15    questions related to ███████████████████████████

      ████████████████████████████████, that the witness

17    said may be in the document, but he couldn't say for

18    sure.  He would need to see the document.

19         We then requested that the document be

20    produced today so that the witness could be questioned

21    on the document, as the testimony indicated was

22    necessary.

23         We were told that -- that counsel for Arm had

24    to check whether the document had been produced.  We

25    said it had not.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 109

1        We asked before the lunch break whether we
2    could have the document.  And we have been told that
3    we will not receive the document today and that
4    possibly we won't receive the document at all.
5        And we're making the record so that we can
6    move to compel.
7        But more importantly, we need to question --
8    as we've explained to counsel, we need to question the
9    witness on the document, as the witness' own testimony
10   makes clear.
11       And so rather than hold the deposition open
12   for that questioning, we would again request the
13   document be produced to us today.
14       It's the -- he's the former CEO.  It's his
15   separation agreement with the company, which goes to
16   his relationship with the company, it goes to bias,
17   and it goes to his earlier testimony where he said he
18   could not remember what was in the document and that
19   there may be material provisions in the document.
20       So we think the easiest course for Arm
21   counsel would be to produce the document now so that
22   we could close this out.
23       But if they refuse to do so, notwithstanding
24   the presence of outside and in-house counsel at the
25   deposition, then we will make our record to move to

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 110

1    compel.

2            MR. LLEWELLYN:   And I will respond and say

3    first we heard about this was at the deposition.

4            Counsel for Qualcomm has represented that

5    this is a document that is not in the production.   If

6    counsel for Qualcomm could search the production.

7            Counsel for Qualcomm obviously was on notice

8    that this was a potentially relevant document and

9    could have raised it before the deposition.

10           Counsel for Qualcomm has also failed to

11   identify any discovery request to which this would be

12   responsive.

13           Accordingly, this is a last-minute request

14   for a document, ignoring the complications that I've

15   explained of attorneys on planes flying around for

16   other depositions that are ongoing as we approach the

17   close of discovery.   And so I can't even confirm in

18   the space of a lunch break whether or not this

19   actually was or was not produced.

20           There are other complications here.   If it

21   weren't produced, we'd want to review it beforehand to

22   assess.

23           So you can put that in writing.   You can send

24   a request.   We're not holding the deposition open.

25           You had advance notice, presumably, because

1    you say that you checked the production to see whether

2    it's in there.  So presumably, you knew there was a

3    separation agreement to search for.  And so I don't

4    understand why this was raised last minute during the

5    course of the deposition.

6            MS. DUNN:  Just to correct counsel, we did

7    search for a separation agreement.  Didn't find one.

8    That doesn't indicate one existed or that we knew it

9    existed.  It indicated the absence of an agreement.

10           We then asked the witness, who confirmed that

11   he did have a separation agreement.  That was the

12   first time we knew that one did exist.

13           We promptly requested it.  We did not ask for

14   it by lunch.  We asked for it before the close of the

15   deposition today.

16           And we will need to keep the deposition open.

17   It is material.  This is a witness that's been put

18   forth, and he's indicated that there are provisions in

19   there that go directly to his -- ███████████████████

     █████████.  And so we are entitled to that,

21   obviously.

22           The easiest thing to do would be to produce

23   it today.  It's hard to believe that the separation

24   agreement, when clearly, like, in-house counsel would

25   have the agreement, the witness would have the

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 112

1   agreement, outside counsel might have the agreement,

2   cannot be located in the course of a multihour

3   deposition.

4          MR. LLEWELLYN:  And you understand, of

5   course, that Arm has significant operations in the UK,

6   correct, and you understand what time it is there.  So

7   you understand there are complications when people are

8   on planes, traveling, those sorts of things.

9          Also, you have had the opportunity to ask him

10  about it.  You could ask further.  But you've been

11  careful not to ask questions about whether or not it's

12  impacted his testimony.

13         So we can resolve this later.

14         MS. DUNN:  All right.

15    Q   Are you ready, Mr. Segars?

16    A   (Witness nods head.)

17    Q   All right.

18         If you could look at Exhibit 109.

19    A   109 or 108?

20    Q   I'm sorry.  108.  Thank you.

21         This is the letter that we were talking about

22  before the break from Paul Williamson at Arm, to Ziad

23  Asghar at Qualcomm, dated February 16th.

24         And -- let's see.  Before the break, you

25  acknowledged that the second paragraph of the letter

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 113

1  ███████████████████████████████████

██  ████████████████████████████████████████

██  ████████████████████████████████████████

██      ██████████████████████████████████

██  ████████████████████████████████████████

██  ██████████████████████████████████████

██  ████████████████████████████████████████

██  ████████████████

9          Do you see that language?

10    A    Yes.

11    Q    Okay.  ████████████████████████████████

██  █████████████████████████████████

██  ██████████████████████████

14    A    I don't remember.

15    Q    What was the basis for Arm to ██████████████

██  ████████████████████████████████████████

██  ███████████

18    A    ████████████████████████████████████

██  ████████████████████████████████████████

██  ████████████████████████████████████████

██  ██████████████████████████████  ████████████

██  ██████████████████████████████████

██  ████████████████████████████████

24    Q    Okay.  My question was a little bit

25   different.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 114

1       It was:  What was the basis for Arm to

2

4    A

11    Q  Okay.  So what you're saying is that

16    Q  Is that correct?

17    A

19    Q  Okay.  And did you think

22       MR. LLEWELLYN:  Objection; form.

23       THE WITNESS:

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 115

1 ███████████████████████████████████████

 ███████████████████████████████████████████

 ████████████

4          MS. DUNN:  Okay.

5      Q    But why was that fair, in your opinion?

6      A    Because the -- because of the agreement

7  between Arm and NuVia which ██████████████████

 ████████████████████████████████████████████

9      Q    Okay.  ███████████████████████████

 ███████████████████████████████████████

11         MR. LLEWELLYN:  Objection; form.

12         THE WITNESS:  I don't remember the exact

13  difference.

14         MS. DUNN:  Okay.

15     Q    But you know that ████████████████████████

 █████████████████████████████████

17     A    I believe that's true, yes.

18     Q    Okay.  So what you're saying is you thought

19  it was fair that █████████████████████████████

 ███████████████████████████████████████████████

21     A    ████████████████████████████████

 ███████████████████████████     ████████████████

 ████████████████████████████████████████████

 ████████████████████████████████

 █████████████████████     ████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 116

1  ████████████████████████████████████████████

2  ██  ███████████████████

3      Q    Are you saying that ███████████████████

4  ██  ████████████████████████████████

5           MR. LLEWELLYN:  Objection; form.

6           THE WITNESS:  Again, as I read this, this was

7  about -- my recollection was that this was about ██████

8  ██  █████████████████████████████████████████

9  ██  █████████████████████████

10          MS. DUNN:  Okay.

11      Q    And now -- and -- and Arm was demanding that,

12  ████████████████████████████████████████████

13  right?

14      A    ██████████████████████████████   ██████████

15  ██  ██████████████████████████████████

16  ██  ████████████████████████████

17  ██      ████████████████████████████████████

18  ██  ████████████████████████████████

19  ██  ███████████████████   █████████████████

20  ██  ████████████████████████████████████████████

21  ██  █████████████

22      Q    Right.

23           And it wouldn't matter to you if their

24  licenses were the same or not; right?

25           MR. LLEWELLYN:  Objection; form.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 117

1          THE WITNESS: ████████████████████████

█ ████████████████████████████████████████████

█ ██████████████████████████

4          MS. DUNN:  Right.

5      Q  ██████████████████████████████████████

█ ████████████████████████████████████████████ ;

7  right?

8      A  ██████████████████████████████████████

█ ███████████████████████████████

10     Q  Right.

11         And my question to you:  You said you didn't

12  know whether ████████████████████████████████

█ ████████████████████████████████████████████████

█ ████████████████████ ; right?  You remember you said

15  that?

16     A  Uh-huh.

17     Q  Right.

18         And it didn't really matter, because either

19  way, ████████████████████████████████████████████

█ ████████████  right?

21     A  ██████████████████████████████████████████

█ ██████████████████████████████████████ .

23     Q  Right.

24         ██████████████████████████████████████████ ;

25  right?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 118

1        MR. LLEWELLYN:  Objection; form.

2        THE WITNESS:  Well, I think it is independent

3   of that.  However, I believe Ziad's letter talked

4   about ███████████████████████████████████████

    ████████████████    ████████████████████████████

    ██████████████████████████

7        MS. DUNN:  Right.

8    Q    And -- and here, ████████████████████

    █████████████████████████████████████████████████

    █████████████████████████████████████████████

    █████████████████████████████████████████████

    ████ ; correct?

13       MR. LLEWELLYN:  Objection; form.

14       THE WITNESS:  The -- the first five words of

15   the -- of that second paragraph say █████████████████

    ████████████████████████ -- ████ -- ██████ -- I keep

17   saying that -- █████████████████   That may be six or seven

18   words.  So it's in respect to ██████████████████████

19       MS. DUNN:  Right.

20   Q    And so my question is, then:  ████████

    █████████████████████████████████████████████

    █████████████████████████████████████████████

    ██████████████████████████████████████████████████

    ████████████████████████████████████████████

    ██████████████████████████████    correct?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 119

1    A    ████████████████████████.

2    Q    But the answer to my question is "yes"?

3         MR. LLEWELLYN:  Objection; form --

4         MS. DUNN:  Q.  Right?

5         MR. LLEWELLYN:  -- asked and answered.

6         THE WITNESS:  I don't think anybody at Arm

7    was suggesting that ███████████████████████████████

█    ████████████████████████████████████████

█    ██████████████████████████████████████

█    █████████████

█         █████████████████████████████████

█    ████████████████████████████████████████

█    ████████████████████████████

14        MS. DUNN:  Right.

15   Q    █████████████████████████████████

█    ████████████████████████████████████████████

█    █████████████████████████████████████████?

18        MR. LLEWELLYN:  Objection; form.

19        THE WITNESS:  ██████████████████████████████

█    ████████████████████████████████████.

21        MS. DUNN:  Right.

22   Q    And that's the design that we talked about

23   earlier?

24   A    ██████████████████████████████████████████

█    ███████████████████████████  yes.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 120

1      Q    And that was true, even though █████████

█  ███████████████████████████████████████████████;

3   right?

4          MR. LLEWELLYN:  Objection; form.

5          THE WITNESS:  I think it was a reasonable

6   assumption that ████████████████████████████████

█  ██████████████████████.

8          MS. DUNN:  Right.

9      Q    Well, you said --

10     A    But that's not --

11     Q    -- it would be a great home for the team?

12     A    Right.

13     Q    Right.

14     A    But █████████████████████████████████████

█  ████████████████████████  █████████████████████

█  ███████████████████████████████████████

█  ██████████████████████████████████████

█  █████████████

19     ████████████████████████████████████████████████

█  ███████████████████████████████████████

█  ████████████████████████████████████████

█  ████████████████████

23         MS. DUNN:  Okay.  Move to strike.

24     Q    ██████████████████████████████████████████

█  ████████████████████████████?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 121

1    A   I don't know.

2    Q   ████████████████████████████████

     ███████████████████████████████████

     ████████████████████   That's your testimony?

5    A   █████████████████████████████████

     ███████████████████   ████████████████

     ████████████████████████████████████ █

     ██████████████████████████████████████

     ████████████████████████   ██████████

     ████████████████████████ .

11   Q   So you don't know?

12   A   I don't know.

13   Q   Okay.  All right.

14       And you are aware, though, that ███████

     ██████████████████████████████████████

     ██████████████████████████████████████

     ███████████████████████████████████

     █████████████████████████████ ; right?

19   A   ████████████████████████████████

     ██████████████████████████████████████

     ████████████████████████████████

     ██████████████████

     █████████████████████████████████

     ██████████████████████████

     ███████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Page 122**

1    ██████████████████████████████████████

     ████████    ████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████

7        Q    Right.

8             But this -- so tell me about that.  You said

9    typically, ████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████

12       A    Sorry.  IoT.

13       Q    IoT.  So IoT is Internet of Things; right?

14       A    Correct, yes.

15       Q    Okay.  And so what's -- tell me more about

16   the differences between ████████████████████████

     ████████████████████████████████████████████

     ████████████████████████

19       A    ████████████████████████████████

     ████████████████    ████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████

     ████████████████████████    ████████████████

     ████████████████████████████████████

             ████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 123



1 ████████████████████████████████████

████████████████    ████████████████

████████████████████████████████

██████████████████████████████████████

████████████████████████████  ██████

██████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████████

10      Q    That sounds significantly different.   Is

11  that -- do I have that right?

12      A    Yes.

13      Q    Yeah.

14           And at the time that Qualcomm acquired NuVia,

15  it sounds like you said that ██████████████████████

████████████████████████████████████████████████

████████████████████████████

18      A    Yeah, we weren't privy to precisely what

19  Qualcomm were going to do.   We only had press releases

20  to go on and -- yeah.

21      Q    Right.

22           And it was im- -- impossible to figure out,

23  based on just knowing the work that the NuVia

24  engineers had done, what could be done with it when

25  they got to Qualcomm; right?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 124

1          MR. LLEWELLYN:  Objection; form.

2          THE WITNESS:  Certainly, from my point of

3     view, I didn't know exactly what NuVia had done.  I

4     don't know whether somebody like Richard had greater

5     insight on that.

6          But we knew -- all I knew was that it was a

7     processor design that had been targeted at the server.

8     Qualcomm were acquiring it.

9          MS. DUNN:  Okay.  All right.

10    Q    And I think that we agreed that ████████████

      ████████████████████████████████████████████ -- sorry.  Strike

12    that.

13         If -- I think we agreed that ██████████████

      ████████████████████████████████████████████████████

      ████████████████████████████████████████████████████

      ████████████████████████████

17         MR. LLEWELLYN:  Objection; form.

18         THE WITNESS:  ████████████████████████████

      ████████████████████████████████████████████████████

      ████████████████████████████████████████████████████

      ████████████████████████████████████

22         MS. DUNN:  Okay.

23    Q    And so ████████████████████████████████████

      ████████████████████████████████████████████████ ; right?

25    A    ████████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 125



1    ███████████████████████████████████████

     ████████    █████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████████

     █████████████████████

6        Q    Right.

7             And when you say that ████████████

     ████████████████████████████████████████

     ████████████████████████████████████████

     █████████████████████████████████████████████

     ██████████████████████████████ ; right?

12       A    Yeah.

13       Q    Okay.  ███████████████████████████

     ██████████████████████████ ?

15       A    ███████████████████████  ████████████

     ██████████████████████████████████████

     █████████████████████████████████  ████

     █████████████████████████████████████████████

     ████████████████████████████████████████

     █████████████████████████████████████████████

     ████████████████████████████████████

     ████████████████████████████████████

     ██████████████ .

24       Q    Right.

25             But probably not for a very long time if

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 126



1  ███████████████████████████████████████

   ███████████████████████████████████████

   ██████████████; right?

4     A   Certainly, ████████████████████████

   ████████████████████████████████.

6     Q   Right.  Okay.

7         The █████████████████████████████

   ██████████████ -- oh, sorry.  Strike that.

9         ████████████████████████████████████

   ██████████

11    A   I think this -- I think this █████████████

   ████████████████████████████████████

   ████████████████████████████████████

   ███████████████████████████████████████████

   ████████████  ████████████████████████████

   ██████████████

17    Q   Okay.

18    A   There could be a lot of detail to work out.

19    Q   Okay.  All right.

20        ████████████████████████████████████

   ███████████████████████████████████████████

   ██████████████████████████████████

   ██████████████

   ████████████████████████████████████

   ██████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 127

1    ████████████████████████████████████████

     ████████████████████████████████████████████

     ███████████████████████████████████

     ████████████████████████████████

     █████████████████████████████████████████

     ██████████████████████████████████████████████

     █████████████████████████████████████████████

     ███████████████

9         Do you see that?

10   A    Yes.

11   Q    All right.

12        And so Arm is saying that ███████████████

     ███████████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████  right?

16        MR. LLEWELLYN:  Objection; form.

17        THE WITNESS:  I don't think that's what this

18   says.

19        The -- the purpose there -- if the -- how do

20   I describe this?

21        The -- the purpose there was to -- to

22   ████████████████████████████████████████████

     ██████████████████████████████████████

     ████████████████████████████████████████████

     █████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 128

1 ███████████████████████████████████

███████████████████████████████████

███████████████████████████████

███████████████████████████████████████

███████████████

6        MS. DUNN:   Q.  So is it your testimony that

7   what this is saying is that ████████████████████

███████████████████████████████████

█████████████████████████████████?

10      A    No.

11      Q    And this says that ██████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████

██████████████████████████████

█████████████      ████████████████████

17      A    So I believe what this term is trying to say

18   is that ██████████████████████████████

███████████████████████████████████████

██████████████████████████████

21      Q    And when you say ████████████████  what do you

22   mean?

23      A    ██████████████████████████

███████████████████████████████████

███████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 129

1  ███████████████████

2      Q    And what made Arm think █████████████████

███  ████████████████████████████████████████████████

4           MR. LLEWELLYN:  Objection; form.

5           THE WITNESS:  So again, the -- █████████████

███  ████████████████████████████████████████

███  ████████████████████████████████████

███  ██████████████████████████████    ████████████

███  ████████████████████████████████████████████████

10          MS. DUNN:  Right.

11     Q    But my question to you was:  What made Arm

12  think ████████████████████████████████████████

███  ████████████████████████████████████?

14          MR. LLEWELLYN:  Objection; form.

15          THE WITNESS:  I don't think that's what's

16  being asked for here.

17          MS. DUNN:  Q.  Those were those -- those were

18  your words, sir, just a second ago.  You said the

19  ████████████████████████████████████████████

███  ████████████

21          So what made Arm think that it could do that?

22          MR. LLEWELLYN:  Objection; form.

23          THE WITNESS:  So I'll correct what I said a

24  moment ago.

25          ████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 130



```
 1   ██████████████████   ████████████████████
     ██████
 3           ███████████████████████████████
     █████████████████████████████████
     ████████████████████████████████████
     █████████████   ██████████████████████
     ████████████████████████████████████
     ███████████████
 9           MS. DUNN:  Q.  This provision ████████████
     ███████████████████████████   ████████████████
     █████████
12           Do you see that?
13   A       ███████████████████████████████
     ██████████████████████
15   Q       Right.
16           So Arm's position is that ███████████████
     ████████████████████████████████████████
     ██████████████████████████████████
             ██████████   isn't that correct?
20   A       That is what it says.
21   Q       In your time at Arm, has Arm ever ███████
     ████████████████████████████████████████████
     █████████████████
24   A       I don't know.
25   Q       Okay.  Can you think of any time, sitting
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 131

1    here today?

2       A    I can't think of an example.

3       Q    Okay.  If you keep going in this letter,

4    after ████████████████████████████████████████

     ██████████████████████   ███████████████████████

     ████████████████████████████████████████

     ██████████████████████████████████████

8            Do you see that?

9       A    Yes, yes.

10      Q    Okay.  What is a ████████████████████?

11      A    ██████████████████████████████████████

     ███████████████████████████████████

     █    ██████████████████████████████████

     ██████████████████████

15           MR. LLEWELLYN:  Objection to form.

16           THE WITNESS:  Well, again, ████████████

     ██████████████████████   ███████████████████████

     ████████████████   ████████████████████████████████

     ██████████████

20           MS. DUNN:  Okay.

21      Q    Is there anything in any contract, in the

22   NuVia ALA, for example, that would ██████████████

     ████████████████████████████████████?

24      A    I don't know.

25      Q    Can you think of anything as you sit here

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 132

```
 1    today?
 2        A    Again, I'm not a lawyer.  I would -- if I
 3    were still in my role at Arm, I'd have my GC answer
 4    that question for me.
 5        Q    Okay.  In your role as CEO and in your 30
 6    years of experience at Arm, had Arm ever ████████
      █  ████████████████████████████████████████████
      █  ████████████████████████████████████
 9        A    Yes, I'm pretty sure that Arm had.
10        Q    Okay.  And which -- what example is that that
11    you can think of?
12        A    I can't think of specifics, but I am fairly
13    confident that that has happened in previous
14    agreements.
15        Q    Okay.  And in -- even though you can't
16    identify any specific instance, do you think that █
      █  ████████████████████████████████████████████
      █  ███████████████████████████████████
19             MR. LLEWELLYN:  Objection; form.
20             THE WITNESS:  I can't think of an example of
21    that, of -- ████████████████████████████████████
      █  ████████████████████.  So I don't know.
23             MS. DUNN:  Okay.  All right.
24        Q    So you previously testified that you had
25    expected the Qualcomm-NuVia acquisition to close at
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

                                                    Page 133

1    the end of February.

2            This letter dated February 16th sets out

3    ████████████████████████████████████████████████

█    ██████████████████████████████████████████.

5            Do you agree with me that ████████████████

█    ████████████████████████████████████████████████████

█    ████████████████████████████████████████████████

█    ████████████

9            MR. LLEWELLYN:  Objection; form.

10           THE WITNESS:  I don't think that was

11   impossible.

12           MS. DUNN:  Q.  You think that was doable?

13      A   If you put people in a room with the right

14   incentives, they can get work done.

15      Q   I think the key to that is "the right

16   incentives."

17           Do you think at this time, ██████████████████

█    ████████████████████████████████████████████████████

█    ████████████████████████████████████████

█    ███   █████████████████████████████████████████████

█    ████████████████████████████████████████████

█    ████████████████████████   ███████████████

█    ████████████████████████████████████████████   █

█    ████████████████████████████████████████████

█    ██████████████████

Page 134

1      Q    Right.

2           So your testimony is that as of this

3      February 16th letter, Arm was still committed to

4      moving as quickly as possible to make sure that

5      Qualcomm and NuVia could close their acquisition by

6      the end of February?

7           MR. LLEWELLYN:   Objection; mischaracterizes

8      testimony.

9           THE WITNESS:   I think that, yeah, Arm is

10     motivated to find a deal -- to find a deal that worked

11     with Arm, to find a deal that worked for all the

12     parties.   That's how we had built a successful

13     business in that time.

14          Now, that being said, that didn't mean that

15     in order to get it done quickly, as is the case with

16     any contract, that we'd necessarily sacrifice

17     unnecessarily the commercial terms.

18          But there was no incentive for Arm to not

19     reach an agreement.

20          MS. DUNN:   Q.   There was no incentive to slow

21     roll; right?   That's your testimony?

22     A    There's no incentive to slow roll.

23     Q    Right.

24          And your testimony is that Arm was not trying

25     to slow roll; right?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 135

```
 1      A    Not trying to slow roll.  But at the same
 2   time -- and I'm guessing you're -- ███████████████
     ██ ███████████████████████████████████████████████
 4   The incentive was to get the deal done.  The incentive
 5   was to get the deal done with the right terms and, you
 6   know, in a -- in a -- in a time frame that's conducive
 7   for good business.
 8      Q    Right.
 9           My question, sir, was a little bit different.
10           You knew that Qualcomm and NuVia wanted to
11   close this acquisition by the end of February?
12      A    Uh-huh.
13      Q    This letter comes on February 16th.  ████████
     ██ ████████████████████████    ██████████████████████
     ██ ████████████████████████
16           And my question to you is whether it's your
17   testimony that there was no intention on the part of
18   Arm to slow roll to ensure that Qualcomm and NuVia
19   could not close their deal?
20           MR. LLEWELLYN:  Objection; form.
21           THE WITNESS:  I don't believe there was any
22   desire of anyone in Arm to slow roll this deal.
23           MS. DUNN:  Okay.  All right.
24      Q    So you became --
25      A    If I can -- if I can finish.
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 136

```
 1        Q   Your counsel will have some time with you
 2    after --
 3             MR. LLEWELLYN:  He can finish his answer.  He
 4    was -- he had just asked if he can finish.
 5             You can finish.
 6             THE WITNESS:  The -- the time frame to close
 7    their acquisition by the end of February was a time
 8    frame that they set.
 9             And whilst we were happy to support that, if
10    it needed to take longer, if -- if closing these
11    agreements between Arm, NuVia, Qualcomm needed to take
12    longer because of the complexity, then from our point
13    of view, it needed to take longer.
14             MS. DUNN:  Okay.
15             THE WITNESS:  The February deadline wasn't
16    one that we set.
17             MS. DUNN:  I'm going to move to strike the
18    second part of your answer.
19        Q   You -- my question is very simple, sir.  It's
20    that this letter comes on February 16th.  ███████████
      ██████ ███████    ████████████████████████████████
      █ ████████████
23             And my only question to you is whether it's
24    your testimony that there was no intention on the part
25    of Arm to slow roll so that Qualcomm and NuVia could
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 137

```
 1    not close their deal?
 2            MR. LLEWELLYN:  Objection; form; asked and
 3    answered.
 4            THE WITNESS:  So from my point of view as the
 5    CEO, there was no desire on our side to deliberately
 6    slow the -- slow roll this agreement.  It may be
 7    complex, but there was no desire to slow roll it.
 8            MS. DUNN:  All right.
 9       Q   Do you recall that you became involved in
10    negotiations between Arm and Qualcomm by at least
11    March of 2021?
12       A   I don't remember exactly when I began to get
13    involved.
14       Q   Okay.
      
      
      
18       Q   Okay.  What was your role?
19       A
      
      
22       Q   Okay.  And did you feel like the parties were
23    making progress during the period that you were
24    involved?
25       A   I felt like progress was very slow.
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 138

1      Q    Okay.  And why was that, in your opinion?

2      A    ████████████████████████████████

3    ████████████████████████████████████

4           MS. DUNN:  Okay.  All right.

5           Let's mark the next exhibit, which I think is

6    110.

7           STENOGRAPHIC REPORTER:  109.

8           MS. DUNN:  109.  Can that be?  Thanks.

9           (Document marked Exhibit 109

10           for identification.)

11           THE WITNESS:  Thank you.

12           MS. DUNN:  All right.

13      Q    This -- the first e-mail in this thread is an

14    e-mail from Qualcomm CEO Cristiano Amon to you.  It's

15    dated March 9, 2021.

16           Do you see that?

17      A    Yes.

18      Q    The subject of the e-mail is:

19           "Sync."

20           And if you direct your attention to the first

21    paragraph of Mr. Amon's e-mail to you, it says:

22    ████████████████████████████████████████

23  ████████████████████████████████████████

24  ██████████████████████████████

25           Do you see that?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                              Page 139

  1       A    Yes.

  2       Q    Okay.  And did you at this time have a

  3   relationship with Cristiano Amon, or Amon?

  4       A    Yes.  I've met Cristiano many times.

  5       Q    Okay.  And what was your relationship like?

  6       A    Fine.

  7       Q    Do you have a view of him?

  8       A    Smart guy, very driven.

  9       Q    You say -- if you look at the e-mail -- your

 10   e-mail at the top of the page, you say -- in response

 11   to Cristiano's e-mail, you e-mail other members of

 12   your team, including Rene Haas and Will Abbey.  You

 13   say:

 14       ████████████████

          ███████████████████████████████

          ██████████████

 17       A    I can't remember what I was expecting when I

 18   wrote that e-mail.

 19       Q    Okay.  And you say that ████████████████

          ████████████████████████████████████████

          ███████████████

 22           Do you see that?

 23       A    Yes.

 24       Q    Okay.  And ████████████████████████████

          ████████████████████
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                              Page 140

  1      A    I don't recall.
  2           MS. DUNN:  Okay.  All right.
  3           Let's show you 110.
  4           (Document marked Exhibit 110
  5            for identification.)
  6           THE WITNESS:  Thank you.
  7           MS. DUNN:  All right.
  8      Q    This is an e-mail chain between you and
  9    several people at Arm, including Rene Haas, with the
 10    subject line:
 11           "Qualcomm NuVia."
 12           Dated March 16, 2021.
 13           Do you see that?
 14      A    Yes.
 15      Q    And if you look at the top e-mail, at the
 16    last sentence -- at the last sentence, it says:
 17           ████████████████████████         ██
       ██  ████████████████████████████████   ██
       ██  ████████████████
 20           Do you see that?
 21      A    Yes.
 22      Q    Okay.  Why did you ████████?
 23      A    I -- I don't remember.
 24      Q    Okay.  What changed between your earlier
 25    e-mail, ████████████████████████████
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 141

1 ███████████████████████████████████████████

2 ███████████████████

3     A    I don't know.

4     Q    Okay.  ████████████████████████

5 ████████████████████████  ████████████████████

6 ██████████████████████████████████

7 ███████████████████████  ████████████████████

8 ████████████████████████████████████████████

9 ██████████████

10     A    That's what this says.

11     Q    Okay.  All right.

12          If you direct your attention to the beginning

13 of the chain, one of your colleagues says:

14 ████████████████████████████  ████████████████

15 ████████████████████████████████████████

16 ██████████████████████████

17          Mr. Haas says:

18 ████████████████████████████████████

19          Do you see that?

20     A    Yep.

21     Q    And then Jason Zajac says:

22 ████████████████████████████████████

23 ████████████████████████████████████████████

24 ██████████████

25          Do you see that?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 142



```
 1     A   Yes.

 2     Q   And Mr. Haas says:

 3         ██████████████

 4         Meaning, he's saying ███████████████
           ████████████████████  right?

 6     A   Yes.

 7     Q   Okay.  And then you say:

 8         ████████████████████
           ██████████████████████████████████
           ██  █████████████████████████████
           █████

12         Do you see that?

13     A   I do.

14     Q   Okay.  When you said ████████████
           █████████  what did you mean?

16     A   ████████████████████████
           ██████████████████████████████████
           ████████████  █████████████████████
           ████  ████████████████████████████
           ██████████████  ███████████████████
           ██████████████████████████████████
           ████████████████████████████

23     Q   Right.

24         And when you say █████████████████
           ██████████████████████████████████
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 143



1

2

3

4          MR. LLEWELLYN:  Objection; form.

5          THE WITNESS:  I'm not a lawyer, but our

6   contract talks about

7

8

9

10

11

12

13

14

15

16

17

18

19

20          MS. DUNN:  Okay.

21      Q   And Arm never told Qualcomm not to close;

22   right?

23          MR. LLEWELLYN:  Objection; form.

24          THE WITNESS:  I'm not aware of anyone telling

25   Qualcomm not to close.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 144

1    MS. DUNN:  Q.  And you know that Cristiano

2  had reached out to you prior to the closing; right?

3    We saw that e-mail.  In his e-mail of

4  March 9th, he says:

5    ████████████████████████████████

6    A   Right.

7    Q   Right?

8    A   Yep.

9    Q   And then here it is March 16th, and you're

10  saying, T█████████████████████████████████████

11  ██████████

12    You see that; right?

13    A   Yes.  There's six days between these e-mails?

14    Q   Right.

15    And so ████████████████████████████████

16  ████████████████████████; right?

17    MR. LLEWELLYN:  Objection; form.

18    THE WITNESS:  I don't think that's

19  necessarily the case --

20    MS. DUNN:  Okay.

21    THE WITNESS:  -- based on -- based on

22  Cristiano's e-mail to me.  He just says, ███████

23  ████████████████████████████████████████ --

24    MS. DUNN:  Well --

25    THE WITNESS:  -- ████████████████████████████.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 145

1          MS. DUNN:  Let's -- okay.

2     Q   So on March 9th, Cristiano writes to you:

3                    ███████████████████████████████████

  ███████████████████████████████████████████████████████

  ██████████   ████████████████████████████████

6          Do you see that?

7     A   I see that.

8     Q   And on March 16th, you're writing your team

9   that ██████████████████████████████████████████

  ██████████████████

11          Do you see that?

12     A   I see that.

13     Q   Okay.  And so ████████████████████████████

  █████████████████████████████████████████████; right?

15          MR. LLEWELLYN:  Objection; form.

16          THE WITNESS:  No, I don't think that's

17   correct.

18                    ████████████████████████████████

  ████████████████████████████████   █████████████████

  █████████████████████████████████████████████████████████

  ████████████████████████████████████████████████

  ██████████   ███████████████████████████

  █████████████████████████████████████████████████████████

  ███████████████████████████████████.

25          MS. DUNN:  Okay.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 146

1      Q    But --

2      A    ████████████████████████████████

   ███████████████████████████  ████████████████████

   ████████████████████

5      Q    But you don't disagree that your own words in

6  this e-mail say, ████████████████████████████████

   ████████████████████; right?  You see that?

8      A    I don't disagree.  That is what it says.

9      Q    Okay.  The next sentence of your e-mail says:

10                ████████████████████████████████████

   ████████████████████████████████████████████████

   ████████████████████████████████████████████

   ████████████████████████████████████

14            When you say ████████████████████████████

   ████████████████████  what did you mean?

16     A    I believe what I meant there is that ██████████

   ████████████████████████████████████████████████

   ████████████████████████████████████████████

   ████████████████████████████████████████████

   ████████████████████████████████████████

21     Q    And those instances you're talking about are

22  circumstance -- ████████████████████████████████████

   ████████████████████

24     A    I think I said earlier ████████████████████████

   ████████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 147

1    Q    Right.

2    A    So the -- ███████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████     ███████████████

███████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████

███████   ███████████████████████████

█████████████████

10    Q    Okay.  So when Arm ███████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████ ; right?

15         MR. LLEWELLYN:  Objection; form.

16         THE WITNESS: ███████████████████████

███████████████████████████████████████

███████████████

19         MS. DUNN:  Q.  Well, this sentence seems to

20    say it's never happened before.  It says:

21         ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████

███████████████████████████████

███████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 148

1        ███████████████ ; correct?

2            MR. LLEWELLYN:  Objection to form.

3            THE WITNESS:  I ████████████████████████

█    ████████████████████████████████████████  ████

█    ██████████████████████████████████████████████  ███

█    ████████████████████████████████████████████████████

█    ██████████████████████████████████████████████████

█    ████████████████████████████  ██████████████████████████

█    ████████████████████████

10           MS. DUNN:  Q.  And as you sit here today, can

11   you think of any other instance?

12      A    No.

13           MS. DUNN:  All right.

14           Let's show you the next exhibit, which is

15   111.

16           (Document marked Exhibit 111

17            for identification.)

18           MS. DUNN:  All right.

19      Q    This is an e-mail chain dated May 2021.  The

20   subject of the e-mail is:

21           "Contact Names."

22           And I'm going to start with the bottom of

23   page 3.  So if you look at the bottom of page 3, you

24   can see an e-mail that you sent to Mr. Amon following

25   your initial call on March 17th.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 149

1          Do you see that?

2     A    Uh-huh.

3     Q    Okay.  It starts:

4          █████████████        ████████████████████

5          Do you see that?

6     A    Yes.

7     Q    Okay.  Do you recall your conversation with

8     Cristiano on March 17th?

9     A    Vaguely.

10    Q    Okay.  What do you recall?

11    A    ████████████████████████████████████████

█     ██████████████████████████████████████████████████████

█     █████████████████████████████████████████████████

█     █████        ██████████████████████████████████████

█     █████████████████████████████████████████████████

█     ████████████████

17         MR. LLEWELLYN:  Did you say "cordial"?

18         THE WITNESS:  Cordial, yes.

19         MS. DUNN:  All right.

20    Q    And you see that in the next e-mail,

21    Cristiano responds to you and indicates -- well, first

22    thing he says is, he says:

23         █████████████████████████████████████████

█     █████████████████████████████████████████████████████

█     █████████████████

```
                                              Page 150

 1          Do you see that?

 2     A    I do.

 3     Q    And he writes that on March 23rd.

 4          Do you recall giving Cristiano the impression

 5     that ███████████████████████████████████████████

       ██ ████████████████████████████████

 7     A    No, I don't recall giving him that

 8     impression.

 9     Q    Do you think that what he's writing here is

10     not true?

11     A    I think that what he's written there is --

12     may -- may have been his takeaway from the call.  I --

13     Q    Okay.

14     A    -- can't comment.

15     Q    And is it your testimony that at this point,

16     ████████████████████████████████████████████

       ██ ████████████████████████████

18          MR. LLEWELLYN:  Objection; form.

19          THE WITNESS:  I'm sorry.  Could you repeat

20     that question.

21          MS. DUNN:  Q.  I said, is it your testimony

22     that ████████████████████████████████████████████

       ██ ████████████████████████████

24          MR. LLEWELLYN:  Objection; form.

25          THE WITNESS:  I can't remember what I was
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 151

1    thinking about ████████████████████████████

██   ████████████████

3          MS. DUNN:  Okay.  All right.

4       Q    Cristiano continues.  He says:

5              ████████████████████████████████

██  ███████████████████████████████████████

██  ██████████████████████████████████████

██  ████████████████████████████████████████████

██  █████████████████████████████

10          Do you see that?

11      A    I see that.

12      Q    Okay.  ████████████████████████████

██  ████████████████████████████████████████████

██  ████████████████████████████████████████

██  ████████████  correct?

16      A    That's what this says he's going to do.

17      Q    Okay.  And the next e-mail in the chain is

18   again from Cristiano to you.

19          Do you see that?

20      A    Yes, I do.

21      Q    And there's no response from you here to

22   Cristiano's e-mail; right?

23      A    Correct.

24      Q    Right.

25          So you did not respond to him and say, ████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 152

1   ████████████████████████████████████████

2   ██████████

3       A    I did not.

4       Q    And are you aware, sir, that Arm has taken

5   the position in this case that Qualcomm must destroy

6   technology that Arm knew Qualcomm was working on as

7   early as March of 2021?

8       A    I was not aware of that, no.

9       Q    Okay.  Now that you're aware, as an engineer,

10  what is your view about Arm's demand that Qualcomm

11  should destroy technology that Arm knew Qualcomm was

12  working on as early as March of 2021?

13          MR. LLEWELLYN:  Objection; form.

14          THE WITNESS:  ████████████████████████

    ████████████████████████████████████████

    ████████████████████████████████████████████

    ████████████████████████████████████████████

    ████████████

19          MS. DUNN:  Q.  ██████████████████████

    ██████████████████████    ████████████████████

    ██████████████████████

22          MR. LLEWELLYN:  Objection; mischaracterizes

23  testimony.

24          THE WITNESS:  ████████████████████████

    ████████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 153



2       MS. DUNN:  Okay.

3   Q

7       MR. LLEWELLYN:  Objection; form.

8       MS. DUNN:  Q.  Right?

9   A

20      MS. DUNN:  All right.  Move to strike.

21  Q  Sir, that's not my question.

22    My question is that

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 154

1    A   ██████████████████████████████

        ██████████████████████████

3    Q   And you're aware, I assume, that ██████████

        ████████████████████████████████

        ██████████████████████

6        MR. LLEWELLYN:  Objection; form.

7        THE WITNESS: ████████████████████████

        ███████████

9        MS. DUNN:  Okay.

10   Q   ███████████████████████████

        ████████████████████████████

        ████████████████████████████████████

        █████████

        █ ██████████████████████████████

        ███████████████████████████████

        █████████████████████

17   Q   All right.

18        Continuing with this e-mail, you'll see that

19  after this e-mail exchange that we just discussed,

20  Mr. Amon writes you two more times over the course of

21  the next six weeks to ███████████████████████

        ███████████

23        Do you see that?

24   A   Two more times, yes.

25   Q   Okay.  If you look at the top of page 2,

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 155

1    it's -- on April 30th, Cristiano is raising a

2    different concern.  He says that:

3    ████████████████████████████████████████████

     ████████████████████████████████████████████████

     ██████████

6          Do you see that?

7    A    Yes, I see that.

8    Q    Okay.  And if you look at your e-mail at the

9    bottom of page 1, you write to Rene Haas and Will

10   Abbey, ██████████████████████████████████████████

     ████████████████████████████████████████████████

     ████████████████████████████████

13         Do you see that?

14   A    Yes.

15   Q    Okay.  So you're not on the top e-mails on

16   this chain.  But you can see that after you write

17   to -- strike that.

18         So after you write to Mr. Haas and Mr. Abbey,

19   saying that ████████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████████████████████

     ██████████████████

23         Do you see that?

24   A    Where it says:

25         ████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 156

1    ██████████

2        Q    Right.

3        A    Yes.

4        Q    You see that?

5        A    Yes.

6        Q    And that's on April 30th.

7             And then on May 1st, Mr. Haas writes only to

8    Mr. Abbey, dropping you from the chain, and says:

9             ████████████████████████████████████

██   ████████████████    ████████████████████

██   ██████████████████████████████████████████

██   ██████████████████████

13            Do you see that?

14       A    I see that.

15       Q    Okay.  And then Mr. Abbey responds to

16   Mr. Haas, saying:

17            ██████████████████    ████████████████

██   ██████████████

19            Do you see that?

20       A    I see that.

21       Q    Okay.  Were you aware that ████████████

██   ██████████████████████████████████████████████

██   ████████████████████████████████

24            MR. LLEWELLYN:  Objection to form.

25            THE WITNESS:  Not that I remember.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 157

1           MS. DUNN:  Okay.

2      Q    Did Mr. Abbey or Mr. Haas ever deliver that

3  message to you?

4      A    I can't remember.

5      Q    Okay.  Did you have any understanding, even

6  looking at this today, about ███████████████████████

   ██████████████████████████████████████████████

   ██████████████

9      A    No.  You'd have to ask Rene.

10     Q    Okay.  And do you know why, ████████████████

   ████████████████████████████████████████████

   ████████████████████████████████████████████████

   ████████████████████████████████████████████████████

   ████████████████████

15          MR. LLEWELLYN:  Objection; form.

16          THE WITNESS:  Sorry.  Can you read the first

17  part of that question again.

18          MS. DUNN:  Q.  Do you know why, ████████████

   ████████████████████████████████████████████

   ████████████████████████████████████████████████

   ████████████████████████████████████████████████████

   ████████████████████████████

23          MR. LLEWELLYN:  Objection; form.

24          THE WITNESS:  No, I don't.

25          MS. DUNN:  Okay.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 158

1     Q    And do you know why Mr. Haas says that ███

██    ████████████████████████████████████████████████

██    ██████

4     A    No, I don't.

5     Q    Okay.  Do you think it's because ██████████

██    ██████████████████████████████

7          MR. LLEWELLYN:  Objection; form.

8          THE WITNESS:  I have no idea what Rene was

9     thinking when he wrote that.

10         MS. DUNN:  Okay.

11    Q    And did ██████████████████████████████████████

██    █████████████████████████████

13    A    I don't remember.

14    Q    You don't remember who -- ████████████████████

██    ███████████████████████

16    A    I know ████████████████████████████████████

██    █████████████████████████████████████  ████████████

██    ███████████████████████████████████

19    Q    Okay.

20    A    -- ██████████████████████  ████████████████████

██    ███████████████████

22    Q    ██████████████████████████████████████████████

██    █████████████████████████████████████

██    ██  █████████████████████████████████████████████████

██    ██████████████████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 159



12          MR. LLEWELLYN:  Objection; form.

13          THE WITNESS:

15          MS. DUNN:  Q.

25          MS. DUNN:  Okay.  All right.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 160

1           Let's show --

2           MR. LLEWELLYN:  Can we take a break?  It's

3  been, like, an hour and ten minutes.  Quickly.

4           MS. DUNN:  That's fine with me.

5           Are you good?

6           THE WITNESS:  Yep.

7           THE VIDEOGRAPHER:  We are going off the

8  record.  The time is 2:02 p.m.

9           (Recess taken.)

10          THE VIDEOGRAPHER:  We are back on the record.

11  The time is 2:16 p.m.

12          MS. DUNN:  Okay.

13      Q   Sir, you testified a moment ago that in May,

14  you had ███████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████

            ███████████████████████████████████████

███████████████████████████████████████████████

███████████████████

20          MR. LLEWELLYN:  Objection; form.

21          THE WITNESS:  I don't know.

22          MS. DUNN:  Okay.  All right.

23          Let's show the witness what's been previously

24  marked as Exhibit 27.

25  //

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 161

```
 1              (Document previously marked Exhibit 27
 2               for identification.)
 3              THE WITNESS:  Thank you.
 4              MS. DUNN:  All right.
 5         Q    This is an e-mail chain from July 14th of
 6    2021.  Directing your attention to the bottom of the
 7    second page, where you'll find an e-mail from you to
 8    Cristiano dated July 14, 2021.
 9              Are you there?
10         A    I'm there, yes.
11         Q    Okay.  In the second paragraph of the e-mail,
12    Cristiano says:
13              ████████████████████████████████
      ███████████████████████████████████████
      ████████████████████████    ████████████████████
      █████████████████████████████████████
      ████████████████████████████████
      █████████████████████████████████████████
      ██████████████
20              Do you see that?
21         A    Yes.
22         Q    Okay.  And then if you direct your attention
23    to the first page, you'll find an e-mail that you then
24    sent to Rene Haas, Paul Williamson, and Will Abbey.
25    And in the first sentence, you say:
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 162

1　████████████████████████████████████████

2　███████████████████　　████████████████████

3　　　　Do you see that?

4　　A　I do.

5　　Q　Okay.  And this is July of 2021.  The e-mail

6　when ████████████████████████████████

7　████████████████████████████ You recall that;

8　right?

9　　A　I think that was in April.

10　　Q　Okay. ████████████████████████

11　████████████████████████████  ████████████████

12　███████████████████████████████████████████████████;

13　correct?

14　　A　It would appear so.  I ████████████████████

15　████████████████████████████████████████

16　██████████████████

17　　Q　Right.

18　　　　But we can agree that █████████████████████

19　██████████████████████████████████████████████████

20　████████████████████; correct?

21　　　　MR. LLEWELLYN:  Objection; form.

22　　　　THE WITNESS:  That is what Mr. Amon says,

23　yes.

24　　　　MS. DUNN:  Right.

25　　Q　And that's -- and then you say:

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 163

1    ███████████████████████████████████

2    █████████████████    ██████████████████

3         You see that; right?

4    A    Yep.

5    Q    Right.

6         And then if you look at the top e-mail,

7    Mr. Abbey responds to you saying:

8    ██████████████████████████████

9    ████████████████████████████████████████

10   ██████████████████████████████

11        Do you see that?

12   A    I see that.

13   Q    Okay.    ████████████████████████

14   ████████████████████████████; correct?

15   A    It reads as though that is the case, yes.

16   Q    Right.

17        And instead, he says, ████████████████

18   █████████████████████████████████████████

19   █████████████████████████████████████████

20   ████████████████████████████████████

21   ███████████████████████████████?

22        MR. LLEWELLYN:  Objection; form.

23        MS. DUNN:  Q.  Right?

24   A    Well, ██████████████████████████

25   ███████████    ██████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 164

1   ████████████████████    ███████████████

    ██████████████

3       Q   Right.

4           But you don't disagree that ████████████████

    ███████████████████████████████████████████████

    ████████████████████████████████████████████████

    ██   ███████████████████████████████████████████

    ███████████████████████████████████████████████

    █████████████

10      Q   Right.

11          ████████████████████████████████████████████

    ██████████████████    ███████████████████████ ; right?

13          MR. LLEWELLYN:  Objection; form.

14          THE WITNESS:  I don't know.  █████████████

    ██████████████████████████████████████████████████████

    ████████████████████████████████████████████████

    █████████████████████████████████████████

18          MS. DUNN:  All right.

19      Q   And Mr. Abbey ███████████████████████████████

    ████████████████████████████████████████████████

    ██████████████████████████████████████████████████████

    ███████████████████████████████████████████████████

    ████

24          MR. LLEWELLYN:  Objection; form.

25          THE WITNESS:  Sorry.  Could you repeat that.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 165



1           MS. DUNN:  That's a fair question.

2      Q    ███████████████████████████████████

       ██████████████████████████████  --

4      A    Oh.

5      Q    --  ████████████████████████████

       ████████████

7           ███████████████████████████████

       █  ███████████████████████████████████████

       ███████████████████████████████████

       █  ████████████████████████████████████

       ███████████████████████████

12          MR. LLEWELLYN:  Objection to the form.

13          THE WITNESS:  ██████████████████████

       ███████████████████████

15          MS. DUNN:  Q.  ███████████████████

       ██████████████████████████████████████████

       ████████████████████

18          MR. LLEWELLYN:  Objection; form.

19          THE WITNESS:  I don't know.

20          MS. DUNN:  Q.  ██████████████████████

       ████████████████████████████████████

       ██████████████████████████████████████████

       ████████████████████████████████

24          MR. LLEWELLYN:  Objection; form.

25          THE WITNESS:  I don't know.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 166

1    MS. DUNN:  Q.  Is it possible?

2    MR. LLEWELLYN:  Objection; form.

3    THE WITNESS:  █████████████████████████

█████████████████  ███████████████████████████████

███████████████

6    MS. DUNN:  All right.

7    Q   If you would look, sir, at the third page of

8  this document.  There's an e-mail to you -- from you

9  to Mr. Amon dated June 29, 2021.  And in this e-mail,

10 you ███████████████████████████████████████

███████████████

                    ███████████████████████████████

███████████████████████████████████████████

███████████████████████████████████

15    Do you see that?

16  A   I see that.

17  Q   Okay.  And then below that, ████████████

█████████████████████  ████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

█████████████  ██████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

██████████

25    Do you see that?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



```
                                              Page 167

 1      A    I see that.

 2      Q    Okay.  And your -- ████████████████████

        ████████████████████████████████████████████

        ████████████████████████  right?

 5           MR. LLEWELLYN:  Objection; form.

 6           THE WITNESS:  That's the implication of this,

 7      yeah.

 8           MS. DUNN:  Q.  ████████████████████

        ████████████████████████████████████████████?

10      A    Yeah, I can't remember.

11      Q    Does it make sense to you that ████████

        ████████████████████████████████████████████

        ████████████

        ███  ████████████████████████████

        ████████████  ████████████████████████████

        ████████████████████

        ███  ████████████████

        ███  ████████████████████████████

        ████████████████████████████████

        ████████████████████

        ███  ████████████████████████████

        ████████████████████████

23           MR. LLEWELLYN:  Objection; form.

24           THE WITNESS:  ████████████████████

25           MS. DUNN:  Q.  Well, you said that the
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 168



1

7

22          MR. LLEWELLYN:   Objection; form.

23          THE WITNESS:

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Page 169**



1  ▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮ .

7       MS. DUNN:  Okay.

8     Q   But you testified earlier that ▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮

12      MR. LLEWELLYN:  Objection; form.

13      THE WITNESS:  ▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮  ▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮

19      MS. DUNN:  Okay.

20    Q   ▮▮▮▮▮▮▮  ▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮▮▮▮▮

   ▮▮▮▮▮▮▮  ▮▮▮

24    A   ▮▮▮▮▮▮▮▮▮▮

   ▮▮▮

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 170

1      Q      ███     ████████████████████████
█      ████████████████████
3      A      █████████████████
4      Q      Okay.  All right.
5             ████████████████████████████
6             MR. LLEWELLYN:  Objection; form.
7             THE WITNESS:  ████████████████
8      ████████████████████████
9             MS. DUNN:  All right.
10     Q      ████████████████████
█      ████████████████
█             ██████████████████████
█             ████████████
█      █       ████████████████████
█      ████████████████████████████████
█      ████████████████████████
█      ██████████████
18     Q      Okay.  Oh, and so what you're saying is that
19     ████████████████████████
█      ████████████████████████
█      █       ██████████████████
22     Q      Okay.  Is that the same with ████████
█      ████████████████████████████████
█      ████
25            A      I don't know.  That's not explicit here, and

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 171

1      I can't remember what we were thinking about that at

2      the time.

3          Q    Okay.  And you're aware that ██████████████

       ████████████████████; correct?

5          A    Correct.

6          Q    And do you recall what happened after ██████

       ████████████████?

8          A    Well, ████████████████████████████

       ████████████████████  ████████████████████

       ████████████████████████████████████████████

       ████████████████████████████████.

12         Q    Okay.  Do you remember the first conversation

13     you had with anyone who is not a lawyer about Arm

14     suing Qualcomm?

15              MR. LLEWELLYN:  Objection; form.

16              THE WITNESS:  I don't remember.  "No" is the

17     answer to that question.

18              MS. DUNN:  Okay.

19         Q    ████████████████████████████████████████████

       ████████████████

21              MR. LLEWELLYN:  Objection; form.

22              THE WITNESS:  ██████████████████████████

       ████████████████████████████████████████████

       ████████████████████

25              MS. DUNN:  Okay.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

                                                      Page 172

1       Q     But you do recall that ███████████████████

██      ████████████████       right?

3             MR. LLEWELLYN:  Objection; form.

4             THE WITNESS:  I don't remember.

5             MS. DUNN:  Okay.

6       Q     Do you think that ████████████████████████

██      █████████████████████████████████

8             MR. LLEWELLYN:  Objection; form.

9             THE WITNESS:  I think I mentioned earlier

10      that ████████████████████████████████████

██      ████████████████████████  ██████████████████

██      ███████████████████████████████████████████████

██      ███████████████████████████

14            MS. DUNN:  Okay.

15      Q     But it's --

16      A     -- so yes.

17      Q     -- it's your testimony that ██████████████

██      █████████████████████████████████████████████████

██      █████████████████████

██      █  █████████████████████████████████████████  █

██      █████████████████████.

22      Q     Okay.  All right.

23            If -- we discussed earlier in your testimony

24      that you have a separation agreement with Arm.  If you

25      needed to check whether your conduct was consistent

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 173

1    with your separation agreement, how would you access

2    it?

3         A    I'd look at the copy that I have.

4         Q    And where is that copy?

5         A    It's at my house.

6         Q    Okay.  Easily findable?

7         A    I don't think it would take me too long.

8         Q    Okay.  Do you have an electronic version?

9         A    Yes, I think so.

10        Q    Okay.  And how would you access an electronic

11   version?

12        A    I'd look at my computer that's also at my

13   house.

14        Q    Okay.  Could you find it on your phone?

15        A    I can't access my house network through my

16   phone.

17        Q    Okay.  So you're saying that this agreement

18   is not accessible to you through your phone?

19        A    I don't think so, no.

20        Q    Okay.  Do you have a lawyer that has a copy

21   of this agreement?

22        A    I had a lawyer to advise me on the

23   negotiation of the agreement.  I don't know whether

24   they kept a copy.  I doubt that they did.  I don't

25   know, actually.  I don't know whether they have.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 174

```
 1      Q    Okay.  Do you remember the name of your
 2   lawyer?
 3      A    No.  Embarrassingly, no.
 4      Q    But you could look that up, presumably?
 5      A    Yeah, yeah.  Yeah.
 6      Q    Yeah.
 7           And is your lawyer located in California?
 8      A    I had a lawyer who was in California and --
 9   but the person that led the work was based in London.
10      Q    Okay.  But they're part of a --
11      A    It's an international law firm who you would
12   instantly recognize.
13      Q    Okay.  That's okay.  At the break, we'll give
14   you some time --
15      A    Okay.
16      Q    -- to think of the lawyer's name and the
17   firm's name.
18           But it seems like this could be pretty easily
19   accessed; right?
20      A    Yeah, if I was at home, I don't think it
21   would take me very long to find it.
22      Q    Right.  Okay.
23           What is NVIDIA?
24      A    NVIDIA is a large technology company based in
25   Silicon Valley.
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 175

1    Q   Okay.  And you recall that ███████████████

██   ████████████████████████████████████████████████

██   ███████████████████████████████; correct?

4    A   Yes.

5    Q   Okay.  ████████████████████████████████

██   ██████████████████████

7        Do you recall that?

8    A   I don't understand what you mean by that.

9    Q   Okay.  Strike that.

10       ██████████████████████████████████████

██   ██████████████████████; correct?

12   A   That kind of figure, yes.

13   Q   Okay.  And you also recall that Qualcomm

14   spoke out against the NVIDIA acquisition; correct?

15       MR. LLEWELLYN:  Objection; form.

16       THE WITNESS:  It is my understanding that

17   Qualcomm were opposed to the transaction, yes.

18       MS. DUNN:  Q.  What did you understand to be

19   ████████████████████████████████████████████████

██   ██████████████████████████████

21       MR. LLEWELLYN:  Objection; form.

22       THE WITNESS:  ███████████████████████?

23       Not sure.

24       MS. DUNN:  Okay.

25   Q   What was your reaction?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 176



1      A   ███████████████████████████████

       ████████████████████████████████████████

       ████████████.

4      Q   Okay.  ██████████████████████

       ████████████████████

           █    ████

           █    ████████████████████

       ████████████████████████████████

       █████████

10         Do you remember that?

11     A   I think that's correct, yes.

12     Q   Okay.  ██████████████████████

       ████████████████████████████████

           █    ████████████████████

       ████████████████████████████████

       █████████████    ████████████████.

17     Q   Well --

18     A   Well, had -- had we negotiated something, ████

       ████████████████████████████████

       ████████

21     Q   Okay.  And were there any discussions, even

22     not on paper?

23         MR. LLEWELLYN:  Objection; form.

24         THE WITNESS:  Between myself and NVIDIA?

25         MS. DUNN:  Q.  Between yourself and whoever

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 177

1

2

3

4

5

6

7      Q    Okay.

8

9

10

11

12

13

14

15

16      Q    Okay.  But all in, approximately, how much is

17    that on an annual basis?

18      A

19

20

21

22

23

24

25      Q    All right.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 178

1        And focusing again then on the NVIDIA

2    transaction, did --

3        A    Sorry.   Can I clarify one thing?

4

9        Q    Right.

10            But --

11       A

13       Q    But we would need your agreement to know

14   that; right?

15       A    Yeah, yeah.

16       Q    Your very easily accessible separation

17   agreement?

18       A    If I was at my house, yes, that would.

19       Q    Right.

20            But that your lawyer has, probably?

21       A    Maybe.

22       Q    Maybe?

23       A    I wasn't there when you all did the document

24   discovery.

25       Q    Well, certainly, Arm is a party to the

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 179

1    separation agreement; right?

2         A    Absolutely.

3         Q    Right.

4              They might have it?

5         A    I would be very surprised if they didn't have

6    a copy.

7         Q    I would, too.  Okay.

8              Focusing again on the NVIDIA acquisition, did

9    other people at Arm also stand to benefit from the

10   transaction?

11             MR. LLEWELLYN:  Objection; form.

12             THE WITNESS:  Well, as you said earlier,

13   ████████████████████████████████████████████████████

     ████████████████████████████████   ████████████████████

     ████████████████████████████

16             MS. DUNN:  Okay.

17        Q    ████████████████████████████████████████████

     ██████████████████████████████████████████████████████

     ████████████████████████████

     ████████████████████████████████████████████████

     ██████████████████████████████████████████████████████

     ████████████████████████████████████████████████

     █    ████████████████████████████████████████████

     ██████████████████████████████████████████████████████

     ████████████████████████   ████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 180

1    ████████

2    Q    Okay.  And is -- was there any understanding

3    of ███████████████████████████████████████████████

     ████████████████████████████████████████████████

     ██████████

     ██    █████    ███████████████████████████████

     ██████████████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████

10    Q    And what was that?

11    A    I actually never saw any of the -- those

12    agreements, so I -- I don't know.

13    Q    So there was some sense from NVIDIA about ████

     █████████████████████████████████████████████████

     ███████████████████████████████████████████████████

     █████████████████████

17         MR. LLEWELLYN:  Objection; form.

18         THE WITNESS:  Yeah, as I said, I never saw

19    those agreements, and I can't remember any of the

20    numbers that I heard.

21         MS. DUNN:  Q.  ███████████████████████████████

     ██████████████████████████████████████████

     ██████████████████████████

24    A    No, I don't.

25    Q    Okay.  Do you know how many employees at Arm

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 181

1   ███████████████████████████████████████████

2       A    No, I don't.

3       Q    Okay.  Would it have been everybody?

4       A    █████████████████████████████████

    ██████████████████████████████████

6       Q    Okay.  All right.

7            You were the CEO when SoftBank and NVIDIA

8   agreed to this deal; right?

9       A    Yes.

10      Q    All right.

11           What was your role in negotiating the NVIDIA

12  deal?

13      A    ██████████████████████████

    ████████████████████████████████████████████

    ██████████████████████████

16      Q    Okay.  ████████████████████████████

    ████████████████████████████████████

    ████████████████████████████████████████

    █████████████

20           MR. LLEWELLYN:  Objection; form.

21           THE WITNESS:  ████████████████████████

    ████████████████████████████████████████████

    ██████████████████████████████████

    ████████████████████████████████████████████

    █████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 182

1    ███████████████████████████████████████

2    ████████████████████     ███████████████

3    ███████████████████████████████████████

4    ████████████

5         ████████████████████████████████████

6    ████████████████████████████████████████

7    ████████████████████████

8              MS. DUNN:   Okay.

9         Q    And you're aware that NVIDIA's acquisition of

10   Arm was reviewed by multiple competition regulators

11   around the world; right?

12        A    Yes.

13        Q    Okay.   And you're also aware that Arm made

14   multiple submissions to these regulators advocating

15   for the acquisition?

16        A    Yes.

17        Q    And I assume you would say that Arm is

18   truthful in its submissions to regulators; right?

19        A    Absolutely.

20             MS. DUNN:   Okay.   All right.

21             Let's show the witness what is marked as --

22             MS. MORGAN:   112.

23             MS. DUNN:   -- 112.

24             (Document marked Exhibit 112

25               for identification.)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 183

1          MS. DUNN:  Okay.  So this is a letter from
2     you to somebody named Rhys Bowen at the Department For
3     Digital, Culture, Media and Sport in the UK.  It's
4     dated July 26th.  And this department is within the
5     Competition and Markets Authority, which is also
6     called the CMA, which is the antitrust regulator in
7     the UK.  The subject of the letter is:
8          "NVIDIA/Arm."
9     Q    Do you see that?
10    A    I see that.  I -- actually, DCMS, as it's
11    known, I don't believe is within CMA.  I think the CMA
12    is an independent regulator.
13    Q    Okay.  And the DCMA is --
14    A    DCMS.
15    Q    Sorry.
16    A    It's CMA, DCMS.
17    Q    Sorry.  All of the acronyms.
18         But the DCMS is -- was considering the
19    acquisition; correct?
20    A    Yes.
21    Q    Okay.  And the DCMS is a UK regulator;
22    correct?
23    A    The -- I believe the CMA is a regulator.
24    DCMS is a government department.
25    Q    Okay.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 184

1    A    Don't think it's a regulator.

2    Q    Great.  All right.

3         But for the record, so DCMS is a governmental

4    agency within the UK; right?

5    A    That's a -- I think a reasonable -- I mean,

6    yeah, my knowledge of precisely how the UK government

7    works, you're testing.  But it's a government

8    department like the Treasury or the Home Office or

9    something like that.

10    Q    Well, I hope your knowledge of the UK

11    government is better than mine.  All right.

12         If you'd direct your attention to page 2 of

13    this document.  It's -- this is your letter.  Your

14    signature is at the bottom.  And so in the second full

15    paragraph on page 2, you write:

16    ████████████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████████████████████████

     █████████████████████████████████

20         Do you see that?

21    A    I see that.

22    Q    And I think you said before, ██████████████

     ████████████████████████████████████████████████

     ████████████████████████    right?

25    A    Uh-huh.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 185

1    Q    ███████████████████████████████████

     ████████████████████████████; correct?

3    A    ████████████████████, yes.

4    Q    Right.

5         And you're saying in this first -- in this

6    first sentence that I read to you that ████████

     ██████████████████████████████████████████

     ████████████████████████████████████████

     ██████████; right?

10   A    Uh-huh.

11   Q    Okay.  And you go on in this -- after that

12   sentence to ██████████████████████████████████

     ██████████.

14        Do you see that?

15   A    I see that.

16   Q    And your view at this time was that

17   ███████████████████████████████████████

     ████████████████; correct?

19        MR. LLEWELLYN:  Objection; form.

20        THE WITNESS:  ████████████████████████████

     ███████████████████████████████████

     ██████████████████████████████████████

     ████████████████████████████████████

     █████████████████████████████████████

     ████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 186

1    ████████████████████████████████████████

     ████████████████████████████████████

     █████████████████████████████████████████

     ███████████████████████████████████.

5           MS. DUNN:  Right.

6    Q    And you say that ███████████████████

     ██████████████████████.

8           Do you see that?

9    A    Yes.  Sorry.  Yes, yeah.

10   Q    Right.

11          And then one of the examples you cite is

12   ████████████████████████████████.

13          You see that; right?

14   A    I see that.

15   Q    Okay.  And then you go on to say that:

16          ██████████████████████████

     ████████████████████████████████████████

     █████████████████████████████████████████

     ████████████████████████████████████

     ████████████████

21          Do you see that?

22   A    I see that.

23   Q    And that's a result of the competitive

24   pressures that you're talking about earlier in this

25   paragraph; right?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

                                            Page 187

1        A    Competitive pressures generally, including

2   that, yeah.

3        Q    Right.

4        And you say only NVIDIA can provide the

5   necessary technical and financial resources.   That

6   sounds pretty dire; right?

7             MR. LLEWELLYN:   Objection to form.

8             THE WITNESS:   I think I said earlier, my view

9   then was that ███████████████████████████████████

   ████████████████████████████████████████   ████

   ██████████████████████████████████████████████

   ███████████████████████████████

13            MS. DUNN:   Right.

14       Q    ████████████████████████████████████████

   ███████████; right?

16       A    Yes.

17       Q    Right.

18       And that's why you're writing this letter

19  that says -- that's trying to persuade the recipient

20  of the letter to support the acquisition; correct?

21       A    Yeah, I'm using this letter to clarify to

22  Mr. Bowen Arm's position on why we felt that the

23  NVIDIA transaction was the best thing for the company.

24       Q    Okay.   All right.

25            And you recall that in November of 2021, the

Page 188

1   CMA, which we discussed earlier, Competition and

2   Markets Authority, issued a decision that it would

3   engage in a second review of the Arm-NVIDIA

4   transaction; right?

5       A   I -- I -- yes.

6       Q   And what's a second review?

7       A   It's a step taken by many regulators if they

8   decide that they want to spend more time reviewing a

9   transaction.

10      Q   Right.

11          Not good news, usually?

12      A   Well, not getting a second review is

13  certainly better news.

14      Q   Yeah.

15      A   But it is not uncommon for second reviews to

16  happen, because I think generally the way the

17  processes work, the first review is quite short.  If

18  they feel they need more time, they do a second

19  review.  It happens routinely on transactions.

20          MS. DUNN:  All right.

21          Let's show the witness an exhibit marked 113.

22          (Document marked Exhibit 113

23           for identification.)

24          MS. DUNN:  All right.

25      Q   This is a submission by Arm to the CMA, the

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 189

1    UK competition authority, dated -- dated December 20,

2    2021, and it's in response to the decision that the

3    CMA had previously issued.

4            If you'll look at page 2 of the exhibit.

5    It's the first page of the submission.  Do you see

6    where it says:

7    ████████████████████████████████████████

█    ██████████████████████████

9        A    Yes.

10       Q    Okay.  And then if you look at the second

11   paragraph under that heading, it says:

12   ████████████████████████████████████████

█    ████████████████████

14           Do you see that?

15       A    I see that.

16       Q    And then at the end of that paragraph, it

17   says:

18   ████████████████████████████████████████████

█    ████████

20           Do you see that?

21       A    I see that.

22       Q    Okay.  And then in the following paragraph,

23   it lays out ████████████████████████████████

█    ████████████████████████████████████████████████

█    █████████████████████████.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                              Page 190

 1       A    Yes.

 2       Q    Okay.  All right.

 3            And then if you look towards the bottom,

 4    there's a quote from you in italics.

 5            Do you see that?

 6       A    Yes.

 7       Q    And your quote says that ███████████████

 █    ████████████

 █            ███████████████████████████████████████

 █    ██████████████████████████████████████████████

 █    ██████████████████████████████████████

12            That's what you said?

13       A    That's what I said.

14       Q    Okay.  And that was the -- the alternative to

15    the NVIDIA acquisition; right?

16       A    Yes.

17       Q    All right.

18            If you'll direct your attention then to

19    page 6.  It's the Bates number ending '8662.  And if

20    you look at the heading in bold at the top of the

21    page, it says:

22            ██████████████████████████████████████

 █    ████████████████████████████████████████████████

 █    ██████████████████████████████

25            Do you see that?
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 191

1       A    I see that.

2       Q    Okay.  And when it says ████████████

        ████████████████████████████████████

        ██████████████████  right?

5       A    ████████████████████████████████

6       Q    Right.  Okay.  All right.

7            And then in the first paragraph of this

8       section, Arm states:

9            ████████████████████████████████████

        ██████████  ██████████████████████████████

        ██████████████████████████████████████████

        ██████████████████████████

13           Do you see that?

14      A    I see that.

15      Q    Okay.  ████████████████████████████

        ████████████

17           Do you see that?

18      A    In the previous sentence.

19      Q    Right.  Right.

20           And so what this submission to the UK

21      competition authority is saying is that ████████

        ████████████████████████████████████████████

        ████████████████████████████████████████

        ██████████████  right?

25      A    That's what it says.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 192

1      Q    Right.

2      ███████████████████████████████████████

3  ███████████████████████████████████████████

4  ████████████████████████████████████████

5  ███████████████████████████████

6      ██ ██████████████████████████, but yeah.

7      Q    Right.

8           And why was this something important to tell

9  the UK competition regulator?

10     A    Well, similarly to the point I made about the

11 letter to Rhys Bowen, the -- ██████████████████

12 ████████████████████████████████

13 ███████████████████████████████

14 ██████████████████████████████████████

15 ███████████████████████████████████████████

16 ███████████████████████

17     ████████████████████████████████████

18 ██████████████████████████████████████

19 ██████████████████████████████████████

20 ██████████████████████████████████████

21     Q    Right.

22     ███████████████████████████████████████

23 ██████████████████████████████████████

24 ████████████████████████████████████████;

25 right?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 193



1   A   ███████████████████████████████████

    ███████████████████████████████████

    ███████████████████████████████████

    ████████████████████████████████.

5   Q   Right.

6       ████████████████████████████████████

    █████████████████████████████████████

    ██████████████████████████; right?

9       MR. LLEWELLYN:  Objection; form.

10      THE WITNESS:  ███████████████████

    ███████████████████  ████████████████████

    ████████████

13      MS. DUNN:  Okay.

14  Q   ████████████████████████████████████

    ██████████████████████████████████████

    ██████████  correct?

17  A   ████████████████████████████████

    ██████████████████████████████

19  Q   Right.

20      ██████████████████████████████████████

    ██████████  You see that; right?

22  A   I see that.

23  Q   Okay.  And you noted that in talking about

24  ████████████████████████████████████

    ████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 194

1    ██████████████████████████████████████████

2    ███████████████████     ████████████████████

3    ███████████████████

4         What does proprietary mean?

5         MR. LLEWELLYN:  Objection; form.

6         THE WITNESS:  Something that is unique to

7    them.

8         MS. DUNN:  Right.

9    Q    Something that they own; right?

10        MR. LLEWELLYN:  Objection; form.

11        THE WITNESS:  Something that they created.

12   In this case, it's created using intellectual property

13   that was licensed from somebody else.

14        MS. DUNN:  Okay.

15   Q    But what does the word "proprietary" mean?

16        MR. LLEWELLYN:  Objection; asked and

17   answered.

18        THE WITNESS:  Proprietary -- ████████████

19   █████████████████████████████████████████████████

20   ████████████████████████     ████████████████

21   ████████████████████████████████████  ████

22   ██████████████████████████████████████

23   ████████████████████████████

24        MS. DUNN:  Okay.

25   Q    So you testified just a second ago that you

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Page 195**



```
 1     ███████████████████████████████████████
       ███████████████████████████████████████
       ██████████
                  ███████████████████████████████
       ████████████████████████████████████
       ██████████████
 7          Do you see that?
 8     A    I do.
 9     Q    Okay.  And do you see it says:
10                 █████████████████████████████
       ████████████████████████████████
       ██████████████████████████████████████████
       ████████████████████████████████████████
       ████████████████████████████    ████████████████
       ██████████████████████████████████
       █████████████████████████████████████
       ██████████████████████████████████████████
       ███████████
19          Do you see that?
20     A    I see that.
21     Q    Okay.  And so you would agree that in
22     ████████████████████████████████████████
       ███████████████████████████████████
       ██████████████████████; correct?
25          MR. LLEWELLYN:  Objection; form.
```

Page 196

```
1            THE WITNESS:  It's there in black and white
2      on the paper.
3            MS. DUNN:  Yeah.
4      Q    ████████████████████████████████████
       ████; correct?
6            MR. LLEWELLYN:  Objection to form.
7            THE WITNESS:  That's what it says.
8            MS. DUNN:  Okay.  All right.
9      Q    If you'll look at the first full paragraph on
10     page 15.  And actually, if you look at the prior page,
11     just for the heading of this section, it says:
12               ████████████████████████████████
       ████████████
14           Do you see that?
15     A    Yes.
16     Q    Okay.  All right.
17           So if you look at the first full paragraph on
18     page 15, Arm states in its submission quote:
19               ████████████████████████████████████
       ████████████████████████████████████████
       ████████████████████    ████████████████████
       ██████████████████████████████████████
       ████████████████████████████████████████
       ██████████
25           Do you see that?
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 197

1      A    I see that.

2      Q    Okay.  ████████████████████████████████

      ██████████████████████████████████████████████

      ██████████████████████████████████████████

      ████████████████████████████████████████████████

      ████████████████

7           Do you see that?

8      A    I see that.

9      Q    Okay.  ██████████████████████████████

      ██████████████████

11          Do you see that?

12     A    Yes.

13     Q    Okay.  And this submission is dated

14    December 20, 2021.  And at that time in December of

15    2021, Arm is telling the UK competition authority that

16    ████████████████████████████████████████

      ████████████████████████████████████████████████

      ██████████████████████████████████████; is that correct?

19          MR. LLEWELLYN:  Objection; form.

20          THE WITNESS:  That's what it says.

21          MS. DUNN:  All right.

22     Q    ████████████████████████████████████████

      ████████████████████████████████████████████

      ████████████████████████████████████; right?

25     A    As I remember it, ████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Page 198**

1    ████████████████████████████████

     ███████████████████████████

     ████████████████████████████

     ████████████████████████████████

     ████████████████████████████████

     ███████████████████████████

     ██████████████████████.

8        Q    Okay.  And you just said ████████████

     ██████████████████████████████████████

     ████████████████████████████████

     ████████

12       A    In parallel to this dis- --  ███████

     ████████████████████████████

     ███████████████████████████

     ██████████████████████

16       Q    All right.

17       ████████████████████████

     ██████████████

19       A    Yes.

20       Q    --  █████████████████████?

21            All right.

22            If you direct your attention to page 21,

23    you'll find a section entitled:

24            ██████████████████████████

25            Do you see that?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 199

1      A    I see that.

2      Q    Okay.  And the second paragraph under that

3   heading, the one that begins with ██████

██    ████████████████████████████████

5           Do you see that?

6      A    I see that.

7      Q    Okay.  It says:

8              ██████████████████████████████

██  ████████████████████████████████████████████

██  ██████████

11          Do you see that?

12     A    I see that.

13     Q    Okay.  ██████████████████████████

██  █████████████████████████████████████████████

██  ████████████████████████████████████████

██  ███████████████████████████; correct?

17          MR. LLEWELLYN:  Objection; form.

18          THE WITNESS:  That's what that does, yes.

19          MS. DUNN:  Right.

20     Q    And the date on this submission is

21   December 20 of 2021; correct?

22     A    Yes.

23     Q    Okay.  I think you testified earlier that by

24   mid-January of 2022 -- well, actually, strike that.

25          You testified earlier that it was sometime in

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 200

1    ██████████████████████████████████████████

     ████████████████████████████.

3         Do you recall that?

4    A   ████████████████████████████████████

     ████████████████████████████.

6    Q   Okay.  But you just testified a moment ago

7    that █████████████████████████████████████

     ████████████████████████████████████

     ██████████████████████████████████████████

     ██████████████████████████████████████████████

     ████████████████████████████████████████████

     ████████████████████████████?

13        MR. LLEWELLYN:  Objection; form.

14        THE WITNESS: ████████████████████████████

     ████████████████████████   ████████████████

     ████████████████████████

     ████████████████████████████████████

     ████████████████████████████████████████

     ██████████████████████████████████.

20        MS. DUNN:  Okay.

21   Q   And so it's -- so what you're saying is even

22   ██████████████████████████████████████████

     ██████████████████████████████████████████

     ████████████████████████████

25   A   ████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 201

1 ████████████████  ████████████████████████

██ ████████████████████████████.

3    Q   Okay.  ████████████████████

██ ████████████████████████████████████

██ ████████████████████████████████

██ ████████

██ █ ████████████████████████████

██ ████████████████████  ████████████

██ ██████████  ████████████████████

██ ████████████████

██ ████████████████████  ██████████

██ ██████████████████  ████████████████

██ ████████████████████  ████████████████

██ ████████████████████████████████████

██ ████████████████████████████████████

██ ████████

17    Q   Okay.  And at this point when you were

18 submitting this document to the CMA advocating for

19 the -- for the NVIDIA acquisition, at this point,████

██ ████████████████████████████████████

██ ████████████████████████

22       MR. LLEWELLYN:  Objection; form.

23       THE WITNESS:  ████████████████████

██ ████████████████████████  ██████████

██ ████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Page 202**

1    ████████████████████████████████████

2    ████████████████████████████████████

3    ██████████████████████████     ████████████████

4    ███████████████████████

5           MS. DUNN:  Right.

6       Q   My question is what you believed at the time

7    that you were making this submission to the regulators

8    in December 20th of 2021.

9           And at this time, █████████████████████████

10   ██████████████████████████████████████████████

11          MR. LLEWELLYN:  Objection; form.

12          THE WITNESS:  █████████████████████████

13   ████████████████████████████████

14          ███████████████████████████████

15   ███████████████████████████████████████████ ██

16   ██████████████████████████████████████

17   ██████████████████████████████████████

18          █████████████████████████████████

19   ███████████████████████████████████

20          MS. DUNN:  Right.

21      Q   And it was your testimony that ████████████

22   ████████████████████████████████████

23   ████████████████████████████████████████████

24   ████████████████████████████████████

25          ████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Page 203**



1     ▮

 

 

 

5     Q    Okay.

6     ▮

 

 

9     Q

 

11      MR. LLEWELLYN:  Objection; form.

12      THE WITNESS:

 

 

 

 

 

 

19      MS. DUNN:  Right.

20     Q    So putting this all together,

 

 

                       ;

24   right?

25      MR. LLEWELLYN:  Objection; form.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Page 204**

1          THE WITNESS: ██████████████████████

██████████████████████████████████████████

██████████████████████████████████████████

██████  ████████████████████████████████████

████████████████████████████████████████████████

████████████████████████

     ████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████  ████████████████████████

██████████████████████████████████████████████████

     ████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████

15          MR. LLEWELLYN:  Can we take a quick break?

16     It's been a while.

17          MS. DUNN:  Of course.

18          MR. LLEWELLYN:  I mean, this -- this can

19     really be five minutes.

20          MS. DUNN:  That's fine.

21          THE VIDEOGRAPHER:  We are going off the

22     record.  The time is 3:16 p.m.

23          (Recess taken.)

24          THE VIDEOGRAPHER:  We are back on the record.

25     The time is 3:33 p.m.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 205

1          MR. LLEWELLYN:  Can we go off the record for

2     one second?

3          By the way, what I would propose -- can we go

4     off the record?

5          MS. DUNN:  Just kidding.  On the record.  Off

6     the record.

7          THE VIDEOGRAPHER:  We are going off the

8     record.  The time is 3:33 p.m.

9          (Discussion off the record.)

10          THE VIDEOGRAPHER:  We are back on the record.

11     The time is 3:36 p.m.

12          MS. DUNN:  Welcome back.

13     Q    You testified just a moment ago that ███████

██ ████████████████████████████████████████████████

██ ████████████████████████████████████████████████

██ ████████████████████████████████████████████████████

██ ██████████████████████████████

18          Do you remember that just a second ago?

19     A    ████████████████████████████████████████████

██ ███████████████████████████████████████████████

██ ███████████████████████████████████████████████

22     Q    Okay.

23          MS. DUNN:  I don't think we have those, so

24     we'd request that those be produced.  Okay.

25     Q    So I'm trying to nail down two things.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 206

1      One is -- ██████████████████████████
       ███████████████████████████████
       ████████████████████████████████
       ███████████████████████████████████
       █████████████████  █████████████████
       ███████████████████████████████████
       █████████████████████████████████
       ██████████████████████████████████
       ███████

10     MR. LLEWELLYN:  Objection; form.

11     THE WITNESS: █████████████████████████
       ████████████████████████████████████
       ███████████████████████████████
       ██████████████████████████████

15     MS. DUNN:  Okay.

16  Q  ██████████████████████████████████
    ███████

18  A  Yeah.

19  Q  And you had also said that when ████████████
    █████████████████████████████████████
    ████████████████████████

22  A  Uh-huh.

23  Q  Did you -- when did you make a final decision

24  that you were going to step down?

25  A  The final decision, all -- the final

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 207

1    decision, ███████████████████████████████

     ████████████████████████████████

     █████████████████████████████████████████

     ███████████████████████████████████████████████

     ████████████████        █████████████████████

     ████████████████████████████████████████████████

     █████████████████████████████████████

8        Q   Okay.  So you're saying your final decision

9    to leave ██████████████████████████████████

     ████████████████████████████████████████████████████

     ████████████████████████████████████

12       A   Yes.

13           MS. DUNN:  Okay.  All right.

14           Let's show the witness what's marked as 114.

15           (Document marked Exhibit 114

16            for identification.)

17           THE WITNESS:  Thank you.

18           MS. DUNN:  Q.  Sir, this is a deck which was

19    prepared by Rene Haas.  It's called:

20           █████████████████████████████████

     ████████████████████████████████████████

22           Do you see that?

23       A   I see that.

24       Q   Okay.  And I'll represent to you that the

25    metadata for this document reveals that the file name

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 208

1   is ███████████████████████████████

    ███████████████████████████████

    ██████████████████████; okay?

4        A    Okay.

5        Q    Now, you just testified that your final

6   decision to leave the company ████████████████

    █████████████████████████████

    ███████████

9             If you'll turn to Bates No. '0489 of this

10  document.  I'm sorry.  That's the title.

11            If you'll turn to '05 --

12            MR. LLEWELLYN:   '98?

13            MS. DUNN:   Sorry.  Bates No. '0500.  All

14  right.

15       Q    ██████████████████████████████

    ███████████████████████████████

    █████████████████████████████  ████████

    ████████████████

19            Do you see that?

20       A    I see that.

21       Q    Okay.  And if you look at the third bullet

22  here, it says:

23            ████████████████  ████████████████

24            Do you see that?

25       A    I see that.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 209



1    Q

10    A   Just say that again.

11    Q   I said,

15       MR. LLEWELLYN:  Objection; form.

16       THE WITNESS:  Well, this slide suggests that.

17       MS. DUNN:  Okay.

18    Q   If you look at the first bullet on that

19  slide, it also says:

20

21       Do you see that?

22    A   I see that.

23    Q

25    A   I think so.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 210



1    Q    Okay.

2    A    I can't remember for sure.

3    Q    ████████████████████████████████████

     ████████████████████████████████████████████

     ██████████████████████████████████████

     ███████████████████  ████████████████████████

     █  ██████████████████████████  ████████████

     ████████████████████████████████████████

     ██████  ██████████████████████████████  ████

     ██████████████████████████████████████

     █████████████████████  ████████████████████████

     ████████████████████████████████████

     ██████████████████████████████████

     █  ███████████████████████████████████████████

     ███████████████████████████████████████

     ████████████████████

17        MR. LLEWELLYN:  Objection; form.

18        THE WITNESS:  ██████████████████████████

     ████████████████████████████████████████

     ██████████  ██  ████████████████████████████

     ████████████████████████████████████

22   A    Correct.

23   Q    ████████████████████████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 211

1   █████████████████████████

2       Do you see that?

3   A   I see that.

4   Q   Right.

5       ████████████████████████████

    █████████████████████████████████

    ███████████████████████████████████

    █████████████████████████████████

    ████████████████████

    █   ██████████████████████████████

    ███████████████████████████

    █   ████████   ████████████████████

    ███████████████████████

14  A   That's what it says.

15  Q   And do you, sir, have any knowledge about

16  ██████████████████████████████████████

    ██████████████████████████████████████

18      MR. LLEWELLYN:  Objection; form.

19      THE WITNESS:  No.

20      MS. DUNN:  Q.   ██████████████████████

    ████████████████████████████████

    ████████████████████████████████

    ███████████████████████████████████

    ██████████████

25      MR. LLEWELLYN:  Objection; form.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 212



1        THE WITNESS: ███████████████

         ████████████████████████

         ████████████████████████████

             ████████████████████████

         ████████████████████████████████

         ████████████████████████████████

         ████████████████████████

             ████████████████████████

         ████████████████████████████

11       ██████

11        MS. DUNN:  Yeah, my question was not ██████

         ████████████████

13        Q    My question is whether ████████████████

         ████████████████████████

         ████████████████████████████

         ████████████████████████████████

         ████

18        MR. LLEWELLYN:  Objection; form; asked and

19   answered.

20        THE WITNESS:  I don't know.

21        MS. DUNN:  Okay.  All right.

22        Q    ████████████████████████

         ████████████████████████████

         ████████████████████████  ████████

         ████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 213

1 ███████████████████████████████████████████

  ████████████████████████████████

  ███████████████████████████████████████████

  █████████████████████████

5    A   I don't know.  I didn't know.

6    Q   All right.

7         ████████████████████████████████

  ███████████████████████████████████████████

  ████████████████████████████████████████████

  ███████████████████████████

11        MR. LLEWELLYN:  Objection; form.

12        THE WITNESS:  I don't know.

13        MS. DUNN:  Q.  ████████████████████████

  ████████████████████████████████████████

15   A   No.

16   Q   Okay.  And you do recall, though,  ████████

  ████████████████████████████████████████

  ████████████████████████████████████████████

  ███████████

20   A   Yes.

21   Q   Okay.  And earlier today, when I asked you

22   ███████████████████████████████████████████

  ████████████████████████████████████████████

  █████████████████

25        Do you recall that?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 214

1      A    Yes.

2      Q    ████████████████████████████

       ████████

3      █  █    ██████████████████████████

4      ██████  ████████████████████████████

5      █████████████████████████████████████

6      █  ████████

8      Q    Okay.  And have you been able to do that?

9      A    Yes.

10     Q    Okay.  All right.

11          I just have a few more questions.

12     █         ████████████████████████████

       █  ██████████████

       █  █  ████

       █  █  ████  ████████████████

       █  █  ████████████████  ████████████████

       █  ████████████████  █████████  ██████

       █  ████████████████████████

       █  █  ████  ████████████████████

       █  ████

       █  █  ████████████████████████

       █  ████████████████████████████████

       █  ████████

       █  █  ████  ██████████████████

       █  █  ████  ████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 215

1      █████████████

2        I can't think of others.

3      Q   Okay.  ██████████████

█       ██████████████

5        MR. LLEWELLYN:  Objection; form.

6        THE WITNESS:  ████████████

█     ████████████████

█     ████████████████

█     ████████████████

█     ████ █ ████████

█     ████

█     █ ██████████

█     ███████████ ██████

█     █████████

15     Q   Okay.  So --

16     A   Dragon --

17     Q   -- when it comes --

18     A   -- and --

19       (Double cross-talk.)

20       MS. DUNN:  I'm sorry.  I should not have

21 interrupted you.

22     Q   Your testimony is that you know that some

23 Qualcomm products have architecture-developed cores in

24 them, but you don't know the product names or numbers;

25 right?

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 216

1      A    Yeah, I believe some of their products are
2  based on architecture cores, yes.
3      Q    Okay.  But you don't know which ones?
4      A    Correct.
5      Q    All right.  Hang on one sec.  All right.
6           So you testified earlier that ███████████
█  █████████████████████████████████████████████████
█  █████████████████████████████████████████████████
█  █████████    You -- you recall testifying to that;
10  right?
11      A    Yeah, ████████████████████████████████
█  █████████████████████████████████████████████████
█  ████████████  █████████████████████████████████████
█  █████████████████████████████████████████████████
15      Q    Okay.  ██████████████████████████████████
█  ████████████████████████████████████████████
█  ██████████████
18      A    Yes.
19      Q    That's your testimony?
20      A    ████████████████████████████████████████
█  ████████  ████████████████████████████████████████
█  █████████████████████████████████████████████████
█  █████████████████████████████████████████████████
█  ███████████████████████████████████████████
25      Q    Right.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 217

1      I think you said you couldn't think of any

2  where -- ███████████████████████████████████

   ██████████████████████████████████

4      A   Correct.  I can't think of any examples of

5  that.

6      Q   Okay.  But your testimony that ████████

   ███████████████████████████████████████████████████

   ███████████████████████████████████████████████████

   ███████  ██████████████████████████; right?

10     A   Yeah, ███████████████████████████████████

   ████████████████████████████████████████

   █████████████████

13     Q   Okay.

14     A   ████████████████████████████████████████

   ██████████████████  ███████████████████████████████

   ████████████████████████████████

17     Q   Okay.  And is it also true that ████████

   ███████████████████████████████████████████████████

   ████████████████████████████████████████

   █████████

21     A   No, that's not true.

22     Q   Okay.  █████████████████████████████████

   ████████████████████████████████████

   ███████████████████████████████████

   ████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 218



1    A    ██████████████████████████████

     ████████████████  ████████████████████

     █████████████  ███████████████████████

     ██████████████████████████████  ████

     ████████████████████████████████████████

     █████████████

          ██████████████████████████

     ████████████████████  ███████████████████

     ███████████████████████████████████

     █████████████

          ███████████████████████████

     ████████████████████████████████

     ██████  ██████████████████████

     ██████████████████  █████████████████████

     ████████████

16   Q    All right.

17        And --

18   A    ██████████████████████████████

     █    ████████████████████████████████

     ████████████████

21        MR. LLEWELLYN:  Objection; form.

22        THE WITNESS:  ██████████████████████

     ████████████████████████████████████████

     ████████████████████████████████████████

     ████████  ████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 219



1  ███████████████████████████████

█  ████████████████████████████████

█  ██████  ██████████████████████████

█  ████████████████

5        MS. DUNN:  Right.

6     Q    But it sounds like what you're saying is that

7  █████████████████████████████

█  ████████████ ; right?

9        MR. LLEWELLYN:  Objection; mischaracterizes

10  testimony.

11        THE WITNESS:  As I said, █████████████

█  ██████████████████████████████

█  █████████████████████████████

█  ███████████████████

15        MS. DUNN:  Okay.

16        THE WITNESS: ██████████████████

█  ███████████████████████████████

█  ████████████████████████

█  ███████████████████████████  ██████████

█  ██████  ████████████████  ███████████

█  ███████  ████████████████████████████

█  █████

23        MS. DUNN:   Q.  But you're aware that ██████

█  █████████████████████████████

█  ████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 220

1   ██████████ ; right?

2          ██████████████████████████████████ .

3          MR. LLEWELLYN:  Objection to form.

4          MS. DUNN:  Q.  You know that; right?

5   A   ████████████████████████████████ .

6   Q   Right.  I agree.  All right.

7          █████████████████████████████████████████

██  ████████████  ████████████████████████████████

██  ████████████████

10         ██████████████████████████████████████

██  ████████████████████

12         MR. LLEWELLYN:  Objection; form.

13         THE WITNESS:  ████████████████████████████

██  ████████████████████

15         MS. DUNN:  Q.  Well, like, I mean, ██████████

██  ████████████████████████████ .

17         MR. LLEWELLYN:  Objection; form.

18         MS. DUNN:  Q.  ████████████████████████████

19   A   So --

20         MR. LLEWELLYN:  Objection; form.

21         THE WITNESS:  -- the -- ████████████████████

██  ██████████████████████████████████████████████████

██  ██████████████████████████████████████

██  ████████████████████████████████████████

██  ████████████████████████████████████████

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 221

1    ███████████████████████████████

██  ████████████████████████  ████████████████████

██  ████████████████████████████████  ███

██  ███████████████████████████████

5          MS. DUNN:  Okay.

6      Q  ██████████████████████████████████████

██  █████████████████████

8          MR. LLEWELLYN:  Objection; form.

9          THE WITNESS:  ███████████████████████

██  █████████████████

11         MS. DUNN:  Q.  Any that you can think of as

12    you sit here?

13      A  I can't remember.

14         MS. DUNN:  Okay.  Do you have anything?

15         We're done, apart from the questioning about

16    the separation agreement.  So I will keep my

17    questioning open just as to that.

18         And otherwise, happy to pass the witness.

19         MR. LLEWELLYN:  Can we take a break?

20         THE VIDEOGRAPHER:  We are going off the

21    record.  The time is 3:58 p.m.

22         (Recess taken.)

23         THE VIDEOGRAPHER:  We are back on the record.

24    The time is 4:04 p.m.

25         MR. LLEWELLYN:  So I have no questions for

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 222

1    the witness.

2          And I will say on the record, we are not

3    prejudging whether the agreement will be produced, but

4    we're not going to be able to produce the agreement

5    today.

6          MS. DUNN:  Were you able to call the law firm

7    that he identified?

8          MR. LLEWELLYN:  I'm not getting into this.

9    We're not going to be able to produce it today, and

10   that's where we sit.

11         And if you want to hold this open, we can

12   argue later about if you get it, which I suspect you

13   will, what happens then, but it's not going to be

14   today.

15         MS. DUNN:  Well, regrettably, I'm sorry.  I

16   do have to hold this open to ask you these questions

17   about this agreement.  So that is our plan.

18         MR. LLEWELLYN:  And you can take that

19   position, and we will haggle it out later.

20         MS. DUNN:  All right.

21         Well, thank you.  Thank you for your time.

22         THE VIDEOGRAPHER:  We are going off the

23   record.  The time is 4:05 p.m.

24         And this concludes today's testimony given by

25   Simon Segars.

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

**Page 223**

1          **STENOGRAPHIC REPORTER:   Roughs for both**

2   **counsel?**

3          **MR. LLEWELLYN:   Yes.**

4          **(WHEREUPON, the deposition ended at**

5           **4:05 p.m.)**

6                      **---oOo---**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 224

1              CERTIFICATE OF DEPONENT

2

3          I have read the foregoing transcript of

4    my deposition and except for any corrections or

5    changes noted on the errata sheet, I hereby

6    subscribe to the transcript as an accurate record

7    of the statements made by me.

8

9

                    _____

10                           SIMON SEGARS

11

12          SUBSCRIBED AND SWORN before and to me

13   this _____ day of _____, 20___.

14

15

16                  _____

17                           NOTARY PUBLIC

18

19

20   My Commission expires:

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 225

CERTIFICATE OF REPORTER

1

2

3      I, ANDREA M. IGNACIO, hereby certify that the

4  witness in the foregoing deposition was by me remotely

5  sworn to tell the truth, the whole truth, and nothing

6  but the truth in the within-entitled cause;

7          That said deposition was taken in shorthand

8  by me, a disinterested person, at the time and place

9  therein stated, and that the testimony of the said

10  witness was thereafter reduced to typewriting, by

11  computer, under my direction and supervision;

12          That before completion of the deposition,

13  review of the transcript [ ] was [x] was not

14  requested.  If requested, any changes made by the

15  deponent (and provided to the reporter) during the

16  period allowed are appended hereto.

17          I further certify that I am not of counsel or

18  attorney for either or any of the parties to the said

19  deposition, nor in any way interested in the event of

20  this cause, and that I am not related to any of the

21  parties thereto.

22  Dated: November 21, 2023.

23

24

25   ANDREA M. IGNACIO, RPR, CRR, CCRR, CLR, CSR No. 9830

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 226

```
 1                        ERRATA SHEET
                 VERITEXT/NEW YORK REPORTING, LLC
 2

       CASE NAME: ARM Ltd. v. Qualcomm Inc., Et Al.
 3     DATE OF DEPOSITION: 11/16/2023
       WITNESSES' NAME: Simon Segars
 4
 5      PAGE   LINE (S)        CHANGE              REASON
       ____|_____|_____|_____
 6
       ____|_____|_____|_____
 7
       ____|_____|_____|_____
 8
       ____|_____|_____|_____
 9
       ____|_____|_____|_____
10
       ____|_____|_____|_____
11
       ____|_____|_____|_____
12
       ____|_____|_____|_____
13
       ____|_____|_____|_____
14
       ____|_____|_____|_____
15
       ____|_____|_____|_____
16
       ____|_____|_____|_____
17
       ____|_____|_____|_____
18
       ____|_____|_____|_____
19
       ____|_____|_____|_____
20
21                                _____
                                  Simon Segars
22     SUBSCRIBED AND SWORN TO BEFORE ME
       THIS ____ DAY OF _____, 20__.
23
24
       _____          _____
25     (NOTARY PUBLIC)               MY COMMISSION EXPIRES:
```

# Exhibit 9

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF DELAWARE

3

4   ARM LTD.,                        )
                                     )
5           Plaintiff and            )
            Counterclaim Defendant,  )
6                                    )
            v.                       ) C.A. No. 22-1146
7                                    ) (MN)
    QUALCOMM INC., QUALCOMM          )
8   TECHNOLOGIES, INC. and NUVIA,    )
    INC.,                            )
9                                    )
            Defendants and           )
10          Counterclaim Plaintiffs. )
    _____ )

11

12

13      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14           VIDEO-RECORDED DEPOSITION OF

15               CHRISTINE CONG TRAN

16

17          Tuesday, December 19, 2023

18           San Francisco, California

19

20

21

22

23   Stenographically Reported By:

24   Hanna Kim, CLR, CSR No. 13083

25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 2

1            IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF DELAWARE

3

4    ARM LTD.,                         )
                                       )
5         Plaintiff and               )
          Counterclaim Defendant,     )
6                                      )
          v.                          ) C.A. No. 22-1146
7                                      ) (MN)
     QUALCOMM INC., QUALCOMM          )
8    TECHNOLOGIES, INC. and NUVIA,    )
     INC.,                            )
9                                      )
          Defendants and             )
10        Counterclaim Plaintiffs.   )
     _____ )
11

12

13         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES

14   ONLY, video-recorded deposition of CHRISTINE CONG

15   TRAN, taken on behalf of the Defendants, at 425

16   Market Street, San Francisco, California 94105, on

17   Tuesday, December 19, 2023, beginning at 8:43 a.m.,

18   and concluding at 2:06 p.m., before Hanna Kim, CLR,

19   Certified Shorthand Reporter, No. 13083.

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 3

1    APPEARANCES OF COUNSEL:

2    FOR PLAINTIFF ARM LTD.:

3              MORRISON & FOERSTER LLP

4              BY:  NICHOLAS RYLAN FUNG, ESQ.

5              BY:  LYDIA DAVENPORT, ESQ.

6              Aon Center, 707 Wilshire Boulevard

7              Suite 1000

8              Los Angeles, California 90017

9              213.892.5348

10             nfung@mofo.com

11             ldavenport@mofo.com

12

13

14   FOR DEFENDANTS QUALCOMM INC., QUALCOMM

15   TECHNOLOGIES, INC. AND NUVIA, INC.:

16             PAUL, WEISS, RIFKIND, WHARTON & GARRISON

17             LLP

18             BY:  WILLIAM A. ISAACSON, ESQ.

19             BY:  ALEXANDER BUTWIN, ESQ.

20             2001 K Street, N.W.

21             Washington, D.C. 20006-1047

22             202.223.7300

23             wisaacson@paulweiss.com

24             abutwin@paulweiss.com

25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

                                                    **Page 4**

1    APPEARANCES OF COUNSEL:   (CONTINUED)

2    ALSO PRESENT:

3              TONI QIU, In-House Counsel for Arm Ltd.

4              KEIGO PAINTER, Video Operator

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 5

1                    INDEX OF EXAMINATION

2

3    WITNESS:  CHRISTINE CONG TRAN

4    EXAMINATION                                        PAGE

5            BY MR. ISAACSON:                            12

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                              Page 6

 1                      INDEX OF EXHIBITS

 2

 3     TRAN DEPOSITION EXHIBITS                      PAGE

 4     Exhibit QX182   Printout of LinkedIn profile   12

 5                     of Christine Cong Tran; 1 page

 6     Exhibit QX183   Chart of topics and responses,  16

 7                     brought to deposition; 3 pages

 8     Exhibit QX184   E-mail from Tim Herbert to      31

 9                     Gerard Williams III, copying

10                     David Brittain; Christine Cong

11                     Tran, 4/18/2019, and

12                     attachment; Bates nos.

13                     QCARM_3315932 through

14                     QCARM_3315963

15     Exhibit QX185   E-mail set, with top e-mail     39

16                     from Tim Herbert, 01/06/2019,

17                     and attachments; Bates nos.

18                     ARM_00039907 through

19                     ARM_00039926

20     Exhibit QX186   E-mail from Tim Herbert,        52

21                     15/06/2019, and attachments;

22                     Bates nos. ARM_00026001

23                     through ARM_00026019

24

25
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                                  Page 7

 1              INDEX OF EXHIBITS (CONTINUED)

 2

 3    TRAN DEPOSITION EXHIBITS                      PAGE

 4    Exhibit QX188    E-mail set, with top e-mail    70

 5                     from Todd Lepinski,

 6                     09/08/2019; Bates nos.

 7                     ARM_00058318 through

 8                     ARM_00058320

 9    Exhibit QX189    E-mail from Tim Herbert,       74

10                     27/08/2019, and attachment;

11                     Bates nos. ARM_00025854

12                     through ARM_00025872

13    Exhibit QX190    E-mail set, with top e-mail    81

14                     from Christine Cong Tran,

15                     27/09/2019, and attachments;

16                     Bates nos. ARM_00002953

17                     through ARM_00002971

18    Exhibit QX191    "Amended and Restated         113

19                     Architecture License

20                     Agreement"; Bates nos.

21                     ARM_00055357 through

22                     ARM_00055399

23    Exhibit QX192    Annex 1; Bates nos.           113

24                     ARM_00004368 through

25                     ARM_00004390
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 8

1              INDEX OF EXHIBITS (CONTINUED)

2

3    TRAN DEPOSITION EXHIBITS                          PAGE

4    Exhibit QX193    E-mail set, with top e-mail      116

5                     from Brett Bettesworth,

6                     16/06/2020, and attachment;

7                     Bates nos. ARM_00002098

8                     through ARM_00002131

9    Exhibit QX194    ████████████████████        ████

█                     ████████████; Bates nos.

11                    QCARM_0339310 through QCARM_

12                    0339325

13   Exhibit QX195    "ANTICIPATED ACQUISITION BY      141

14                    NVIDIA CORPORATION OF ARM

15                    LIMITED ME/6906/20 INITIAL

16                    SUBMISSION"; Bates nos.

17                    ARM_00088656 through

18                    ARM_00088684

19   Exhibit QX196    Printout of Teams messages;      152

20                    Bates nos. ARM_00097557

21                    through ARM_ 00097562

22   Exhibit QX197    Printout of Teams messages;      154

23                    Bates nos. ARM_01293190

24                    through ARM_01293203

25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 9

1                    INDEX OF EXHIBITS (CONTINUED)

2

3     PREVIOUSLY MARKED EXHIBITS REFERENCED          PAGE

4     Deposition Exhibit QX76                        120

5     Deposition Exhibit QX77                        127

6     Deposition Exhibit QX55                        138

7     Deposition Exhibit QX52                        148

8                          --o0o--

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                                        Page 10

 1                    San Francisco, California

 2              Tuesday, December 19, 2023; 8:43 a.m.

 3                           --o0o--

 4              THE VIDEOGRAPHER:  Good morning.  We're

 5      going on the record at 8:43 a.m., on December 19th,   08:42:59

 6      2023.

 7              Please note that the microphones are

 8      sensitive and may pick up whispering and private

 9      conversations.  Please mute your phone at this time.

10              Audio and video recording will continue to   08:43:15

11      take place unless all parties agree to go off the

12      record.

13              This is Media Unit 1 of the video-recorded

14      deposition of Christine Tran, taken by the counsel

15      for Defendants, in the matter of Arm Limited versus   08:43:25

16      Qualcomm Inc., et al., filed in the United States

17      District Court, for the District of Delaware, Case

18      Number 22-1146.

19              The location of the deposition is 425

20      Market Street, San Francisco, California 94105.       08:43:44

21              My name is Keigo Painter, representing

22      Veritext.  I am the videographer.

23              The court reporter is Hanna Kim, from the

24      firm Veritext.

25              I'm not related to any party in this          08:43:54
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 11

1    action, nor am I financially interested in the

2    outcome.

3           If there are any objections to proceeding,

4    please state them at the time of your appearance.

5           Counsel and all present, including          08:44:04

6    remotely, will now state their appearances and

7    affiliations for the record, beginning with the

8    noticing attorney.

9           MR. ISAACSON:  I'm Bill Isaacson from the

10   Paul Weiss law firm for the Defendants.             08:44:13

11          MR. BUTWIN:  Alexander Butwin from Paul

12   Weiss for the Defendants.

13          MR. FUNG:  Nicholas Fung and Lydia

14   Davenport from Morrison & Foerster here on behalf of

15   Plaintiff Arm.                                       08:44:31

16          We are also joined Toni Qiu, in-house

17   counsel for Arm.

18          THE VIDEOGRAPHER:  Will the court reporter

19   please swear in the witness, and then counsel may

20   proceed.

21   ///

22   ///

23   ///

24   ///

25   ///

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                              Page 12
 1                CHRISTINE CONG TRAN,

 2          having been duly administered an oath,

 3          was examined and testified as follows:

 4

 5                     EXAMINATION

 6   BY MR. ISAACSON:

 7       Q.   All set.

 8            I'm Bill Isaacson.  I'll be asking you

 9   questions this morning, as I think you've already

10   gathered.                                     08:44:58

11            Would you state your full name for the

12   record.

13       A.   Christine Cong Tran.

14       Q.   Okay.  And you live in the San Francisco

15   area?                                          08:45:06

16       A.   Yes.

17       Q.   Okay.  And what is your office address?

18       A.   120 Rose Orchard Way, San Jose, California

19   95134.

20       Q.   All right.                            08:45:19

21            (Tran Deposition Exhibit 182 was marked

22            for identification.)

23   BY MR. ISAACSON:

24       Q.   There is a copy of what's been marked as

25   Exhibit 18- -- Qual- -- QX182, which is in front of  08:45:23
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 13

```
1    you, and I believe this is a printout of your

2    LinkedIn profile.

3              Does this look like a copy of your

4    LinkedIn profile?

5         A.   It looks like it.                    08:45:33

6         Q.   Okay.  Is it correct?

7         A.   Yes.

8         Q.   All right.

9              It says you graduated from Loyola Law

10   School in May 2003 and by September 2006 you were    08:45:45

11   corporate counsel for Newegg.com.

12             What did you do between May 2003 and

13   September 2006?

14        A.   I worked for a small law firm for a little

15   while, and then I also did some contract work.    08:45:58

16        Q.   Okay.  What was the name of the law firm?

17        A.   Mesriani & Associates.

18        Q.   All right.

19             And then you left Newegg.com in

20   March 2008, and that's when you joined Arm?    08:46:11

21        A.   That's correct.

22        Q.   It says you are "Managing Counsel."

23             Was that your title when you joined Arm?

24        A.   No.

25        Q.   Okay.  What -- what titles have you held    08:46:21
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                                    Page 14
  1    at Arm?

  2         A.    Corporate counsel, senior corporate

  3    counsel, managing counsel, and my current title is

  4    senior director of legal.

  5         Q.    All right.                        08:46:31

  6               And when did you become the senior

  7    director of legal?

  8         A.    I think 2020.

  9         Q.    And what are your duties as the senior

 10    director of legal?                           08:46:48

 11         A.    I'm responsible for the North America

 12    commercial transactions team.

 13         Q.    And what is the "commercial transactions

 14    team"?

 15         A.    We support the sales team and do outbound  08:47:00

 16    licensing transactions.

 17         Q.    All right.

 18               And what type of licensing tra- --

 19    outbound tri- -- licensing transactions do you do?

 20         A.    Technology licensing agreements,    08:47:16

 21    architectural license agreements, and everything

 22    related to that.

 23         Q.    How many architectural license agreements,

 24    or ALAs, have you been involved with?

 25         A.    I don't remember.    ███████████.   08:47:34
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                                    Page 15
 1        Q.    Okay.  All right.

 2              And you -- you became the senior director

 3     of legal sometime in 2020.

 4              Before that, you were the managing

 5     counsel?                                      08:47:40

 6        A.    That's correct.

 7        Q.    Okay.  And what were your duties as

 8     managing counsel?

 9        A.    Similar duties except -- simi- -- similar

10     duties.                                        08:47:48

11        Q.    Okay.  And approximately what period were

12     you managing counsel?

13        A.    I think 2014 to 2020.

14        Q.    All right.

15              Over on the left, it has "Top Skills,"  08:48:06

16     "Intellectual Property," "Licensing," and "Strategic

17     Partnerships."

18              Was that something you filled in to your

19     LinkedIn profile?

20        A.    I don't remember doing that.          08:48:21

21        Q.    Okay.  Is that -- did -- is that your main

22     area of legal focus?

23        A.    Yes, today it is.

24        Q.    Okay.  And for "strategic partnerships,"

25     how would you -- what would you mean by that?  08:48:31
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 16

1          A.   I don't remember selecting that, but I --

2     we work with a lot of part- -- we have a lot of

3     partnerships with large companies, so I would

4     categorize that as strategic partnerships.

5          Q.   Okay.  And when you say "partnerships," is    08:48:49

6     that different from the licensing relationship?

7          A.   It's -- it's the same thing.

8          Q.   Okay.  All right.

9               Now, you understand that you are here

10    today both to testify individually and to testify on    08:49:02

11    behalf of Arm with respect to some specific topics

12    of a 30(b)(6) notice?

13         A.   Yes, that's correct.

14         Q.   All right.

15              And have you ever been deposed before?        08:49:11

16         A.   No.

17         Q.   Have you -- as a lawyer, have you attended

18    depositions?

19         A.   Just one.

20         Q.   Just one.                                     08:49:17

21              The -- and you very handily -- if we --

22    maybe we can mark your chart there as Exhibit 183.

23              (Tran Deposition Exhibit 183 was marked

24              for identification.)

25    BY MR. ISAACSON:                                        08:49:45

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                                     Page 17
 1          Q.   All right.

 2               Now, Exhibit 183 is the list of the

 3     topics, as well as responses, that have been given

 4     previously, but a list of the topics which you are

 5     prepared to testify about today on behalf of your    08:49:54

 6     company?

 7          A.   Yes.

 8          Q.   Okay.  Now, for -- the first one that's

 9     listed there is Topic 10, "The NUVIA AL-" -- ALA,

10     including, without limitation, the drafting,         08:50:08

11     negotiation, interpretation, and construction of the

12     NUVIA ALA and any amendments or annexes thereto."

13               What did you do to prepare to testify on

14     that topic?

15               MR. FUNG:  I'll object to that question as  08:50:23

16     calling for privilege.

17               I caution the witness not to review the

18     contents of any privileged communications.

19               MR. ISAACSON:  I'm asking what she's done

20     to prepare as a 30(b)(6) witness.                    08:50:31

21               MR. FUNG:  Same objection.  If you want to

22     ask her about documents she's relying on for the

23     basis of her knowledge, you can do that.

24               But in terms of what she did to prepare,

25     including meetings and communications with counsel,  08:50:41
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                                    Page 18
 1      that is privileged.

 2              MR. ISAACSON:  It's actually not, but

 3      let's -- let's go ahead here.

 4      BY MR. ISAACSON:

 5          Q.   Who did you talk to to prepare for Topic   08:50:50

 6      10?

 7          A.   I spoke to counsel.

 8          Q.   Anybody other than counsel?

 9          A.   Just counsel and then I spoke to one

10      person, had a quick call.                           08:51:00

11          Q.   Okay.  Who was that?

12          A.   His name is Karthik Shivashankar.

13          Q.   Could you spell that?

14          A.   Karthik is K-A-R-T-H-I-K.  And last name

15      is S-H-I-V-A-S-H-A-N-K-A-R, Shivashankar.           08:51:14

16          Q.   All right.

17              And what did you discuss with Mr. -- with

18      Mr. Shivashankar?

19          A.   We had a quick discussion about ███████

██      ████████████████████                               08:51:41

21          Q.   █████████████████████████

██          ██   █████████████████████████

23          Q.   Right.

24              The -- and this would be ███████████

██      ███████████████████████████                        08:51:51
```

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 19

1      A.    Correct.

2      Q.    All right.

3            And what did you learn from

4    Mr. Shivashankar about that?

5      A.    ███████████████████    ████████

      ██████████████████████████████████

      ████████

8      Q.    All right.

9            ████████████████████

      █    ██    ██████████████████████    ████████

      █    ███████████

      █    ██    ████████████████████████

      █    ██████████████████

14           MR. FUNG:  Objection.  Form.

15           THE WITNESS:  ███████████████    ████████

      █    ██████████████████████████

      █    ████████████

18    BY MR. ISAACSON:

19     Q.    All right.

20           The -- other than Mr. Shiver- --    08:52:35

21    Shivashankar and counsel, did you have discussions

22    with anybody about -- to prepare for your testimony

23    about Topic 10?

24     A.    No.

25     Q.    Okay.  And by "counsel," you mean outside    08:52:49

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
                                                  Page 20
 1    counsel at the law firm of Morrison & Foerster?

 2         A.   Yes.

 3         Q.   Okay.

 4         A.   And -- well, in-house counsel, too,

 5    (indicating).                                08:53:01

 6         Q.   All right.

 7              And who is the in-house coun- -- you're

 8    pointing, but who's the in-house --

 9         A.   Oh.

10         Q.   -- counsel you're referring to?       08:53:05

11         A.   Toni Qiu and Robert Calico.

12         Q.   All right.

13              Now, did any of the counsel -- the

14    in-house counsel for Arm -- Toni Qiu and Robert

15    Calico did you say?                            08:53:20

16         A.   Yes.

17         Q.   Did they provide you information on which

18    you are relying and testifying about Topic 10?

19              MR. FUNG:  I'll object to the extent that

20    calls for privilege.                           08:53:30

21              I will caution the witness not to reveal

22    the contents of any privileged communication.

23              If you can respond otherwise, go ahead.

24              THE WITNESS:  I don't think I can respond

25    without providing privileged information.      08:53:43
```