Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 1 of 143 PageID #: 29387

ZIAD ASGHAR  Conf. AEO - 30b6                        November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                          39

```
 1   Qualcomm side in negotiating this ALA with Arm?
 2        A    I don't know.
 3        Q    Were you involved in any Qualcomm internal
 4   discussions when this ALA was being negotiated?
 5        A    No.
 6        Q    To your knowledge, is this ALA still in
 7   effect today?
 8        A    Yes.
 9        Q    If you look at the first page ▮▮▮▮▮▮
10   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮
11   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
12        ▮ ▮▮▮▮
13        ▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
14   ▮▮▮
15                  ▮▮▮▮▮▮▮▮▮▮▮
16             ▮▮▮▮▮▮▮▮▮▮▮▮
17        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
18        ▮▮▮▮▮▮▮▮▮▮▮▮
19        ▮▮▮▮▮▮▮ ▮▮▮▮ "
20             Do you see that?
21        ▮    Yes, I see that.
22        ▮    To your knowledge, there was a prior ALA
23   between Qualcomm and Arm from September of 2003?
24        A    I am not aware.
25        Q    You weren't involved in negotiating that
```

Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 2 of 143 PageID #: 29388

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                    40

1   prior ALA?

2        A    No, I joined Qualcomm in 2010.

3        Q    Fair enough.  Focusing on this ALA,

4   Exhibit 4, what rights did Qualcomm obtain under

5   this ALA to your knowledge?

6        MR. BRALY:  Objection.

7   BY MR. MUINO:

8        Q    You can go ahead and answer.

9        A    From my product perspective,

10

11

12

13

14

15        MR. BRALY:  Objection; calls for a legal

16   conclusion.

17   BY MR. MUINO:

18        Q    Would you characterize it that way?

19        A

20

21

22

23

24

25



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 3 of 143 PageID #: 29389

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      41

 1    ████████████████████████

 2    ██▌   ████████████████████████████

 3    ███████████████████████████████████████████

 4    ████████████   ███████████████████████████████

 5    ███████████████▌ ██████████████████████████  ████

 6    ██████████████████████████████

 7         Q    Now, Arm offers its own design cores, it

 8    licenses its own design cores to licensees; is that

 9    correct?

10         A    That's right.

11         Q    And under an ALA it grants the licensee

12    the right to develop their own custom CPU, but one

13    that is compliant with the Arm architecture; is that

14    correct?

15         A    ████████████████  ███████▌ ██████  █████████ ███

16    ██████████████████████████████████████████████

17    ██████████████████████████████████

18    ███████████████████████

19         Q    Okay.  So I think we'll be talking about

20    this quite a lot today.  I want to make sure we're

21    clear on the terms.

22         A    Sure.

23         Q    So there's the Arm design cores and then

24    there's the custom cores that a licensee could

25    develop under the Arm ALA; is that fair?



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 4 of 143 PageID #: 29390

ZIAD ASGHAR  Conf. AEO - 30b6                              November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                              42

1        A    Yes.

2        Q    And so if I refer to a custom core, will

3   you understand what I'm referring to, or do you have

4   another term that you prefer to use?

5        A    You can call it Qualcomm ALA core, yeah,

6   that's fine.  Just so it is clear.

7        Q    Or a differentiated core?

8        A    Custom core is fine. let's go with that.

9        Q    ████████████████████████████████████

10  ████████████████████████████████████

11      █  ████

12      █  ████████████████████

13      █  ████████████████████████

14  ████████████████████████████████  ████████

15  ████████████████████████████

16     █  ████████████████████████████████████

17  ████████████  ████████████████████████████

18  ████████████████████

19     █  ████████████████████████████████████

20  ████  ██████  ██████████████████  ████████ 

21  ██████████████████████████████████

22     █  ████████████████████████████

23     █  ██████████████  ████████

24     █  ████████████████████████  ████  ████

25  ████████████.



ZIAD ASGHAR Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
43





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
44





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
45



```
 1   ▮        ████████████████████████████
 2   core --
 3   ▮        ██████████
 4   ▮        ██████████████████████████ ▮
 5   █████████
 6   ▮        ████  ██████████
 7   ▮        ███████████████████████
 8   ██████
 9   ▮      ▐███████████████████████  ████▌
10   ████████████   ▌████████████████
11   ▮        ████████████████████████████
12   █████████
13   ▮        ████████████████████
14   █████▌████████████████████████
15   ▮        ██████████████████████
16   ████
17   ▮        █████████████
18   ▮        ████████████████
19   ▮      ▐ ████    ████████████  ████▌
20   ███▌████████████████
21   ▮        ███████████████████████
22   ████
23   ▮        ██████████████
24   ▮        ██████████████████
25   ▮        ██████████████
```



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
46





Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 9 of 143 PageID #: 29395

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                    47





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
48





Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 11 of 143 PageID #: 29397

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                    49



```
 1  ████████████████████████████████████████
 2  ████████████████ ███████████
 3      █ █████████████████████████████████
 4  ██████████████████████████████
 5      █ █████████████████████████████████
 6  ██████████ █████████████████████████
 7  █████████████████
 8      █ ██████████████████████████████████
 9  ████████████████████████
10      █ █ ████ ████████████████ ████████████
11  ████████████.
12      Q  ██████████████████████████████
13  stopped?
14      A  █ ██████████████████ ████████████
15  public.
16      Q  ██████████████████████████████
17      A  █████████
18      █ ████████████████████████████████
19  ████████████████ █████████████████████████
20  ██████████████████████████████████
21  ████████████████████
22      █   ██████ █████████████████
23      █ █████████████████████████████████
24  ███████████████████████
25      █ █████████████████████████████
```

ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
50





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
51



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, █████████████████████



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17      have a family for
18                              ores
19
20
21
22
23
24
25





```
1              ██    Version 9.

2              █

3         ██████c██

4              █

5    ██

6              █

7    █████████████████

8              █

9    ██████████████████████

10   ████████████

11             █         ████████ smartphone  SOC  have  a  name?

12             █    ████████d

13             █         ████d there are other      ████cores

14   ███████

15             █

16   ██████████████████

17             █

18   ████████████████████
```

19      A     In a smartphone chip you want to have the

20   ability to go to high performance, but you also want

21   to have the ability to be able to operate a very low

22   part consumption.  So when you're using the phone

23   actively, you go to the big core.  When you use it,

24   for example, it's sitting in your pocket it's

25   typically using the smaller core.  You need low



Case 1:22-cv-01146-MN  Document 439-3  Filed 08/16/24  Page 16 of 143 PageID #: 29402

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                       54

1    performance, high performance, low power, high

2    power, and it also allows you to get to a better

3    area.



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 17 of 143 PageID #: 29403

ZIAD ASGHAR  Conf. AEO - 30b6                              November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                              55

```
 1    ████████    ██████████████████████████████
 2    ███████████████████████████████
```

3       Q    Okay.  So I planned to do this later in

4   the day, but since we got on this subject I'm going

5   to ask you more details about these cores.  We still

6   have some time before we take a break.  Let's start

7   back with the ██████ core for the █████ SOC.  Was

8   that the first ██████ core that Qualcomm worked on?

9       A    This was the first custom core that we

10  developed.

11      Q    And when?

12      A    In the ████████ family, just to be clear.

13  All the other parts that I mentioned earlier that

14  were also custom cores in the past.

15      Q    The ████████ core was originally acquired

16  from Nuvia; is that right?

17      A    What we acquired or what Nuvia was working

18  on was a server product.  What we have in █████ is a

19  PC product.  From my product perspective, servers

20  are very different products than PC, and their

21  requirements are vastly different.  This is a custom

22  core for the PC market.  Very different.

23      Q    The ████████ core that Qualcomm acquired

24  with Nuvia was for the server market?

25      A    It was for the server market.



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 18 of 143 PageID #: 29404

ZIAD ASGHAR  Conf. AEO - 30b6                      November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                        56

```
 1        Q     And did that pertain to an SOC called
 2     ██████
 3        A     That's correct.
 4        Q     That's ███████ spelled with an █?
 5        A     That's right.
 6        Q     You didn't mention that in your list of
 7     cores that Qualcomm worked on.  Did Qualcomm
 8     continue the development of the █████ core for the
 9     █████ SOC after the acquisition of Nuvia?
10        A     It was more the SOC work that continued
11     for some time, but that was discontinued.
12        Q     When was that discontinued?
13        A     I want to say around after March or April
14     of '22.  I don't know the exact date, but somewhere
15     thereabouts.
16        Q     In March or April of 2022, Qualcomm
17     discontinued --
18        A     After that time, not in March/April, after
19     March or April of '22.
20        Q     After March or April of 2022, Qualcomm
21     discontinued its work on the █████ SOC; is that
22     right?
23        A     That's right.
24        Q     The █████ SOC included a ███████ core; is
25     that right?
```



```
1        A     For the server market, that's right.

2        Q     Why did Qualcomm discontinue the ████████

3   SOC?

4        A     I believe we had gotten some sort of

5   notice from Arm and we wanted to just make sure we

6   are abiding by all contracts.  I was part of it.

7        Q     So part of the reason for discontinuing

8   the████  SOC was because of the positions that Arm

9   was taking?

10       A     Yes, partly.

11       Q     Were you involved in those conversations

12   with Arm?

13       MR. BRALY:  Objection.

14       THE WITNESS:  Not with Arm, but internally I

15   was in some discussions.

16   BY MR. MUINO:

17       Q     What was your understanding of -- this is

18   the early 2022 time frame, what was your

19   understanding of what Arm was saying to Qualcomm

20   that caused Qualcomm to discontinue the████  SOC?

21       A     From a product perspective, Arm was

22   claiming that there were certain Arm technologies in

23   those products and there was a concern on our side.

24   We wanted to, of course, abide by all the rules ████

25   ████████████        ██████████████████████████
```



```
 1   ███████████████████████████████████████

 2   ███████  ████  ████████,  ████  would have to make

 3   those changes, and it was canceled.  A lot of work

 4   was wasted.

 5        Q    Is there any current plan to bring the

 6   ████     SOC back?

 7        A    I'm not aware of any such plan.

 8        Q    Does Qualcomm have any plan to use any

 9   version of the  ██████  core for server SOCs?

10        A    I'm not aware of any such plan.

11        Q    The employees who were working on the

12   ██████  SOC, were they redeployed to other purposes?

13        A    It's more of an engineering question

14   really.  I would think so.

15        Q    Did Qualcomm have other reasons for

16   discontinuing the  ██████  SOC?

17        A    Not anything that I can recall, but there

18   could have been other reasons.

19        Q    All right.  Let me ask you now about the

20   ████████  core for the  ██████  SOC.  When did Qualcomm

21   begin work on that?

22        A    ███████████████████████████████████████

23   █████████████████████████  ████████████████████

24   █████████████████████,  ██████

25        Q    So we are oriented in terms of time, the
```

Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 21 of 143 PageID #: 29407

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      59

1   acquisition of Nuvia by Qualcomm occurred in March

2   of 2021; is that correct?

3        A    I believe so.

4        Q    ████████████████████████████   ███████

5   ███████  █████  ████████████   ████████████

6        █   ████████████   ████

7        █    The employees, the engineers who were

8   working on   ██████   for   █████  , were they the former

9   Nuvia engineers?

10       A    I'm not aware of the exact personnel, but

11  I'm assuming they were there and, of course,

12  Qualcomm had CPU capable people as well, so the

13  combined team.

14       Q    And the   ████████   core for the   █████  SOC was

15  based at the start on the   █████████  core that came in

16  from Nuvia; correct?

17       A    It was a new core.  Like I explained, that

18  the server market and PC markets are very different.

19  You have liquid cooling and a very different sort of

20  parameters in the server market compared to what you

21  have in a device like a PC.  So these are different

22  cores.

23       Q    My question really is the   ████████   core for

24  ████   , it wasn't developed from scratch, right, it

25  started with the RTL from the   █████████  that came in



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 22 of 143 PageID #: 29408

ZIAD ASGHAR  Conf. AEO - 30b6                          November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                            60

1  with Nuvia?

2      A    I don't believe so, but that should be a

3  question for engineering.

4      Q    You're not sure about that?

5      A    No, I don't think it came from there, but

6  it's a question, for engineering like I mentioned.

7      Q    It isn't your understanding that ████████

8  for ██████ is a completely new core, is it?

9      MR. BRALY:  Objection.

10     THE WITNESS:  It's a core that's a custom core

11  that's developed for a very different market, like I

12  was explaining.  So from a PC perspective the

13  parameters are very different from what a server CPU

14  requires.

15  BY MR. MUINO:

16     Q    I understand.  What I understand is the

17  connection between the ████████ core that Nuvia had

18  begun and started to develop and the ████████ core

19  that was developed for ██████ the ████████ ████████

20  core, was derived in some way from the Nuvia ████████

21  core; correct?

22     MR. BRALY:  Objection; asked and answered.

23     THE WITNESS:  I'm not aware of that.  That

24  should be an engineering question.

25  ///



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 23 of 143 PageID #: 29409

ZIAD ASGHAR  Conf. AEO - 30b6                      November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                        61

```
 1    BY MR. MUINO:
 2         Q    It wasn't a coincidence they're both
 3    called            right?
 4         MR. BRALY:  Objection.
 5         THE WITNESS:  You know, we change the names of
 6    products on a daily basis.  Names pretty much mean
 7    nothing.  Internal code names change all the time.
 8    BY MR. MUINO:
 9         Q    The engineering -- so the Nuvia engineers
10    who joined Qualcomm after the acquisition in
11    March 2021, they went to work on          for
12    correct?
13         A    Like I said, the combined Qualcomm CPU
14    team which, of course, had a lot of capabilities
15    before, but definitely required this team because
16    they're a very good team and the combined team
17    worked on the custom core.
18         Q    From a technical perspective, do you know
19    what differences there are between the          core
20    for        and the          core for
21         MR. BRALY:  Objection.
22         THE WITNESS:  I don't.
23    BY MR. MUINO:
24         Q    You're not in a position to have looked at
25    the RTL code?
```



```
 1        A     No, I'm not an engineer, as you know.
 2        Q     Has Qualcomm finished developing the
 3     ▇▇▇▇ core for ▇▇▇▇▇
 4        A     Yes.
 5        Q     When did that development finish?
 6        A     I don't know the exact date, but, as you
 7    know, publicly we launched our Snapdragon X Elite
 8    product, which is the public name for ▇▇▇▇▇
 9        Q     The Snapdragon X Elite included ▇▇▇ SOC?
10        A     Like I said, the names mean nothing.
11    Internal name is ▇▇▇▇    Snapdragon X Elite is the
12    public name for ▇▇▇ .
13        Q     I appreciate that clarification.  The
14    Snapdragon X Elite contains the ▇▇▇▇ core;
15    correct?
16        A     That's right.
17        Q     Do you know how -- there's multiple
18    ▇▇▇▇  cores inside of that product; is that
19    correct?
20        A     There are multiple ▇▇▇▇ cores, yes.
21        Q     When was that product launched as it --
22    when did it become available first?
23        A     Availability means a lot of things to
24    people, but we have our summit October 23rd, which
25    is publicly launched in Hawaii.
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 25 of 143 PageID #: 29411

ZIAD ASGHAR  Conf. AEO - 30b6                                November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                63

1     Q     That was October 23rd of this year?

2     A     Yes, October 23rd or 24th is when it was

3  launched, yeah.

4     Q     Just so that I make sure I've asked this

5  question, do you know in terms of the internal

6  development of the ████ SOC, do you know

7  approximately when that wrapped up?

8        MR. BRALY:  Objection.

9        THE WITNESS:  I don't honestly remember the

10  exact dates, but for you to be able to launch a

11  product it needs to have a certain degree of

12  readiness.

13  BY MR. MUINO:

14     Q     Obviously by the time the product was

15  launched, October of 2023, ████ SOC was ready; is

16  that correct?

17     A     You have to understand the software in our

18  work continues on much afterwards, so that work, of

19  course, is still going to be going on until you see

20  commercial products come on the shelves.  Hardware

21  is different from software.

22        MR. MUINO:  Why don't we take a break.

23        THE VIDEOGRAPHER:  Off the record at 9:48 a.m.

24               (A recess was taken from 9:48 a.m. to

25  9:58 a.m.)



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 26 of 143 PageID #: 29412

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                       64

```
 1          THE VIDEOGRAPHER:  On the record at 9:58 a.m.
 2          MR. BRALY:  I would just like to designate this
 3   transcript as highly confidential, attorneys' eyes
 4   only.
 5   BY MR. MUINO:
 6     Q    Mr. Asghar, I want to go back to the
 7   subject of the different        cores.  The
 8   core for the       SOC was -- is an Arm-compliant
 9   core; correct?
10     A    It is based on Arm ISO, yes.
11     Q    Do you remember which version of the Arm
12   ISO it's based on?
13     A    I believe it' version 8.
14     Q    Let me ask you about the        core for
15   the       SOC.  You indicated, I think, there were
16   two versions of that       core; is that correct?
17          MR. BRALY:  Objection.
18          THE WITNESS:  These are two different cores.  A
19         big and        medium.  Very different
20         performance area, like I mentioned earlier.
21   BY MR. MUINO:
22     Q    There's a                    and
23                , both for the       SOC?
24     A    That's correct.
25     Q    When did Qualcomm start development of the
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 27 of 143 PageID #: 29413

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                    65

 1       ▮▮▮▮▮: big core for ▮▮▮▮▮

 2       A    Not sure of the exact date, but we launch

 3   our mobile products every year, and we have

 4   basically a cadence based on that.

 5       Q    Do you know approximately when that

 6   development began?

 7       A    So the SOC development cycles are

 8   significant.  I don't remember the exact date.

 9       Q    The engineers who worked on the ▮▮▮▮▮▮

10   big core for ▮▮▮▮▮ were they the former Nuvia

11   engineers?

12       A    This was the combined team from the

13   Qualcomm and our acquisition.  This is the Qualcomm

14   custom core team especially.

15       Q    The Nuvia team was part of that team for

16   the ▮▮▮▮▮ big core for ▮▮▮▮▮ correct?

17       MR. BRALY:  Objection.

18       THE WITNESS:  They were integrated into a

19   single team with Qualcomm engineers and the acquired

20   talent as well.

21   BY MR. MUINO:

22       Q    Has Qualcomm finished developing the

23   ▮▮▮▮▮ big core for ▮▮▮▮▮

24       A    I believe so.

25       Q    When did that development finish?



Case 1:22-cv-01146-MN  Document 439-3  Filed 08/16/24  Page 28 of 143 PageID #: 29414

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                        66

1      A     Again, there are hardware aspects and

2  software aspects.  ███████████  ████████

3  ██  ████████████  ████████████████████

4  ██████████████  ████████  ████████████

5  ████████████

6      ▇  ████████████████████████  ████████

7  ██████████  ██████  ████████████████

8      ▇  ████████  ████████████████████

9  ████  ████████  ████████████████████████

10  ████████████████████████████  ██

11  ████████████████████████████  ██

12  ████████████████████████████████

13  ████████████.

14      ▇  ████████████████████████████

15  ████████████████████████  ██████  ████

16      ▇  ████████.

17      ▇  And the ████ SOC will include a ████

18  ████████  ████████  ██████████?

19      A     That's right.

20      Q     Is that true for all ████ SOC, they will

21  include both of those?

22      A     ████ is a single SOC that's called

23  ████████ and that would be this case.

24      Q     Do you know offhand how many of the ████

25  ████ and how many of the ██████████ are included



800.211.DEPO (3376)
EsquireSolutions.com

Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 29 of 143 PageID #: 29415

ZIAD ASGHAR  Conf. AEO - 30b6                     November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      67



1    in the ▮▮▮▮ SOC?

2         A    ▮▮▮▮ has two big cores for mobile and

3    six ▮▮▮▮▮▮▮

4    ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5    ▮▮▮▮ ▮▮▮▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮

6    ▮▮▮

7    ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮

8    ▮▮▮▮ ▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮

9    ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10   ▮▮▮ ▮▮▮ ▮▮▮▮

11   ▮ ▮▮▮▮

12   ▮ ▮▮▮▮▮▮▮▮▮ ▮▮▮ ▮▮

13   ▮▮▮▮▮ ▮▮▮ ▮▮▮▮

14   ▮ ▮▮▮

15   ▮ ▮▮▮▮▮▮▮▮▮

16   ▮▮

17   ▮ ▮▮

18   ▮ ▮▮▮▮▮

19   ▮ ▮▮▮▮ ▮▮▮▮▮

20   ▮▮▮▮

21   ▮ ▮▮▮

22   ▮ ▮▮▮▮ .

23        ▮    What's the difference between the initial

24   tape out and commercial tape out?

25        A    Probably an engineering question, but we



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 30 of 143 PageID #: 29416

ZIAD ASGHAR  Conf. AEO - 30b6                     November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      68

1   improve quality in various different respects on the

2   SOC.

3       Q    Does Qualcomm have an expected time for

4   commercializing the ▇▇▇ SOC?

5       A    Yes.

6       Q    What is that timing?

7       A    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

8   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇

9       Q    Does Qualcomm have a product name for the

10  ▇▇▇  SOC?

11      A    Public name?

12      Q    Public name.

13      A    Not at this time, ▇▇▇▇▇▇▇▇▇▇▇▇▇

14  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇

15  ▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇.

16      Q    It will likely be called Snapdragon?

17      A    Snapdragon 4.

18      Q    And the ▇▇▇ SOC is for the mobile

19  market; is that correct?

20      A    That is right.

21      Q    Let me ask about the ▇▇▇ core for the

22  ▇▇▇▇▇▇▇ SOC.  Is that currently in development?

23      A    Yes, it is being developed.

24      Q    You described that as a ▇▇▇▇ ▇▇

25  automotive core.



1    A    That's right.

2    Q    Is that the only core being developed for

3  the ███████████ SOC?

4    A    From the CPU perspective, that would be

5  the only core that's being developed.

6    Q    When did development of the ████████ core

7  for ███████████ start?

8    A    I don't remember the exact date.

9    Q    The team working on the ████████ core for

10  ███████████ does it include the former Nuvia

11  engineers?

12    A    I believe it's the Qualcomm custom core

13  team that basically has the team that came from

14  acquisition.

15    Q    Has Qualcomm finished developing the

16  ████████ core for ████████████?

17    A    ██████████  ████████████████████

18  ██████████████  ██████████████

19    █  ██████████████████

20    █   ████

21    █  ████████████████████████

22  ████  ██████████  ████████  ████████████

23    █   ████

24    █  ████████████████

25    █  ██████████████ ██████████.



1    Q    ███████████████████████████████████

2    ██████████████████    ████████    ████

3    █    ██████████████████████    ████████████

4    █████████████████████████████████████████

5    ████████████████████████████

6    █    ██████████████████████████

7    █    ███████    ██████████    █████████████████

8    ████████████████████████    █████████

9    ███████████████████████████████    ████████

10   ████████████████████    ████████████████

11   ████████████████    ████

12   Q    Is there a public-facing product name for

13   the ████████████ SOC?

14   A    I don't -- I'm not aware of one at this

15   time.

16   Q    At a technical level, are you aware of the

17   differences between the ██████ core for ██████ for

18   ██████ and for ████████████

19   MR. BRALY:  Objection.

20   THE WITNESS:  It's a question best answered by

21   the engineering team.

22   BY MR. MUINO:

23   Q    To your knowledge, are there differences

24   between those cores?

25   A    They're very different markets like I've



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 33 of 143 PageID #: 29419

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                       71

```
 1    talked about.  A PC goes into a device.  That size
 2    of smartphone that's in your hand, it should last a
 3    full day. An auto has a much larger battery, but
 4    auto places very specific requirements on the core
 5    development.  You have to have certain capabilities
 6    for functional safety in automotive that are very
 7    restrictive also.  So, all of these markets are very
 8    different in terms of what's needed for them.
 9         Q    Just to make sure I asked this, are you
10    aware at the technical level of any differences
11    between the           core for the        SOC and the
12               core for the        SOC?
13         MR. BRALY:  Objection.
14         THE WITNESS:  Again, the question's for
15    engineers, but like I mentioned before, the server
16    market and PC market are vastly different.
17    Requirements are very different between them.
18    BY MR. MUINO:
19         Q    Let me ask you now about the
20    cores.  You described the          large and medium
21    cores for the           SOC; correct?
22         A    That's right.
23         Q
24         A
25         Q
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 34 of 143 PageID #: 29420

ZIAD ASGHAR  Conf. AEO - 30b6                      November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                        72



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12                .
13          The team working on the        cores,
14   does it include the former Nuvia engineers?
15        A    It basically is the Qualcomm combined CPU
16   team, which includes some of the acquisition and
17   engineering as well.
18        Q    The           i SOC, is that for the mobile
19   market?
20        A    That's right.
21        Q    Has Qualcomm finished development of the
22
23
24
25
```





1     Q

2     MR. BRALY:  Objection.



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 36 of 143 PageID #: 29422

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      74

1      Q     Does Qualcomm have a public-facing name

2    for the ▮▮▮▮▮▮▮     SOC?

3      A     Not at this time.

4      Q     Will that likely -- will it likely have a

5    Snapdragon name?

6      A     Yes.

7      Q     Is that true for the ▮▮▮▮▮▮▮     SOC as

8    well?  Will that likely have a Snapdragon name?

9      A     I believe so.

10     Q     Then you also mentioned the ▮▮▮▮▮▮▮

11   ▮▮▮▮▮▮▮ cores for the ▮▮▮▮ SOC.  ▮▮▮▮▮

12   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13     ▮▮   ▮▮▮

14     ▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15     ▮▮   ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮

16     ▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

17   ▮▮▮▮

18     ▮▮   ▮▮▮▮▮

19     ▮▮   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

20   ▮▮▮▮▮

21     A     ▮▮▮ ▮▮▮▮

22     Q     ▮▮▮▮▮

23     A     ▮▮▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮

24     Q     The ▮▮▮▮ SOC is for the PC market; is

25   that correct?



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 37 of 143 PageID #: 29423

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      75

 1      A    It is for the PC.

 2      Q    ███████████████████████████████

 3   ██████████████████████████████████

 4      █   ████████████████████████████████████████

 5      █    Is there a public-facing product name for

 6   the        SOC?

 7      A    Not at this time.

 8      Q    Will it likely have a Snapdragon name?

 9      A    Yes.

10      Q    ██████████████████████████████   ████

11   ████████████████████████████████████████████

12      █   █████████   ██   █████   █████████ .

13      MR. MUINO:   I'd like to mark as the next

14   exhibit, Exhibit 5, which is a document with the

15   Bates label QCARM_275506.   It's an e-mail from

16   Mr. Asghar dated May 15, 2013.

17            (Plaintiff's Exhibit 5 was marked for

18   identification by the deposition officer and is

19   attached hereto.)

20   BY MR. MUINO:

21      Q    Mr. Asghar, I know this e-mail is from

22   quite some time ago, but do you recognize this

23   e-mail?

24      A    It has my name on it, so yes.

25      Q    You recognize this as an e-mail that you



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 38 of 143 PageID #: 29424

ZIAD ASGHAR  Conf. AEO - 30b6                        November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                        76

 1   sent back in May 2013?

 2        A    I guess so, yes.

 3        Q    At this time in May 2013, I think your

 4   role was director of QCT strategy; is that correct?

 5        A    Uh-huh, yes.

 6        Q    And you say here that you're attaching the

 7   Arm analysis.  Do you see that?

 8        A    Yes.

 9        Q    Do you recall what was the Arm analysis?

10        A    Honestly, I don't remember at this time.

11   We analyze companies all the time, so...

12        Q    We will take a look at it.  Do you see

13   there's an attachment "Arm Strategy 050513"?

14        A    Yes.

15        Q    Let's take a look at that.

16        A    Sure.

17        MR. MUINO:  This will be Asghar Exhibit 6.

18   It's a document that starts with the Bates number

19   QCARM_0275507.

20                (Plaintiff's Exhibit 6 was marked for

21   identification by the deposition officer and is

22   attached hereto.)

23   BY MR. MUINO:

24        Q    Mr. Asghar, I'll represent this was the

25   document that was produced behind the previous one



ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                    77

```
 1   that we just looked at, so we can assume this was

 2   the attachment.  Do you recognize this document?

 3        A    Yes, since it was done by me, but, yeah.

 4        Q    You prepared this document?

 5        A    I worked with the team, like I mentioned,

 6   Larry G. and other people that I work with to be

 7   able to create this document.

 8        Q    What is this document generally?

 9        A    ██████████████████████████████████████

10   ████████████████████████████  ████████  ████

11   ████████████████████████████████████████

12   ██████████████████████  ████  ██████████████

13   █████████████████████████████████████████

14   ██████████████  ██████  █████████████████████

15       ██   ██████   █████████████████████████

16   ████████████   ██████████████████████████████

17   ███████████████████████████████████

18   ████

19       █   ████████████████████████  ██  █████████

20   █████████████████████████████████

21   ██████████   ████████████   ██████████████  ███

22   █████████████████████████████████████

23   █████████████████████████████████

24   ██████

25       █   █████████████████████████████
```



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.





ZIAD ASGHAR  Conf. AEO - 30b6                                November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                80





ZIAD ASGHAR  Conf. AEO - 30b6                        November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                          81





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
82





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
83





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
84





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
85





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
86





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.



```
15        MR. MUINO:   I'm going to mark as Exhibit 7 a
16   document that has Bates label QCARM_589823:  It's an
17   e-mail from RK Chunduru dated March 10 of 2019.
18                (Plaintiff's Exhibit 7 was marked for
19   identification by the deposition officer and is
20   attached hereto.)
21   BY MR. MUINO:
22        Q    Mr. Asghar, you can see the subject of
23   this e-mail chain is                              ."
24             Do you see that?
25        A    Yes.
```



1       Q    I want to first look at the e-mail at the

2   bottom from someone named Akash Palkhiwala?

3       A    You did good.

4       Q    P-a-l-k-h-i-w-a-l-a?

5       A    That's right.

6       Q    Who is that?

7       A    He's currently the CFO of Qualcomm.

8       Q    

9

10

11

12

13

14

15

16       A

17       Q

18

19

20

21

22

23

24

25

ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.





ZIAD ASGHAR  Conf. AEO - 30b6                          November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                              90





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
91





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
92





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
93





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V.





1

2

3

4    A

5    Q

6

7

8

9

10

11

12

13

14

15

16

17

18         MUINO:   I'm going to mark as Exhibit 8 a

19    document that starts with the Bates No. 578571.

20    It's an e-mail chain from September of 2019.

21              (Plaintiff's Exhibit 8 was marked for

22    identification by the deposition officer and is

23    attached hereto.)

24    BY MR. MUINO:

25         Q    You see the subject of this e-mail chain



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 58 of 143 PageID #: 29444

ZIAD ASGHAR  Conf. AEO - 30b6                                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                    96

1    is ███████████████████████████."

2         A    Yes.

3         Q    Do you see that?

4         A    Yes.

5         Q    ████████████████ ██████████████ ████

6    ████████████████████████████████████████████████████████

7    █

8         ███  █████   ██████████

9         ████████████   ██████‡ ███████████████

10   ██████████████████  ██████████████████████

11   █████

12   █████████████

13      █  █████████████████████████████████

14   ██████████████

15      █  ██████████████████████████████████

16   ████████████████████

17        Q    I see one of the recipients of this e-mail

18   is Keith Kressin; do you see that?

19        A    Yes.

20        Q    At one point in time he was your boss?

21        A    That's right.

22        Q    If we look at the last e-mail on the first

23   page of this document, it's from Keith Kressin dated

24   September 9, 2019 at 10:31 a.m.

25             Do you see that?



ZIAD ASGHAR  Conf. AEO - 30b6                                November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                              97

```
 1        A    Yes.

 2        Q    ████████████████████████████████

 3   says:

 4                   ██████████████████████████████

 5             ████████████████████████████████

 6             █████████████  ███████████████████

 7             ███████  ███████████████████████

 8             ██████████████

 9             ███████████████████

10        A    █████

11        Q    █████████████████████████

12        A    ███████████████████████████████████

13   Arm.

14        Q    ████████████████████████████████████

15   ████████████████████████████████████

16   ████████████

17        ███  ████  ██████████  ██████████████

18        █████████████  ██████████████████████

19   ████████████

20        █  ███████████████████████████████

21   ███████████████████████████████████

22        ████  ██████  █████████████

23        ██████████████  ████████████████████

24   █████████████████████████████████████

25   ███████████████████████████████████████
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 60 of 143 PageID #: 29446

ZIAD ASGHAR  Conf. AEO - 30b6                     November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                        98



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22      Q      Approximately how long does it take for

23   Qualcomm to develop a custom Arm-compliant core on

24   average?

25      A      It's difficult to answer.  It really



Case 1:22-cv-01146-MN  Document 439-3  Filed 08/16/24  Page 61 of 143 PageID #: 29447

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                        99

1   depends on the kind of core that you're trying to

2   make.

3        Q    Can you give me a range of time, a year,

4   two years, three years?

5        A    You can create a small core very quickly.

6   A bigger core might take longer.  I don't have a

7   good feel for exact times.  It depends on the team

8   and depends on so many factors.

9        MR. MUINO:  I'm going to mark as Exhibit 9 a

10  document that has the Bates number QCARM_339632.

11                 (Plaintiff's Exhibit 9 was marked for

12  identification by the deposition officer and is

13  attached hereto.)

14  BY MR. MUINO:

15       Q    Mr. Asghar, have you seen this document

16  before?

17       A    I think I might have seen it, yes.

18       Q    Did you create this document?

19       A    I'm not sure.  I don't think so, but could

20  be somebody on my team.

21       Q    Let's go to the second page of the

22  document which has the number 339633.  At the top do

23  you see it says ███████████████████████████████

24  ████

25       A    Yes.



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
100



ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                        101



```
 1
 2
 3
 4      A
 5      Q
 6      A
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
```

21      Q     For the court reporter, RISC-V is

22      R-I-S-C-V.  Presently does Qualcomm have any plans

23      to use RISC-V?

24      A     Yes.  We have actually made a public

25      statement about it also, where we are planning to do



Case 1:22-cv-01146-MN  Document 439-3  Filed 08/16/24  Page 64 of 143 PageID #: 29450

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      102

1   a wearables SOC for a smart watch market that will

2   use a RISC-V CPU.

3        Q    Sorry, go ahead.

4        A    And we have used RISC-V cores in our

5   products for a long time.

6        Q    There are other RISC-V cores in Qualcomm's

7   products?

8        A    Yes.

9        Q

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
103





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
104





Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 67 of 143 PageID #: 29453

ZIAD ASGHAR  Conf. AEO - 30b6                          November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                          105

1

2

3

4

5

6

7

8        MR. MUINO:   I'm going to mark as Exhibit 10 a

9    document that starts with the Bates number

10   QCARM_3521328.  This is an e-mail chain from June of

11   2020.

12                   (Plaintiff's Exhibit 10 was marked

13   for identification by the deposition officer and is

14   attached hereto.)

15   BY MR. MUINO:

16       Q    Mr. Asghar, I'd like to go to page 3 of

17   this document.  It has the number 3521330 at the

18   bottom.

19       A    Uh-huh.

20       Q    Look at the e-mail on the bottom half of

21   the page from Steve Mollenkopf.

22            Do you see that?

23       A    Yes.

24       Q    M-o-l-l-e-n-k-o-p-f.  Who is

25   Mr. Mollenkopf?



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 68 of 143 PageID #: 29454

ZIAD ASGHAR  Conf. AEO - 30b6                         November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                        106

1        A    Ex-CEO of Qualcomm.

2        Q    At the time he was writing to, among

3   others, Cristiano Amon.  Mr. Amon, what role did he

4   have at this time?

5        A    He was the president of Qualcomm at that

6   time.

7        Q    Mr. Mollenkopf appears to be forwarding an

8   e-mail from somebody named Lip-Bu Tan.

9             Do you see that?

10       A    Yes.

11       Q    Do you know who he was?

12       A    I think he was on the board of some

13  company.  I'm not sure which one.

14       Q    Do you know if he was on the board of

15  Nuvia?

16       A    I'm not sure.  I have to confirm.  I

17  recall something like that, but I'm not sure.

18       Q    Did you have any interaction with Mr. Tan?

19       A    Not directly that I recall.

20       Q    ████████████████████████████████████

21  ████████████████████████████

22            ████████████████████████

23       █    ████████████

24       █    ████████████████████████

25            █████████████████████████████



ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                    107



```
 1
 2
 3
 4
 5
 6
 7
 8
 9      A
10      Q
11
12
13
14
15
16
17
18
19
20
21
22      Q    If you look at the e-mail just above that,
23   it's from Jim Thompson dated June 14, 2020.
24           Do you see that?
25      A    Yes.
```





1    Q    Who is Mr. Thompson?

2    A    CTO of Qualcomm.

3    Q

4

5

6

7

8    A

9    Q

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
109





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
110





**ZIAD ASGHAR  Conf. AEO - 30b6**
**ARM, LTD. V. QUALCOMM INC.**





Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 74 of 143 PageID #: 29460

ZIAD ASGHAR  Conf. AEO - 30b6                                November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                112

1      Q    So at this point in June 2020, Qualcomm
2    was aware that Nuvia was developing a core for the
3    server market, but Qualcomm wanted a core for the
4    mobile market?

5      A    Mobile PC and all the markets we operate.

6      Q    Qualcomm was asking Nuvia if they could
7    pivot to developing a core on mobile?

8      A    No.  My understanding was they would
9    continue to work on their ████ SOC with their CPU
10   for servers and create a new CPU for us because they
11   were a pretty capable team.  We would take that and
12   put it into our product.  It would be a parallel
13   effort, not pivot completely as a company, no.

14     Q    ███████████  ███  █████████

15            ███████████████████████

16        ████████████████████████

17        █████████████████████████

18        ██████████████████████

19        █████████████

20     A    ███

21     Q    ████████████████████

22   ███  ███████  ██████████

23   ██████████  █ ██████████████████

24 █████████████ ███████████████████████

25   ██████████████████████████ ███



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.



1    ████████████████████████████

2        █████  ████████████████████████

3    ████████████████████████  ████████

4    ████████████████████████████████

5    ███████████████████████

6    █████████████

7        █  █████████████████████████

8    █████████████████

9        █  ██████████████  █████████████

10   ████████████████.

11       Q    █████████████  ████████

12       A    ██████

13       Q    Who is Quinn Li?

14       A    Our head of ventures.  So this is the

15   division that funds and invests in startups.

16       Q    ███████████████████████████

17   ████████████████████████████

18       ████  ██████  ███████████

19       █████████  █████████████  ████████

20   ████████████████████████████

21   ████████████████████  █████  ████████

22   ███████  ██████████████  ████████

23   █████  ███████████  ██████████████

24   ██████████████████████

25   ████



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
114



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22     Q     Were you in favor of Qualcomm investing in
23  Nuvia at this time?
24     A     Yes, I was.
25     Q     Why were you?
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 77 of 143 PageID #: 29463

ZIAD ASGHAR  Conf. AEO - 30b6                          November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                          115

```
 1        A    Because, again, like I said, Arm was

 2    incapable of allowing us to succeed and be

 3    competitive.  We needed a better option.  Again, my

 4    focus is product.  I want to win with the best

 5    products in the market and Arm wasn't getting us

 6    there.

 7        MR. MUINO:  All right, let's take a break.

 8        THE WITNESS:  Sure.

 9        THE VIDEOGRAPHER:  Off the record at 11:08 a.m.

10                  (A recess was taken from 11:08 a.m.

11    to 11:20 a.m.)

12        THE VIDEOGRAPHER:  On the record at 11:20 a.m.

13        MR. MUINO:  I want to mark as Exhibit 11 a

14    document that starts with the Bates number

15    QCARM_591733.

16                  (Plaintiff's Exhibit 11 was marked

17    for identification by the deposition officer and is

18    attached hereto.)

19    BY MR. MUINO:

20        Q    Mr. Asghar, do you see this is an e-mail

21    chain from August of 2020?

22        A    Uh-huh.

23        Q    And the subject is "Nuvia Update";

24    correct?

25        A    Yes.
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 78 of 143 PageID #: 29464

ZIAD ASGHAR  Conf. AEO - 30b6                                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                    116

1      Q     Do you recognize this e-mail chain?

2      A     Yes.

3      Q     You see your name is on here; correct?

4      A     Uh-huh.

5      Q     Let's go to the last page, which has the

6   number 5911736 and start with the earliest e-mail in

7   this chain.

8      A     Thirty-six.

9      Q     736?

10     A     Got it.

11     Q     This e-mail is from Mr. Chunduru dated

12  August 26, 2020; correct?

13     A     Yes.

14     Q     Mr. Chunduru says:

15

16

17

18

19

20                                                    

21

22

23           Do you see that?

24     A     Yes, I do.

25     Q     It goes on to say:

ZIAD ASGHAR  Conf. AEO - 30b6                                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                    117





800.211.DEPO (3376)
EsquireSolutions.com

ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
118









ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
120





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
122



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
123





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
124





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
125





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
126



```
20        MR. MUINO:  I'm going to mark as Exhibit 12 a
21   document that starts with the Bates number
22   QCARM_25838.
23                  (Plaintiff's Exhibit 12 was marked
24   for identification by the deposition officer and is
25   attached hereto.)
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 89 of 143 PageID #: 29475

ZIAD ASGHAR  Conf. AEO - 30b6                          November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                          127

```
 1   BY MR. MUINO:

 2       Q    Mr. Asghar, do you see this is an e-mail

 3   chain from January of 2021?

 4       A    Uh-huh.

 5       Q    Is that correct?

 6       A    Yes.

 7       Q    And you see you are one of the

 8   participants in this e-mail chain?

 9       A    Yes.

10       Q    The subject of these e-mails is "Qualcomm

11   announces definitive agreement to acquire Nuvia."

12            Do you see that?

13       A    Yes, I do.

14       Q    Let's go to the bottom of page 1.  There's

15   an e-mail from Mr. Amon dated January 13, 2021.

16            Do you see that?

17       A    Yes, I do.

18       Q    And it appears Mr. Amon is sending this

19   e-mail to Qualcomm.all; correct?

20       A    Uh-huh.

21       Q    Is that correct?

22       A    That's right.

23       Q    And Qualcomm.all, is that everybody at

24   Qualcomm?

25       A    I believe so.  It should be a list.
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 90 of 143 PageID #: 29476

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      128

1    Q    This is an announcement of the Nuvia

2    acquisition to the entire company; correct?

3    A

4

5

6

7

8

9

10

11

12

13

14

15

16    Q    What involvement did you have in the

17    discussions with Nuvia?

18    A    More of the discussion of how do we use

19    the custom core capabilities to create best-in-class

20    products.  So my focus is Roadmap and products, and

21    that's what I'm primarily focused on.

22    Q    Generally speaking, what were the terms of

23    the Nuvia acquisition?

24    MR. BRALY:  Objection.

25    THE WITNESS:  So we have a separate team that



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 91 of 143 PageID #: 29477

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                   129

 1   does M&A that goes into all the details of the deal
 2   structure and everything, but that's not my primary
 3   role.
 4   BY MR. MUINO:
 5       Q    Do you recall the amount that was paid for
 6   Nuvia?
 7       A    I believe publicly the amount was
 8   1.4 billion.
 9       Q    And to your knowledge Qualcomm was
10   obtaining the entirety of Nuvia?
11       A    That's my understanding, yes.
12       Q    Qualcomm was obtaining control over
13   Nuvia's management by the acquisition; is that
14   correct?
15       MR. BRALY:  Objection.
16       THE WITNESS:  Yes.
17   BY MR. MUINO:
18       Q    There were no parts of Nuvia to your
19   knowledge that were left behind?
20       MR. BRALY:  Objection.
21       THE WITNESS:  I'm not aware.
22   BY MR. MUINO:
23       Q    Through the acquisition, Qualcomm obtained
24   Nuvia's technology that it had developed to that
25   point?



Case 1:22-cv-01146-MN  Document 439-3  Filed 08/16/24  Page 92 of 143 PageID #: 29478

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                    130

```
 1        MR. BRALY:  Objection.
 2        THE WITNESS:  An acquisition would, of course,
 3   have everything that the company has.
 4   BY MR. MUINO:
 5        Q    Did that include the ████████ core that
 6   Nuvia was developing for the █████ SOC?
 7        MR. BRALY:  Objection.
 8        THE WITNESS:  We basically acquired the ██████
 9   SOC along with Nuvia, which was a server chip, of
10   course, and everything that it entails.
11   BY MR. MUINO:
12        Q    Did all of Nuvia's personnel come over to
13   Qualcomm?
14        A    That's a good question.  I honestly don't
15   know if some chose not to, but there might have been
16   some like that.
17        Q    To your knowledge most of them chose to
18   come over to Qualcomm?
19        A    I believe so.
20        Q    Let's look at Mr. Amon's e-mail.  In the
21   second paragraph, the last sentence says:
22                 "We expect to integrate Nuvia
23                 CPUs across Qualcomm's portfolio of
24                 products, powering next generation
25                 laptops, flagship smartphones,
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 93 of 143 PageID #: 29479

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      131

```
 1              digital cockpit, ADAs and
 2              infrastructure networking
 3              solutions."
 4              Do you see that?
 5        A     Yes.
 6        Q     The Nuvia CPUs that are mentioned here, is
 7    that the ▓▓▓▓▓▓ core that Nuvia had been
 8    developing?
 9        MR. BRALY:  Objection; calls for speculation.
10        THE WITNESS:  It means Qualcomm's custom CPUs
11    because, like we just discussed, right, those are
12    for server class, and these products are vastly
13    different.  These are PCs and laptops and
14    smartphones, and those products, so this is Qualcomm
15    custom cores is what he means in going into those
16    products.
17    BY MR. MUINO:
18        Q     He says "Nuvia CPUs"; correct?
19        A     Yes.
20        Q     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
21    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓
22    ▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
23    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ ▓▓▓▓▓
24    ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ that
25    goes into a server product versus a smartphone
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 94 of 143 PageID #: 29480

ZIAD ASGHAR  Conf. AEO - 30b6                                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                    132

1   ████████   ████████████████████████████

2   ████   ████████████████████████████████

3   ████████████████████████████████

4        Q     What Qualcomm was acquiring with the

5   acquisition of Nuvia was Nuvia's CPU cores; correct?

6        MR. BRALY:  Objection.

7        THE WITNESS:  They were acquiring primarily, as

8   you've seen from all the discussion that we've had

9   in the past, a CPU team more than anything else,

10  because very clearly the server, like I've seen from

11  previous discussion, was not what we needed.  We

12  needed a CPU core for very different markets, for

13  PC, for smartphones, for XR, for ADAs, for IBI.  So

14  we had to design those cores essentially with that

15  team plus ours.

16  BY MR. MUINO:

17       Q    Sure, I understand.  I want to focus on

18  the time of acquisition, though.  This is

19  January 13, 2021.  So Qualcomm had not yet acquired

20  Nuvia at this time; correct?

21       A    Yes.

22       Q    It was making an announcement internally

23  it was going to acquire Nuvia.

24       A    Yes.

25       Q    Mr. Amon is referring to Nuvia CPUs at



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 95 of 143 PageID #: 29481

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      133

1    this time in January 2021; correct?

2         A    Yes.

3         Q    Those were CPUs that Nuvia had developed

4    prior to its acquisition; right?

5         MR. BRALY:  Objection; calls for speculation.

6         THE WITNESS:  Again, it's very clear to anybody

7    who is in this area that he does not mean exactly

8    the same CPUs, because if you made a smartphone with

9    a server CPU, it would last five minutes and burn a

10   hole in your hand.  I think anybody who is aware

11   knows what he means by this, that we would develop

12   custom cores for these markets.  You cannot take a

13   server CPU into a smartphone.  Your phone would

14   literally last a few minutes.

15   BY MR. MUINO:

16        Q    Let's try to focus, Mr. Asghar, on what

17   I'm asking.  I'm not asking about what Qualcomm did

18   subsequently, I'm asking about what was being

19   acquired through the acquisition of Nuvia.  Nuvia

20   had developed some CPU cores, right; is that

21   correct?

22        A    Yes.

23        Q    And specifically the core that they had

24   developed was called ███████  right?

25        A    For servers, yes.



1      Q     That was a core for the ▮▮▮▮ SOC;

2   correct?

3      A     That's right.

4      Q     The ▮▮▮▮ SOC was for the server market;

5   is that right?

6      A     That's right.

7      Q     So that ▮▮▮▮ core was part of what

8   Qualcomm was acquiring when it acquired Nuvia;

9   right?

10      MR. BRALY:  Objection.

11      THE WITNESS:  We were acquiring the entire

12   Nuvia team.  Yes.

13   BY MR. MUINO:

14      Q     I'm not asking about the team.  Part of

15   what Qualcomm was acquiring when it acquired Nuvia

16   was the Nuvia ▮▮▮▮ core; correct?

17      MR. BRALY:  Objection.

18      THE WITNESS:  Yes.  All the assets came along,

19   yes, but this statement is talking about future

20   product plans.  I think that should be quite clear,

21   right?  We expect to integrate such that we are

22   clear on that.

23   BY MR. MUINO:

24      Q     But, again, I just -- I think you answered

25   my question.  Part of what Qualcomm was acquiring



 1   when it acquired Nuvia was the Nuvia ▇▇▇▇ core;
 2   correct?
 3        MR. BRALY:  Objection; asked and answered.
 4        THE WITNESS:  Yes.
 5   BY MR. MUINO:
 6        Q    What Mr. Amon is saying here is "We expect
 7   to integrate the Nuvia CPUs across Qualcomm's
 8   portfolio of products"; correct?
 9        A    That's what he's saying, but this is not
10   something that you should look at as exactly the
11   same CPU.  Like I'm explaining from a technology
12   perspective, you cannot do that.  So the audience is
13   well aware of the fact that this will be newly
14   defined, newly designed CPUs that would be very
15   different in nature to be able to meet the
16   requirements of these different product lines.
17        Q    That's not what Mr. Amon says in this
18   e-mail; right?
19        MR. BRALY:  Objection; mischaracterizes the
20   document.
21   BY MR. MUINO:
22        Q    Is that right?
23        A    I'm telling you, you can ask anybody --
24   pick out any of the Qualcomm.all and ask them what
25   this means.  They will say it could not be the same



```
 1   CPU because the server CPU is vastly different than
 2   the CPU that goes into a smartphone.  That's why we
 3   were negotiating with them to create a different CPU
 4   for us because we knew a server CPU cannot go into a
 5   smartphone.  So what he's saying over there is
 6   Qualcomm cores, Qualcomm CPUs will be designed to go
 7   into these markets.
 8        Q    It was Qualcomm's intent to use the
 9        █████ core that Nuvia had developed, correct,
10   after the acquisition?
11        MR. BRALY:  Objection.
12        THE WITNESS:  It was Qualcomm's intent to use
13   the Qualcomm custom core team to design different
14   custom cores for these very different markets than
15   what Nuvia was working on.
16   BY MR. MUINO:
17        Q    Was Qualcomm planning to throw away the
18        █████ core that Nuvia had developed?
19        MR. BRALY:  Objection.
20        THE WITNESS:  As we discussed earlier, there
21   was an █████ product which we as a company could
22   choose to continue or not, but it would exist in
23   that SOC.  For these other markets, smartphone, PC,
24   XR, automotive, we would need new cores.
25   ///
```

Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 99 of 143 PageID #: 29485

ZIAD ASGHAR  Conf. AEO - 30b6                          November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                        137

1   BY MR. MUINO:

2       Q    Is it your position, Mr. Asghar, that the

3   ▮▮▮▮▮▮▮ core that was developed for the ▮▮▮▮ SOC

4   was a completely different core from the ▮▮▮▮▮▮

5   core that Nuvia had developed?

6       A    Again, a question for engineering.  Like

7   I've explained to you, the requirements on a CPU are

8   different.  The features are very different for a PC

9   end product compared to a server end product.  So

10  these cores are different.

11      Q    From an engineering perspective, you don't

12  know what the differences are, if any, between the

13  ▮▮▮▮▮▮ core for the ▮▮▮▮ SOC that Nuvia had

14  developed and the ▮▮▮▮▮ core for the ▮▮▮ SOC;

15  right?

16      A    You would have to talk with engineers on

17  that.

18      Q    Is that correct, you don't know those

19  differences at a technical level?

20      MR. BRALY:  Objection.

21      THE WITNESS:  I don't know the exact technical

22  details of each difference between the cores.

23  BY MR. MUINO:

24      Q    You don't know if those two ▮▮▮▮▮ cores,

25  the one for ▮▮▮▮ and the one for ▮▮▮▮ are



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 100 of 143 PageID #: 29486

ZIAD ASGHAR  Conf. AEO - 30b6                          November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                         138

```
 1    95 percent the same, 80 percent the same, 50 percent
 2    the same?  You don't know that?
 3         MR. BRALY:  Objection.
 4         THE WITNESS:  I don't know that.
 5    BY MR. MUINO:
 6         Q    Are you aware that some of the design from
 7    the            core for          was carried over to the
 8            core for
 9         MR. BRALY:  Objection.
10         THE WITNESS:  I don't know that.
11    BY MR. MUINO:
12         Q    At the time of Qualcomm's acquisition of
13    Nuvia, did Nuvia have any products other than the
14            core and the          SOC to your knowledge?
15         MR. BRALY:  Objection.
16         THE WITNESS:  I don't know what their internal
17    plans were, but as far as I'm aware they did not.
18    BY MR. MUINO:
19         Q    In advance of the acquisition, did
20    Qualcomm undertake an evaluation of the
21            e?
22         A    Like I mentioned earlier, we, of course,
23    got high-level information from them to understand
24    what their capabilities are.  When you're acquiring
25    a company, you want to understand the capabilities
```



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
139





ZIAD ASGHAR  Conf. AEO - 30b6                          November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                          140

1   ████  ███████████████████  ███████████████
2   ██████████████████████████████  ████████  █
3   █████████████████  ██████████████████████████
4   ██████████████████████████

5        MR. MUINO:  I'm going to mark as Exhibit 13 a
6   document that starts with the Bates number
7   QCARM_2470.
8                 (Plaintiff's Exhibit 13 was marked
9   for identification by the deposition officer and is
10  attached hereto.)
11  BY MR. MUINO:
12       Q    Mr. Asghar, do you recognize this as a
13  Qualcomm press release dated January 13, 2021?
14       A    That's right, I do.
15       Q    And it looks like that was the same date
16  as the internal e-mail to Qualcomm personnel that we
17  looked at; correct?
18       A    That's right.
19       Q    Were you involved at all in preparing this
20  press release?
21       A    No, this is our marketing team that
22  normally does this.
23       Q    Was this the first time to your knowledge
24  that Qualcomm had publicly announced the Nuvia
25  acquisition?



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 103 of 143 PageID #: 29489

ZIAD ASGHAR  Conf. AEO - 30b6                                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                      141

```
 1        MR. BRALY:  Objection.

 2        THE WITNESS:  I'm not sure, but I would think

 3   so.

 4   BY MR. MUINO:

 5        Q    In the first paragraph says -- I'm looking

 6   at the first paragraph with the small text.

 7                  "San Diego, January 13, 2021,

 8             Qualcomm Incorporated today

 9             announced that its subsidiary,

10             Qualcomm Technologies, Inc., has

11             entered into a definitive agreement

12             to acquire Nuvia for approximately

13             $1.4 billion before working capital

14             and other adjustments."

15             Do you see that?

16        A    Yes.

17        Q    And you testified previously to your

18   knowledge that was the amount, the full amount of

19   the -- of what Qualcomm paid to acquire Nuvia?

20        A    That's my understanding, yes.

21        Q    Were you involved in determining that

22   price?

23        A    No.  Like I said, we have an M&A team that

24   normally does that.

25        Q    Who led that team?
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 104 of 143 PageID #: 29490

ZIAD ASGHAR  Conf. AEO - 30b6                        November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                        142

```
 1        A    I believe that team is led by Dane Melles.

 2        Q    What's the last name?

 3        A    M-e-l-l-e-s.

 4        Q    Is he still with Qualcomm?

 5        A    Yes, he is.

 6        Q    Do you know how that price was determined?

 7        A    ████████  ██████████████████████████████

 8   ████████████████████████████████████████████████

 9   ████████████████████████████████████████████

10        Q    If you go to the second page of this

11   document, it has the number 2471.

12        A    Yes.

13        Q    And you look at the fourth paragraph, it

14   says:

15             "Qualcomm's broad ecosystem of

16             partners have voiced strong support

17             for this acquisition."

18             Do you see that?

19        A    Yes, I do.

20        Q    There's a list of partners here that

21   includes Microsoft, Google, Samsung.

22             Do you see that list?

23        A    Yes.

24        Q    It looks like these companies provided

25   some quotes to Qualcomm for inclusion in this press
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 105 of 143 PageID #: 29491

ZIAD ASGHAR  Conf. AEO - 30b6                                November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                              143

 1  release.

 2       A    Uh-huh, yes.

 3       Q    To your knowledge, Qualcomm had informed

 4  these companies prior to the acquisition that the

 5  acquisition was going to happen?

 6       A    I would suspect so for them to be able to

 7  provide the quotes, but I was not involved in that.

 8       Q    Do you know who communicated with these

 9  companies about the Nuvia acquisition?

10       A    I don't.

11       Q    Do you know what was communicated to them?

12       A    I don't.

13       Q    Now, if you look down the list, I don't

14  see Arm.  Is Arm on that list?

15       A    I wouldn't expect them to be.

16       Q    I'm sorry, I missed that?

17       A    I wouldn't expect them to be.

18       Q    You would not?  Why would you not expect

19  Arm to be on this list?

20       A    These are all customers, these are not

21  suppliers.  These are all customers.

22       Q    Does Qualcomm regard Arm as a partner?

23       A    They're a supplier, not a customer.  They

24  supply something to us rather than we supply

25  something to them.



```
 1        Q    To your knowledge, did Qualcomm inform Arm
 2   of the Nuvia acquisition prior to the public
 3   announcement?
 4        A    I'm not aware.  I don't actually know.
 5        Q    You're not sure one way or another whether
 6   Qualcomm informed Arm of the Nuvia acquisition
 7   before it was publicly announced on January 13 of
 8   2021?
 9        A    Yes, I don't know.
10        MR. MUINO:  I'm going to mark as Exhibit 14 a
11   document that starts with Bates number QCARM_
12   3965338.
13                (Plaintiff's Exhibit 14 was marked
14   for identification by the deposition officer and is
15   attached hereto.)
16   BY MR. MUINO:
17        Q    Mr. Asghar, do you recognize this as an
18   e-mail chain from February 2021?
19        A    Yes, I do.
20        Q    You see that you are included on this
21   e-mail chain?
22        A    Yes.
23        Q    Let's go to the second page with the
24   number 65339 and look at the e-mail at the bottom.
25   It's from Ben Golay.
```



```
 1              Do you see that?
 2      A    Yes.
 3      Q    G-o-l-a-y.  Who is Mr. Golay?
 4      A    I honestly don't know who that is.  I
 5  haven't worked with him.
 6      Q    The e-mail is dated February 8, 2021.  Do
 7  you see that?
 8      A    Yes.
 9      Q    And the subject is "Jim Thompson All Hands
10  Meeting Slides."
11              Do you see that?
12      A    Yes.
13      Q    It says in the first paragraph:
14              ████████████████████
15            ████████████████
16            ██████████  ███████████
17            ███████████████
18            ████████  ██████████████
19            ██████████████████████
20            ███████████
21              Do you see that?
22      A    Yes.
23      Q    ██████████████████████
24  ████████████████
25      MR. BRALY:  Objection; calls for speculation.
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 108 of 143 PageID #: 29494

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                   146

```
 1         THE WITNESS:  I do not.
 2   BY MR. MUINO:
 3         Q    You weren't involved in that process?
 4         A    No.
 5         Q    The second paragraph here says:



 6


 7


 8


 9


10


11


12


13


14              Do you see that?
15         A    Yes.
16         Q


17


18         A    I don't.
19         Q    That's not something that you were
20   involved with?
21         A    No.
22         MR. MUINO:  I'm going to mark as Exhibit 15 a
23   document with the Bates number QCARM_25780.
24                   (Plaintiff's Exhibit 15 was marked
25   for identification by the deposition officer and is
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 109 of 143 PageID #: 29495

ZIAD ASGHAR  Conf. AEO - 30b6                                November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                147

1   attached hereto.)

2   BY MR. MUINO:

3       Q    Mr. Asghar, do you see this is an e-mail

4   dated January 20th, 2021 with the subject "Nuvia

5   Firewall Access Guidelines."

6            Do you see that?

7       A    Yes.

8       Q    And you are a participant in this e-mail?

9       A    Yes.

10      Q    The e-mail is from somebody named Raghu

11  Sankuratri?

12      A    That's right.

13      Q    Who is he?

14      A    He used to be at Qualcomm.  He's no longer

15  there if I'm right, but he used to work on the CPU

16  team.

17      Q    He was an engineer?

18      A    Yes.

19      Q    In the body of the e-mail he says:

20           ███████████████████████

21      ████████████████████████████████████

22      █████████████

23           Do you see that?

24      A    Yes.

25      Q    He continues with:



```
 1   ███     ████████████████████
 2   ███████████████████████████
 3   ██████████████████
 4   ███████████████
 5   ███    █████████████████
 6   ████████████████████████
 7   ████████████████████████
 8   ██████████    ██████████████
 9   ████████████████████████
10            Do you see that?
11       A    Yes.
12       Q    ████████████████████████████
13   ████████  ████████████████████████
14   ██  ███  ████████████████████
15   █████████  ██████████████████████
16   ████████  █████████
17   BY MR. MUINO:
18       Q    What did you understand that to mean when
19   you received this e-mail?
20       A    I don't recall.  I mean, I receive
21   honestly hundreds of e-mails in a given day.
22   BY MR. MUINO:
23       Q    The Nuvia Core CPU Team, was that the team
24   that would be working on the ████████ core?
25       MR. BRALY:  Objection; calls for speculation.
```



ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                    149

```
 1        THE WITNESS:  Again, not sure what he's
 2   thinking.  He probably is in a better position to
 3   answer that.
 4   BY MR. MUINO:
 5        Q    The reference here to Nuvia core, did you
 6   understand that to mean the ▮▮▮▮▮  core?
 7        MR. BRALY:  Objection.
 8        THE WITNESS:  I did not.
 9   BY MR. MUINO:
10        Q    What did you understand that to mean?
11        A    Like you pointed out in the ▮▮▮▮▮▮
12   ▮▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13   ▮▮▮▮▮▮▮▮▮▮       but I'm not sure if that's
14   what he's talking about here.
15        Q    So this is January 20th, 2021.  This is
16   before Qualcomm has completed the acquisition of
17   Nuvia; correct?
18        A    That's right.
19        Q    Nuvia had a core at that time that was
20   called ▮▮▮▮▮  right?
21        A    That's my understanding, yes.
22        Q    Would it be logical to assume when he said
23   Nuvia core he meant the ▮▮▮▮▮  core?
24        MR. BRALY:  Objection; calls for speculation.
25        THE WITNESS:  I think the confusion is coming
```



```
 1   from the word "core."  There is a core as a CPU
 2   core, and then there is a core as a core team.  So
 3   I'm not sure where he put the hyphen on that.  It's
 4   ███████████████████████      I have no idea.  That's
 5   why I don't know what ██ he's talking about.
 6   BY MR. MUINO:
 7        Q    I'm trying to get your understanding.
 8   He's talking about a ██████████████  and a team for
 9   █████████████.   What is ██████████████?
10        MR. BRALY:  Objection.
11        THE WITNESS:  ██████████████  team.  I don't
12   know where he's putting the hyphen.  Is it ███████
13   ██████████ team or ████████████████ team.
14   BY MR. MUINO:
15        Q    So we don't have to deal with those
16   complexities.  Let's look at the next paragraph that
17   starts with "Unfortunately."  If you look at the
18   second line, the last two words are "Nuvia cores."
19             Do you see that?
20        A    Yes, I see it.
21        Q    Did you understand what █████████  meant?
22        A    I don't know, but I think he would
23   probably mean ████████████████, but, again,
24   it's something that Raghu can address better.
25        Q    How can it mean ██████████████████  when
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 113 of 143 PageID #: 29499

ZIAD ASGHAR  Conf. AEO - 30b6                                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                    151

1   Nuvia was not even acquired at this point in time?

2         MR. BRALY:  Objection.

3         THE WITNESS:  He's talking about, I believe --

4   again, I don't know what he means, but I think once

5   the acquisition happens.  I honestly don't know.

6   ██████  is the best one to answer.

7   BY MR. MUINO:

8         Q    You were a recipient of this e-mail?

9         A    Yeah.

10        Q    Did you have an understanding of what

11   ██████████████████████████?

12        A    No.

13        Q    This was just all Greek to you when you

14   read it?

15        MR. BRALY:  Objection.

16        THE WITNESS:  Like I said, I get hundreds of

17   e-mails in a day and I don't look at all of them.

18   BY MR. MUINO:

19        Q     If somebody at the time referred to a

20   ███████████  what would you have understood that to

21   mean?

22        MR. BRALY:  Objection; calls for speculation.

23        THE WITNESS:  Again, you have to understand

24   ████████████████████████████████████████████

25   and then there are things that were there at any



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 114 of 143 PageID #: 29500

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      152

```
 1   given point in time.  Many of these e-mails are

 2   about ██████, ████████████████.  So I don't

 3   know what he means here.

 4   BY MR. MUINO:

 5        Q    You didn't understand that Nuvia had a

 6   core at this time that was called the ██████ core?

 7   You weren't aware of that?

 8        MR. BRALY:  Objection; mischaracterizes

 9   testimony.

10        THE WITNESS:  I don't know what he means over

11   here.  Like I said, I mean ███████████████████ is

12   how I would read it, but you would have to talk to

13   Raghu.

14   BY MR. MUINO:

15        Q    Never mind his e-mail for a moment.  Did

16   you understand ████████████████████████████████

17   ██████ it was developing?

18        A    Yes.  We have talked about that.

19        Q    You knew that; right?

20        A    Yes.

21        Q    They had a core that was called the

22   ██████ core; right?

23        A    Going into ██████ yes.

24        Q    That was part of what Qualcomm was

25   ████████████████████████████ ███████████
```



800.211.DEPO (3376)
EsquireSolutions.com

Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 115 of 143 PageID #: 29501

ZIAD ASGHAR  Conf. AEO - 30b6                        November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      153

```
 1         MR. BRALY:  Objection.

 2         THE WITNESS:  It came with the core Nuvia team

 3    for the CPU team which we were acquiring, yes.

 4    BY MR. MUINO:

 5         Q    The ██████ core was part of what Qualcomm

 6    was acquiring; right?

 7         A    Uh-huh.

 8         MR. BRALY:  Objection.

 9    BY MR. MUINO:

10         Q    Is that a "yes"?

11         A    Yes, it came with the whole team.  We

12    acquired all the assets of Nuvia.

13         Q    And Qualcomm was intending to continue to

14    work on the ██████ core after acquisition; right?

15         MR. BRALY:  Objection.

16         THE WITNESS: ████████████████████████

17    ████████████████████ ████ █████████████

18    ████ ████ ███████████████████ ████████

19    ██████████████████████ █████████

20    ████████ ████████████████ █████████

21    █████████████ ███████████

22    █████████ █████ █████████████████

23    ██████████████████████████.

24    BY MR. MUINO:

25         Q    Let's look back at the two points of this
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 116 of 143 PageID #: 29502

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                    154

```
 1   e-mail.  The first one says:

 2   ███████████████████████████████████

 3   ████████████████████████████████

 4   ██████████████████████████

 5   █████████████████████

 6   ████████████████████████████████████████

 7   ████████████████████████████████████

 8        MR. BRALY:  Objection; calls for speculation.

 9        THE WITNESS:  I don't know what he meant with

10   these two points.

11   BY MR. MUINO:

12        Q    You have no idea?

13        MR. BRALY:  Objection.

14        THE WITNESS:  Again, ██████ should be able to

15   explain this better.

16   BY MR. MUINO:

17        Q    █████████████████████████████████████████

18        █████████████████████████

19   █████████████████████████████

20   ████████████

21   ██████████████████████████

22        MR. BRALY:  Objection; calls for speculation.

23        THE WITNESS:  I don't know.

24   BY MR. MUINO:

25        Q    ████████████████████████████████ Team, do
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 117 of 143 PageID #: 29503

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      155

```
 1   you know what that refers to?
 2        MR. BRALY:  Objection; calls for speculation.
 3        THE WITNESS:  An engineering team.  Probably
 4   engineering is in a better position to address that.
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
156





Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 119 of 143 PageID #: 29505

ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

1

2

3

4

5

6

7

8

9      MR. MUINO:  I'm going to mark as Exhibit 16 a

10   document that has the Bates number AR_63625.

11                (Plaintiff's Exhibit 16 was marked

12   for identification by the deposition officer and is

13   attached hereto.)

14   BY MR. MUINO:

15      Q    Mr. Asghar, do you recognize this as a

16   letter from you to Mr. Paul Williamson at Arm?

17      A    Yes, I do.

18      Q    And the letter is dated January 27, 2021;

19   correct?

20      A    That's right.

21      Q    The date of this letter is about two weeks

22   after Qualcomm had publicly announced the

23   acquisition of Nuvia in its press release; is that

24   right?

25      A    Sounds about right, yes.



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 120 of 143 PageID #: 29506

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                    158

1        Q     In the first sentence of the letter you

2    say:

3

4

5

6

7

8

9

10

11        A     Yes.

12        Q

13

14

15

16

17

18

19

20

21

22

23

24

25



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 121 of 143 PageID #: 29507

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                        159



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12   BY MR. MUINO:
13        Q    In the same paragraph, that first
14   paragraph, you say:
15
16
17
18
19
20
21
22
23
24
25
```


ESQUIRE
DEPOSITION SOLUTIONS

(3376)
EsquireSolutions.com

Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 122 of 143 PageID #: 29508

ZIAD ASGHAR  Conf. AEO - 30b6                          November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                         160

```
 1              Do you see that?
 2        A     Yes.
 3        Q     When did it come to Qualcomm's attention
 4   that Qualcomm and Nuvia each had their own ALA and
 5   TLA?
 6        A     I'm not aware of the exact date.
 7        Q     Qualcomm obviously knew that it had an ALA
 8   and TLA with Arm; correct?
 9        A     Yes.
10        Q     When did Qualcomm first figure out Nuvia
11   had those licenses with Arm?
12        MR. BRALY:  Objection.
13        THE WITNESS:  I don't know the exact time.
14   BY MR. MUINO:
15        Q     When you say "It has come to our
16   attention," were you reflecting something that
17   someone had told you?
18        A     This document was created in working with
19   our legal team and this is really the verbiage that
20   they had put in, so it's based on whatever the
21   assessment and acquisition process that was going
22   on.
23        MR. BRALY:  I'll caution you not to reveal any
24   privileged communications with lawyers.
25   ///
```



```
 1 │ BY MR. MUINO:
 2 │     Q    Do you know when Qualcomm first reviewed
 3 │ Nuvia's ALA?
 4 │     MR. BRALY:  Objection.
 5 │     THE WITNESS:  I don't.
 6 │ BY MR. MUINO:
 7 │     Q    Do you know when Qualcomm first reviewed
 8 │ Nuvia's TLA?
 9 │     MR. BRALY:  Objection.
10 │     THE WITNESS:  I don't.
11 │ BY MR. MUINO:
12 │     Q    Did Qualcomm have an understanding of the
13 │ rights and obligations of Nuvia under the Nuvia ALA
14 │ prior to the acquisition?
15 │     A    Can you repeat your question?
16 │     Q    Did Qualcomm have an understanding of the
17 │ rights and obligations of Nuvia under the Nuvia ALA
18 │ prior to the acquisition?
19 │     A    I don't know.
20 │     Q
21 │
22 │
23 │
24 │
25 │
```



ZIAD ASGHAR  Conf. AEO - 30b6                     November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      162

```
 1
 2
 3
 4
 5
 6
 7
 8        A    Yes.
 9        Q
10
11
12
13
14
15        MR. BRALY:   Objection.
16
17   BY MR. MUINO:
18        Q    In the last paragraph of your letter you
19   say:
20
21
22
23
24
25
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 125 of 143 PageID #: 29511

ZIAD ASGHAR  Conf. AEO - 30b6                              November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                             163



1            What you're referring to is in

2         the second paragraph where you say:

3

4

5

6

7

8

9

10

11

12            Do you see that?

13      A    Yes.

14      Q

15

16

17

18

19

20

21

22

23

24

25



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
165





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
166



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 129 of 143 PageID #: 29515

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                    167

1  ████████████████████████████████████████

2  ████████████████████████████████████████

3  ████████████████████████████████  ██

4  █████████████

5        ████  █████  ██████████

6        ████████████  █  ████  ████████

7          MR. MUINO:  Why don't we take a break.

8          THE VIDEOGRAPHER:  Off the record at 12:23 p.m.

9              (A recess was taken from 12:23 p.m.

10  to 12:28 p.m.)

11          THE VIDEOGRAPHER:  On the record at 12:28 p.m.

12          MR. MUINO:  All right.  I'm going to mark as

13  Exhibit 17 a document with the Bates label

14  QCARM_7422237.

15              (Plaintiff's Exhibit 17 was marked

16  for identification by the deposition officer and is

17  attached hereto.)

18  BY MR. MUINO:

19      Q    Mr. Asghar, do you see this is an e-mail

20  from Mr. Williamson at Arm to you dated May 18,

21  2021?

22      A    Yes.

23      Q    And the first sentence of Mr. Williamson's

24  e-mail says:

25              ██████████████████████





 1   ██████████████████████████████

 2   ██████████████████████████████

 3   ████████████████████████████████

 4   ███████████████████

 5   ██████████████

 6       A     ████.

 7       Q     What is the Arm Connect system to your

 8   knowledge?

 9       A     I believe it's an online system to

10   download information from Arm that we have access

11   to.

12       Q     To your knowledge, prior to the

13   acquisition were the Nuvia employees using their own

14   Nuvia credentials to access Arm Connect?

15       A     I'm assuming so, but I don't know, of

16   course.

17       Q     ████████████████████████████ ███

18   ██████████████████████████████████████

19   ███████████████████████████████████████

20   ██████████████████  █████████████████

21      ███  ████    ██████████

22      ███████████  █████████████████████

23   ████

24   ████████████

25    ██   ████████████████████████████████████



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
169







```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

    24        MR. MUINO:  I'm going to mark as Exhibit 18 a

    25   document that has the Bates label 3450805.



```
 1              (Plaintiff's Exhibit 18 was marked for
 2     identification by the deposition officer and is
 3     attached hereto.)
 4          MR. MUINO:  I'm sorry, the text is so small.
 5     Let's put this one aside.  Let me see if I can get a
 6     better copy.
 7          THE WITNESS:  Sure.
 8          MR. MUINO:  The next one has the same problem.
 9     Okay, let's mark as Exhibit 19 a document that has
10     the label QCARM_27987.
11              (Plaintiff's Exhibit 19 was marked
12     for identification by the deposition officer and is
13     attached hereto.)
14     BY MR. MUINO:
15          Q    Mr. Asghar, do you see this is a letter
16     from Paul Williamson to you dated February 2nd,
17     2021?
18          A    Yes.
19          Q    And you recognize this letter?
20          A    Yes, I do.
21          Q    The first sentence says:
22                  "Thank you for your letter
23                  dated January 27, 2021 regarding the
24                  acquisition of Nuvia, Inc. ('NUVIA')
25                  by Qualcomm Technologies, Inc.
```



ZIAD ASGHAR  Conf. AEO - 30b6                                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                   172

```
 1              ('QTI')."
 2          Do you see that?
 3      A   Yes.
 4      Q   You understood this was Mr. Williamson
 5   responding to your earlier letter?
 6      A   Yes.
 7      Q   The second paragraph says:
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22          Do you see that?
23      A   I see that.
24      Q   Now, by this point in time you understood
25   that Qualcomm and Nuvia each had agreements, license
```





1   agreements with Arm; correct?

2       MR. BRALY:  Objection.

3       THE WITNESS:  I believe so based on the letter.

4   BY MR. MUINO:

5       Q    You had previously said it had come to

6   your attention that each of Qualcomm and Nuvia had

7   their own ALA and their own TLA with Arm; correct?

8       A    That's right.

9       Q    And you understood that those agreements

10  had certain confidentiality obligations; correct?

11      MR. BRALY:  Objection.

12      THE WITNESS:  We basically looked at it as

13  Qualcomm ALA being the umbrella document there, and

14  from that perspective we were operating under that

15  understanding.

16  BY MR. MUINO:

17      Q    You understood at this point that the

18  Nuvia license agreements had their own

19  confidentiality obligations in them; correct?

20      MR. BRALY:  Objection; calls for a legal

21  conclusion.

22      THE WITNESS:  I was not aware of the

23  confidentiality agreement obligations.

24  BY MR. MUINO:

25      Q    Had you looked at the Nuvia ALA and TLA at



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
174

1   this point in time?

2        A    I had looked again more at the financial

3   part of it rather than the complete details of it,

4   so, yeah, working with the legal team.

5        Q    Had you looked at the █████████████████

6   ████████████  in the Nuvia ALA and TLA?

7        A    No.

8        Q    ███████████████████████████████████████

9   ██████████████████████████████  ███████████████

10  ████████████████████████████████████████████████

11  ████████████████████████████

12       ████  ██████   ████████████

13       ██████████   ████   ████

14  ████████████████

15       ██  ████████████████████████

16       ████   ██████   ████████████

17       ██████████████   ████   ██████████████████

18  ████████████████████████████████████████████

19  ████████████████████████████████████████████

20       ██████████

21       ██  ██████████████████████████████████████

22  ████████████████████████████████████████████████

23  ██████████████  ████████████████████████████████

24       ████   ██████████   ████████████

25       ██████████████   ████████████████████████



```
 1   BY MR. MUINO:
 2       Q    Did Qualcomm take any steps as of this
 3   point in February 2021 to ensure that ████████
 4   ███████████████████████████████████████████████
 5   ███████████████████████████████████████████
 6   ████████████
 7       MR. BRALY:  Objection.
 8       THE WITNESS:  I don't know.
 9   BY MR. MUINO:
10       Q    ████████████████████████████████████████
11   ███████████ █ ████████████████████████████
12   ████████████████████████████████
13       MR. BRALY:  Objection.
14       THE WITNESS:  We had our own Qualcomm ALA, so
15   at least from my product perspective we didn't have
16   any such concern.
17   BY MR. MUINO:
18       Q    That wasn't my question.  █████████████
19   ████████████████████████████████████████████
20   ██████████████████████████████████
21       MR. BRALY:  Objection.
22       THE WITNESS:  No, and I wasn't aware of the
23   need for that either.
24   BY MR. MUINO:
25       Q    Were you aware that Nuvia couldn't
```



Case 1:22-cv-01146-MN  Document 439-3  Filed 08/16/24  Page 138 of 143 PageID #: 29524

ZIAD ASGHAR  Conf. AEO - 30b6                       November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                          176



14      MR. MUINO:  I'd like to mark as Exhibit 20 a

15   document that begins with the Bates number

16   QCARM_339647.

17              (Plaintiff's Exhibit 20 was marked

18   for identification by the deposition officer and is

19   attached hereto.)

20   BY MR. MUINO:

21      Q    Mr. Asghar, do you recognize this as a

22   letter from you to Mr. Williamson at Arm dated

23   February 3rd, 2021?

24      A    Yes.

25      Q    This is one day after the previous letter



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 139 of 143 PageID #: 29525

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      177

```
 1    we looked at between the two of you; is that
 2    correct?
 3         A    Yes.
 4         Q    And I'd like to go to the fourth
 5    paragraph of this letter and you say:
 6                   "Both Nuvia and Qualcomm's
 7              existing agreements with Arm provide
 8              for ███████████████████████
 9              ██████████████████████ ████
10              ████████████████████████████
11              ████████████████████████████
12              ███████████████████████████ "
13              Do you see that?
14         A    I do.
15         Q    By this point in time, February 3rd, 2021,
16    you were aware that both the Nuvia and Qualcomm
17    agreements with Arm had ██████████████████████
18    ███████████████████████   correct?
19         MR. BRALY:  Objection.
20         THE WITNESS:  I was not aware of the particular
21    details like I mentioned earlier.
22    BY MR. MUINO:
23         Q    You were aware enough to be able to write
24    this in your letter; right?
25         A    Yes.  This was drafted in consultation
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 140 of 143 PageID #: 29526

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      178

```
 1   with our legal team.

 2        Q    You go on to say:

 3                        ████████████████████

 4             ████████████████████████

 5             █████████████

 6             ██████████████

 7        A    ████

 8        Q    ████████████████████████████

 9   ████████████████████████████████████████████

10   ████████████████████████████████████

11        ████   ██████████   ████████████

12        ████████████   ██████████████   ████████████

13   █████████████   ██████████████████████

14   █████████

15   ██████████

16        █   ███████████████████████████████

17   ████████████████████████████████████

18        ██████████████████

19        ██████████   ██████████████

20        ██████████████   ████████   ████████████████   ████████

21   █████████████████████████   █████████████████████

22   ████████████

23        MR. MUINO:   I'm going to mark as Exhibit 21 a

24   document that starts with the Bates number

25   Arm_1281876.
```



Case 1:22-cv-01146-MN   Document 439-3   Filed 08/16/24   Page 141 of 143 PageID #: 29527

ZIAD ASGHAR  Conf. AEO - 30b6                                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                    179

```
 1              (Plaintiff's Exhibit 21 was marked

 2    for identification by the deposition officer and is

 3    attached hereto.)

 4    BY MR. MUINO:

 5         Q    Mr. Asghar, you see this is a letter from

 6    you to Mr. Williamson dated February 25th, 2021?

 7         A    That's right.

 8         Q    And you recognize this letter?

 9         A    Yes.

10         Q    Let's start with the first paragraph.

11     It's about the middle of the paragraph where

12    there's a line that says   ███████  ████████████████

13    ████████████████

14              Do you see that line?

15         A    Yes.

16         Q    The sentence in full says:

17                        ████████████████

18              ████████████████████

19              ████████████████████

20              ███████████████  ████████████

21              ████████████████████

22              ██████████████████

23              ████████████████████

24              ██████████

25              Do you see that?
```





```
1      A      Yes, I see it.

2      Q      What was the basis for that statement?

3      A
```



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
181



