ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.



25    ///



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 2 of 109 PageID #: 29531

ZIAD ASGHAR  Conf. AEO - 30b6                                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                    183



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 3 of 109 PageID #: 29532

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                          184

```
 1      Q    ███████████████████████████████████

 2   ████████  ████████████████

 3      █.  ██████████████████████  █████.

 4      MR. MUINO:  So that we can orient ourselves as

 5   to what you're referring to, I want to look at the

 6   ALA.  I'm going to mark as Exhibit 22 a document

 7   that starts with Bates number Arm_2955.

 8                  (Plaintiff's Exhibit 22 was marked

 9   for identification by the deposition officer and is

10   attached hereto.)

11      THE WITNESS:  How are we doing on time?

12      THE VIDEOGRAPHER:  Twenty minutes.

13      MR. MUINO:  12:52.

14      THE WITNESS:  Twenty minutes, perfect.

15   BY MR. MUINO:

16      Q    Mr. Asghar, do you recognize this as the

17   Nuvia ALA?

18      A    Yes, I believe so based on the details.

19      Q    And in connection with your letter of

20   February 25th, 2021 to Arm, you or someone on your

21   team would have looked at the Nuvia ALA; correct?

22      A    I believe so yes.

23      Q    Did you review this document in

24   preparation for your deposition today?

25      MR. BRALY:  Objection; instruct you not to
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 4 of 109 PageID #: 29533

ZIAD ASGHAR  Conf. AEO - 30b6                         November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                          185

```
 1 | answer.
 2 | BY MR. MUINO:
 3 |     Q    If you reviewed this document and it
 4 | refreshed your recollection as to something, can you
 5 | tell me?
 6 |     MR. BRALY:  Objection; asked and answered.
 7 | BY MR. MUINO:
 8 |     Q    Have you personally reviewed this ALA
 9 | before?
10 |     A    I have not.
11 |     Q    Is this the first time that you're seeing
12 | this ALA?
13 |     A    I look at the product side of it so I
14 | might have looked at some financial part of it, but
15 | not the details of it at all, which is this kind of
16 | stuff you're putting out there.
17 |     Q    ████████ ████ ██████████████████████
18 | █████████████████████████ ████████████████
19 | ████ █████████████████████ █████████
20 | ███████████
21 |     █    ████ ██████████████████
22 |     █    █████████ ████████████████████████
23 | █████████████████████████████████████
24 | ████████████████
25 |       █████████████████
```



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
186





Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 6 of 109 PageID #: 29535

ZIAD ASGHAR  Conf. AEO - 30b6                                   November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                    187

```
 1        Q    ████████████████████████    ████████

 2   ████████

 3        MR. BRALY:  Objection; calls for a legal

 4   conclusion.

 5        THE WITNESS:    ████    ████, I think these are

 6   things that our legal team has dug into.

 7   BY MR. MUINO:

 8        Q    Your understanding is this is the Nuvia

 9   ALA, right, Nuvia is the licensee under this ALA?

10        MR. BRALY:  Objection; calls for a legal

11   conclusion.

12        THE WITNESS:  I guess so, yes.

13   BY MR. MUINO:

14        Q    Now, as you testified earlier Nuvia gained

15   total control of the management of -- excuse me, let

16   me rephrase that.

17             Qualcomm gained total control of the

18   management of Nuvia when it acquired Nuvia; correct?

19        MR. BRALY:  Objection.

20        THE WITNESS:  Yes, we acquired the company, so

21   yes.

22   BY MR. MUINO:

23        Q    Qualcomm acquired Nuvia in its entirety

24   through the Nuvia acquisition; correct?

25        MR. BRALY:  Objection.
```



```
 1        THE WITNESS:  That's my understanding.
 2   BY MR. MUINO:
 3        Q    So looking at  ████████    of the Nuvia
 4   ALA,  ████████████████████████████████
 5   ████████; correct?
 6        MR. BRALY:  Objection; calls for a legal
 7   conclusion.
 8        THE WITNESS:  Yeah, I don't know what that
 9   means and probably better addressed by legal
10   experts.
11   BY MR. MUINO:
12        Q    Well, it says what an  ████████   means
13   here.  We just read it.
14        A    Uh-huh.
15        Q    Do you see that there's two parts to this
16   definition?
17        A    Yes, I see it.
18        Q    Do you disagree that  ████████████████
19   ████████████████████████████
20        MR. BRALY:  Objection; calls for a legal
21   conclusion.
22        THE WITNESS:  I don't know.
23   BY MR. MUINO:
24        Q    You can't answer that question?
25        A    I cannot.
```



Case 1:22-cv-01146-MN  Document 439-4  Filed 08/16/24  Page 8 of 109 PageID #: 29537

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      189

 1        MR. BRALY:  Objection.

 2   BY MR. MUINO:

 3        Q    Let's go back to your letter, which was

 4   Exhibit 21.  That second page, the last paragraph,

 5   the second sentence, you say:

 6                   "In this circumstance, we

 7             hearby request, pursuant to

 8                             consent to the

 9             assignment."

10             Do you see that?

11        A    I see it.

12        Q    You're using the word           you're

13   referring to          as used in              ;

14   right?

15        MR. BRALY:  Objection.

16        THE WITNESS:  This is drafted by the legal

17   team, yes, so I can read it.

18   BY MR. MUINO:

19        Q    Fair enough, but you are the sender of

20   this letter, Mr. Asghar; right?

21        A    Yes, sent by me.

22        Q    So it's fair to assume you understood what

23   you were writing here?

24        A    Not all the legal details, of course.  I

25   have a team of legal experts that basically guide us



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 9 of 109 PageID #: 29538

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      190

```
 1   on that.
 2       Q    Were you requesting that Arm provide
 3   consent to the ███████████  pursuant to ████?
 4       A    At my high product level, what we were
 5   trying to do is have a smooth acquisition and that
 6   was the intent, but our understanding quite clearly
 7   at this time was the Qualcomm ALA was the paramount
 8   document here.
 9       MR. BRALY:  Objection.
10   BY MR. MUINO:
11       Q    I want to know what you can tell me about
12   this letter that you sent to Arm.  Your letter, your
13   words say "We hearby request, pursuant to ████████
14   ██████  that Arm consent to the ██████████ " right?
15       A    I can see that, yes.
16       Q    You understood there had been an
17   ████████████  pursuant to 16██  and you were asking Arm
18   to consent to that ████████ █; is that right?
19       MR. BRALY:  Objection.
20       THE WITNESS:  Again, that's a legal definition.
21    Like I pointed out, our intent with this letter was
22   to have a smooth acquisition of Nuvia such that I
23   could continue with my product plans on addressing
24   Arm's IP deficiencies by creating our own custom
25   cores.
```



 1 | BY MR. MUINO:

 2 |    Q    Why were you asking for Arm's consent to

 3 | this             pursuant to

 4 |    A    Same reason that I just mentioned.  We

 5 | wanted to have a smooth acquisition of Nuvia such

 6 | that we could progress to be able to make the best

 7 | competitive products.

 8 |    Q    You were asking because you understood

 9 | under             Qualcomm required Arm's consent

10 | to the            ; right?

11 |    MR. BRALY:  Objection; mischaracterizes

12 | testimony.

13 |    THE WITNESS:  No.  Like I said, the intent here

14 | was to have a smooth acquisition such that we could

15 | move forward quickly to make the best products from

16 | my perspective.

17 | BY MR. MUINO:

18 |    Q    All right.  That didn't answer my

19 | question.  Let me ask it once more.  You were asking

20 | Arm in this letter to consent to the

21 | under             because Qualcomm understood that

22 | it needed Arm's consent; right?

23 |    MR. BRALY:  Objection; asked and answered,

24 | mischaracterizes testimony.

25 |    THE WITNESS:  I think I already addressed that



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 11 of 109 PageID #: 29540

ZIAD ASGHAR  Conf. AEO - 30b6                        November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                         192

```
 1    before.  We are quite clear in the document, in this
 2    and prior to, that Qualcomm ALA takes precedence,
 3    and this was a way to make sure that essentially we
 4    can close the acquisition quickly.
 5    BY MR. MUINO:
 6        Q    Did Arm provide the consent that you were
 7    requesting here?
 8        A    I'm not aware.
 9        Q    You're not aware whether they did or not?
10        A    Yes, I don't think they did.
11        Q    You don't think that Arm consented?
12        A    At least in none of the letters that we
13    have gotten from Arm, we have not gotten that.
14        MR. MUINO:  I'm going to mark as Exhibit 22 --
15        MR. BRALY:  Twenty-three.  The Nuvia ALA was
16    22.
17        MR. MUINO:  This is Exhibit 23, which is a
18    document with the Bates number QCARM_339628.
19                (Plaintiff's Exhibit 23 was marked
20    for identification by the deposition officer and is
21    attached hereto.)
22    BY MR. MUINO:
23        Q    Mr. Asghar, do you recognize this as a
24    letter from you to Mr. Williamson dated March 14,
25    2021?
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 12 of 109 PageID #: 29541

ZIAD ASGHAR  Conf. AEO - 30b6                          November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                          193

```
 1        A     Yes.
 2        Q     In the second paragraph of this letter you
 3    say:
 4                    "We seem to agree that Arm may
 5              not unreasonably withhold consent to
 6              a deemed            under
 7                 of the Nuvia ALA and TLA."
 8              Is that correct?
 9        A     Yes.
10        Q     You understood that Qualcomm's acquisition
11    of Nuvia was a deemed          under
12        MR. BRALY:  Objection.
13        THE WITNESS:  That was not our understanding.
14    Like I mentioned before, we already have an ALA with
15    Arm and that's the Qualcomm ALA.
16    BY MR. MUINO:
17        Q     The letter says "Deemed          under
18              right?
19        A     That's what the letter says, yes.
20        Q     There's a sentence in the middle, the
21    fourth line down that says:
22                    "Specifically, Arm is
23              unreasonably conditioning its
24              consent on an agreement now that
25              hypothetical future cores/products,
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 13 of 109 PageID #: 29542

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                    194

1            including undefined '          ' of

2            such designs, would be covered by

3            Nuvia terms and conditions

4            (including royalty rates.")"

5            Do you see that?

6       A    Yes.

7       Q    What did you mean here by "hypothetical

8    future cores/products"?

9       A    I don't recall what we wrote there, but

10   let me read it again.  I think it would imply future

11   products that we would create, future custom cores,

12   but I'm not sure what we meant at that time.

13      Q    And what did you mean when you refer to

14   ▓▓▓▓▓▓▓▓▓  of such designs"?

15      MR. BRALY:  Objection.

16      THE WITNESS:  I'm not sure what that meant.

17   BY MR. MUINO:

18      Q    At this point in time Qualcomm was still

19   seeking Arm's consent to the ▓▓▓▓▓▓▓  under

20   ▓▓▓▓▓▓▓▓▓  is that correct?

21      MR. BRALY:  Objection.

22      THE WITNESS:  It says this -- it says something

23   to that effect, but, like I mentioned, the intent

24   here was we wanted a very smooth acquisition.  This

25   was key for us to make the best products where Arm



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 14 of 109 PageID #: 29543

ZIAD ASGHAR  Conf. AEO - 30b6                           November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                            195

1    had failed, so we were trying to move as quickly as

2    possible.

3    BY MR. MUINO:

4         Q    You understood at this point in time,

5    March 14, 2021, Arm had not provided consent to the

6    ▮▮▮▮▮▮▮    under ▮▮▮▮▮▮▮▮▮; correct?

7         MR. BRALY:  Objection.

8         THE WITNESS:  Based on this letter, that's the

9    understanding, yes.

10   BY MR. MUINO:

11        Q    And Qualcomm was still seeking Arm's

12   consent to that ▮▮▮▮▮▮▮ under ▮▮▮▮▮▮▮

13   correct?

14        MR. BRALY:  Objection.

15        THE WITNESS:  For the sole intent of making

16   sure that we could have a speedy and smooth

17   acquisition, but again, the overarching document was

18   the Qualcomm ALA, which is what all the letters

19   reference and mention.

20   BY MR. MUINO:

21        Q    Just to make sure I have the answer to my

22   question, at this point, March 14, 2021, Qualcomm

23   was still seeking Arm's consent to the ▮▮▮▮▮▮▮

24   under ▮▮▮▮▮▮▮▮ the Nuvia ALA; correct?

25        MR. BRALY:  Objection.



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 15 of 109 PageID #: 29544

ZIAD ASGHAR  Conf. AEO - 30b6                                November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                196

```
 1          THE WITNESS:  Based on the text, yes, but like
 2    I mentioned, it was with a partner that we work with
 3    closely and the intent was to be able to have a
 4    really quick acquisition, a smooth acquisition such
 5    that we could resolve our product challenges we had
 6    from Arm's deficiency to deliver.
 7          MR. MUINO:  All right.  I'll stop there.
 8          THE VIDEOGRAPHER:  Off the record at 1:07 p.m.
 9                    (A recess was taken from 1:07 p.m. to
10    2:38 p.m.)
11          THE VIDEOGRAPHER:  On the record at 2:38 p.m.
12    BY MR. MUINO:
13          Q    Welcome back, Mr. Asghar.
14          A    Thank you.
15          Q    Previously we had -- there were a couple
16    of documents that were printed too small, so I'm
17    going to put those back in now.  I'll mark
18    Exhibit 24 as a document with the Bates label
19    QCARM_3450805.
20                    (Plaintiff's Exhibit 24 was marked
21    for identification by the deposition officer and is
22    attached hereto.)
23    BY MR. MUINO:
24          Q    Mr. Asghar, this is an e-mail chain from
25    June and July 2021.  The subject is "Nuvia Rates."
```



1              Do you see that?

2     A    Yes.

3     Q    Do you recognize this e-mail chain?

4     A    Yes.

5     Q    Let's start with the third e-mail on the

6  first page.  It's from RK Chunduru dated June 29,

7  2021.

8              Do you see that?

9     A    Yes.

10    Q    He says -- he's writing to Rajiv Gupta?

11    A    Yes.

12    Q    And Elliot Rose; correct?

13    A    Uh-huh.

14    Q    Who is Mr. Gupta?

15    A    He used to be with Qualcomm, but he's no

16  longer with Qualcomm.  He was in the procurement

17  team.

18    Q    And Mr. Rose, who is Mr. Rose?

19    A    I believe he's in finance.

20    Q    You are on this e-mail as well; correct?

21    A    Uh-huh, yes.

22    Q    Mr. Chunduru says:

23              "It looks like both of you are

24         aligned on the slide below, but can

25         you both meet one more time to make



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 17 of 109 PageID #: 29546

ZIAD ASGHAR  Conf. AEO - 30b6                           November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                          198

```
 1              sure the slide below is accurate?"

 2              Do you see that?

 3         A    Yes.

 4         Q    And under that is a screen shot that says,

 5    or a slide that says "PC: QCOM vs. NUVIA - CPU

 6    Royalties."  Do you see that?

 7         A    Yes.

 8         Q    Do you understand what information is in

 9    that slide?

10         A    It's my understanding that the finance and

11    procurement team were calculating the delta between

12    the royalty rates based on Qualcomm and Nuvia ALAs.

13         Q    The chart that's on the left side that has

14    "QCOM" over the top, are those the royalty rates

15    under the Qualcomm ALA?

16         A    I believe so.

17         Q    And the chart that's in the middle that

18    has Nuvia over the top, those are the royalty rates

19    under the Nuvia ALA?

20         A    I believe so, yes.

21         Q    The chart on the right side that says

22    "delta," that's the difference between the two?

23         A    That's right.

24         Q    What was the purpose of preparing this at

25    this time?
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 18 of 109 PageID #: 29547

ZIAD ASGHAR  Conf. AEO - 30b6                                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                    199

1          MR. BRALY:  Objection.

2          THE WITNESS:  This was really in preparation to

3    the settlement discussions we were having with Arm

4    at that time.

5    BY MR. MUINO:

6          Q     There's a reference over each of these

7    charts or tables to "ASP".  Is that average sales

8    price?

9          A     That's right.

10         Q     And what does that signify here?

11         A     It signifies the average sales price of

12    our chip is my understanding.

13         Q     Of the SOC into which the cores would go?

14         A     That's right.

15         Q     ███████████████████████████████████████

16    ███████████████████████████████████████████

17         █  ███████████████████

18         █  ███████████████████████████

19    ███████████████████████████████████

20          Do you see that?

21         A     Yes.

22         Q     And it starts from 4 and goes to 16?

23         A     Uh-huh.

24         Q     ████████████████████████████████████

25    ████████████████



ZIAD ASGHAR  Conf. AEO - 30b6                     November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      200

```
 1      A    That's right.

 2      Q    ████████████████████████████████████

 3   ██████████████████████████████

 4      A    That's right.

 5      Q    ███████████  ██████████████████████

 6   ████████████████████████████████████████████

 7   █████████████████████████████████

 8      A    Yes.

 9      Q    ███████████████████████████████████

10   ███████  ████████  ██████████████████████

11   ██████████████████████████████████████

12           Is that correct?

13      A    That's right.

14      Q    ████████████████████████████████████

15   ████████████████████████████████  ██████ ████

16   ████████████████████████

17      A    That's my understanding, yes.

18      Q    It also says something about ██████████

19   ████████████████████    What is that?

20      A    I don't know the specifics, but there's a

21   discount that ████████████████████████████████

22   ████████████████████████████  ████████████████

23   ██████████

24       ████   ████the very bottom it says "Royalty cap of

25   ██████████
```

```
 1
 2
 3
 4
```

 5      Q    That was a feature of the Qualcomm ALA?

 6      A    That's how the Qualcomm ALA is written,

 7   that's right.

 8      Q

 9

10           Do you see that?

11      A    Yes.

12      Q    And it says "

13

14      A    That's right.

15      Q    And was that true of the Nuvia ALA?

16      A    It's my understanding based on this chart,

17   yes.

18      Q    To your knowledge, the royalty numbers

19   that are reflected in these tables, are they

20   accurate as of this time?

21      MR. BRALY:  Objection.

22      THE WITNESS:  So again, this document is

23   prepared by Rajiv and Elliot, so based open their

24   interpretation of the contract this was accurate.

25      MR. MUINO:  I'd like to mark as Exhibit 25 a



1   document with the Bates number QCARM_3524599.

2                  (Plaintiff's Exhibit 25 was marked

3   for identification by the deposition officer and is

4   attached hereto.)

5   BY MR. MUINO:

6       Q    Mr. Asghar, do you see these are e-mails

7   between you and Jim Thompson from May 2022?

8       A    That's right.

9       Q    And you recognize these e-mails?

10      A    That's right.

11      Q    Let's go to the second e-mail on the first

12  page, which is an e-mail from you to Mr. Thompson

13  dated May 7, 2022.

14              Do you see that?

15      ▌    I do.

16      ▌    ████████████████████████████

17  ████  ████  ██████████████████████

18             ████████████████

19      ▌     ████  ▌ ███

20      ▌    ████████████████

21      ▌    ██████████████████████

22  ██████  ██████████████████████

23  ████████████████████████████

24      ▌    ████████████████████

25  ██████████████████████████████████



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
203



25   ///



**ZIAD ASGHAR Conf. AEO - 30b6**
**ARM, LTD. V. QUALCOMM INC.**

1 ████████████

2 █ ███ ████████████████

3 ███████████████████ ████

4 ██████

5 █ ██████████████████

6 █████ ██████████████████

7 ████

8 █ ██████████████

9 ██████████████

10 █ ███

11 █ ████████████

12 █████ ████████████

13 ███████████████████

14 ████████████

15      A     Yes.

16      Q     To your knowledge, are the numbers in that

17 slide accurate?

18      A     They should be accurate.  I think within

19 certain limits, again, based on the date the team

20 put it together.  There are assumptions in here, so

21 you should be clear the assumptions are on the

22 volume.  We may not sell that much, so, of course,

23 all those assumptions change.

24      MR. MUINO:  I'm going to mark as Exhibit 26 a

25 document with the Bates label QCARM_7401383.



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 24 of 109 PageID #: 29553

ZIAD ASGHAR  Conf. AEO - 30b6                                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                    205

```
 1                    (Plaintiff's Exhibit 26 was marked

 2     for identification by the deposition officer and is

 3     attached hereto.)

 4     BY MR. MUINO:

 5          Q    Mr. Asghar, do you recognize this as an

 6     e-mail from you to Will Abbey and Paul Williamson

 7     dated March 25th, 2021?

 8          A    Yes.

 9          Q    Your e-mail starting at the top says:

10                    "Thank you for your time

11                yesterday and the opportunity to

12                share again our plans related to

13                Nuvia's engineering work, notably to

14                shift the focus of those engineers

15                from designing data center cores to

16                PC and mobile cores."

17                Do you see that?

18          A    Yes.

19          Q    Prior to the Nuvia acquisition, the Nuvia

20     engineers were working on the data center cores?

21          A    Also called server cores.

22          Q    Also called server cores.  Okay, data

23     center cores are server cores?

24          A    Yes.

25          Q    Those were the        cores for the
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 25 of 109 PageID #: 29554

ZIAD ASGHAR  Conf. AEO - 30b6                                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                    206

1   SOC?

2        A    Yes.

3        Q    At this time was it Qualcomm's plan to

4   discontinue Nuvia's work on the data center cores?

5        MR. BRALY:  Objection.

6        THE WITNESS:  It was not clear at this point in

7   time whether we were going to keep that product line

8   or not.

9   BY MR. MUINO:

10       Q    Subsequently, did work continue on those

11  data center cores after the acquisition?

12       A    We talked about it, but I don't know at

13  what stage acquisition happened and if the work

14  continued on the CPU core versus SOC.  My

15  understanding is there was work on the SOC side and

16  that's why we had a team working on it, but I'm not

17  sure if there was work done on the CPU itself.

18       Q    Understood.  The team may have continued

19  work on the ▮▮▮▮ SOC, but you're not sure they

20  continued work on the ▮▮▮▮▮ core for that SOC?

21       A    That's right.

22       Q    Do you know if the ▮▮▮▮▮ core for the

23  ▮▮▮▮ SOC was finished by the time Nuvia was

24  acquired?

25       A    I don't.



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 26 of 109 PageID #: 29555

ZIAD ASGHAR  Conf. AEO - 30b6                         November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                           207

1       Q    This e-mail is indicating that Qualcomm

2    wanted to shift the focus of those engineers to PC

3    and mobile cores.  Did that happen?

4       MR. BRALY:  Objection.

5       THE WITNESS:  Like I mentioned earlier, our

6    plan in our product lines are PC and mobile.  Along

7    with the total Qualcomm team, we basically focused

8    our efforts on Qualcomm custom cores for our

9    markets, which is PC and mobile.

10   BY MR. MUINO:

11      Q    The PC core that Qualcomm developed was

12   the ██████ core for ████ SOC; is that right?

13      A    Yes.

14      Q    And the mobile core that Qualcomm

15   developed was the ██████ core for the ████ SOC?

16      A    That's right, two different cores.  Like I

17   mentioned in the morning, the ████████ and the

18   ██████████ for mobile.  I should say ██████████

19   and ███ ████████ ██████████

20      ███ MUINO:  I'm going to mark as Exhibit 27 a

21   document with the Bates number QCARM_3965325.

22                (Plaintiff's Exhibit 27 was marked

23   for identification by the deposition officer and is

24   attached hereto.)

25   ///



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 27 of 109 PageID #: 29556

ZIAD ASGHAR  Conf. AEO - 30b6                           November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                           208

1    BY MR. MUINO:

2         Q    Mr. Asghar, do you see this is an e-mail

3    chain from March and April of 2021?

4         A    Uh-huh.

5         Q    The subject is "Approval to Support

6    Additional Request from the Nuvia Engineering Team."

7         A    Yes.

8         Q    Let's go to the e-mail starting at the

9    bottom of the first page.  It's an e-mail from Paul

10   Williamson to you dated March 27, 2021.

11             Do you see that?

12        A    Yes.

13        Q    The first sentence says:

14                  "It has come to my attention

15             that weekly regular calls continue

16             between Nuvia engineering and Arm

17             engineering/FAE teams.  I understand

18             they have also asked for an

19             extension of their AMBAViz

20             evaluation."

21             Do you see that?

22        A    Yes.

23        Q    Do you know what that refers to?

24        MR. BRALY:  Objection; calls for speculation.

25        THE WITNESS:  I don't.  This is -- an



1   engineering person is probably better to address

2   that.

3   BY MR. MUINO:

4        Q     Do you recall this communication from

5   Mr. Williamson to you?

6        A     Yes.

7        Q     Did you understand what he was saying when

8   you looked at this?

9        A     I passed it on to the relevant teams that

10  basically worked on this and the legal team.

11       Q     Do you know what he refers to as "FAE

12  team"?  Do you know what that refers to?

13       MR. BRALY:  Objection; calls for speculation.

14       THE WITNESS:  Because he's a field application

15  engineering team in general engineering terms.  I

16  don't know what it might mean for them.

17  BY MR. MUINO:

18       Q     Field application engineer is what you

19  said?

20       A     Uh-huh.

21       Q     How about the reference to AMBAViz

22  evaluation?  Do you know what that is?

23       A     No.

24       MR. BRALY:  Objection.

25  ///



```
 1   BY MR. MUINO:

 2        Q     Mr. Williamson goes on to say:

 3              "While we can continue to

 4              support the teams as we work towards

 5              mutually beneficial resolution to

 6              the present issues involving your

 7              acquisition of Nuvia, Qualcomm must

 8              agree that such interaction and/or

 9              assistance does not expressly or

10              impliedly waive any of Arm's rights

11              with respect to the new novation."

12              Do you see that?

13        A     Yes.

14        Q     What did you understand Mr. Williamson to

15   mean when he referred to novation?

16        A     Not very clear on it.  Our legal team

17   basically started this in detail.

18        Q     When you received this e-mail did you have

19   an understanding of what he was talking about?

20        A     I had an idea, but I think the legal

21   explanation of this is much better understood by our

22   legal guys that potentially helped me draft the

23   response.

24        Q     At this time when you received this e-mail

25   from Mr. Williamson, were Arm and Qualcomm
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 30 of 109 PageID #: 29559

ZIAD ASGHAR  Conf. AEO - 30b6                          November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                         211

 1  discussing novation?

 2       MR. BRALY:  Objection.

 3       THE WITNESS:  I think he mentions the

 4  resolution part.  We were actually discussing a

 5  settlement at this point in time if I'm not

 6  mistaken.

 7  BY MR. MUINO:

 8       Q    Okay.  If we go to your responsive e-mail

 9  just above that dated March 31st, 2021, and let's

10  start with the first -- the second sentence.  It

11  says:

12            "First, I want to clarify that

13            neither Qualcomm nor Nuvia sought

14            novation."

15            Do you see that?

16       A    Yes.

17       Q    What were you referring to there?

18       A    Really the comment from Paul below, and it

19  was again drafted with our legal team.

20       Q    By this point did you have an

21  understanding of what novation referred to here?

22       A    Not in its full legal terms.

23       Q    You go on to say:

24            "Please refer back to my

25            March 11 correspondence to you and



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 31 of 109 PageID #: 29560

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                   212

 1              you will see the request was for

 2              technical/ministerial consent from

 3              Arm as a function of the change of

 4              control definition of assignment

 5              provision in the Nuvia agreement."

 6              Do you see that?

 7       A     Yes.

 8       Q     Now, when you refer here to the change of

 9   control definition of assignment provision in the

10   Nuvia agreement, were you referring to ▮▮▮▮▮▮▮▮

11   of the Nuvia ALA?

12       MR. BRALY:  Objection.

13       THE WITNESS:  This was really back to what I

14   commented on earlier, which was we were trying to

15   have a smooth acquisition and this is really a part

16   of that same discussion we had.

17   BY MR. MUINO:

18       Q     My question, though, was the statement

19   that you have in this e-mail here to this is, quote,

20   "the change of control definition of assignment

21   provision in the Nuvia agreement."

22              Did that refer to ▮▮▮▮▮▮▮▮  of the

23   Nuvia ALA?

24       A     I'm not sure.

25       Q     Do you recall we previously looked at



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 32 of 109 PageID #: 29561

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                  213

```
 1         ▓▓▓▓▓▓▓▓      of the Nuvia ALA?

 2         A    Yes, we did.

 3         Q    You're not sure whether that's referring

 4    to the same thing?

 5         A    Yes.

 6         Q    When you said the request was for

 7    technical/ministerial consent from Arm, what did you

 8    mean?

 9         A    Again, I think this was back to what I

10    mentioned earlier.  We wanted to have a quick and

11    smooth sort of Nuvia transition and this is really

12    focused around that effort, but Qualcomm ALA is what

13    we have always discussed in our discussions as the

14    main instrument for us to be working under.

15         Q    The second-to-last sentence of that

16    paragraph you say:

17                   "Finally, Qualcomm is not

18              attempting to cause Arm to waive any

19              arguments or rights it might

20              otherwise have as we work towards

21              resolution of any outstanding

22              issues."

23              Do you see that?

24         A    Yes.

25         Q    You wrote that as part of your e-mail here
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 33 of 109 PageID #: 29562

ZIAD ASGHAR  Conf. AEO - 30b6                          November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                          214

```
 1   as well?
 2        A    Yes.
 3        MR. MUINO:  Let me mark as Exhibit 28 a
 4   document with the Bates label QCARM_2417783.
 5               (Plaintiff's Exhibit 28 was marked
 6   for identification by the deposition officer and is
 7   attached hereto.)
 8   BY MR. MUINO:
 9        Q    Mr. Asghar, this document appears to be
10   formatted as an e-mail.  It has your name at the top
11   and also Manu Gulati's name?
12        A    Yes.
13        Q    Do you know if these are chat messages?
14        A    It looks like Microsoft Teams message
15   possibly.
16        Q    Do you make use of Microsoft Teams
17   internally to communicate with your colleagues?
18        A    Yes, I do.
19        Q    The first message here appears to be from
20   you, and it looks like it's dated January 19, 2022.
21   Do you see that?
22        A    Yes.
23        Q    You say:
24               "Do (sic) Arm know that we are
25               using           in        based on our
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 34 of 109 PageID #: 29563

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      215

```
 1              use of the tools"?

 2              Do you see that?

 3      A    I see that.

 4      Q    And there's a follow-up message.  It looks

 5  like you correct the "do" to "does."

 6      A    Yes, from my English teacher.

 7      Q    Why were you asking Mr. Gulati this

 8  question at this time?

 9      A    It's basically really a comparative angle,

10  right?  If we are building our own custom cores to

11  go to          I wanted to understand how much, you

12  know, Arm was aware of what we were doing on our PC

13  products, the details, basically wanting to make

14  sure our differentiation, our advantage was clear

15  and not exposed too soon before we launched the

16  product.

17      Q    Did Mr. Gulati respond to your message?

18      A    I don't think so.

19      Q    Did you discuss this in person with him?

20      A    I don't recall.

21      Q    What was the answer to your question?  Was

22  Arm aware at this time that           was being used

23  in

24      A    I don't think I got an answer.

25      Q    Do you know the answer to the question?
```



```
 1        A     I don't.

 2        Q     At some point in time did Arm become aware

 3   that the  ██████  core was being used in the  ██████

 4   SOC?

 5        MR. BRALY:  Objection; calls for speculation.

 6        THE WITNESS:  I don't know.

 7        MR. MUINO:  I'm going to mark as Exhibit 29 a

 8   document with the Bates number QCARM_346224.

 9                  (Plaintiff's Exhibit 29 was marked

10   for identification by the deposition officer and is

11   attached hereto.)

12   BY MR. MUINO:

13        Q     Mr. Asghar, do you see this is an e-mail

14   chain from April 2021?

15        A     Yes.

16        Q     The subject is "IP/Tools Request List"?

17        A     Yes.

18        Q     Let's look at the second e-mail on this

19   first page that's from Rajiv Gupta.

20              Do you see that?

21        A     Yes.

22        Q     The date is April 21st, 2021?

23        A     Yes.

24        Q     In the first paragraph Mr. Gupta says:

25                  "I'd like to discuss a new
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 36 of 109 PageID #: 29565

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                       217

```
 1                    license request with you.  Below is
 2                    a list of certain Arm technology
 3                    licensed by Nuvia (including
 4                    implementation IP and software
 5                    tools).  Qualcomm is requesting a
 6                    license to this Arm technology under
 7                    Qualcomm's TLA."
 8                    Do you see that?
 9         A     Yes.
10         Q     Were you familiar with this or did you
11    know about this request at this time in April of
12    2021?
13         A     I believe so based on the e-mail, yes.
14         Q     And why was Qualcomm requesting a license
15    to this Arm technology at this time?
16         A     As we basically had started to work on our
17    cores for, I believe, again, I'm not sure, but there
18    were TLA licenses that we have for a lot of IPs
19    under Qualcomm's TLA agreement, and there were some
20    that we did not have on the work that basically was
21    being done for         if I'm understanding this
22    correctly, and we wanted to have those completed.
23         Q     The Arm technology that Qualcomm wanted to
24    license here was for the        SOC; is that your
25    understanding?
```



1       A     That's my understanding.

2       Q     And this was Arm IP that Nuvia had had a

3    license to, but Qualcomm did not?

4       A     That's my understanding.

5       Q     So Qualcomm was looking to license this

6    technology directly from Arm?

7       A     That's right.

8       Q     The technology in question appears to be

9    listed in this table down below.

10            Do you see that?

11      A     Yes.

12      Q     And the first thing that's referred to is

13   Neoverse N1.  Do you know what that is?

14      A     I believe it's a CPU core that Arm offers.

15      Q     Do you know why Qualcomm wanted a license

16   to the Neoverse N1 CPU core?

17      A     I don't know.

18      Q     Do you know what it was used for?

19      A     I don't know.

20      Q     If you look further down the list about

21   eight or nine down, there's a reference to CoreSite

22   SoC-600.

23            Do you see that?

24      A     Yes.

25      Q     Do you know why Qualcomm wanted a license



1    to that?

2         A    I don't.

3         Q    Do you know what that was used for at

4    Qualcomm?

5         A    I don't.

6         Q    You don't know?

7         A    No.

8         Q    Down towards the end of the list on this

9    page, it looks like five from the bottom, there's a

10   reference to Cortex M7.

11             Do you see that?

12        A    Yes.

13        Q    Do you know what that was?

14        A    I'm not sure.

15        Q    Do you know why Qualcomm wanted a license

16   to IP at this time?

17        A    I don't recall.

18        Q    The top e-mail on this first page is from

19   RK Chunduru.  Do you see that?

20        A    Yes.

21        MR. BRALY:  I don't think that's correct.

22        THE WITNESS:  It's "To" actually.

23   BY MR. MUINO:

24        Q    You're correct.  To RK Chunduru.  Do you

25   see that?



Case 1:22-cv-01146-MN Document 439-4 Filed 08/16/24 Page 39 of 109 PageID #: 29568

ZIAD ASGHAR Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      220

```
 1        A    Yes.

 2        Q    And it says:

 3                  "Hi RK.  Forwarding you the

 4              e-mail I sent to Arm this morning

 5              upon Larissa's directive.  Ziad and

 6              Jonathan's legal team have been

 7              working with Arm on the strategy."

 8              Do you see that?

 9        A    Yes.

10        Q    What strategy is being referred to there?

11        MR. BRALY:  Objection.

12        THE WITNESS:  I don't recall, but I think we

13   were discussing the settlement with Arm at this

14   time.

15   BY MR. MUINO:

16        Q    It mentions your name there.  Did you have

17   a role in this process?

18        A    I don't have a legal team so this is

19   interesting, that's for sure.

20        Q    Jonathan, do you know who that refers to?

21        A    Yes.

22        Q    What was his role?

23        A    He's on the legal team.

24        Q    What was his last name?

25        A    Weisser.
```



```
 1        Q    The next sentence says:

 2                   "Request for licenses from Arm

 3              is for non-common IPs.  (QC does not

 4              have licenses)."

 5              Do you see that?

 6        A    Yes.

 7        Q    And, again, you understand that refers to

 8   Arm IP that Nuvia had a license to but Qualcomm did

 9   not?

10        MR. BRALY:  Objection.

11        THE WITNESS:  My understanding, and for ████

12   BY MR. MUINO:

13        Q    Do you know if Qualcomm obtained a license

14   from Arm for these Arm IPs?

15        A    I believe we did.

16        Q    Do you know when that occurred?

17        A    I don't recall.

18        MR. MUINO:  I'm going to mark as Exhibit 30 a

19   document with the Bates number QCARM_3534862.

20                   (Plaintiff's Exhibit 30 was marked

21   for identification by the deposition officer and is

22   attached hereto.)

23   BY MR. MUINO:

24        Q    Mr. Asghar, do you see this is an e-mail

25   chain from September 2021?
```



```
1        A     Yes.

2        Q     And the subject at the top is "Arm

3   Licenses."

4              Do you see that?

5        A     Yes.

6        Q     If you look at the second e-mail on this

7   page it's from Manu Gulati dated September 20th,

8   2021.

9              Do you see that?

10       A     I do.

11       Q     The subject refers to "Request for EIC

12  Approval for Cortex M7 Controller and Coresight

13  SOC600 for Nuvia ███  ███████████████  Sub-System

14  for ████████

15             Do you see that?

16       A     I do.

17       Q     In that title this appears to refer to

18  some of the same Arm IPs that were in the prior

19  exhibit that we looked at, to which Qualcomm was

20  seeking a license from Arm; correct?

21       A     I believe so.

22       Q     And does this reflect as of this time

23  Qualcomm had obtained the license to those IPs?

24       MR. BRALY:  Objection.

25       THE WITNESS:  That's what the e-mail seems to
```



Case 1:22-cv-01146-MN  Document 439-4  Filed 08/16/24  Page 42 of 109 PageID #: 29571

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      223

```
 1   imply.
 2   BY MR. MUINO:
 3        Q    Do you have any understanding as to
 4   whether those IPs were for use in the Nuvia ███
 5   subsystem for ██████
 6        A    I don't know that.
 7        Q    Do you know what the ████████  subsystem
 8   is?
 9        A    It stands for something that I've heard
10   of.  It says ████████████████.
11        Q    The ███ stands for ███████████████?
12        A    I believe so.
13        Q    Do you know what that is?
14        A    It's basically the CPU cluster or the CPUs
15   that go into a particular product.
16        Q    If you look at the top e-mail from
17   Mr. Chunduru to Mr. Amon dated September 21st, 2021,
18   he says:
19                   "FYI, we should be able to
20              close the last IP licenses needed
21              from Arm this week at favorable
22              rates and further reduce any
23              leverage they have over us."
24              Do you see that?
25        A    Yes.
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 43 of 109 PageID #: 29572

ZIAD ASGHAR  Conf. AEO - 30b6                           November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                            224

1    Q   Do you know what he meant by "reduce any
2    leverage they have over us"?
3         MR. BRALY:  Objection; calls for speculation.
4         THE WITNESS:  I don't.
5         MR. MUINO:  I'm going to mark as Exhibit 31 a
6    document numbered QCARM_338883.
7                   (Plaintiff's Exhibit 31 was marked
8    for identification by the deposition officer and is
9    attached hereto.)
10   BY MR. MUINO:
11        Q   Mr. Asghar, do you see this is a letter
12   from Carolyn Herzog at Arm to Gerard Williams dated
13   February 1st, 2022?
14        A   Yes.
15        Q   The second paragraph of this letter says:
16                   "Arm intends to terminate both
17                   agreements for material breach under
18                              of the agreements.
19                   Nuvia violated the assignment
20                   provisions,            of the
21                   agreements by
22
23
24                   Do you see that?
25        A   Yes.



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 44 of 109 PageID #: 29573

ZIAD ASGHAR  Conf. AEO - 30b6                               November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                              225

```
 1        Q    The last sentence of this letter says:
 2                  "This termination will be
 3             effective as of March 1st, 2022."
 4             Do you see that?
 5        A    Yes.
 6        Q    Were you told about this letter on or
 7   around February 1st, 2022?
 8        A    I'm not sure when, but I was told about it
 9   at some point in time.
10        Q    At some point you were informed that Arm
11   had terminated the Nuvia ALA and TLA?
12        A    Yes.
13        Q    After receiving this letter did Qualcomm
14   take any action in light of Arm's decision to
15   terminate the Nuvia agreements?
16        MR. BRALY:  Objection.
17        THE WITNESS:  Of course.  We were quite okay
18   because we have the Qualcomm ALA license and at this
19   point these were Qualcomm teams working on it.  But
20   even to be more careful, as I mentioned in the
21   morning, we actually delayed the ▇▇▇▇ chip by, if
22   I'm not mistaken, almost three months to ▇▇▇▇▇▇▇▇▇
23   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
24   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
25   ///
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 45 of 109 PageID #: 29574

ZIAD ASGHAR  Conf. AEO - 30b6                        November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                        226

```
 1   BY MR. MUINO:
 2       Q    When you say "Qualcomm delayed the ▮▮▮▮
 3   chip by about three months to make ▮▮▮▮▮▮▮▮▮▮▮
 4   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮," what
 5   do you mean by that?
 6       A    The details you can discuss with the
 7   engineers, but basically ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 8   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 9   ▮▮▮▮▮▮.    Three months is a very long time which we
10   incurred because of this very strange step by Arm.
11   Especially in technology, three months means you
12   lose your advantage essentially.    ▮▮▮▮▮ also got
13   delayed and got canceled.
14       Q    With respect to the ▮▮▮▮ chip, which you
15   described as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ were
16   you involved in that process yourself?
17       A    No.
18       Q    Then you said ▮▮▮▮ -- the ▮▮▮▮ SOC was
19   delayed and then was canceled?
20       A    Yes.
21       Q    And did that occur in the aftermath of
22   Qualcomm receiving this letter?
23       A    Yes.
24       Q    I think you testified earlier that ▮▮▮▮▮
25   cancellation was precipitated by Arm's position?
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 46 of 109 PageID #: 29575

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      227

```
1        A     Partially, yes.
2        Q     Were there other considerations in
3   Qualcomm's decision to cancel
4        A     There may have been, but this was a part
5   of it.
6        Q     Are you familiar with the other
7   considerations?
8        A     I don't recall.  This was one of them.
9        Q     What has Qualcomm done with the source
10  code for the                    core?
11       A     I don't know.
12       Q     Has it been disposed of in some way?
13       A     I'm not aware.
14       Q     Apart from the              process that you
15  described with respect to the        chip and the
16  delay and cancellation of        is there anything
17  else that Qualcomm has done in response to Arm's
18  position that was set forth in this February 1st,
19  2022 letter?
20       MR. BRALY:  Objection.
21       THE WITNESS:  This is all that I'm aware of.
22       MR. MUINO:  I'm going to mark as Exhibit 32 a
23  document with the number QCARM-170271.
24              (Plaintiff's Exhibit 32 was marked
25  for identification by the deposition officer and is
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 47 of 109 PageID #: 29576

ZIAD ASGHAR  Conf. AEO - 30b6                     November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                    228

```
 1   attached hereto.)

 2   BY MR. MUINO:

 3        Q    Mr. Asghar, I want to focus your attention

 4   on the second page of this document with the

 5   number 170272.  The second half of that page there's

 6   an e-mail from Manu Gulati dated February 24, 2022.

 7             Do you see that?

 8        A    Yes.

 9        Q    You're one of the recipients of that

10   e-mail?

11        A    Yes.

12        Q    Do you recognize that e-mail?

13        A    Must have been sent to me, yes.

14        Q    The subject here is "Updated SOC to CPU

15   mapping."

16             Do you see that?

17        A    Yes.

18        Q    And there is a chart in this e-mail.  Do

19   you recognize the content of that chart?

20        A    At a high level, yes.

21        Q    What information does that chart contain?

22        MR. BRALY:  Objection.

23        THE WITNESS:  I believe it has the projects

24   that we were working on and some of the details for

25   those projects.
```



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
229





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.





```
 1      Q          ██████████.    What does base mean?   Is
 2   that initial?
 3      A     Yeah.
 4      Q          ████████████████
 5      A     Yes.
 6      Q     The second row says in the   ███████████
 7   ████ and the project is ██████
 8           Correct?
 9      A     Yes.
10      Q     And ███████████████████████████████████
11   ██████████ "  ███████ was going to use the ███████ core;
12   is that correct?
13      A     Qualcomm custom ████████ is what it should
14   say.
15      Q     It doesn't say that, right, it says Nuvia
16   ████████  correct?
17      A     It also says Nuvia ██████████    That is a
18   notation used there for ██████████████.   When he says
19   Nuvia, he means ████████████████████████.
20      Q     The next row refers to "███████  V1"?
21      A     Uh-huh.
22      Q     What does that refer to?
23      A     I think it would mean a follow-on to the
24   ██████  chip.
25      Q     Is that something -- so that's something
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 51 of 109 PageID #: 29580

ZIAD ASGHAR  Conf. AEO - 30b6                                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                    232

 1   different than ▮▮▮▮▮   in the row above it?

 2        A    Like I said, this is a speculative table

 3   created at that time, but there is no ▮▮▮▮▮   that I

 4   know of.

 5        Q    The indication here is that ▮▮▮▮▮   would

 6   have the Nuvia ▮▮▮▮▮   core?

 7        A    It would have the Qualcomm custom ▮▮▮▮▮

 8   ▮▮▮▮   yes.

 9        Q    It says here ▮▮▮▮▮▮▮▮; right?

10        A    At this point in time, as I mentioned, you

11   cannot use a server core or ▮▮▮▮▮▮▮▮ in a PC

12   or a mobile product, so it's very well understood by

13   the people who this e-mail is going to.

14        Q    In your testimony you're trying to edit

15   this e-mail here now.  What the e-mail actually says

16   from February 2022 is ▮▮▮▮▮▮▮; right?

17        A    I'm trying to explain --

18        MR. BRALY:  Objection.

19        THE WITNESS:  -- what the e-mail really means,

20   which is pretty well understood by any of these guys

21   you see there.

22   BY MR. MUINO:

23        Q    The next row refers to ▮▮▮▮▮   25 V1?

24        A    Uh-huh.

25        Q    What is that?



ZIAD ASGHAR  Conf. AEO - 30b6                                November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                              233



18          You do recognize ▮▮▮▮

19          ▮▮▮▮   I do.

20          The next row falls under the category of

21   ▮▮▮▮▮

22          Do you see that?

23          Yes.

24          And the Tier says "PT."  What does that

25   ▮▮▮▮▮



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
234



23   that?



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
235





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
236



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
237





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
238





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
239





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
240





ZIAD ASGHAR  Conf. AEO - 30b6                                November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                              241





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
242





 1      ▮▮▮▮

 2          MR. MUINO:  Why don't we take a break?

 3          THE VIDEOGRAPHER:  Off the record at 3:42 p.m.

 4                  (A recess was taken from 3:42 p.m. to

 5      3:56 p.m.)

 6          THE VIDEOGRAPHER:  On the record at 3:56 p.m.

 7          MR. MUINO:  I'm going to mark as Exhibit 33 a

 8      document with the number QCARM_169739.

 9                  (Plaintiff's Exhibit 33 was marked

10      for identification by the deposition officer and is

11      attached hereto.)

12      BY MR. MUINO:

13          Q    Mr. Asghar, do you see the title of this

14      document is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15      ▮▮▮▮▮▮  6, 2022?

16          A    Yes.

17          Q    It appears to have been presented by Raghu

18      Sankuratri; correct?

19          A    I suspect so.  I don't think I was at this

20      presentation.

21          Q    Have you seen this presentation before?

22          A    I don't think so.  This looks like an

23      engineering presentation.  I don't think I've seen

24      this.

25          Q    Let's go to page 6 of this document.  It's



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 63 of 109 PageID #: 29592

ZIAD ASGHAR  Conf. AEO - 30b6                                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                    244

```
 1    the one that has number 169744 at the bottom.

 2         A    Uh-huh.

 3         Q    It has a chart that says:    ████  █ ████

 4    ████████████    ███████████

 5              Do you see that?

 6         A    Yes.

 7         Q    Do you know what that title refers to?

 8         MR. BRALY:  Objection; calls for speculation.

 9         THE WITNESS:  I don't.

10    BY MR. MUINO:

11         Q    The chart that's on this page, some of the

12    information looks similar to information we saw in

13    the exhibit just a moment ago.  I'd like to go

14    across the columns here to ask you about them.  The

15    first column in this chart says  ████    Is that

16    ████████████?

17         A    Yes.

18         Q    And it looks like the first row of this

19    chart is for the  ████  project.

20              Do you see that?

21         A    Yes.

22         Q    ███n there's a column next to  ████████

23    ██████████████████████████████████

24    Do you know what that refers to?

25         MR. BRALY:  Objection; calls for speculation.
```



```
 1        THE WITNESS:  It would be when an ████████████
 2   ████████████████████████████████████████ is being
 3   used.
 4   BY MR. MUINO:
 5        Q    When you say ██████████████████████" when
 6   it says "Nuvia," that's what you're referring to as
 7   a ████████████████████?
 8        A    For the ██████ or any product after that it
 9   would be the ████████████████████.
10        Q    There's a large section in the middle of
11   this chart at the top that says ██████
12             Do you see that?
13        A    Yes, I do.
14        Q    Is that ██████████████████?
15        MR. BRALY:  Objection.
16        THE WITNESS:  I think right above that it says
17   ████████████████████████████████████████████.
18   BY MR. MUINO:
19        Q    Okay.  Do you know what ██████ stands for
20   there?
21        A    I think we saw it on the previous e-mail.
22        Q    Was it ██████████████████
23        A    I suppose so.
24        Q    Do you have an independent understanding
25   of what the ██████ is?
```



```
 1        A     Yeah.  The general term is the CPU
 2   subsystem.  You have, like I explained in the
 3   morning, we have the two big cores, ████████  and six
 4   medium cores in  ████████  All of those put together is
 5   ████████████████████████████████. That's what it refers
 6   to.
 7        Q     That's referred to as the  ████
 8        A     ██████████     ████████████████████████████
 9        Q     Is that the same thing as NCC?
10        A     Used interchangeably.
11        Q     Underneath  ████ there's a number of
12   different columns.  Do you recognize any of the
13   information in these columns?
14        A     I think this is done by engineering, so
15   better for them to explain it.
16        Q     For example, the very first column under
17   NCC says "Design."  Do you know what that refers to?
18        MR. BRALY:  Objection; calls for speculation.
19        THE WITNESS:  Better for engineering to comment
20   on this.
21   BY MR. MUINO:
22        Q     As I said, this list appears to overlap
23   with the list we had looked ██████████████  ████████████
24   ████████████████████████████████████████████████████████
25   ████████████████████████████████████████████████████████
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 66 of 109 PageID #: 29595

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                    247

 1  progressed at Qualcomm as opposed to the ones that

 2  did not.

 3          Let's start at the top.  "        " the

 4          progressed for a while, but then was

 5  discontinued in 2022?

 6      A    Yes.

 7      Q    And then I won't read through all of them,

 8  but can you go down the list and call out the ones

 9  that actually progressed?

10      MR. BRALY:  Objection.

11      THE WITNESS:  I think we talked about

12  that's the PC product with the

13          .  We talked about        --

14  BY MR. MUINO:

15      Q    That's row two,                    ?

16      A    That's right.

17      Q    Okay.  Go on, please.

18      A    Then we have the                    .   That

19  is the smartphone product we talked about in the

20  morning, and that's the                        with the

21                          that we talked about in the

22  morning.

23          The ones that ring a bell here, and then

24  like we mentioned        has gone through.

25          is in design at this point in time, and



1   ████████   has gone through.  ████████████  is going

2   through a different name.  And some of these are

3   derivatives of what we are thinking, but the names

4   are old.

5        Q    Okay.  Just to summarize that, so the

6   ████████  ██████  in row 2, that's an ███  that has

7   progressed; correct?

8        A    That's right.

9        Q    ██████  ████████████████████  that one has

10  progressed; correct?

11       A    Smartphone product, yes.

12       Q    Down towards the bottom both ████████████and

13  ████████████have either progressed or are in

14  development?

15       A    ████████████is actually done, and ████████████

16  is progressing.

17       Q    ████████is done or is in development?

18       A    ████████is done.

19       Q    ██████████████  is in development?

20       A    ██████████████  is in development.  Actually,

21  ████████  is done too now that I look at it.

22       Q    And I should say ████████ is also done?

23       A    ████████ is pretty much done, but the

24  software still has work to go before we launch.  And

25  these other ones, it's very confusing because the



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 68 of 109 PageID #: 29597

ZIAD ASGHAR  Conf. AEO - 30b6                          November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                           249

 1   ███████████████████████████████████████████

 2   ████████  █████.

 3        MR. MUINO:  I'm going to mark as Exhibit 34 a

 4   document with the number QCARM_7422203.

 5                   (Plaintiff's Exhibit 34 was marked

 6   for identification by the deposition officer and is

 7   attached hereto.)

 8   BY MR. MUINO:

 9        Q    Mr. Asghar, do you see this is an e-mail

10   from you dated March 9, 2022?

11        A    Yes.

12        Q    ████████████████████████████████████████

13   ████████████████████████████████████

14             ██████████████████

15        █    █████

16        █    ███████████████

17        █    ████████████████████████

18        █    ██████████████

19        █    █████

20        █    ████████████████████

21        █    ████████████████████████

22        █    █████████████████████████████

23   ██████████████████████

24        █    ██████████████████

25        █    █████████████████████████



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
250



ZIAD ASGHAR Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
251





Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 71 of 109 PageID #: 29600

ZIAD ASGHAR  Conf. AEO - 30b6                          November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                          252

1      Q    ████████    ████████████████████████████

2    ████████████████████████████████████████████████

3        █.    ████████    ████████████████████████

4         MR. MUINO:  I'm going to mark as Exhibit 35 a

5    document with the number QCARM_3962813.

6                   (Plaintiff's Exhibit 35 was marked

7    for identification by the deposition officer and is

8    attached hereto.)

9    BY MR. MUINO:

10        Q    Mr. Asghar, do you see this is an e-mail

11   from Catherine Baker dated August 15, 2022?

12        A    That's right.

13        Q    And the subject is "Heads Up: Internal

14   Email on QC Next Gen CPU Name."

15             Do you see that?

16        A    Yes.

17        Q    Do you recognize this e-mail?

18        A    I do.

19        Q    You're one of the people to whom this is

20   addressed; correct?

21        A    That's right.

22        Q    And Ms. Baker says:

23                 "Happy Monday.  Quick heads up

24             that the below internal email will

25             be sent out tomorrow by Gerard



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 72 of 109 PageID #: 29601

ZIAD ASGHAR  Conf. AEO - 30b6                        November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                         253

```
 1              Williams announcing the name of our
 2              next gen CPU family, Qualcomm
 3              ████."
 4              Do you see that?
 5      A    Yes.
 6      Q    That's ████ spelled with a y; correct?
 7      A    Correct, ███████  uh-huh.
 8      Q    What is the ████ family?
 9      A    So all the processors, the custom cores
10    that we are developing in Qualcomm, they fall under
11    the umbrella of Qualcomm ████   So ███████ product
12    for PC automotive and ██████  family and future
13    families of CPUs, all of them we call Qualcomm
14    ██████
15      Q    So the name ████ is the family name for
16    the cores?
17      A    Yes, CPU cores.
18      Q    And it includes ██████ and ███████ cores?
19      A    And future cores.
20      Q    Are there any future cores that are in the
21    planning stages right now?
22      A    Still early, but yeah, we're, of course,
23    discussing that.
24      Q    Is there a core, future core, called
25    ██████
```



```
 1        A     Yes.

 2        Q     And is that in development right now?

 3        A     It's being planned and debated as the

 4   performance level of it and so on and so forth.

 5        Q     Is          intended to be a successor to

 6

 7        A     That's right.

 8        Q     Are there any other future cores that are

 9   being planned?

10        A     There's a family after that as well, I

11   believe.  I don't know what name the guys settled

12   on, but there's another family after        also

13   that we were discussing.

14        Q     Specifically the name        refers to the

15   family of cores as opposed to the SOCs?

16        A     That's right.  It's not an SOC, it's a

17   family of CPU technologies that we will be launching

18   in time.

19        MR. MUINO:  Just for the record, that        was

20   with a "y" the last time I referred to it, sorry.

21             Okay, I'm going to mark as Exhibit 36 a

22   document with the number QCARM_222061.

23                  (Plaintiff's Exhibit 36 was marked

24   for identification by the deposition officer and is

25   attached hereto.)
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 74 of 109 PageID #: 29603

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                    255

1   BY MR. MUINO:

2        Q    Do you recognize this as an e-mail from

3   Christopher Patrick dated July 22nd, 2022?

4        A    Yes.

5        Q    And the subject here is "Custom CPU

6   Update."

7             Is that correct?

8        A    Yes.

9        Q    If you look at the bottom of this first

10  page you see an e-mail from you dated July 8th,

11  2022; correct?

12       A    Yes.

13       Q    And you say:

14

15

16

17

18

19

20

21       A

22       Q

23

24

25



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
256





Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 76 of 109 PageID #: 29605

ZIAD ASGHAR  Conf. AEO - 30b6                                November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                              257

```
 1   performance.
 2        Q    You're saying here in this e-mail ██████
 3   ████████████████████████████████████████████████
 4   ██████████████████   ██████ core; is that right?
 5        A    Yes.
 6        Q    Why was that a concern to Qualcomm?
 7        A    I had mentioned earlier, we are very
 8   objective about choosing our ████   ██████████████
 9   ██████████████████████   ████████████████████████
10   ████████████████████████████████████████████
11   ████████   ████████████████████████████████
12        My job as a part manager is to make sure
13   that I provide the right █████████████████████████
14   ███████████████████████████   This was saying
15   that, well, you're doing this ████████████████████
16   for ██████   I want it to be better.
17        Q    If the ███████████████   was actually better
18   than the ████████   ██████ core, would Qualcomm have
19   considered licensing the Arm core instead?
20        MR. BRALY:  Objection.
21        THE WITNESS:  We always discuss with Arm and,
22   like I said, internally we always do make-versus-buy
23   analysis from a product perspective if we are
24   looking at making the technology versus licensing.
25   So we would, of course, do that assessment.
```



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
258





Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 78 of 109 PageID #: 29607

ZIAD ASGHAR  Conf. AEO - 30b6                     November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                     259



1    "███████  ████████

2          ████████████████████

3          ████████  ████████████

4          ████████████████████

5          ██████████ ▲ ████ ██████████

6          ██████████████████████

7          ████████████████

8    A     ████████████████ ██████ ████████████

9    ████ ██████████████████████ ████

10   ████████████████████████████

11   ██████████████████████████████

12   ████ ████████████████████████████

13   ████████████████████ ████████████

14   ██████████████████████████████

15   ████████████ ████████████████████

16   ████████ ████████ ████████

17         MR. MUINO:   I'm going to mark as Exhibit 37 a

18   document with the number QCARM_3461370.

19                    (Plaintiff's Exhibit 37 was marked

20   for identification by the deposition officer and is

21   attached hereto.)

22   BY MR. MUINO:

23       Q    Do you see this is an e-mail at the top

24   from someone named Vinesh Sukumar to you dated

25   August 23rd, 2022?



```
 1        A     That's right.

 2        Q     Who is Mr. Sukumar?

 3        A     He's my AI software.

 4        Q     AI software lead?

 5        A     He's on my team as artificial intelligence

 6   software lead.

 7        Q     Subject of this e-mail thread is "▮▮▮▮▮

 8   has Taped-out!!!"

 9              Do you see that?

10        A     Yes.

11        Q     What is ▮▮▮▮▮

12        A     This is the core name for ▮▮▮▮.  Another

13   core name.

14        Q     Is that a Qualcomm code name for ▮▮▮▮▮

15        A     It's a ▮▮▮▮▮▮▮ code name for ▮▮▮▮▮

16        Q     Is ▮▮▮▮▮▮ one of Qualcomm's customers

17   for the ▮▮▮ SOC?

18        A     Yes.

19        Q     It looks like the original e-mail coming

20   in this chain is coming from somebody at ▮▮▮▮▮▮▮

21   correct?

22        A     Uh-huh.

23        Q     So this e-mail from August of 2022, this

24   chain is saying the ▮▮▮ SOC that ▮▮▮▮▮▮ is

25   using had taped out?
```



1      A    Uh-huh.

2      Q    Do you know what ▮▮▮▮▮▮ product the

3  ▮▮▮▮ SOC is going into?

4      A    Some of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5  from my understanding.

6      Q    The ▮▮▮▮▮▮▮▮▮▮▮▮?

7      A    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

8      Q    The name ▮▮▮▮ refers just to ▮▮▮ SOC,

9  or does it refer to something specific in

10  Micros▮▮▮▮ product?

11      A    I'm not sure if they make a distinction,

12  but I think of it as ▮▮▮▮▮

13      Q    To your knowledge was ▮▮▮▮▮ produced by

14  TSMC?

15      A    Yes.

16      Q    Was ▮▮▮▮▮▮ the first Qualcomm customer

17  to use the ▮▮▮▮ SOC?

18      MR. BRALY:  Objection.

19      THE WITNESS:  As I mentioned earlier, ▮▮▮▮ is

20  not commercial at this point in time, so there

21  aren't any products that have launched based on

22  ▮▮▮▮.

23  BY MR. MUINO:

24      Q    Was ▮▮▮▮▮▮ the first customer to tape

25  out the ▮▮▮▮ SOC?



```
 1        MR. BRALY:  Objection.
 2        THE WITNESS:      █████  SOC was taped out by
 3   Qualcomm.  Again, they just used SOC.  They had been
 4   working with us so they were quite excited, but the
 5   tape out is done by Qualcomm, one of the customers
 6   is Microsoft.
 7   BY MR. MUINO:
 8        Q    So when they say -- when they say there is
 9   a tape out of ██████, Qualcomm tapes out the ██████
10   SOC, sells that SOC to ██████████ and ██████████ puts
11   it into its product; is that right?
12        A    That's right.
13        Q    So what were they taping out here with
14   ██████████
15        A    They're just informing their internal
16   teams that ██████████ has taped out, which is ██████ so
17   this is a ██████████ gentleman sending a note to his
18   team that this collaboration, this work with
19   Qualcomm, the chip has taped out.
20        Q    Understood.  To your knowledge has
21   ██████████ put ██████ into any of its products yet?
22        A    There is nothing commercial at this point,
23   but we're discussing with customers, including
24   ██████████.
25        Q    ██████████s intention to your knowledge is
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 82 of 109 PageID #: 29611

ZIAD ASGHAR  Conf. AEO - 30b6                                November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                              263

```
 1   to use the  ████  SOC in its  ████████████████
 2        MR. BRALY:  Objection.
 3        THE WITNESS:  That's my understanding.
 4   BY MR. MUINO:
 5        Q    Apart from ███████████, what other customers
 6   does Qualcomm have for the ████ SOC at this point?
 7        A    We're working with all the PC
 8   manufacturers.
 9        Q    Can you give me some examples?
10        A    ████ ███ ██████.  You know, the usual
11   names.
12        Q    ████ ███ ██████ you said?
13        A    Yes.
14        Q    ████████████████████████████████████
15   ████ ██████ █████
16        ████ ██████ ████████
17   ███████████ █████████████████ █████
18   ███████████████████████████████████
19   ████████████████████████████████
20   ████████████████████████
21   ████████████
22      █ ██████████████████████████████
23   ████████████████████████████████ █████
24   ████
25      █ ████████████████████████████████████,
```


ESQUIRE
DEPOSITION SOLUTIONS

ZIAD ASGHAR  Conf. AEO - 30b6                          November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                          264

1  ███████████████████████████████████

2  ███████████████████

3        █     ████████████████████████████████

4  ██████████████████   ████████   ██████

5        █     █ ███████

6        █     ████████████████   █████████

7        █     ████████████████

8        MR. MUINO:  I'm going to mark as Exhibit 38 a

9  document with the number QCARM_340000.

10                (Plaintiff's Exhibit 38 was marked

11  for identification by the deposition officer and is

12  attached hereto.)

13  BY MR. MUINO:

14      Q    Mr. Asghar, you see your name at the top

15  of this document?

16      A    Yes.

17      Q    And this appears as if it might be a

18  Microsoft Teams chat?

19      A    That's right.

20      Q    You see in the chat your name is

21  appearing; correct?

22      A    Yes.

23      Q    And you appear to be conversing with

24  somebody named Tjas?

25      A    Tjas.



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 84 of 109 PageID #: 29613

ZIAD ASGHAR  Conf. AEO - 30b6                           November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                           265

```
 1        Q     Krishnamohan?

 2        A     Yes.

 3        Q     That's K-r-i-s-h-n-a-m-o-h-a-n, first name

 4   T-j-a-s.  Who is that, sir?

 5        A     Tjas is one of our sales team members.

 6        Q     Okay.  He appears to be messaging you and

 7   says "Ziad quick im?"

 8        A     Yes.

 9        Q     You say sure.  The third one he says:

10                   "How much royalty do we pay Arm

11              (ball park) on client and server?"

12              Do you see that?

13        A     Yes.

14        Q     Then a few down from that you ask him

15   "What is this for?"  Do you see that?

16        A     Uh-huh.

17        Q     He says:

18

19

20

21

22        A

23        Q

24

25
```



ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
266





ZIAD ASGHAR  Conf. AEO - 30b6
ARM, LTD. V. QUALCOMM INC.

November 08, 2023
267







Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 88 of 109 PageID #: 29617

ZIAD ASGHAR  Conf. AEO - 30b6                          November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                          269

```
 1   BY MR. MUINO:

 2        Q    ████████, █████████████████████, █████████████

 3   ████████

 4        MR. BRALY:  Objection.

 5        THE WITNESS:  Yes.

 6   BY MR. MUINO:

 7        Q    ████████████████████████████, ████████████████

 8   ██████████████████

 9        A    Yes.

10        MR. MUINO:  I'm going to mark as Exhibit 39 a

11   document with the number QCARM_221912.

12                    (Plaintiff's Exhibit 39 was marked

13   for identification by the deposition officer and is

14   attached hereto.)

15   BY MR. MUINO:

16        Q    Mr. Asghar, do you see this is an e-mail

17   chain from November of 2022?

18        A    Yes.

19        Q    And you are a participant in this e-mail

20   chain?

21        A    Uh-huh.

22        Q    The subject is "Arm's Impact on

23   hyperscalers."

24             Do you see that?

25        A    Yes.
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 89 of 109 PageID #: 29618

ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                      270

1      Q    Let's go to page 2.  The oldest e-mail in

2    the chain is from Jim Thompson on November 20th,

3    2022.

4           Do you see that?

5      A    Yes.

6      Q    It starts out by saying:

7               "It seems clear that Masa is

8           planning on massive price increases

9           for TLA based Arm processors across

10          the board."

11          The reference to Masa there, do you

12   understand what that refers to?

13     MR. BRALY:  Objection.

14     THE WITNESS:  Yes.

15   BY MR. MUINO:

16     Q    Who is that?

17     A    I believe the head of SoftBank.

18     Q    Is that Masayoshi Son?

19     A    Yes.

20     Q    Is Mr. Thompson to your knowledge accurate

21   that Arm was planning price increases as stated in

22   this sentence?

23     A    We had gotten quotes from Arm so, yes, he

24   was on that.

25     Q    In the second paragraph he says:



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 90 of 109 PageID #: 29619

ZIAD ASGHAR  Conf. AEO - 30b6                          November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                          271

```
 1                   "What this means:  No. 1, I
 2             think there could be a resurgence of
 3             demand for CPU designers and we
 4             could become a target."
 5             Do you see that?
 6       A    Yes.
 7       Q    Do you have an understanding of what he
 8   meant?
 9       MR. BRALY:  Objection.
10       THE WITNESS:  Just meant that we have a very
11   good CPU team and this is a skill that's in demand.
12   BY MR. MUINO:
13       Q    So he was flagging that Qualcomm CPU
14   designers could be hired away by someone else?
15       A    Possibly.
16       Q    At the bottom he says:
17                   "Is this crazy?  Does this
18             change how we should think about
19             both        and our CPU team?"
20             Did you understand what he was referring
21   to?
22       A    It's not clear to me.
23       Q    The price increases that he's describing
24   in this e-mail, did that change Qualcomm's thinking
25   with respect to the        SOC?
```



Case 1:22-cv-01146-MN   Document 439-4   Filed 08/16/24   Page 91 of 109 PageID #: 29620

ZIAD ASGHAR  Conf. AEO - 30b6                               November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                              272

1        A    No, because ▮▮▮▮ was for the server

2    space, but he's talking about, I think, just in

3    general.

4        Q    He refers here to ▮▮▮▮ right, with an

5    "i"?

6        A    Yeah, I don't quite understand what he

7    means.

8        Q    All right.  Let's take a break.

9        THE VIDEOGRAPHER:  Off the record at 4:38 p.m.

10              (A recess was taken from 4:38 p.m. to

11    4:49 p.m.)

12       THE VIDEOGRAPHER:  On the record at 4:49 p.m.

13    BY MR. MUINO:

14       Q    Mr. Asghar, thank you for your time today.

15    I have no further questions.

16       A    Thank you.

17       MR. BRALY:  I have no questions for the

18    witness.

19       THE VIDEOGRAPHER:  This concludes today's

20    proceedings.  We're off the record 4:49 p.m.

21              (The deposition session was adjourned at

22    4:49 p.m.)

23

24

25



ZIAD ASGHAR  Conf. AEO - 30b6                              November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                              273

```
 1                  C E R T I F I C A T E

 2

 3   STATE OF CALIFORNIA    )
                            )   ss.
 4   COUNTY OF ORANGE       )

 5

 6           I, KIMBERLY C. REICHERT, holder of Certificate

 7   Number CSR 10986, issued by the Court Reporters Board of

 8   California, do hereby certify that I was authorized to

 9   and did report said remote teleconference deposition in

10   stenotype; and that the foregoing pages are a true and

11   correct transcription of my shorthand notes of said

12   remote teleconference deposition.

13           I further certify that said remote

14   teleconference deposition was taken at the time and

15   place hereinabove set forth and that the taking of

16   said remote teleconference deposition was commenced

17   and completed as hereinabove set out.

18           I further certify that I am not attorney or

19   counsel of any of the parties, nor am I a relative or

20   employee of any attorney or counsel of any party

21   connected with the action, nor am I financially

22   interested in the action.

23           The foregoing certification of this transcript

24   does not apply to any reproduction of the same by any

25   means unless under the direct control and/or direction
```



ZIAD ASGHAR  Conf. AEO - 30b6                                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                                    274

1   of the certifying reporter.

2

3   Dated this date:   November 21, 2023.

4

5                           *Kim Reichert*

6                           _____
                            KIMBERLY C. REICHERT, CSR No. 10986
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1                        DEPOSITION ERRATA SHEET

 2

 3    Our Assignment No. J10465669

 4    Case Caption:  ARM LTD. vs. QUALCOMM INC., ET AL.

 5

 6

 7

 8             DECLARATION UNDER PENALTY OF PERJURY

 9

10             I ZIAD ASGHAR,

11    declare under penalty of perjury that I have read the

12    entire transcript of my Deposition taken in the

13    captioned mater or the same has been read to me, and the

14    same is true and accurate, save and except for changes

15    and/or corrections, if any, as indicated by me on the

16    DEPOSITION ERRATA SHEET hereof, with the understanding

17    that I offer these changes as if still under oath.

18             Signed on the _____ day of

19    _____, 20 ____.

20

21    _____

22       ZIAD ASGHAR

23

24

25
```



ZIAD ASGHAR  Conf. AEO - 30b6                    November 08, 2023
ARM, LTD. V. QUALCOMM INC.                                    276

```
 1              DEPOSITION ERRATA SHEET

 2    Page No. _____ Line No. _____ Change to: _____

 3    _____

 4    Reason for change: _____

 5    Page No. _____ Line No. _____ Change to: _____

 6    _____

 7    Reason for change: _____

 8    Page No. _____ Line No. _____ Change to: _____

 9    _____

10    Reason for change: _____

11    Page No. _____ Line No. _____ Change to: _____

12    _____

13    Reason for change: _____

14    Page No. _____ Line No. _____ Change to: _____

15    _____

16    Reason for change: _____

17    Page No. _____ Line No. _____ Change to: _____

18    _____

19    Reason for change: _____

20    Page No. _____ Line No. _____ Change to: _____

21    _____

22    Reason for change: _____

23

24    SIGNATURE: _____ DATE: _____

25              Witness
```



1               DEPOSITION ERRATA SHEET

2    Page No. _____ Line No. _____ Change to: _____

3    _____

4    Reason for change: _____

5    Page No. _____ Line No. _____ Change to: _____

6    _____

7    Reason for change: _____

8    Page No. _____ Line No. _____ Change to: _____

9    _____

10   Reason for change: _____

11   Page No. _____ Line No. _____ Change to: _____

12   _____

13   Reason for change: _____

14   Page No. _____ Line No. _____ Change to: _____

15   _____

16   Reason for change: _____

17   Page No. _____ Line No. _____ Change to: _____

18   _____

19   Reason for change: _____

20   Page No. _____ Line No. _____ Change to: _____

21   _____

22   Reason for change: _____

23

24   SIGNATURE: _____ DATE: _____

25                   Witness



# Exhibit 12

# Arm® Architecture Reference Manual

## for A-profile architecture



Copyright © 2013-2024 Arm Limited or its affiliates. All rights reserved.
ARM DDI 0487K.a (ID032224)

**Proprietary Notice**

This document is protected by copyright and other related rights and the practice or implementation of the information contained in this document may be protected by one or more patents or pending patent applications. No part of this document may be reproduced in any form by any means without the express prior written permission of Arm. **No license, express or implied, by estoppel or otherwise to any intellectual property rights is granted by this document unless specifically stated.**

Your access to the information in this document is conditional upon your acceptance that you will not use or permit others to use the information for the purposes of determining whether implementations infringe any third party patents.

THIS DOCUMENT IS PROVIDED "AS IS". ARM PROVIDES NO REPRESENTATIONS AND NO WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, SATISFACTORY QUALITY, NON-INFRINGEMENT OR FITNESS FOR A PARTICULAR PURPOSE WITH RESPECT TO THE DOCUMENT. For the avoidance of doubt, Arm makes no representation with respect to, and has undertaken no analysis to identify or understand the scope and content of, patents, copyrights, trade secrets, or other rights.

This document may include technical inaccuracies or typographical errors.

TO THE EXTENT NOT PROHIBITED BY LAW, IN NO EVENT WILL ARM BE LIABLE FOR ANY DAMAGES, INCLUDING WITHOUT LIMITATION ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES, HOWEVER CAUSED AND REGARDLESS OF THE THEORY OF LIABILITY, ARISING OUT OF ANY USE OF THIS DOCUMENT, EVEN IF ARM HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

This document consists solely of commercial items. You shall be responsible for ensuring that any use, duplication or disclosure of this document complies fully with any relevant export laws and regulations to assure that this document or any portion thereof is not exported, directly or indirectly, in violation of such export laws. Use of the word "partner" in reference to Arm's customers is not intended to create or refer to any partnership relationship with any other company. Arm may make changes to this document at any time and without notice.

This document may be translated into other languages for convenience, and you agree that if there is any conflict between the English version of this document and any translation, the terms of the English version of the Agreement shall prevail.

The Arm corporate logo and words marked with ® or ™ are registered trademarks or trademarks of Arm Limited (or its affiliates) in the US and/or elsewhere. All rights reserved. Other brands and names mentioned in this document may be the trademarks of their respective owners. You must follow the Arm's trademark usage guidelines http://www.arm.com/company/policies/trademarks.

Copyright © 2013-2024 Arm Limited (or its affiliates). All rights reserved.

Arm Limited. Company 02557590 registered in England.
110 Fulbourn Road, Cambridge, England CB1 9NJ.

(LES-PRE-20349 version 21.0)

In this document, where the term Arm is used to refer to the company it means "Arm or any of its affiliates as appropriate".

 **Note**

The term Arm can refer to versions of the Arm architecture, for example Armv8 refers to version 8 of the Arm architecture. The context makes it clear when the term is used in this way.

**Confidentiality Status**

This document is Non-Confidential. The right to use, copy and disclose this document may be subject to license restrictions in accordance with the terms of the agreement entered into by Arm and the party that Arm delivered this document to.

**Product Status**

The information in this document is final, that is for a developed product.

The information in this manual is at EAC quality, which means that all features of the specification are described in the manual.

This document includes the A-profile system registers, instructions and pseudocode corresponding to the 2022-12 version of the A-profile XML published on developer.arm.com. The register descriptions relating to feature FEAT_MEC are at Alpha quality. Alpha quality means that most major features of the specification are described in the manual, some features and details might be missing.

**Web Address**

http://www.arm.com

# Exhibit 13



Dictionary.com    Thesaurus.com

≡    | Start typing any word or phrase                🔍 |

View synonyms for **embody** ↗

| American | **British** |

# embody  🔊  ☆

[ em-**bod**-ee ]    ◉ Phonetic (Standard)   ○ IPA

## verb (used with object), *em·bod·ied, em·bod·y·ing.*

1  to give a concrete form to; express, personify, or exemplify in concrete form:
   *to embody an idea in an allegorical painting.*

2  to provide with a <u>body</u> incarnate; make corporeal:
   *to embody a spirit.*

3  to collect into or include in a body; <u>organize</u>; <u>incorporate</u>.

4  to embrace or comprise.







**Discover More**

## Other Words From

- em·**bod**·i·er *noun*
- pre·em·**bod**·y *verb (used with object)* **preembodied preembodying**

Advertisement

• **re·em·bod·y** verb (used with object) reembodied reembodying

Discover More

## Word History and Origins

### Origin of **embody**[1]

First recorded in 1540–50; em-[1] + body

Discover More

## Example Sentences

Rambeau completely embodies the spirit of Captain Marvel with her commanding presence and that's why Parris' portrayal of her has so rapidly grabbed the attention of viewers week after week.

From Essence.com

That's also a very sexy trope that girls don't necessarily get to embody.

From Vox

In the dark days of the Second World War, he fought for freedom, and in the face of the country's deepest postwar crisis, he united us all, he cheered us all up, and he embodied the triumph of the human spirit.

From Washington Post

Instead of worrying about her own pain or concerns, she explains that this connection to Jennifer and the chance to embody the action of giving helped her get out of her own head and into her heart.

From Time

Both species, he insists, are singularly embodied in Vladimir Putin.

From Time

Long before rehearsals began, Sharp started to embody Christopher.

From The Daily Beast

When it came to casting Escobar, Di Stefano had to find a strong actor who could embody the brutality of the late kingpin.

From The Daily Beast

It was oh-so subtle, but he began to embody his grandfather and his father.

From The Daily Beast

We can never know the degree to which these women actively choose to embody this ideal, or how "real" it may or may not be.

From The Daily Beast

Without the tension between good and evil—and without protagonists to embody that moral polarity—a lesser show would go slack.

From The Daily Beast

How much of the imagination, how much of the intellect, evaporates and is lost while we seek to embody it in words!

From Project Gutenberg

Advertisement

They embody in themselves the uppermost thought of the era that was dawning when they were written.

From Project Gutenberg

The "principles of 1907" embody the doctrine of a mutual obligation between the individual and the community.

From Project Gutenberg

Stated, it reads: All persons who embody noble thoughts in verse form are poets.

From Project Gutenberg

That widespread enchantment seemed to concentre and embody itself mysteriously in her; she became its living manifestation.

From Project Gutenberg

Advertisement

Discover More

## Related Words

- demonstrate
- epitomize
- exemplify
- exhibit
- express
- illustrate
- incorporate
- manifest
- mirror
- personify
- realize
- stand for
- symbolize
- typify

**WORD OF THE DAY** 🔊
AUGUST 06, 2024

# zarzuela

[zahr-**zwey**-luh]
Meaning and examples

Start each day with the Word of the Day in your inbox!

Enter your email address

Sign Up

By clicking "Sign Up", you are accepting Dictionary.com Terms & Conditions and Privacy Policies.

Advertisement

Quiz



Q: Which reptile gets its name from the Spanish word for "the lizard" (making it THE reptile to watch out for)?

crocodile

alligator

iguana

Take the full quiz.

**Go to all quizzes**

< **embodiment**                                                                 **emboîté** >

## Browse

# Aa Bb Cc Dd Ee Ff Gg Hh Ii Jj Kk Ll Mm Nn Oo Pp Qq Rr Ss Tt Uu Vv Ww Xx Yy Zz

About

Careers

Contact us

Advertisement

Case 1:22-cv-01146-MN    Document 438-4    Filed 08/16/24    Page 105 of 109 PageID #: 29634

Cookies, terms, & privacy

Do Not Sell or Share My Personal Information

Get the Word of the Day every day!

Enter your email address                    **Sign up**

By clicking "Sign Up", you are accepting Dictionary.com
Terms & Conditions and Privacy Policies.

My account

© 2024 Dictionary.com, LLC

Advertisement

# Exhibit 14

Ann Chaplin
General Counsel and Corporate Secretary
Qualcomm Incorporated
5775 Morehouse Drive
San Diego, CA 92121



29 April 2022

Dear Ann:

Thank you for your April 1, 2022, response to Arm's termination letters, including the enclosed NuVia certification. Consistent with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ctions and▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ Arm understands that the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as well.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Given your position that unspecified preservation obligations preclude ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ (as defined by the relevant agreements), Arm will proceed similarly with respect to any ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (as defined) in its possession. Nonetheless, we will ask our attorneys to reach out to you to understand the nature of the material that is being preserved and how it is being preserved.

Sincerely,

Spencer Collins
Arm Limited
110 Fulbourn Road
Cambridge, CB1 9NJ, United Kingdom

cc: Gerard Williams III, NuVia

CONFIDENTIAL

# Exhibit 15

Ann Chaplin
General Counsel and Corporate Secretary
Qualcomm Incorporated
5775 Morehouse Drive
San Diego, CA 92121



2 August 2022

Dear Ann,

We write further regarding our concerns that Qualcomm is not appreciating the consequences of its invasion of Arm's rights in connection with Qualcomm's impermissible attempt to assign NuVia's ALA following Qualcomm's acquisition of NuVia.



Despite the parties' agreement that the NuVia ALA has been terminated, Qualcomm has repeatedly stated that it intends to market products implementing NuVia technology. But after termination, Qualcomm is not authorized to make, use, sell, or import a product incorporating ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇.

Use of the NuVia designs or ▇▇▇▇▇ violates the license agreement and any resulting products will not be protected by any existing license agreement. Neither Qualcomm nor its customers are licensed to use any part of Arm's broad intellectual property portfolio with respect to such products. Arm will use all necessary means to protect its legal rights.

Sincerely,

Spencer Collins
Arm Limited
110 Fulbourn Road
Cambridge, CB1 9NJ, United Kingdom

cc:     Gerard Williams III, NuVia

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY