IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARM LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1146 (MN) |
| | ) | |
| QUALCOMM INC., QUALCOMM | ) | **REDACTED – PUBLIC VERSION** |
| TECHNOLOGIES, INC. and NUVIA, INC., | ) | **Original Filing Date: August 21, 2024** |
| | ) | **Redacted Filing Date: August 28, 2024** |
| Defendants. | ) | |

**DECLARATION OF CATHERINE NYARADY IN SUPPORT OF DEFENDANTS'
REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

I, Catherine Nyarady, declare under penalty of perjury that the following is true and correct: I am an attorney at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel of record for Qualcomm Inc., Qualcomm Technologies, Inc. and Nuvia, Inc. (collectively, "Defendants") in the above-captioned action. I am a member in good standing of the State Bar of New York and was admitted to practice before this Court *pro hac vice* on April 6, 2023. I am competent to testify to the matters stated herein, have personal knowledge of the facts and statements in this declaration, and each of the facts and statements is true and correct.

1. Attached hereto as **Exhibit 1** is a true and correct copy of the transcript from Arm's July 31, 2024 investor call, titled "Arm First Quarter Fiscal Year 2025."

2. Attached hereto as **Exhibit 2** is a true and correct copy of Arm's FYE25 - Q1 Shareholder Letter, dated July 31, 2024.

3. Attached hereto as **Exhibit 3** is a true and correct copy of a Microsoft press release titled "Introducing Copilot+ PCs," dated May 20, 2024.

4. Attached hereto as **Exhibit 4** is a true and correct copy of an email chain between Andrew Howard, Ivan Knez, and Paul Williamson dated May 26, 2021 through May 27, 2021, Bates numbered ARM_01294035.

5. Attached hereto as **Exhibit 5** is a true and correct copy of a presentation drafted by Arm titled ▮▮▮▮▮▮▮▮ Bates numbered ARM_01266931.

6. Attached hereto as **Exhibit 6** is a true and correct copy of a presentation drafted by Arm, Bates numbered ARM_00097388.

7. Attached hereto as **Exhibit 7** is a true and correct copy of ▮▮▮▮▮▮▮▮

8. Attached hereto as **Exhibit 8** is a true and correct copy of ▮▮▮▮▮▮▮▮

9. Attached hereto as **Exhibit 9** is a true and correct copy of a letter from Melissa Felder Zappala, dated July 24, 2023.

10. Attached hereto as **Exhibit 10** is a true and correct copy of an email chain between Anna Gressel, Sarah Brickey, Melissa Zappala Felder, et al. dated August 28, 2023 through December 3, 2023.

11. Attached hereto as **Exhibit 11** is a true and correct copy of a Technology License Agreement between ▮▮▮▮▮▮▮▮, dated December 24, 2023, Bates numbered QCARM_3434486.

2

      12.      Attached hereto as **Exhibit 12** is a true and correct copy of the March 7, 2024 hearing transcript.

      13.      Attached hereto as **Exhibit 13** is a true and correct copy of an email chain between Richard Grisenthwaite, Vivek Agrawal, et al. dated February 3, 2022, Bates numbered ARM_00044602.

      14.      Attached hereto as **Exhibit 14** is a true and correct copy of Arm's Objections and Responses to Qualcomm's Third Set of Interrogatories, dated November 9, 2023.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 21st day of August, 2024, in New York, New York.

                                      */s/ Catherine Nyarady*
                                      Catherine Nyarady

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2024, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 21, 2024, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Robert M. Vrana, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Joyce Liou, Esquire<br>Lydia Davenport, Esquire<br>Daralyn J. Durie, Esquire<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Erik J. Olson, Esquire<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Scott F. Llewellyn, Esquire<br>Sarah E. Brickey, Esquire<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO  80202-5638<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Daniel P. Muino, Esquire<br>Reebehl G. El-Hage, Esquire<br>David Nathaniel Tan, Esquire<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW, Suite 900<br>Washington, D.C. 20037<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Nicholas Rylan Fung, Esquire<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA 90017<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Kyle W.K. Mooney, Esquire<br>Kyle D. Friedland, Esquire<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY 10019<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Michael J. DeStefano, Esquire<br>MORRISON & FOERSTER LLP<br>600 Brickell Avenue, Suite 1560<br>Miami, FL 33131<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)