# Exhibit 5



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



ARM_01266932

Proposal [Things changing highlighted]



arm

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266934



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266935



Simon and Rene

**From:** Will Abbey <Will.Abbey@arm.com>
**Date:** Friday, June 18, 2021 at 10:23 AM
**To:** Simon Segars <Simon.Segars@arm.com>, Rene Haas <Rene.Haas@arm.com>
**Subject:** QCM next steps

Simon, Rene,
Can you please confirm the below, before I proceed.

Cheers
Will

6.      © 2020 Arm Limited

arm

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266936



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266939



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266940



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266941



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266942



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266944



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266945



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266947



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266948



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266949



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266950



ARM_01266951

Agenda

23   © 2020 Arm Limited

arm

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266952



ARM_01266953



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266955



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266956



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266957



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266958



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266959



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266961



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266962



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266963

Nuvia assignment language

## Redaction - Privileged

Qualcomm V8-Next Defintion

## Redaction - Privileged

arm

ARM_01266964



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



ARM_01266967



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266968



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    ARM_01266970



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266971



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266972



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266973



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266974



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266976



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266977



ARM_01266978



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266980



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266982



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266983



ARM_01266984



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266987



ARM_01266988



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266989



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_01266990