# Exhibit 6



ARM_00097388



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097389

## Questions



- What's QC's negotiation style?
  - Do we need to make any adjustments to proposals based on the style?

arm

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    ARM_00097390



ARM_00097391



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097392



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097393



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097394



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097396



ARM_00097397



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097398



13    Confidential Reserved © 2021 Arm



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097400



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097402



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097403



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097404



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097406



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097407



Qualcomm Royalty Rate Premium Mobile Config [CPU only]

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Additional Comparisons

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097409



ARM_00097410



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097411



ARM_00097412



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097413



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097414



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097415



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097417



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ARM_00097419

