**WILSON SONSINI**

NORA M. CRAWFORD
ncrawford@wsgr.com
Direct Dial: (302) 304-7634

Wilson Sonsini Goodrich & Rosati
Professional Corporation

222 Delaware Avenue
Suite 800
Wilmington, Delaware 19801-1600

O: 302.304.7600
F: 866.974.7329

August 29, 2024

*Via ECF*

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building, Unit 19
844 N. King Street
Room 4324
Wilmington, DE  19801-3555

    Re:   *Arm Ltd. v. Qualcomm Inc.*, C.A. No. 22-1146 (MN) (LDH)

Dear Judge Noreika,

I write on behalf of non-party Ampere Computing LLC ("Ampere"). On August 12, 2024, the Court set an in-person discovery conference for September 5, 2024. I understand that certain of the outstanding discovery disputes to be addressed at the discovery conference (D.I. 429) concern confidential Ampere information. By this letter, I respectfully request permission to attend the relevant portions of the September 5, 2024 discovery conference.

I am available at the Court's convenience should Your Honor have any questions.

WILSON SONSINI

The Honorable Maryellen Noreika
August 29, 2024
Page 2

                                                                    Respectfully,

                                                                    */s/ Nora M. Crawford*

                                                                     Nora M. Crawford (#6399)

cc:    All counsel of record via ECF