

**Nitika Gupta Fiorella**
Principal
fiorella@fr.com
T: 302 778 8461

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

T: 302 652 5070
F: 302 652 0607

August 30, 2024

*Via ECF*
The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building, Unit 19
844 N. King Street
Room 4324
Wilmington, DE 19801-3555

      Re: *Arm Ltd. v. Qualcomm Inc.*, C.A. No. 22-1146 (MN) (LDH)

Dear Judge Noreika,

    I write on behalf of non-party Apple Inc. ("Apple") regarding the above-referenced matter. We understand that the Court will hold an in-person discovery conference on September 5, 2024, and that this discovery conference will concern outstanding disputes between the parties that may relate to the confidential business information of Apple. (D.I. 429.)

    By this letter, Apple respectfully requests permission for myself and Hannah L. Cannom (who is admitted *pro hac vice*) to attend the relevant portions of the September 5, 2024 discovery conference. I can be available should Your Honor have any questions.

                                 Respectfully,

                                 */s/ Nitika Gupta Fiorella*

                                 Nitika Gupta Fiorella

cc: All Counsel of Record (via ECF)