

**WILMINGTON**
**RODNEY SQUARE**

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

October 1, 2024

**VIA CM/ECF AND HAND DELIVERY**
The Honorable Maryellen Noreika
United States District Court
 for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    <u>Arm Ltd. v. Qualcomm Inc., et al.</u>, C.A. No. 22-1146-MN

Dear Judge Noreika:

      Pursuant to the Court's instruction during the September 5, 2024 hearing, Arm has re-produced the documents requested by Qualcomm. Arm has not maintained any redactions in these documents for relevance except for limited redactions in one document, ARM_01291332, which third party Ampere has requested be maintained. Arm understands that Ampere will submit a letter request to maintain redactions in this document. Arm does not oppose production of this document in unredacted form and is prepared to produce this document without redaction, subject to resolution by the Court of Ampere's requested redactions.

      Arm is submitting an unredacted version of this document for *in camera* review with the redactions requested by Ampere highlighted in green on page 1.

      Respectfully,

      */s/ Anne Shea Gaza*

      Anne Shea Gaza (No. 4093)

cc:    All Counsel of Record (via CM/ECF and E-mail)
       Clerk of Court (via CM/ECF)