## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., a U.K. corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, and NUVIA, INC., a Delaware corporation,<br><br>    Defendants. | C.A. No. 22-1146-MN |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES

The Court having considered Plaintiff's Motion for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this   29th   day of October, 2024 that:

1. The Motion is GRANTED;

2. For purposes of the October 30, 2024 hearing, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices:

- Daralyn J. Durie;
- Erik J. Olson;
- Scott F. Llewellyn;
- Daniel Muino; and
- Sarah E Brickey (collectively, "Lead Counsel").

3. Such persons listed in Paragraph 2 above shall present this Order, along with a

valid photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

_____
The Honorable Maryellen Noreika
United States District Judge

2