**WILSON SONSINI**

NORA M. CRAWFORD
ncrawford@wsgr.com
Direct Dial: (302) 304-7634

Wilson Sonsini Goodrich & Rosati
Professional Corporation

222 Delaware Avenue
Suite 800
Wilmington, Delaware 19801-1600

O: 302.304.7600
F: 866.974.7329

October 29, 2024

*Via ECF*

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building, Unit 19
844 N. King Street
Room 4324
Wilmington, DE  19801-3555

    Re:   *Arm Ltd. v. Qualcomm Inc.*, C.A. No. 22-1146 (MN) (LDH)

Dear Judge Noreika,

    I write on behalf of non-party Ampere Computing LLC ("Ampere").  On October 25, 2024, the Court set an in-person hearing for October 30, 2024 for the parties to answer questions the Court has regarding any pending motion.  To the extent any questions related to Ampere arise, I respectfully request permission to attend the relevant portions of the October 30, 2024 hearing.

    I am available at the Court's convenience should Your Honor have any questions.

    Respectfully,

    */s/ Nora M. Crawford*

    Nora M. Crawford (#6399)

cc:    All counsel of record via ECF