# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

**JENNIFER YING**
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

October 28, 2024

The Honorable Maryellen Noreika
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

*VIA ELECTRONIC FILING*

**REDACTED – PUBLIC VERSION**
**Original Filing Date: October 28, 2024**
**Redacted Filing Date: November 4, 2024**

    Re:    *Arm Ltd. v. Qualcomm Inc., et al.*, C.A. No. 22-1146 (MN)

Dear Judge Noreika:

    On behalf of Defendants (collectively, "Qualcomm"), I write to notify the Court that on October 22, 2024, Plaintiff Arm Ltd. ("Arm") sent Qualcomm a letter (the "Letter") asserting that ███████████████████████████████████████████████████████████████ December 21, 2024—the day after trial is set to end in this case. That Letter and Qualcomm's response are attached as Exhibits 1 and 2 to this letter.

    As Qualcomm explains in the attached response, Qualcomm disputes Arm's allegations and ███████████████████████. Qualcomm also reserves all rights with respect to the Letter. Arm apparently leaked the Letter to the press, in violation of the ALA and other agreements between the parties. The Letter was also timed to coincide with Qualcomm's annual Snapdragon Summit where Qualcomm announces its new products, and when Arm's leak could attract the greatest press attention and attempt to inflict damage to Qualcomm's relationships with current and prospective customers. Qualcomm is evaluating which remedies to seek for the leak, including additional discovery into Arm's preparation of the Letter, apparent disclosure of the Letter to the press, and prohibited communications with third parties about the purported termination.

    Qualcomm is notifying the Court of this Letter as the subject matter relates to the pending case. Qualcomm will be prepared to discuss the Letter, including the effect on this litigation, at the hearing on Wednesday, October 30, 2024.

    Counsel is available should the Court have any questions.

The Honorable Maryellen Noreika
October 28, 2024
Page 2

                                              Respectfully,

                                              */s/ Jennifer Ying*

                                              Jennifer Ying (#5550)

JY:lo
cc:    Clerk of the Court (via hand delivery, with attachments)
        All Counsel of Record (via email, with attachments)