# EXHIBIT 1



Ann Chaplin
General Counsel and Corporate Secretary
Qualcomm Incorporated
5775 Morehouse Drive
San Diego, CA 92121

22 October 2024

Dear Ann,

Pursuant to section ▮▮▮▮ of the Qualcomm Architecture License Agreement (LES-TLA-20039) ("the Qualcomm ALA"), Arm hereby provides notice that Qualcomm is in material breach of the Qualcomm ALA. Unless Qualcomm cures its material breach ▮▮▮▮ Arm shall be entitled ▮▮▮▮

Under the Qualcomm ALA, ▮▮▮▮ The Qualcomm ALA permits ▮▮▮▮ Qualcomm is only permitted to ▮▮▮▮ requirements of the Qualcomm ALA and ▮▮▮▮ And Qualcomm is entitled to ▮▮▮▮ within the scope of the ALA. These obligations are reflected in multiple places in the Qualcomm ALA, including but not limited to Sections ▮▮▮▮

Qualcomm has systematically and willfully breached these obligations, and its breaches have accelerated and expanded in recent months. Specifically, Qualcomm has ▮▮▮▮ And Qualcomm initiated and continues to prosecute contractual claims that arise from Qualcomm's improper conduct with respect to these unlicensed cores.

Due to Qualcomm's willful, ongoing, and renewed actions, Qualcomm is in material breach of the Qualcomm ALA. Pursuant to Section ▮▮▮▮ To do so, Qualcomm must, at a minimum, ▮▮▮▮



[REDACTED] If Qualcomm does not do so [REDACTED] Arm shall be entitled to immediately terminate the ALA [REDACTED] Following termination, Qualcomm shall be subject to the [REDACTED] Qualcomm ALA.

Sincerely,

_____

Spencer Collins
EVP, Chief Legal Officer
Arm Limited
110 Fulbourn Road
Cambridge, CB1 9NJ
United Kingdom

2