IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., a U.K. corporation, <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, and NUVIA, INC., a Delaware corporation, <br><br> Defendants. | C.A. No. 22-1146-MN |

# [PLAINTIFF'S PROPOSED] VERDICT FORM

In answering the following questions and filling out this Verdict Form, you are to follow all of the instructions I have given you in the Court's charge. Your answer to each question must be unanimous.

We, the jury in this case, find the following answers to the following questions:

*Arm's Claim for Breach of Contract*

**Question 1:**  Did Arm prove by a preponderance of the evidence that Nuvia breached the Nuvia ALA?

        **YES**                **NO**
      **For Arm**          **For Nuvia**

**YES** _____  **NO** _____

**Question 2:**  Did Arm prove by a preponderance of the evidence that Qualcomm breached the Nuvia ALA?

        **YES**                **NO**
      **For Arm**        **For Qualcomm**

**YES** _____  **NO** _____

*Qualcomm/Nuvia's Counterclaim for Breach of Contract*

**Question 3:**  Did Qualcomm/Nuvia prove by a preponderance of the evidence that Arm breached the Nuvia ALA?

        **YES**                **NO**
**For Qualcomm/Nuvia**    **For Arm**

**YES** _____  **NO** _____

**Question 4:** Did Qualcomm/Nuvia prove by a preponderance of the evidence that Arm breached the Nuvia TLA?

**YES**
**For Qualcomm/Nuvia**

**NO**
**For Arm**

YES _____    NO _____

## CONCLUSION

You have reached the end of the verdict form. Review the completed form to ensure that it accurately reflects your unanimous determinations. All jurors should then sign and date the Verdict Form in the space below and notify the Court Security Officer that you have reached a verdict.

Date: _____

_____
Foreperson

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

_____
Juror

-4-