IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1146 (MN) |
| | ) |
| QUALCOMM INC., QUALCOMM | ) |
| TECHNOLOGIES, INC. and NUVIA, INC., | ) |
| | ) |
| Defendants. | ) |

**JOINT STIPULATION AND ORDER OF
AUTHENTICITY AND ADMISSIBILITY OF CERTAIN EVIDENCE**

WHEREAS, Arm Ltd. ("Arm") and Qualcomm Inc., Qualcomm Technologies, Inc. and Nuvia, Inc. (collectively, the "Defendants" and, together with Arm, the "Parties") wish to avoid disputes concerning the admissibility and authenticity of certain documents produced by third parties Barclays, Goldman Sachs, J.P. Morgan, and Mizuho (collectively, the "Underwriters") in response to subpoenas served upon them by Defendants (*see* D.I.143-146);

WHEREAS, Defendants sought to depose the Underwriters in connection with the subpoenas Defendants served upon them; and

WHEREAS, the Parties have conferred and agreed, subject to the approval of the Court, to the below stipulations in lieu of such depositions or testimony from the Underwriters at trial in order to admit documents produced by the Underwriters.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel and subject to the approval of the Court, as follows:

1.  Arm will not object to the admissibility at trial of any documents produced by the Underwriters bearing Bates numbers UW_00000001 through UW_000000200 (collectively, the

"Underwriters' Documents") on the basis that the documents: (1) lack authenticity under Fed. R. Evid. 901; (2) do not meet the requirements of the business records hearsay exception under Fed. R. Evid. 803(6); or (3) lack a sponsoring witness through whom Defendants can establish foundation.

2. Nothing in this Stipulation shall be deemed as a waiver of Arm's right to object to the admissibility of the Underwriters' Documents at trial or in any other proceedings on grounds other than those identified in the above paragraph.

3. Nothing in this Stipulation shall be interpreted as an admission by any Party that any such document or any part thereof tends to prove or disprove any fact.

4. Arm acknowledges that those Underwriters' Documents bearing Bates numbers UW_00000001 through UW_000000087 (collectively, the "Roadshow Documents") and UW_00000088 through UW_000000149 (collectively, the "Testing the Waters Documents") were originally created by Arm and shared with the Underwriters for use in preparing for Arm's Initial Public Offering.

5. Arm acknowledges that those Underwriters' Documents bearing Bates numbers UW_00000150 through UW_000000175 ("Project Atom Analyst Day Feedback") and UW_00000176 through UW_000000200 ("Valuation Update Materials") were prepared by the Underwriters.

Dated: November 8, 2024

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Robert M. Vrana* | */s/ Jennifer Ying* |
| Anne Shea Gaza (No. 4093) <br> Robert M. Vrana (No. 5666) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6727 <br> agaza@ycst.com <br> rvrana@ycst.com <br> swilson@ycst.com <br> *Attorneys for Plaintiff* | Jack B. Blumenfeld (#1014) <br> Jennifer Ying (#5550) <br> Travis Murray (#6882) <br> 1201 North Market Street <br> P.O. Box 1347 <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@morrisnichols.com <br> jying@morrisnichols.com <br> tmurray@morrisnichols.com <br> *Attorneys for Defendants* |

SO ORDERED this 12th day of November 2024.

_____
The Honorable Maryellen Noreika
United States District Judge