IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-1146 (MN) |
| ) | |
| QUALCOMM INC., QUALCOMM ) | |
| TECHNOLOGIES, INC. and NUVIA, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION ON CONFIDENTIALITY OF SETTLEMENT DISCUSSIONS

WHEREAS, on October 30, 2024, the Court ordered Arm Ltd. ("Arm") and Qualcomm Inc., Qualcomm Technologies, Inc. and Nuvia, Inc. (collectively, the "Defendants" and, together with Arm, the "Parties") to hold additional in-person settlement talks; and

WHEREAS, the Parties intend to meet in-person on November 14, 2024 (the "Meeting"), consistent with the Court's order and may, in advance or after the Meeting, hold additional discussions to prepare for and follow up on the Meeting;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, as follows:

1. All communications between the Parties relating to the Meeting, whether procedural or substantive, whether written or oral, and whether before, during, or after the Meeting, are confidential and shall not be used in the present litigation nor any other litigation (whether presently pending or filed in the future); and

2. Nothing in this Agreement should be construed as prohibiting a Party from describing, in a letter to the Court as required by the Court's October 30 Order, the following: (i)

who participated in the Meeting; (ii) where the Meeting took place; (iii) the length of the Meeting; and (iv) whether any productive discussions occurred in the Meeting.

Dated: November 12, 2024

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Anne Shea Gaza* | /s/ *Jennifer Ying* |
| Anne Shea Gaza (No. 4093) | Jack B. Blumenfeld (#1014) |
| Robert M. Vrana (No. 5666) | Jennifer Ying (#5550) |
| Samantha G. Wilson (No. 5816) | Travis Murray (#6882) |
| Rodney Square | 1201 North Market Street |
| 1000 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6727 | (302) 658-9200 |
| agaza@ycst.com | jblumenfeld@morrisnichols.com |
| rvrana@ycst.com | jying@morrisnichols.com |
| swilson@ycst.com | tmurray@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this ____ day of _____, 2024.

_____
Hon. Maryellen Noreika
U.S. District Court Judge

2