IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-1146 (MN) |
| ) | |
| QUALCOMM INC., QUALCOMM ) | |
| TECHNOLOGIES, INC. and NUVIA, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Defendants Qualcomm Inc., Qualcomm Technologies, Inc. and Nuvia, Inc. move for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Defendants state as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. A pretrial conference is scheduled in this case for November 20, 2024, in Courtroom 4A.

3. The following attorneys intend to appear at the hearing, require access to their electronic devices, but do not have state-issued bar cards or otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Jacob Braly, Esquire

- Anna Lipin, Esquire

- Erin Morgan, Esquire

- Catherine Nyarady, Esquire

- Flint Patterson, Esquire

- Chris Longman, Esquire (client representative)

- Kurt Kjelland, Esquire (client representative)

WHEREFORE, Defendants respectfully request that the Court issue an order to exempt the above-listed persons from the District of Delaware's May 17, 2024 Standing Order.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

_____
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com
tmurray@morrisnichols.com

November 18, 2024

*Attorneys for Defendants*

SO ORDERED this 18th day of November 2024.

_____
The Honorable Maryellen Noreika
United States District Judge