## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@morrisnichols.com

November 19, 2024

The Honorable Maryellen Noreika  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

Re:   *Arm Ltd. v. Qualcomm Inc., et al.*
      C.A. No. 22-1146 (MN)

Dear Judge Noreika:

    We write to advise Your Honor that, in an effort to streamline the trial, Defendants have decided not to pursue at trial Counts 1.e, 1.f, II and III of their Second Counterclaims relating to breach of contract of the Nuvia ALA and TLA. We advised Plaintiff of this last night.

Respectfully,

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

JBB/bac

cc: Clerk of the Court (via hand delivery)
      All Counsel of Record (via electronic mail)