

**WILMINGTON**
RODNEY SQUARE

**Anne Shea Gaza**
P 302.571.6727
F 302.576.3439
agaza@ycst.com

November 27, 2024

**BY E-FILE AND HAND DELIVERY**

The Honorable Maryellen Noreika
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Arm Ltd. v. Qualcomm Inc., et al.*, C.A. No. 22-1146-MN

Dear Judge Noreika:

    Pursuant to the Court's instruction at the October 30, 2024 hearing, the parties submit this joint report on their recent, additional in-person settlement meetings, and further telephonic discussion, involving decision-makers:

1. On November 14, 2024, the parties' Chief Executive Officers (Cristiano Amon and Rene Haas) and General Counsels (Ann Chaplin and Spencer Collins) met in person for approximately two hours at Morrison & Foerster LLP's offices in Palo Alto, California.

2. On November 18, 2024, Will Abbey (Arm's Chief Commercial Officer) and Kevin Frizzell (Qualcomm's Senior Vice President, Finance) met in person for approximately two and a half hours at Qualcomm's offices in San Diego, California.

3. On November 21, 2024, Mr. Abbey and Mr. Frizzell communicated by phone for approximately 20 minutes.

    The nature and format of any continuing discussions has not been determined. The parties have not settled the case.

                                 Respectfully submitted,

                                 */s/ Anne Shea Gaza*

                                 Anne Shea Gaza (No. 4093)

cc:  All Counsel of Record (CM/ECF)