# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Jennifer Ying
(302) 351-9243
(302) 225-2570 FAX
jying@morrisnichols.com

December 5, 2024

The Honorable Maryellen Noreika                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3555

      Re:    <u>Arm Ltd. v. Qualcomm Inc., et al.;</u> C.A. No. 22-1146 (MN)

Dear Judge Noreika:

      At the November 20, 2024 pretrial conference, the Court indicated availability on January 2-3, 2025 to conduct the bench phase (if any) for this case. Due to multiple conflicts with Defendants' lead trial counsels' schedules for those January dates,[1] Defendants would like to discuss on today's teleconference scheduled for 2:00 p.m. (D.I. 539) alternative dates in January 2025 for any bench phase portion of the case, if amenable to the Court. Defendants have conferred with counsel for Plaintiff and Plaintiff does not oppose Defendants' request for alternative dates.

      Counsel is available should the Court have any questions.

                                      Respectfully,

                                      */s/ Jennifer Ying*

                                      Jennifer Ying (#5550)

JY/rah

cc:    Clerk of the Court (via hand delivery)
        All Counsel of Record (via electronic mail)

---

[1] The conflicts for Defendants' lead trial counsel include domestic and international holiday travel plans with family that were booked seven months ago in May 2024 and over a year ago.