IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARM LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1146 (MN) |
| | ) | |
| QUALCOMM INC., QUALCOMM | ) | |
| TECHNOLOGIES, INC. and NUVIA, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER REGARDING CASE NARROWING

WHEREAS, Plaintiff Arm Ltd. ("Plaintiff" or "Arm") asserted claims for trademark infringement and violations of the Lanham Act against Defendants Qualcomm Inc., Qualcomm Technologies, Inc., and Nuvia, Inc. (collectively, "Defendants") (D.I. 1, Counts II and III);

WHEREAS, Defendants brought counterclaims for breach of the Nuvia ALA and Nuvia TLA by Arm (D.I. 300, Counts I.e, I.f, II, and III); and

WHEREAS, in the interest of streamlining the case for trial and given the limited trial time, the parties have narrowed the scope of disputes for this litigation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel and subject to the approval of the Court, that:

1.      As stated at the October 30, 2024 hearing, Arm will not pursue its claims for trademark infringement and violations of the Lanham Act at trial as set forth in Counts II and III of the Complaint (D.I. 1), which are hereby dismissed with prejudice;

2.      As set forth in Defendants' letter of November 19, 2024 (D.I. 526), Defendants will not pursue their claims for breach of contract of the Nuvia ALA and TLA at trial as set forth in Counts I.e, I.f, II, and III of Defendants' Second Amended Counterclaims, which are hereby dismissed with prejudice; and

3.      Each party shall bear its own costs and expenses in connection with the claims and counterclaims that are the subject of this stipulation, including attorneys' fees.


YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Anne Shea Gaza*

_____
Anne Shea Gaza (#4093)
Robert M. Vrana (#5666)
Samantha G. Wilson (#5816)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff*

December 9, 2024

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

_____
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Defendants*


SO ORDERED this _____ day of _____, 2024.



_____
United States District Judge