IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1146 (MN) |
| | ) |
| QUALCOMM INC., QUALCOMM | ) |
| TECHNOLOGIES, INC. and NUVIA, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Defendants Qualcomm Inc., Qualcomm Technologies, Inc. and Nuvia, Inc. move for an order to exempt certain persons from the District of Delaware's May 17, 2024 Standing Order on Procedures Regarding the Possession and Use of Cameras and Personal Electronic Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse (the "May 17, 2024 Standing Order"). In support of this Motion, Defendants state as follows:

1. The District of Delaware's May 17, 2024 Standing Order provides procedures to regulate the possession and use of personal electronic devices by visitors to the J. Caleb Boggs Federal Building and United States Courthouse, which require *inter alia*, for visitors to place personal electronic devices in a locked pouch provided by U.S. Marshals. Paragraph 4 of the May 17, 2024 Standing Order provides for certain exemptions to the Standing Order.

2. Jury selection and courtroom setup is scheduled for December 13, 2024 in Courtroom 4A.

3. A 5-day jury trial is scheduled in this case from December 16-20, 2024 in Courtroom 4A.

4. The following trial counsel, staff, trial consultants, and witnesses intend to appear at jury selection, courtroom setup and/or the trial intend to appear at the hearing, require access to their electronic devices, but do not have state-issued bar cards or otherwise meet the exemptions listed in Paragraph 4 of the May 17, 2024 Standing Order:

- Jacob Apkon, Esquire
- Jacob Braly, Esquire
- Anna Lipin, Esquire
- William Marks, Esquire
- Catherine Nyarady, Esquire
- Melissa Zappala, Esquire
- Alicia Brown, Paralegal
- Aaryan Gulati, Paralegal
- Daniel O'Neil, Paralegal
- Annalyn St. Ledger, Paralegal
- Julia Douglas, Trial Technician
- Matt Spaulding, Trial Technician
- Ann Chaplin, Esquire (client Representative)
- Chris Longman, Esquire (client representative)
- Kurt Kjelland, Esquire (client representative)

WHEREFORE, Defendants respectfully request that the Court issue an order to exempt the above-listed persons from the District of Delaware's May 17, 2024 Standing Order.

                                                                             MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                                             */s/ Jennifer Ying*

                                                                             _____
                                                                             Jack B. Blumenfeld (#1014)
                                                                             Jennifer Ying (#5550)
                                                                             Travis Murray (#6882)
                                                                             1201 North Market Street
                                                                             P.O. Box 1347
                                                                             Wilmington, DE  19899
                                                                             (302) 658-9200
                                                                             jblumenfeld@morrisnichols.com
                                                                             jying@morrisnichols.com
                                                                             tmurray@morrisnichols.com

December 11, 2024                                      *Attorneys for Defendants*

SO ORDERED, this _____ day of _____, 2024.

                                                                       _____
                                                                       J.