IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., a U.K. corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, and NUVIA, INC., a Delaware corporation,<br><br>Defendants. | C.A. No. 22-1146-MN |

**PLAINTIFF'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

Plaintiff Arm Ltd. ("Arm") respectfully requests exemption from the Court's May 17, 2024 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* ("Standing Order"), so that the following persons may bring their personal electronic devices to the December 13, 2024 Jury Selection, December 13, 2024 Courtroom Setup, and December 16-20, 2024 Trial in this matter:

- Daralyn J. Durie;
- Erik J. Olson;
- Daniel P. Muino;
- Nicholas Rylan Fung;
- Shaelyn K. Dawson;
- Scott F. Llewellyn;
- David F. McGowan;
- Henry Huttinger;
- Laura Gilbert Remus;
- Sarah E. Brickey;
- Sydney K. Cooper;
- Michael J. DeStefano;

- Meet Y. Mehta;
- Alexis Julien (Law Clerk);
- Zachary B. Quinlan (collectively, "Lead Counsel");
- Ethel Villegas (Paralegal);
- Daisy Visitacion (Paralegal);
- Chris Meier (Paralegal);
- Cynthia Fix (Legal Secretary);
- Frances Sagapolu (Legal Secretary);
- Troy Parker (Technical Support);
- Matt Marino (Technical Support);
- Thomas Lee (Trial Presenter);
- Jamie Laird (Trial Consultant);
- Spencer Collins (Client Representative);
- Phillip Price (Client Representative);
- Toni Qiu (Client Representative);
- Ehab Youssef (Client Representative);
- Rene Haas (Client Representative)

Lead Counsel for Arm, who have been admitted *pro hac vice* in this matter, do not have and/or are not in possession of their respective bar identification cards. All individuals anticipate they may require access to their personal electronic devices during the Jury Selection scheduled for December 13, 2024, the Courtroom Setup scheduled for December 13, 2024, and/or the Trial scheduled for December 16-20, 2024 and agree to abide by all requirements of the Standing Order. Plaintiff respectfully requests that the Court enter an order, substantially similar to the form of order attached hereto, granting Arm's requested exemptions.

Dated: December 12, 2024

OF COUNSEL:

Daralyn J. Durie
Joyce Liou
Shaelyn K. Dawson
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

 /s/ Robert M. Vrana
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square

2

(415) 268-7000
ddurie@mofo.com
jliou@mofo.com
shaelyndawsom@mofo.com

Erik J. Olson
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
(415) 268-7000
ejolson@mofo.com

Kyle W.K. Mooney
Kyle D. Friedland
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
(212) 336-4092
kmooney@mofo.com
kfriedland@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

Nicholas Rylan Fung
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5348
nfung@mofo.com

1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff Arm Ltd.*