IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., a U.K. corporation,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INC., a Delaware corporation, QUALCOMM TECHNOLOGIES, INC., a Delaware corporation, and NUVIA, INC., a Delaware corporation,<br><br>Defendants. | C.A. No. 22-1146-MN |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXEMPTION OF PERSONS FROM THE DISTRICT OF DELAWARE'S
MAY 17, 2024 STANDING ORDER ON PERSONAL DEVICES**

The Court having considered Plaintiff's Motion for Exemption of Persons from the District of Delaware's May 17, 2024 Standing Order on Personal Devices (the "Motion"),

IT IS SO ORDERED this _____ day of December ___, 2024 that:

1. The Motion is GRANTED;

2. For purposes of the December 13, 2024 Jury Selection, the December 13, 2024 Courtroom Setup, and/or the December 16-20 Trial, the following persons are exempt from the District of Delaware's May 17, 2024 Standing Order and shall be permitted to retain and use their personal electronic devices

- Daralyn J. Durie;
- Erik J. Olson;
- Daniel P. Muino;
- Nicholas Rylan Fung;
- Shaelyn K. Dawson;
- Scott F. Llewellyn;
- David F. McGowan;

- Henry Huttinger;
- Laura Gilbert Remus;
- Sarah E. Brickey;
- Sydney K. Cooper;
- Michael J. DeStefano;
- Meet Y. Mehta;
- Alexis Julien (Law Clerk);
- Zachary B. Quinlan (collectively, "Lead Counsel");
- Ethel Villegas (Paralegal);
- Daisy Visitacion (Paralegal);
- Chris Meier (Paralegal);
- Cynthia Fix (Legal Secretary);
- Frances Sagapolu (Legal Secretary);
- Troy Parker (Technical Support);
- Matt Marino (Technical Support);
- Thomas Lee (Trial Presenter);
- Jamie Laird (Trial Consultant);
- Spencer Collins (Client Representative);
- Phillip Price (Client Representative);
- Toni Qiu (Client Representative);
- Ehab Youssef (Client Representative);
- Rene Haas (Client Representative)

3. Such persons listed in Paragraph 2 above shall present this Order, along with a valid photographic I.D., to the United States Marshals upon entry to the J. Caleb Boggs Federal Building and United States Courthouse.

                                                       The Honorable Maryellen Noreika
                                                       United States District Judge

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 12, 2024, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Jennifer Ying
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

Isaac B. Zaur
Nora Niedzielski-Eichner
CLARICK GUERON REISBAUM LLP
220 Fifth Avenue, 14th Floor
New York, NY 10001
izaur@cgr-law.com
nniedzie@cgr-law.com

Catherine Nyarady
Anna R. Gressel
Jacob A. Braly
Alexander M. Butwin
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
agressel@paulweiss.com
jbraly@paulweiss.com
abutwin@paulweiss.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Anna P. Lipin
William T. Marks
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
kdunn@paulweiss.com
wisaacson@paulweiss.com
mzappala@paulweiss.com
ejmorgan@paulweiss.com
alipin@paulweiss.com
wmarks@paulweiss.com

Andrea L. D'Ambra
Susana Medeiros
Kira Latham
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
andrea.dambra@nortonrosefulbright.com
susana.medeiros@nortonrosefulbright.com
kira.latham@nortonrosefulbright.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

<u>/s/ Robert M. Vrana</u>
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff Arm Ltd.*