IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., | ) |
| | ) |
|         Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 22-1146-MN |
| | ) |
| QUALCOMM INC., QUALCOMM | ) |
| TECHNOLOGIES, INC. and NUVIA, INC., | ) |
| | ) |
|         Defendants. | ) |

### STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the deadline for Plaintiff to file a Motion to Redact the Official Transcript of the November 20, 2024 Pretrial Conference is hereby extended to January 3, 2025.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Robert M. Vrana* | */s/ Jennifer Ying* |
| Anne Shea Gaza (No. 4093) | Jack B. Blumenfeld (#1014) |
| Robert M. Vrana (No. 5666) | Jennifer Ying (#5550) |
| Samantha G. Wilson (No. 5816) | Travis Murray (#6882) |
| Rodney Square | 1201 North Market Street |
| 1000 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6727 | (302) 658-9200 |
| agaza@ycst.com | jblumenfeld@morrisnichols.com |
| rvrana@ycst.com | jying@morrisnichols.com |
| swilson@ycst.com | tmurray@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

December 16, 2024

        SO ORDERED this _____ day of _____, 2024.

_____
The Honorable Maryellen Noreika
United States District Judge

32516707.1