# EXHIBIT 1

# AGRAWAL_BENCH_v9

Designation List Report

**Agrawal, Vivek**  2023-12-14

| QUALCOMM | 00:05:59 |
| --- | --- |
| **TOTAL RUN TIME** | **00:05:59** |

Documents linked to video:
161
169
170
176



ID: AGRAWAL_BENCH_v9

## AGRAWAL_BENCH_v9

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:12 - 8:17 | **Agrawal, Vivek 2023-12-14**<br>8:12  THE CERTIFIED STENOGRAPHER: Please raise<br>8:13  your right hand to be sworn.<br>8:14<br>8:15  VIVEK AGRAWAL,<br>8:16  having declared under penalty of perjury to tell<br>8:17  the truth, was examined and testified as follows: | 00:00:16 | AGRAWAL_BENCH_v9.1 |
| 95:15 - 95:20 | **Agrawal, Vivek 2023-12-14**<br>95:15  Q. During your interactions with Nuvia, you<br>95:16     received information that was confidential to Nuvia;<br>95:17     correct?<br>95:18  A. Since the configuration file of the<br>95:19     implementation is a confidential information, so I<br>95:20     would say yes, that information was known to me. | 00:00:28 | AGRAWAL_BENCH_v9.2 |
| 95:25 - 96:02 | **Agrawal, Vivek 2023-12-14**<br>95:25  Q. Were you ever asked to destroy Nuvia<br>96:01     confidential information that you may have had in<br>96:02     your e-mail or computer? | 00:00:12 | AGRAWAL_BENCH_v9.3 |
| 96:07 - 96:08 | **Agrawal, Vivek 2023-12-14**<br>96:07  A. I was never asked to destroy any<br>96:08     information. | 00:00:04 | AGRAWAL_BENCH_v9.4 |
| 97:08 - 97:22<br><br>🔗 161.1.1<br><br><br><br><br>🔗 161.1.2 | **Agrawal, Vivek 2023-12-14**<br>97:08  Q. I'm going to show you what has been marked<br>97:09     as QX161. It's Bates number ARM1216188.<br>97:10     (Exhibit QX161 marked.)<br>97:11     BY MS. NYARADY:<br>97:12  Q. This is an e-mail that was from your<br>97:13     files. Here, you see at the bottom, it says,<br>97:14     "Regards, Vivek." This is dated January 19th, 2023.<br>97:15     You're e-mailing a number of people regarding Nuvia<br>97:16     confidential file.<br>97:17     You say, "Any file which was shared by<br>97:18     Nuvia before acquisition of Qualcomm is categorized<br>97:19     as Nuvia confidential. Myself, I've downloaded such<br>97:20     files while working with Nuvia, including their<br>97:21     target configuration logs results."<br>97:22     Do you see that? | 00:00:47 | AGRAWAL_BENCH_v9.5 |
| 98:01 - 98:01 | **Agrawal, Vivek 2023-12-14**<br>98:01  A. Yes, I can see that. I see this. | 00:00:03 | AGRAWAL_BENCH_v9.6 |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 99:01 - 99:11 | **Agrawal, Vivek 2023-12-14** | | 00:00:44 | **AGRAWAL_BENCH_v9.7** |
| 🔗 161.1.3 | 99:01 | Q. Well, you said that some of them were | | |
| | 99:02 | overwritten, but then you said, "Still, the Git | | |
| | 99:03 | history can fetch Nuvia versions." | | |
| | 99:04 | So the Nuvia versions could still be | | |
| | 99:05 | accessed, correct, according to your e-mail? | | |
| | 99:06 | A. That's my understanding.  When I was | | |
| | 99:07 | writing this mail, it was my understanding, since | | |
| | 99:08 | this -- the file, when we checked it into the | | |
| | 99:09 | repository, since it is a version control system, | | |
| | 99:10 | there can be ways to pull those files from the | | |
| | 99:11 | revision control repositories.  Yes. | | |
| 142:15 - 142:17 | **Agrawal, Vivek 2023-12-14** | | 00:00:05 | **AGRAWAL_BENCH_v9.8** |
| | 142:15 | (Exhibit QX169 marked.) | | |
| | 142:16 | BY MS. NYARADY: | | |
| 🔗 169.1.1 | 142:17 | Q. Showing you what's been marked as QX169. | | |
| 142:18 - 143:06 | **Agrawal, Vivek 2023-12-14** | | 00:00:53 | **AGRAWAL_BENCH_v9.9** |
| | 142:18 | QX169 is an e-mail chain.  The Bates numbers are ARM | | |
| | 142:19 | 1473 to 1475.  Again, this is an e-mail chain that | | |
| 🔗 169.1.2 | 142:20 | you were involved in, and I want to draw your | | |
| | 142:21 | attention to the top e-mail.  It's you writing to | | |
| | 142:22 | Jignesh at Qualcomm, dated May 1st, 2022. | | |
| | 142:23 | Do you see that e-mail? | | |
| | 142:24 | A. Yes. | | |
| 🔗 169.1.3 | 142:25 | Q. Now then, you tell Jignesh at the bottom | | |
| | 143:01 | of the e-mail before the chart or the table -- you | | |
| | 143:02 | say, "I have already submitted the green signal | | |
| | 143:03 | approval to our architect.  Expecting their approval | | |
| | 143:04 | any time soon." | | |
| | 143:05 | Do you see that? | | |
| | 143:06 | A. Yes. | | |
| 144:19 - 144:20 | **Agrawal, Vivek 2023-12-14** | | 00:00:14 | **AGRAWAL_BENCH_v9.10** |
| 🔗 170.1.1 | 144:19 | Q. I'll show you what's been marked as QX170, | | |
| | 144:20 | Bates number ARM1230123 through 127. | | |
| 145:03 - 145:12 | **Agrawal, Vivek 2023-12-14** | | 00:00:40 | **AGRAWAL_BENCH_v9.11** |
| 🔗 170.1.2 | 145:03 | Q. So I'm on the first page too.  There's an | | |
| | 145:04 | e-mail from you to Richard Grisenthwaite and others, | | |
| | 145:05 | May 19th, 2022, and I want to just ask about this | | |
| | 145:06 | first sentence here.  You said you did a quick dip | | |

AGRAWAL_BENCH_v9

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 145:07 | between Phoenix and Hamoa configuration. | | |
| | 145:08 | Is that the same comparison that we talked | | |
| | 145:09 | about previously that you said was a comparison of | | |
| | 145:10 | the configuration files? | | |
| | 145:11 A. | Yes.  It is the same configuration file | | |
| | 145:12 | that we are talking about built. | | |
| 160:03 - 160:04 | **Agrawal, Vivek 2023-12-14** | | 00:00:03 | **AGRAWAL_BENCH_v9.12** |
| 🔗 176.1.1 | 160:03 Q. | Okay.  Take a look at QX176, please. | | |
| | 160:04 | (Exhibit QX176 marked.) | | |
| 160:06 - 160:25 | **Agrawal, Vivek 2023-12-14** | | 00:01:27 | **AGRAWAL_BENCH_v9.13** |
| | 160:06 Q. | At some point in time, did you become | | |
| | 160:07 | aware that the new design that Qualcomm was talking | | |
| | 160:08 | about was called Pakala? | | |
| | 160:09 A. | Yes. | | |
| 🔗 176.1.2 | 160:10 Q. | And you say here -- this is -- this is an | | |
| | 160:11 | e-mail, the second e-mail on this document -- | | |
| | 160:12 | perhaps I would say it's ARM12338384 through 399. | | |
| | 160:13 | The second e-mail on the page is an e-mail from you | | |
| | 160:14 | to Richard Grisenthwaite dated October 26, 2022. | | |
| | 160:15 | And I want to look at the end of that e-mail. | | |
| | 160:16 | You say "QC" -- assuming that's | | |
| | 160:17 | Qualcomm -- "is aggressively sending reminders for | | |
| | 160:18 | supporting them on configuration report and ACK | | |
| | 160:19 | failure.  I continue sending them same response?" | | |
| | 160:20 | Do you see that? | | |
| | 160:21 A. | Yes. | | |
| | 160:22 Q. | And by "same response," do you mean the | | |
| | 160:23 | fact that you were not able to provide the OOB? | | |
| | 160:24 A. | Same response.  I said that, "Okay.  My | | |
| | 160:25 | management said I need to put it on hold." | | |

| | | | |
|---|---|---|---|
| QUALCOMM | | 00:05:59 | |
| **TOTAL RUN TIME** | | **00:05:59** | |

📄 Documents linked to video:
161
169

170

176