# EXHIBIT 2

# GRISENTHWAITE_BENCH_v8

Designation List Report

**Grisenthwaite, Richard**  2023-11-15

| QUALCOMM | 00:01:20 |
|---|---|
| **TOTAL RUN TIME** | **00:01:20** |

Documents linked to video:
97



ID: GRISENTHWAITE_BENCH_v8

## GRISENTHWAITE_BENCH_v8

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 211:11 - 211:14<br>🔗 97.1.1 | **Grisenthwaite, Richard 2023-11-15**<br>211:11  Q.  Okay.  QX97.  This is Bates numbered<br>211:12      ARM1314327 through 37.  You should feel free to<br>211:13      look through that document but I am going to focus<br>211:14      on the first two pages. | 00:00:18 | **GRISENTHWAITE<br>_BENCH_v8.1** |
| 211:15 - 211:21<br>🔗 97.1.2 | **Grisenthwaite, Richard 2023-11-15**<br>211:15  A.  Okay.<br>211:16  Q.  So the second email here on the<br>211:17      first page is from Vivek to you and some others,<br>211:18      right, and we are in October 10, 2022?<br>211:19      (Exhibit QX97 marked for identification).<br>211:20      Do you recognize this email?<br>211:21  A.  Yes. | 00:00:19 | **GRISENTHWAITE<br>_BENCH_v8.2** |
| 211:22 - 212:12<br>🔗 97.1.3 | **Grisenthwaite, Richard 2023-11-15**<br>211:22  Q.  Vivek is asking you or reporting to<br>211:23      you, and he says:<br>211:24      "In accordance with the earlier<br>211:25      directive regarding the current situation with<br>212:01      Qualcomm, I am withholding any ACK help and<br>212:02      deliverables to Qualcomm, with the exception of<br>212:03      attending our synchup meetings."<br>212:04      Do you see that?<br>212:05  A.  Yes.<br>212:06  Q.  Was that an instruction that you<br>212:07      gave to him?<br>212:08  A.  Yes.<br>212:09  Q.  Did someone give you that<br>212:10      instruction?<br>212:11  A.  I was instructed that way by ARM<br>212:12      counsel. | 00:00:34 | **GRISENTHWAITE<br>_BENCH_v8.3** |
| 220:10 - 220:11<br>❌ Clear | **Grisenthwaite, Richard 2023-11-15**<br>220:10  Q.  The ARM ARM does not provide<br>220:11      information on how to make an SOC, does it? | 00:00:06 | **GRISENTHWAITE<br>_BENCH_v8.4** |
| 220:13 - 220:13 | **Grisenthwaite, Richard 2023-11-15**<br>220:13  A.  No. | 00:00:03 | **GRISENTHWAITE<br>_BENCH_v8.5** |

| | | |
|---|---|---|
| | QUALCOMM | 00:01:20 |
| | **TOTAL RUN TIME** | **00:01:20** |

Documents linked to video:
97