# EXHIBIT 3

# SEGARS_BENCH_v11

Designation List Report

**Segars, Simon**  2023-11-16

| QUALCOMM | 00:04:05 |
|---|---|
| **TOTAL RUN TIME** | **00:04:05** |

Documents linked to video:
27
111



ID: SEGARS_BENCH_v11

SEGARS_BENCH_v11

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 148:16 - 149:09 | **Segars, Simon 2023-11-16** | 00:00:50 | **SEGARS_BENCH_v11.1** |
| | 148:16     (Document marked Exhibit 111 | | |
| | 148:17     for identification.) | | |
| 🔗 111.1.1 | 148:18     MS. DUNN:  All right. | | |
| | 148:19 Q. This is an e-mail chain dated May 2021.  The | | |
| 🔗 111.1.2 | 148:20     subject of the e-mail is: | | |
| | 148:21     "Contact Names." | | |
| | 148:22     And I'm going to start with the bottom of | | |
| 🔗 111.3.1 | 148:23     page 3.  So if you look at the bottom of page 3, you | | |
| | 148:24     can see an e-mail that you sent to Mr. Amon following | | |
| | 148:25     your initial call on March 17th. | | |
| | 149:01     Do you see that? | | |
| | 149:02 A. Uh-huh. | | |
| | 149:03 Q. Okay.  It starts: | | |
| | 149:04     "Hi Cristiano.  Great to catch up now." | | |
| | 149:05     Do you see that? | | |
| | 149:06 A. Yes. | | |
| | 149:07 Q. Okay.  Do you recall your conversation with | | |
| | 149:08     Cristiano on March 17th? | | |
| | 149:09 A. Vaguely. | | |
| 154:18 - 155:14 | **Segars, Simon 2023-11-16** | 00:01:34 | **SEGARS_BENCH_v11.2** |
| | 154:18     Continuing with this e-mail, you'll see that | | |
| | 154:19     after this e-mail exchange that we just discussed, | | |
| 🔗 111.3.2 | 154:20     Mr. Amon writes you two more times over the course of | | |
| | 154:21     the next six weeks to secure your help in getting the | | |
| | 154:22     deal done. | | |
| | 154:23     Do you see that? | | |
| | 154:24 A. Two more times, yes. | | |
| 🔗 111.2.1 | 154:25 Q. Okay.  If you look at the top of page 2, | | |
| | 155:01     it's -- on April 30th, Cristiano is raising a | | |
| | 155:02     different concern.  He says that: | | |
| | 155:03     "Arm is refusing to deliver IP and tools | | |
| | 155:04     covered by Qualcomm's TLA that Qualcomm had fully paid | | |
| | 155:05     for." | | |
| | 155:06     Do you see that? | | |
| | 155:07 A. Yes, I see that. | | |
| 🔗 111.1.3 | 155:08 Q. Okay.  And if you look at your e-mail at the | | |
| | 155:09     bottom of page 1, you write to Rene Haas and Will | | |
| | 155:10     Abbey, agreeing that Arm should not be withholding | | |
| | 155:11     technology deliverables under Qualcomm's TLA, and you | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 155:12 | instructed them to stop that immediately. | | |
| | 155:13 | Do you see that? | | |
| | 155:14 A. Yes. | | | |
| 160:13 - 160:19  Clear | **Segars, Simon 2023-11-16** | | 00:00:19 | **SEGARS_BENCH_v11.3** |
| | 160:13 Q. | Sir, you testified a moment ago that in May, | | |
| | 160:14 | you had instructed your team to unblock the | | |
| | 160:15 | deliverables that Qualcomm was owed under its TLA | | |
| | 160:16 | agreement with Arm. | | |
| | 160:17 | Do you recall that the deliverables continued | | |
| | 160:18 | to be withheld even after you had given that | | |
| | 160:19 | instruction? | | |
| 160:21 - 160:21 | **Segars, Simon 2023-11-16** | | 00:00:06 | **SEGARS_BENCH_v11.4** |
| | 160:21 | THE WITNESS: I don't know. | | |
| 160:23 - 160:24  27.1.1 | **Segars, Simon 2023-11-16** | | 00:00:05 | **SEGARS_BENCH_v11.5** |
| | 160:23 | Let's show the witness what's been previously | | |
| | 160:24 | marked as Exhibit 27. | | |
| 161:05 - 162:04  27.2.1 | **Segars, Simon 2023-11-16** | | 00:01:11 | **SEGARS_BENCH_v11.6** |
| | 161:05 Q. | This is an e-mail chain from July 14th of | | |
| | 161:06 | 2021. Directing your attention to the bottom of the | | |
| | 161:07 | second page, where you'll find an e-mail from you to | | |
| | 161:08 | Cristiano dated July 14, 2021. | | |
| | 161:09 | Are you there? | | |
| | 161:10 A. | I'm there, yes. | | |
| | 161:11 Q. | Okay. In the second paragraph of the e-mail, | | |
| | 161:12 | Cristiano says: | | |
| | 161:13 | "It's disappointing that Arm has not yet | | |
| | 161:14 | provided the necessary development deliverables | | |
| | 161:15 | despite your assurances. The continued refusal to | | |
| | 161:16 | provide development deliverables is now formally | | |
| 27.3.1 | 161:17 | delaying Orion, our data center chip, and CPU | | |
| | 161:18 | validation, impacting the revenue prospects for both | | |
| | 161:19 | companies." | | |
| | 161:20 | Do you see that? | | |
| | 161:21 A. Yes. | | | |
| | 161:22 Q. | Okay. And then if you direct your attention | | |
| 27.1.1 | 161:23 | to the first page, you'll find an e-mail that you then | | |
| 27.1.2 | 161:24 | sent to Rene Haas, Paul Williamson, and Will Abbey. | | |
| | 161:25 | And in the first sentence, you say: | | |
| | 162:01 | "I thought we already agreed we'd unblock the | | |

SEGARS_BENCH_v11

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 162:02 | deliverables they want.  Please do that ASAP." | | |
| 162:03 | Do you see that? | | |
| 162:04 | A.  I do. | | |

| | | |
|---|---|---|
| QUALCOMM | | 00:04:05 |
| **TOTAL RUN TIME** | | **00:04:05** |

Documents linked to video:

27

111