IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1146 (MN) |
| | ) |
| QUALCOMM INC., QUALCOMM | ) |
| TECHNOLOGIES, INC. and NUVIA, INC., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the parties received final trial transcripts from the Court Reporter in the above-captioned case on January 3, 2025;

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit their trial transcript errata to the Court Reporter shall be January 10, 2025.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Robert M. Vrana* | */s/ Jennifer Ying* |
| Anne Shea Gaza (#4093) | Jack B. Blumenfeld (#1014) |
| Robert M. Vrana (#5666) | Jennifer Ying (#5550) |
| Samantha G. Wilson (#5816) | Travis Murray (#6882) |
| Rodney Square | 1201 North Market Street |
| 1000 North King Street | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 571-6600 | (302) 658-9200 |
| agaza@ycst.com | jblumenfeld@morrisnichols.com |
| rvrana@ycst.com | jying@morrisnichols.com |
| swilson@ycst.com | tmurray@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

January 3, 2025

SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge