IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INC., QUALCOMM TECHNOLOGIES, INC., and NUVIA, INC., <br><br> Defendants. | C.A. No. 22-1146-MN |

### DECLARATION OF ROBERT CALICO IN SUPPORT OF ARM'S MOTION TO SEAL AND REDACT

I, Robert Calico, hereby declare as follows:

1. I am VP & Deputy General Counsel of Arm, Inc. I have personal knowledge of the facts set forth herein, except where specifically stated. I could and would testify competently to those facts if called as a witness.

2. I make this declaration in support of Arm's motion to seal and redact the transcript of the November 20, 2024, pretrial conference before the Honorable Judge Maryellen Noreika, with Arm's proposed redactions highlighted in Exhibit A.

3. Exhibit A is a copy of the November 20, 2024, pretrial conference transcript, which contains non-public and commercially sensitive information concerning Arm's confidential licensing agreements with Qualcomm and Nuvia.

4. Exhibit A contains confidential information concerning Arm's non-public Architecture License Agreements ("ALAs") with Qualcomm and Nuvia, Arm's Technology Licensing Agreement ("TLA") with Qualcomm, and Arm's confidential financial information. Arm considers this information to be confidential, and the license agreements also include

1

confidentiality provisions whereby Arm and its partners are contractually agreed to maintain the confidentiality of the license agreements.

5. The highlighted portions of Exhibit A at page 19, lines 4, 5, and 19, and page 20, lines 11 and 12 refer to royalties Qualcomm pays Arm under its TLA. The highlighted portions of Exhibit A on page 20, line 21 compares the royalties under Arm's ALA with Qualcomm to the royalties under Arm's ALA with Nuvia. Disclosure of the highlighted portions of Exhibit A referenced in this paragraph could allow Arm's competitors to gain an unfair competitive advantage and thereby harm Arm's competitive standing by providing them insight into the royalties that Qualcomm pays Arm that Arm's competitors would not otherwise know, putting Arm at a disadvantage in future licensing negotiations.

6. The highlighted portions of Exhibit A at page 10, lines 15, 16, and 17 refer to section numbers in Arm's ALA with Qualcomm. Disclosure of the section numbers in the highlighted portions of Exhibit A referenced in this paragraph could allow Arm's competitors to gain an unfair competitive advantage and thereby harm Arm's competitive standing by providing them insight into the complexity and structure of Arm's ALA with Qualcomm. In particular, Arm's competitors could use information regarding these section numbers of the Qualcomm ALA, along with the parties' publicly disclosed allegations relating to these sections, to gain insight into how Arm structures its license agreements and the complexity of its agreements with Qualcomm. Arm's competitors could use this information to put Arm at a disadvantage in future licensing negotiations.

7. The highlighted portions of Exhibit A at pages 1, 5, and 7 in the glossary correspond to the words and section numbers described in the above paragraphs for which Arm seeks to seal and also disclose what pages and lines those words and section numbers appear in

the transcript. Sealing the highlighted portions of Exhibit A at pages 1, 5, and 7 in the glossary is necessary to prevent the public from discerning the information redacted in the above paragraphs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Danville, California, on January 3, 2025.

_____
Robert Calico

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 3, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Jennifer Ying
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

Isaac B. Zaur
Nora Niedzielski-Eichner
CLARICK GUERON REISBAUM LLP
220 Fifth Avenue, 14th Floor
New York, NY 10001
izaur@cgr-law.com
nniedzie@cgr-law.com

Catherine Nyarady
Anna R. Gressel
Jacob A. Braly
Alexander M. Butwin
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
agressel@paulweiss.com
jbraly@paulweiss.com
abutwin@paulweiss.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Anna P. Lipin
William T. Marks
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
kdunn@paulweiss.com
wisaacson@paulweiss.com
mzappala@paulweiss.com
ejmorgan@paulweiss.com
alipin@paulweiss.com
wmarks@paulweiss.com

Andrea L. D'Ambra
Susana Medeiros
Kira Latham
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
andrea.dambra@nortonrosefulbright.com
susana.medeiros@nortonrosefulbright.com
kira.latham@nortonrosefulbright.com

YOUNG CONAWAY STARGATT &
TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
swilson@ycst.com

*Attorneys for Plaintiff Arm Ltd.*