IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 22-1146 (MN) |
| ) | |
| QUALCOMM INC., QUALCOMM ) | |
| TECHNOLOGIES, INC. and NUVIA, INC., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the parties received final trial transcripts from the Court Reporter in the above-captioned case on January 3, 2025;

WHEREAS, the parties' deadline to submit their trial transcript errata to the Court Reporter is January 10, 2025 (D.I. 575); and

WHEREAS, the parties have been meeting and conferring in an effort to reduce or eliminate any disputes from the proposed errata and believe that a short additional extension will allow them to further reduce or eliminate any remaining disputes.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit their trial transcript errata to the Court Reporter shall be January 14, 2025.

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Robert M. Vrana* | */s/ Jennifer Ying* |
| Anne Shea Gaza (#4093)<br>Robert M. Vrana (#5666)<br>Samantha G. Wilson (#5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>swilson@ycst.com | Jack B. Blumenfeld (#1014)<br>Jennifer Ying (#5550)<br>Travis Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jying@morrisnichols.com<br>tmurray@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

January 10, 2025

SO ORDERED this _____ day of _____, 2025.

_____
United States District Judge