IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INC., QUALCOMM TECHNOLOGIES, INC. and NUVIA, INC., <br><br> Defendants. | C.A. No. 22-1146-MN |

**[ARM'S PROPOSED] PARTIAL JUDGMENT FOLLOWING JURY VERDICT**

The Court having held a jury trial commencing on December 16, 2024, and the jury having rendered a partial verdict on December 20, 2024 (D.I. 572), pursuant to Federal Rule of Civil Procedure 58, IT IS HEREBY ORDERED THAT:

1. Judgment is entered in favor of Defendants Qualcomm Inc. and Qualcomm Technologies, Inc. (collectively, "Qualcomm") and against Plaintiff Arm Ltd. ("Arm") on Count I of Arm's Complaint as to Qualcomm only (D.I. 1, ¶¶ 58-69) (Question 2 on the verdict form).

2. Judgment is entered in favor of Qualcomm only and against Arm on Counts I(a) and I(b) of Defendants' Answer and Second Amended Counterclaims (D.I. 300, ¶¶ 274-277) (Question 3 on the verdict form).

IT IS FURTHER ORDERED THAT this Partial Judgment shall have the effect of denying as moot all motions made at trial pursuant to Rule 50(a) of the Federal Rules of Civil Procedure, without impacting any right to bring post-judgment motions, including, but not limited to, motions pursuant to Rule 50(b) and Rule 59.

_____
The Honorable Maryellen Noreika
United States District Judge