IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1146 (MN) |
| | ) |
| QUALCOMM INC., QUALCOMM TECHNOLOGIES, INC. and NUVIA, INC., | ) |
| | ) |
| Defendants. | ) |

**[DEFENDANT'S PROPOSED] JUDGMENT FOLLOWING JURY VERDICT**

The Court having held a jury trial commencing on December 13, 2024, and the jury having rendered a partial unanimous verdict on December 20, 2024, pursuant to Federal Rule of Civil Procedure 58(b), IT IS HEREBY ORDERED THAT:

1. Judgment is entered in favor of Defendants Qualcomm Inc. and Qualcomm Technologies, Inc. (collectively, "Qualcomm") and against Plaintiff Arm Ltd. ("Arm") on Count I of the Complaint (D.I. 1, ¶¶ 58-69).

2. Judgment is entered in favor of Qualcomm and against Arm on Count I(a), (b), and (g) of the Answer and Second Amended Counterclaims (D.I. 300, ¶¶ 275(a), (b), & (g)).

IT IS FURTHER ADJUDGED AND DECLARED, pursuant to Count I(a), (b), and (g) of the Answer and Second Amended Counterclaims (D.I. 300, ¶¶ 275(a), (b) & (g)) and the jury's answers to Questions 2 and 3 of the verdict form (D.I. 572), that:

1. Qualcomm did not breach Section 15.1(a) of the Architecture License Agreement between Arm and Nuvia, Inc. ("Nuvia").

2. The Qualcomm central processing units that include designs acquired by Qualcomm in its acquisition of Nuvia are licensed under the Architecture License Agreement between Arm and Qualcomm Global Trading PTE, Ltd.

IT IS FURTHER ORDERED that this Judgment shall have the effect of denying as moot all motions made by the parties pursuant to Rule 50(a) of the Federal Rules of Civil Procedure, and mooting the equitable defenses tried to the bench with respect to Qualcomm.

_____
The Honorable Maryellen Noreika
United States District Judge