IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INC., QUALCOMM TECHNOLOGIES, INC., and NUVIA, INC., <br><br> Defendants. | C.A. No. 22-1146-MN |

**PLAINTIFF ARM LTD.'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR A NEW TRIAL**

Plaintiff Arm Ltd. ("Arm") respectfully moves this Court, pursuant to Federal Rules of Civil Procedure 50(b) and 59(a), for judgment as a matter of law or, in the alternative, a new trial on (1) Count I of Arm's Complaint as to Nuvia, Inc. (Question 1 on the verdict form), (2) Count I of Arm's Complaint as to Qualcomm Inc. and Qualcomm Technologies, Inc. (Question 2 on the verdict form), and (3) Count I of Defendants' Answer and Second Amended Counterclaims (Question 3 on the verdict form).

The grounds for the motions are fully set forth in Arm's Opening Brief in Support of its Motion for Judgment as a Matter of Law or a New Trial.  Trial exhibits will be submitted separately pursuant to the Court's Preferences & Procedures for Civil Cases.

32767779.1

| | |
|---|---|
| Dated: January 17, 2024 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | |
| Daralyn J. Durie<br>Joyce Liou<br>Shaelyn Dawson<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA  94105<br>(415) 268-7000<br>ddurie@mofo.com<br>jliou@mofo.com<br>sdawson@mofo.com | /s/ Anne Shea Gaza<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>swilson@ycst.com |
| Erik J. Olson<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA  94304<br>(650) 813-5600<br>ejolson@mofo.com | *Attorneys for Plaintiff Arm Ltd.* |
| Kyle W.K. Mooney<br>MORRISON & FOERSTER LLP<br>250 West 55th Street<br>New York, NY  10019<br>(212) 336-4092<br>kmooney@mofo.com | |
| Scott F. Llewellyn<br>MORRISON & FOERSTER LLP<br>4200 Republic Plaza<br>370 Seventeenth Street<br>Denver, CO  80202<br>(303) 592-2204<br>sllewellyn@mofo.com | |
| Nicholas Rylan Fung<br>MORRISON & FOERSTER LLP<br>707 Wilshire Boulevard<br>Los Angeles, CA  90017<br>(213) 892-5348<br>nfung@mofo.com | |
| Daniel Muino<br>MORRISON & FOERSTER LLP<br>2100 L Street, NW<br>Suite 900, Washington, D.C. 20037<br>(202) 887-1501<br>dmuino@mofo.com | |

32767779.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 17, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Jennifer Ying
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

Isaac B. Zaur
Nora Niedzielski-Eichner
CLARICK GUERON REISBAUM LLP
220 Fifth Avenue, 14th Floor
New York, NY 10001
izaur@cgr-law.com
nniedzie@cgr-law.com

Catherine Nyarady
Anna R. Gressel
Jacob A. Braly
Alexander M. Butwin
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
agressel@paulweiss.com
jbraly@paulweiss.com
abutwin@paulweiss.com

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
Erin J. Morgan
Anna P. Lipin
William T. Marks
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
kdunn@paulweiss.com
wisaacson@paulweiss.com
mzappala@paulweiss.com
ejmorgan@paulweiss.com
alipin@paulweiss.com
wmarks@paulweiss.com

Andrea L. D'Ambra
Susana Medeiros
Kira Latham
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
andrea.dambra@nortonrosefulbright.com
susana.medeiros@nortonrosefulbright.com
kira.latham@nortonrosefulbright.com

2

          YOUNG CONAWAY STARGATT & TAYLOR, LLP

          <u>*/s/ Anne Shea Gaza*</u>
          Anne Shea Gaza (No. 4093)
          Robert M. Vrana (No. 5666)
          Samantha G. Wilson (No. 5816)
          Rodney Square
          1000 North King Street
          Wilmington, DE 19801
          (302) 571-6600
          agaza@ycst.com
          rvrana@ycst.com
          swilson@ycst.com

          *Attorneys for Plaintiff Arm Ltd.*