# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

ARM LTD.,

        Plaintiff,

     v.                               C.A. No. 22-1146-MN

QUALCOMM INC., QUALCOMM
TECHNOLOGIES, INC., and NUVIA, INC.,

        Defendants.

## [PROPOSED] ORDER GRANTING PLAINTIFF ARM LTD.'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR A NEW TRIAL

At Wilmington, this ___ day of _____, 2025, upon consideration of Plaintiff Arm Ltd.'s

Motion for Judgment as a Matter of Law or a New Trial and any opposition thereto,

IT IS HEREBY ORDERED that the Motion for Judgment as a Matter of Law is

GRANTED.

[ALTERNATIVELY] [IT IS HEREBY ORDERED that the Motion for a New Trial is

GRANTED.]

 

_____
The Honorable Maryellen Noreika
United States District Judge

32767780.1