IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-1146 (MN) |
| | ) |
| QUALCOMM INC., QUALCOMM TECHNOLOGIES, INC. and NUVIA, INC., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Having considered defendant Nuvia, Inc. ("Nuvia")'s renewed motions for judgment as a matter of law on Count I of the Complaint (D.I. 1, ¶¶ 58–69) and on Count I(a) of the Answer and Second Amended Counterclaims (D.I. 300, ¶ 275(a)), and any opposition thereto,

IT IS HEREBY ORDERED THAT:

1. The motions are GRANTED.

2. Judgment is entered in favor of defendant Nuvia and against plaintiff Arm on Count I of the Complaint (D.I. 1, ¶¶ 58–69); and

3. Judgment is entered in favor of defendant Nuvia and against plaintiff Arm on Count I(a) of the Answer and Second Amended Counterclaims (D.I. 300, ¶ 275(a)).

SO ORDERED, this _____ day of _____, 2025.

_____
J.