

WILMINGTON
RODNEY SQUARE

**Anne Shea Gaza**
P 302.571.6727
F 302.576.3439
agaza@ycst.com

January 24, 2025

**BY E-FILE AND HAND DELIVERY**

The Honorable Maryellen Noreika
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: <u>Arm Ltd. v. Qualcomm Inc., et al.</u>, C.A. No. 22-1146-MN

Dear Judge Noreika:

Pursuant to the Court's order dated January 22, 2025, the parties hereby provide a joint status report on their mediation efforts:

1. As previously reported, the parties held a full-day mediation before Judge Layn R. Phillips (Ret.) on July 31, 2024. (Pretrial Order ¶ 11.) In early November 2024, the parties engaged in further settlement discussions involving the parties' CEOs, among others, consistent with the Court's guidance and orders. (Jt. Ltr. to Hon. Noreika, Nov. 27, 2024.)

2. The parties are investigating the availability of the three mediators identified by the Court following the jury's dismissal on December 20, 2024 (Hon. Gregory M. Sleet, Hon. Jose L. Linares, Hon. Andrea L. Rocanelli).

3. The parties hope to identify dates for mediation in February or March 2025, subject to resolution of any potential conflicts the identified mediators may have and their availability.

4. Following completion of the anticipated mediation, the parties will promptly provide a further report to the Court.

Respectfully submitted,

/s/ Robert M. Vrana

Anne Shea Gaza (No. 4093)

cc: All Counsel of Record (CM/ECF)