IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ARM LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 22-1146 (MN) |
| | ) | |
| QUALCOMM INC., QUALCOMM TECHNOLOGIES, INC. and NUVIA, INC., | ) | **REDACTED - PUBLIC VERSION** |
| | ) | **Original Filing Date: February 19, 2025** |
| | ) | **Redacted Filing Date: February 26, 2025** |
| Defendants. | ) | |

**EXHIBIT 1**

**TO DEFENDANTS' REPLY BRIEF IN SUPPORT OF THEIR POST-TRIAL BRIEF REGARDING EQUITABLE DEFENSES**

OF COUNSEL:

Karen L. Dunn
William A. Isaacson
Melissa F. Zappala
William T. Marks
Anna P. Lipin
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
(202) 223-7300

Catherine Nyarady
Erin J. Morgan
Jacob A. Braly
Alexander M. Butwin
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
Travis Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jying@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Defendants*

February 19, 2025

# Exhibit 1

This **Technology License Agreement** ("**TLA**") is made the 27 September 2019 ("**Effective Date**")

Between

**ARM LIMITED** whose registered office is situated at 110 Fulbourn Road, Cambridge CB1 9NJ, England ("**ARM**");

and

**NUVIA, INC.** whose principal place of business is situated at 2841 Mission College Boulevard, 4th Floor, Santa Clara, California 95054 U.S.A. ("**NUVIA**").











2.0



IN WITNESS WHEREOF the parties have caused this TLA to be executed by their duly authorised representatives:

| ARM LIMITED: | NUVIA, INC. |
|---|---|
| SIGNED DocuSigned by: Philip Stanbury-Jones E039B56D2117421... | SIGNED |
| NAME: Philip Stanbury-Jones | NAME: Gerard R Williams III |
| TITLE: VP Programmes, Business Transformation | TITLE: President and CEO |
| DATE: 27 September 2019 | DATE: 27 September 2019 |



**CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on February 19, 2025, upon the following in the manner indicated:

Anne Shea Gaza, Esquire — *VIA ELECTRONIC MAIL*
Robert M. Vrana, Esquire
Samantha G. Wilson, Esquire
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
*Attorneys for Plaintiff*

Joyce Liou, Esquire — *VIA ELECTRONIC MAIL*
Daralyn J. Durie, Esquire
Shaelyn Dawson, Esquire
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
*Attorneys for Plaintiff*

Erik J. Olson, Esquire — *VIA ELECTRONIC MAIL*
Meet Yatin Mehta, Esquire
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, CA 94304
*Attorneys for Plaintiff*

Scott F. Llewellyn, Esquire — *VIA ELECTRONIC MAIL*
Sarah E. Brickey, Esquire
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202-5638
*Attorneys for Plaintiff*

Daniel P. Muino, Esquire
Reebehl G. El-Hage, Esquire
David Nathaniel Tan, Esquire
Sydney K. Cooper, Esquire
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, D.C. 20037
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

Nicholas Rylan Fung, Esquire
Henry Huttinger, Esquire
Laura Gilbert Remus, Esquire
Zach B. Quinlan, Esquire
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

Kyle W.K. Mooney, Esquire
Kyle D. Friedland, Esquire
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

Michael J. DeStefano, Esquire
MORRISON & FOERSTER LLP
600 Brickell Avenue, Suite 1560
Miami, FL 33131
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

Gregg F. LoCascio, P.C.
Jason M. Wilcox, P.C.
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

Jay Emerick, Esquire
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, IL 60654
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

*/s/ Jennifer Ying*

Jennifer Ying (#5550)