IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD.,<br><br>       Plaintiff,<br><br>  v.<br><br>QUALCOMM INC., QUALCOMM TECHNOLOGIES, INC., and NUVIA, INC.,<br><br>       Defendants. | C.A. No. 22-1146-MN |

**NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL**

Pursuant to District of Delaware Local Rule 83.7, Plaintiff Arm Ltd. ("Plaintiff") hereby notifies the Court that Kyle D. Friedland, previously admitted *pro hac vice* on March 5, 2024 (D.I. 289), has withdrawn as counsel for Plaintiff in this action. Plaintiff will continue to be represented by the firms of Young Conaway Stargatt & Taylor, LLP, Kirkland & Ellis LLP, and Morrison & Foerster LLP.

| | |
|---|---|
| Dated: May 30, 2025 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL: | |
| Gregg F. LoCascio, P.C.<br>Jason M. Wilcox, P.C.<br>Meredith Pohl<br>Matthew J. McIntee<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Ave., NW<br>Washington, DC 20004<br>(202) 389-5000<br>glocascio@kirkland.com<br>jason.wilcox@kirkland.com<br>meredith.pohl@kirkland.com<br>matt.mcintee@kirkland.com | /s/ Robert M. Vrana<br>Anne Shea Gaza (No. 4093)<br>Robert M. Vrana (No. 5666)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>rvrana@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Plaintiff Arm Ltd.* |
| Jay Emerick<br>Adam M. Janes<br>KIRKLAND & ELLIS LLP<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>(312) 862-2000<br>jay.emerick@kirkland.com<br>adam.janes@kirkland.com | |
| Peter Evangelatos<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>(212) 446-4800<br>peter.evangelatos@kirkland.com | |
| Daralyn J. Durie<br>Joyce Liou<br>Shaelyn K. Dawson<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, CA 94105<br>(415) 268-7000<br>ddurie@mofo.com<br>jliou@mofo.com<br>shaelyndawsom@mofo.com | |
| Erik J. Olson<br>MORRISON & FOERSTER LLP | |

755 Page Mill Road
Palo Alto, CA 94304
(415) 268-7000
ejolson@mofo.com

Scott F. Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, CO 80202
(303) 592-2204
sllewellyn@mofo.com

Kyle W.K. Mooney
MORRISON & FOERSTER LLP
250 West 55th Street
New York, NY 10019
(212) 336-4092
kmooney@mofo.com

Nicholas Rylan Fung
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017
(213) 892-5348
nfung@mofo.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 30, 2025, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY EMAIL**

Jack B. Blumenfeld
Jennifer Ying
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@morrisnichols.com
jying@morrisnichols.com

Isaac B. Zaur
Nora Niedzielski-Eichner
CLARICK GUERON REISBAUM LLP
220 Fifth Avenue, 14th Floor
New York, NY 10001
izaur@cgr-law.com
nniedzie@cgr-law.com

Catherine Nyarady
Anna R. Gressel
Jacob A. Braly
Alexander M. Butwin
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
cnyarady@paulweiss.com
agressel@paulweiss.com
jbraly@paulweiss.com
abutwin@paulweiss.com

Melissa F. Zappala
Erin J. Morgan
Anna P. Lipin
William T. Marks
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
mzappala@paulweiss.com
ejmorgan@paulweiss.com
alipin@paulweiss.com
wmarks@paulweiss.com

Andrea L. D'Ambra
Susana Medeiros
Kira Latham
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
andrea.dambra@nortonrosefulbright.com
susana.medeiros@nortonrosefulbright.com
kira.latham@nortonrosefulbright.com

Karen L. Dunn
William A. Isaacson
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004
kdunn@dirllp.com
wisaacson@dirllp.com

2

        YOUNG CONAWAY STARGATT &
        TAYLOR, LLP

        */s/ Robert M. Vrana*
        Anne Shea Gaza (No. 4093)
        Robert M. Vrana (No. 5666)
        Samantha G. Wilson (No. 5816)
        Rodney Square
        1000 North King Street
        Wilmington, DE 19801
        (302) 571-6600
        agaza@ycst.com
        rvrana@ycst.com
        swilson@ycst.com

        *Attorneys for Plaintiff Arm Ltd.*