YOUNG CONAWAY

WILMINGTON
RODNEY SQUARE

**Anne Shea Gaza**
P 302.571.6727
F 302.576.3439
agaza@ycst.com

May 30, 2025

**BY E-FILE AND HAND DELIVERY**

The Honorable Maryellen Noreika
United States District Court
for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *Arm Ltd. v. Qualcomm Inc., et al.*, C.A. No. 22-1146-MN

Dear Judge Noreika:

      Pursuant to the Court's order dated January 22, 2025 (D.I. 599), the parties hereby provide a joint status report on their mediation efforts:

1. On May 22, 2025, the parties held a full-day mediation from 9 AM to 5 PM at Paul, Weiss, Rifkind, Wharton, & Garrison LLP's offices in New York City.

2. The Honorable Jose L. Linares (ret.) served as mediator.

3. The lead counsel at the mediation were Gregg LoCascio and Erik Olson for Arm, and Karen Dunn, William Isaacson, and Catherine Nyarady for Qualcomm.

4. Arm's client representatives at the mediation were Will Abbey (Chief Commercial Officer) and Spencer Collins (Chief Legal Officer).

5. Qualcomm's client representatives at the mediation were Ann Chaplin (General Counsel) and Laura Sand (Senior Vice President, Legal Counsel).

6. Lead counsel hereby certify that the parties engaged in the mediation efforts in good faith and were not able to reach settlement.

      Respectfully submitted,

      */s/ Anne Shea Gaza*

      Anne Shea Gaza (No. 4093)

cc: All Counsel of Record (CM/ECF)

**Young Conaway Stargatt & Taylor, LLP**
Rodney Square | 1000 North King Street | Wilmington, DE 19801
P  302.571.6600     F  302.571.1253     YoungConaway.com