IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ARM LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 22-1146 (MN) |
| QUALCOMM INC., QUALCOMM | ) |
| TECHNOLOGIES, INC. and NUVIA, INC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

At Wilmington this 30th day of September 2025:

For the reasons set forth in the Memorandum Opinion issued this date, IT IS HEREBY ORDERED that:

1. Plaintiff ARM Ltd.'s ("ARM") renewed motion for judgment as a matter of law or a new trial (D.I. 595) is DENIED.

2. Defendant Nuvia Inc.'s motion for judgment as a matter of law (D.I. 597) is GRANTED as to ARM's failure to prove harm by a preponderance of the evidence at trial and is otherwise DENIED.

3. The Clerk is directed to enter Final Judgment.

The Honorable Maryellen Noreika
United States District Judge