IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ATM LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 22-1146 (MN) |
| QUALCOMM INC., QUALCOMM | ) |
| TECHNOLOGIES, INC. and NUVIA, INC, | ) |
| | ) |
| Defendants. | ) |

## **FINAL JUDGMENT**

At Wilmington this 30th day of September 2025, the Court having held a jury trial (*see* D.I. 588, 589, 590, 591, 592), the jury having rendered a unanimous verdict on Questions 2 and 3 and reaching a deadlock on Question 1 on December 20, 2024 (*see* D.I. 572), and the Court having issued its Memorandum Opinions and Orders resolving the parties' post-trial motions September 30, 2025 (D.I. 631, 632), pursuant to Rules 50 and 59 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1.    Judgment is entered in favor of Defendants Nuvia Inc. ("Nuvia"), Qualcomm Inc., and Qualcomm Technologies, Inc. ("Qualcomm") (together, "Defendants") and against Plaintiff ARM Ltd. ("ARM or "Plaintiff"), that (1) Nuvia did not breach the Nuvia ALA, (2) Qualcomm did not breach the Nuvia ALA, and (3) Qualcomm was licensed under the Qualcomm ALA.

IT FURTHER ORDERED that the deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to within fourteen (14) days after the time for appeal has expired or within fourteen (14) days after issuance of the mandate from the appellate court, whichever is later, and no party shall file any such motion before that time.

_____
The Honorable Maryellen Noreika
United States District Judge